UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GEORGIA-PACIFIC CONSUMER PRODUCTS LP, et al.

    Plaintiffs,

v.                                                  Case No. 10-C-1087

NCR CORPORATION and
INTERNATIONAL PAPER CO.,

    Defendants.

---

**ORDER**

---

Defendant NCR Corporation ("NCR") and Plaintiffs Georgia-Pacific Consumer Products LP, Fort James Corporation, and Georgia-Pacific LLC (collectively, "GP") having filed an Agreed Motion to Extend Time for NCR to Respond to the Complaint and to Stay Other Proceedings (with the Exception of Non-Party Discovery) Pending Resolution of NCR's Motion to Transfer Venue ("Agreed Motion"), and upon due deliberation thereon, it is hereby **ORDERED** that the Agreed Motion is granted; and it is further ORDERED that:

1. NCR shall withdraw its Motion to Stay Proceedings Pending Resolution of NCR's Motion to Transfer Venue;

2. NCR's time to answer or otherwise respond to GP's Complaint shall be extended by thirteen (13) days, from January 26, 2011, to February 8, 2011;

3. GP shall file its opposition to NCR's Motion to Transfer Venue no later than February 11, 2011;

4. If NCR moves to dismiss the Complaint, further briefing on the Motion to Dismiss shall be stayed pending a ruling on NCR's Motion to Transfer Venue; and

5. No discovery shall proceed pending a ruling on NCR's Motion to Transfer Venue, with the exception of discovery from non-parties.

Dated this 26th day of January, 2011.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge