| | | |
|---|---|---|
| DATE: | May 11, 2011 | UNITED STATES DISTRICT COURT |
| REPLY TO ATTN OF: | GR Clerks Office *prepared by km* | # memorandum |
| SUBJECT: | Possibly Related Case | |
| | CASE NUMBER: 1:11-cv-483 | |
| | CASE CAPTION: Georgia-Pacific et al v. NCR Corp et al | |

TO: Magistrate Judge Scoville

**FILED - GR**
May 17, 2011 2:31 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: gf /____ SCANNED BY: ᴅ 5-18-11

According to the Transfer Order the attorney of record indicates this case is related to the cases listed below:

Judge Robert Holmes Bell   Case Number 1:95-cv-838
Kalamazoo River Study Group
*Case file at the records center*

Case Number _____

Case Number _____

____ Case is related    ✓ Case is not related

**1:11-cv-483
Robert J. Jonker
U.S. District Judge**

Pursuant to Local Civil Rule 3.3(d)(iii)(A), civil cases are deemed related when a filed case:

____ (1) relates to property involved in an earlier numbered pending suit

____ (2) arises out of the same transaction or occurrence and involves one or more of the same parties as a pending suit

____ (3) involves the validity or infringement of a patent already in suit in any pending earlier numbered case

____ (4) is a refiling of an earlier case that was dismissed or remanded to state court

COMMENTS BY MAGISTRATE JUDGE: *Related case rule applies only to "pending" cases. Kalamazoo River Study Group case is no longer pending.*

Dated: 5-17-2011

_____
Signature

____ Direct assignment performed
✓ Random assignment performed

AMD    5-17-11
Initials   Date

9/06