UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA−PACIFIC CONSUMER
PRODUCTS LP, et al.,

       Plaintiffs,                      Case No. 1:11−cv−00483−RJJ

    v.                                      Judge Robert J. Jonker

NCR CORPORATION, et al.,

       Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

      NOTICE is hereby given that the above−captioned case was electronically filed in this court on May 11, 2011.  The case has been assigned to Judge Robert J. Jonker.

                            TRACEY CORDES
                            CLERK OF COURT

Dated:  May 18, 2011         By:  /s/ E. Copple_____
                                     Deputy Clerk