IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No: 1:11-cv-00483 |
| v. | ) ) | Judge Robert J. Jonker |
| NCR CORPORATION and INTERNATIONAL PAPER CO., | ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION FOR STATUS CONFERENCE

Plaintiffs Georgia-Pacific Consumer Products LP, Fort James Corporation, and Georgia-Pacific LLC ("Georgia-Pacific"), by counsel, move the Court to convene a status conference in this matter, pursuant to Fed. R. Civ. P. 16(a) and the inherent power of the Court. Georgia-Pacific will confer with defense counsel in advance to identify agenda items and matters on which the parties can agree. This Motion is based on the accompanying Memorandum.

        GEORGIA-PACIFIC CONSUMER PRODUCTS,
        LP., FORT JAMES CORPORATION, and
        GEORGIA-PACIFIC LLC

        BY:

        s/ Peter A. Smit
        _____
        Peter A. Smit (P27886)
        Varnum LLP
        Bridgewater Place, P.O. Box 352
        Grand Rapids, MI 49501
        (616) 336-6000

*Admission to be Requested:*

Joseph C. Kearfott
Douglas M. Garrou
George P. Sibley, III
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

Jeffrey N. Martin
Djordje Petkoski
Hunton & Williams LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 955-1500

Kathy Robb
Hunton & Williams LLP
200 Park Avenue, 52nd Floor
New York, New York 10166-0005
(212) 309-1000

Jan M. Conlin
Tara D. Falsani
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
(612) 349-8500

2

3

## CERTIFICATE OF SERVICE

      I hereby certify that on May 20, 2011, I electronically filed a true and correct copy of the foregoing using the Court's ECF System, which will send notification of such filing by operation of the Court's electronic systems to all parties. I further certify that I caused a courtesy copy of the foregoing to be sent to defense counsel via e-mail.

                                          s/Peter A. Smit_____

29073.000396 EMF_US 35630613v14