UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA PACIFIC CONSUMER
PRODUCTS, LP, et al.,

        Plaintiffs,

                                    Case No. 1:11cv483

v.

                                    Hon. Robert J. Jonker

NCR CORPORATION, et al.,

        Defendants

_____/

## STIPULATION EXTENDING TIME FOR DEFENDANT INTERNATIONAL PAPER COMPANY TO ANSWER COMPLAINT

        This stipulation is entered into by Plaintiffs Georgia-Pacific Consumer Products LP, Fort James Corporation, and Georgia-Pacific LLC (collectively "Georgia-Pacific") and Defendant International Paper Company ("International Paper "). Pursuant to this Court's Order dated May 20, 2011 (Dkt. #66), International Paper's answer to the Complaint is due fourteen days from the date of that order, or by June 3, 2011. Georgia-Pacific has consented to a two week extension to June 17, 2011, of the date by which International Paper is required to file its answer to the Complaint. Georgia-Pacific and International Paper hereby stipulate and agree to extend the time for International Paper to file its answer to the Complaint to June 17, 2011.

503600672

Dated:  June 3, 2011                    GEORGIA-PACIFIC CONSUMER
                                        PRODUCTS LP., FORT JAMES
                                        CORPORATION, and
                                        GEORGIA-PACIFIC LLC


                                        s/ Peter A. Smit
                                        _____
                                        Peter A. Smit
                                        Varnum LLP
                                        Bridgewater Place, P.O. Box 352
                                        Grand Rapids, MI 49501
                                        616.336.6000


Dated:  June 3, 2011                    INTERNATIONAL PAPER COMPANY


                                        s/Sonja A. Inglin
                                        _____
                                        Sonja A. Inglin
                                        Baker & Hostetler LLP
                                        12100 Wilshire Blvd., 15th Floor
                                        Los Angeles, CA 90025
                                        310.820.8800

                                        John F. Cermak, Jr.
                                        Baker & Hostetler LLP
                                        12100 Wilshire Blvd., 15th Floor
                                        Los Angeles, CA 90025
                                        310.820.8800

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 3, 2011, I electronically filed a true and correct copy of the foregoing using the Court's ECF System, which will send notification of such filing by operation of the Court's electronic systems to all parties.  I further certify that I caused a courtesy copy of the foregoing to be sent to other counsel via e-mail.

      s/ Sonja A. Inglin

      _____

      Sonja A. Inglin