UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA PACIFIC CONSUMER
PRODUCTS, LP, et al.,

      Plaintiffs,

Case No. 1:11cv483

v.

Hon. Robert J. Jonker

NCR CORPORATION, et al.,

      Defendants

_____/

## (PROPOSED) ORDER EXTENDING TIME FOR DEFENDANT INTERNATIONAL PAPER COMPANY TO ANSWER COMPLAINT

Based on the Stipulation Extending Time for Defendant International Paper Company to Answer Complaint, and good cause appearing, IT IS HEREBY ORDERED that Defendant International Paper Company may have to and including June 17, 2011 to answer the Complaint.

Dated:  June __, 2011                _____
                                         Judge Robert J. Jonker

503602227