**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| | | | |
|---|---|---|---|
| 399 Federal Bldg. | B-35 Federal Bldg. | 113 Federal Bldg. | 229 Federal Bldg. |
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

June 10, 2011

Dean P Laing
O'Neil Cannon Hollman DeJong & Laing SC
111 E Wisconsin Ave - Ste 1400
Milwaukee, WI 53202

## SECOND NOTICE

RE:  Georgia-Pacific Consumer Products LP et al v. NCR Corporation et al
     Case No. 1:11-cv-00483-RJJ  Hon. Robert J. Jonker

Dear Mr. Laing:

Our records reveal that you have not provided the documents necessary to be admitted to practice in this court, despite receiving notification of the requirements.

According to W.D. Mich. LCivR 83.1, for an attorney to practice in this Court it is required that he or she submit an application for admission.  Your failure to provide the necessary paperwork will result in your being prohibited from proceeding in this case.  Please complete the enclosed Petition for Admission form and return it to this office.

**Pursuant to Western District of Michigan Local Civil Rule 5.7 and Local Criminal Rule 49.10, effective January 1, 2005, attorneys must register to file and serve pleadings electronically by the ECF system.**  An E-Filing Registration form is also attached.

If you have any questions, please contact our Help Desk at 1-800-290-2742.

Sincerely,

Tracey Cordes, Clerk

 /s/ jks

By:  Deputy Clerk

Attachments

**PETITION FOR ADMISSION**
(Local Civil Rule 83.1/Criminal Rule 57.1)

5/25/11

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

1. Name: _____
   FIRST / MIDDLE / LAST

2. Firm Name: _____

   Business Address: _____
   ROOM / SUITE / FLOOR / BUILDING

   _____
   STREET ADDRESS

   _____
   CITY / STATE / ZIP

   Business Telephone Number: _____

3. State Bar I.D. No. _____

4. Identify all courts in which you have been admitted to practice and dates of admission:

   _____

   _____

5. Have you ever been held in contempt of court, censured, disbarred or suspended from practice before any disciplinary authority or court? _____

   If so, nature and disposition thereof: _____

   _____

   _____

   _____

   _____

6. Have you ever been convicted of any felony or misdemeanor? *(You need not report a misdemeanor conviction occurring before commencement of law school.)* If so, explain the facts and circumstances:

   _____

   _____

   _____

   _____

7. Original certificate of active status and good standing (issued within the last 30 days) from _____ is attached.
   STATE BAR

8. ☐  I am newly admitted to the State Bar of _____ and request a waiver of the sponsorship requirement. [One year or less from time of application.] No other waivers will be granted except in extraordinary circumstances.

9. ☐  Check payable to United States District Court Clerk for $200.00 is attached.

10. ☐  I have read the Local Rules of the Western District of Michigan (www.miwd.uscourts.gov).

I swear or affirm that the above information is accurate and correct to the best of my knowledge and belief.

_____          _____
DATED                                                                  SIGNATURE OF APPLICANT

-------------------------------------------------------------------------

**Statement of a sponsoring attorney of the Bar of this court**, stating when the sponsoring attorney was admitted to practice in this court, under what circumstances the attorney has known the applicant, that the attorney knows the applicant to be of good character and reputation, and that the attorney believes the applicant to be well qualified as a member of the Bar of this court. For applicants residing in another state, the sponsor may be a judge of a court of record of that state, or a federal judge.

_____

_____

_____

_____

_____          _____
SPONSORING ATTORNEY'S NAME                       SIGNATURE OF SPONSORING ATTORNEY OR JUDGE

_____          _____
DATED                                                                  STATE BAR I.D. NO.

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

# E-FILING REGISTRATION FORM

**\*\*Please type; this will also serve as a return mailing label\*\***

Name: _____
Firm: _____
Addr.: _____
_____
_____

  Phone: _____
– –

State Bar Number: _____
(and state, if not Michigan)

Date of admission to the Bar of this court: _____

**\*\*NOTE:  A PACER ACCOUNT IS NECESSARY FOR VIEWING ELECTRONIC DOCUMENTS\*\***

❏ I already have an ECF login that I use in _____, which is _____;
(Name of Other District)                                         (Login)
please assign the same login for my use in the Western District of Michigan.

**This form cannot be submitted electronically.** Complete the form on-line, print a hard copy, sign it and present it to the Clerk's office at the address below.  A login and password for access to the electronic case filing system will be issued to you upon receipt of the fully-completed form.  **All of this information is required and must be supplied, including your original signature.**

Primary e-mail address: _____
(Attorney's e-mail for electronic service)

Secondary e-mail address: _____
(Central repository, Secretary, etc.)

E-mail software used: _____
(i.e., Outlook, Groupwise, etc.)

❏ I have an existing PACER account.
❏ My firm has an existing PACER account.

---

The information contained in this box will be used for security/confirmation purposes related to your e-filing login/password:

Key word/phrase: _____        Reminder: _____

---

**BY COMPLETING THIS FORM, ATTORNEYS CERTIFY THAT THEY ARE MEMBERS IN GOOD STANDING OF THE BAR OF THIS COURT AND THAT THEY ARE FAMILIAR WITH W.D. Mich. LCivR 5.7 and LCrR 49.10, AS APPLICABLE TO THEIR PRACTICE, WHICH MAY BE FOUND AT:**

**www.miwd.uscourts.gov**

**By registering under this rule, attorneys consent to electronic service of all electronically filed documents.  See W.D. Mich. LCivR 5.7(i)(ii) and LCrR 49.10(h)(ii).**

Attorney's Signature: _____

Return this form *via hand delivery, FedEx or U.S. mail only* to:

**Clerk, U.S. District Court**
**E-Filing Registration**
**399 Federal Building**
**110 Michigan St., N.W.**
**Grand Rapids, MI  49503**

YOUR E-FILING LOGIN AND PASSWORD WILL BE SENT TO YOU VIA U.S. MAIL

---

**COURT USE ONLY:**

E-Filing Login Assigned: _____

E-Filing Password Assigned: _____

☐ Confirmation e-mail sent          ☐ E-mail confirmed by attorney
☐ Attorney's record updated         ☐ UR registered e-mail sent
☐ Copy of form mailed to attorney