IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NCR CORPORATION and INTERNATIONAL PAPER CO.<br><br>Defendants. | No: 1:11-cv-00483<br><br>Judge Robert J. Jonker |

# STIPULATION AND ORDER FOR FILING FIRST AMENDED COMPLAINT

This Stipulation is entered into pursuant to Rule 15(a)(2), Federal Rules of Civil Procedure by Plaintiffs, Georgia-Pacific Consumer Products LP, Fort James Corporation, and Georgia-Pacific LLC and by Defendant NCR Corporation and Defendant International Paper Company. Plaintiffs wish to file a First Amended Complaint. Defendants, without prejudice to any and all defenses available to them, have no objection. Plaintiffs and Defendants therefore stipulate and agree, pursuant to Rule 15(a)(2), that Plaintiffs may amend their Complaint by filing their First Amended Complaint, a copy of which accompanies this Stipulation as Exhibit A. Plaintiffs and Defendants further stipulate and agree that Defendants shall have up to and including thirty (30) days from the filing of the First Amended Complaint to file their responses and that Defendant International Paper shall not be required to file an answer to the original Complaint.

**GEORGIA-PACIFIC CONSUMER PRODUCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC**

By:    /s/ Peter A. Smit

Peter A. Smit
Varnum LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501
(616) 336-6000

**NCR CORPORATION**

By:    /s/ Geoffrey A. Fields

Geoffrey A. Fields
Dickinson Wright
200 Ottawa Avenue, N.W.
Suite 1000
Grand Rapids, MI 49503-2427
(616) 336-1017

**INTERNATIONAL PAPER COMPANY**

By:    /s/ John F. Cermak, Jr.

John F. Cermak, Jr.
Baker & Hostetler LLP
12100 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025
(310) 820-8800

SO ORDERED: _____
                    United States District Judge

DATE: