UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

Case No.: 1:11-CV-483
Case Caption: GEORGIA-PACIFIC CONSUMER PRODUCTS LP, et al. V. NCR CORPORATION, et al.

Date: June 27, 2011 at 10:00 a.m. to 10:55 a.m.
Place: Grand Rapids, MI
Judge: Hon. Robert J. Jonker

Appearances for Plaintiff: Peter A. Smit, Joseph C. Kearfott, Douglas M. Garrou, Jeffrey N. Martin, John Burgess
Appearances for Defendant: NCR Corporation:  Geoffrey A. Fields, Darin P. McAtee and Evan B. Westerfield
                          International Paper Co.:  John F. Cermak, Jr., and John D. Parker

**PROCEEDINGS IN CHAMBERS**

**NATURE OF HEARING:**  Rule 16 Scheduling Conference


Clerk:  Melva I. Ludge
        Case Manager