UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Georgia-Pacific Consumer Products LP et al,

        Plaintiffs,        Case No. 1:11-cv-00483

v.

        Hon. Robert J. Jonker

NCR Corporation et al,

        Defendants.
_____/

ORDER REGARDING MANDATORY ADMISSION, E-FILING AND SERVICE

The Western District of Michigan has adopted a mandatory electronic filing policy for attorneys practicing before this Court, which has been in effect since January 1, 2005. The Court notes that despite notice from the Court Clerk of this requirement as well as the requirements for admission to practice, attorney Dean P. Laing has failed to become admitted and register for electronic filing and service.

Therefore, attorney Dean P. Laing is ordered to become admitted and register as an electronic filer twenty-eight (28) days from the date of this Order. Should he fail to register by the deadline, the Court will no longer serve paper copies upon Dean P. Laing.

IT IS SO ORDERED.


Dated: July 14, 2011        /s/ Robert J. Jonker
        Robert J. Jonker
        United States District Judge