**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC, LLC, | Civil Action No. 1:11-cv-483 |
| Plaintiffs, | Judge Robert J. Jonker |
| v. | |
| NCR CORPORATION, INTERNATIONAL PAPER COMPANY, AND WEYERHAEUSER COMPANY, | |
| Defendants, | |
| INTERNATIONAL PAPER COMPANY, | |
| Counterclaimant, | |
| v. | |
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC, LLC, | |
| Counterdefendants, | |
| INTERNATIONAL PAPER COMPANY, | |
| Crossclaimant, | |
| v. | |
| NCR CORPORATION and WEYERHAEUSER COMPANY, | |
| Crossdefendants. | |

**WEYERHAEUSER COMPANY'S CORPORATE DISCLOSURE STATEMENT**

The undersigned, counsel of record for Defendant and Crossdefendant Weyerhaeuser Company, provides the following in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

(1)  I represent Weyerhaeuser Company.

(2)(a)  Weyerhaeuser Company is a corporation.  It does not have a parent corporation.

(2)(b)  No publicly-held company owns more than ten percent of Weyerhaeuser Company's stock.

(3)  Weyerhaeuser Company is represented by Perkins Coie LLP.

DATED: August 5, 2011

Respectfully submitted,

**PERKINS COIE LLP**

By: /s/ Mark W. Schneider
    Mark W. Schneider, WA Bar No. 14105
    MWSchneider@perkinscoie.com
    Karen M. McGaffey, WA Bar No. 20535
    KMcGaffey@perkinscoie.com
    J. Christopher Baird, WA Bar No. 38944
    JCBaird@perkinscoie.com
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Defendant and Crossdefendant Weyerhaeuser Company

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2011, the foregoing **CORPORATE DISCLOSURE STATEMENT** was filed electronically using to the Court's CM/ECF system, which will send notification of such filing by operation of the Court's electronic systems to all parties.

DATED:  August 5, 2011

/s/ Mark W. Schneider
Mark W. Schneider, WA Bar No. 14105
MWSchneider@perkinscoie.com
Karen M. McGaffey, WA Bar No. 20535
KMcGaffey@perkinscoie.com
J. Christopher Baird, WA Bar No. 38944
JCBaird@perkinscoie.com
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Defendant and Crossdefendant Weyerhaeuser Company