IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER COMPANY,<br><br>        Defendants. | Civil Action No. 11-cv-483 |

**PROOF OF SERVICE**

I hereby certify that on August 5, 2011, I served Defendant NCR Corporation's Rule 26(a)(1) Initial Disclosures upon the attorneys listed below via U.S. Mail and electronic mail.

Ian Pitz
MICHAEL BEST & FRIEDRICH LLP
PO Box 1806 Firstar Plaza
1 S Pinckney St - Ste 700
Madison, WI 53701-1806
*Counsel for Defendant and Cross-Claimant International Paper Co.*

John F. Cermak
Sonja A. Inglin
BAKER & HOSTETLER LLP
12100 Wilshire Blvd., 15th Fl.
Los Angeles, CA 90025
*Counsel for Defendant and Cross-Claimant International Paper Co.*

John Daniel Parker
BAKER & HOSTETLER LLP
1900 E Ninth St.
Cleveland, OH 44114-3485
*Counsel for Defendant and Cross-Claimant International Paper Co.*

Douglas M. Garrou
George P. Sibley
Joseph C. Kearfott
HUNTON & WILLIAMS LLP
Riverfront Plaza - East Tower
951 E Byrd St
Richmond, VA 23219-4074
*Counsel for Plaintiff Georgia-Pacific Consumer Products LLC*

Jan M. Conlin
Tara Dawn Falsani
ROBINS KAPLAN MILLER & CIRESI LLP
800 LaSalle Ave S - Ste 2800
Minneapolis, MN 55402-2015
*Counsel for Plaintiff Georgia-Pacific Consumer Products LLC*

R. Raymond Rothman
BINGHAM MCCUTCHEN LLP
355 S Grand Ave - 44th Fl
Los Angeles, CA 90071
*Counsel for Defendant and Cross-Claimant International Paper Co.*

Mark W. Schneider
Karen M. McGaffey
J. Christopher Baird
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
*Counsel for Defendant Weyerhaeuser Company*

Jeffrey N. Martin
HUNTON & WILLIAMS LLP
1900 K. St., N.W.
Washington, DC 20006
*Counsel for Plaintiff Georgia-Pacific Consumer Products LLC*

Kathy Robb
HUNTON & WILLIAMS LLP
200 Park Ave., 53rd Fl.
New York, NY 10166
*Counsel for Plaintiff Georgia-Pacific Consumer Products LLC*

Peter A. Smit
VARNUM RIDDERING SCHMIDT & HOWLETT LLP
Bridgewater Place
333 Bridge St., NW
P.O. Box 352
Grand Rapids, MI 49501-0352
*Counsel for Plaintiff Georgia-Pacific Consumer Products LLC*

Dean P. Laing
O'NEIL CANNON HOLLMAN DEJONG & LAING SC
111 E. Wisconsin Ave., Suite 1400
Milwaukee, WI 53202
*Counsel for Plaintiff Georgia-Pacific Consumer Products LLC*

/s/ Eric Ha
Eric Ha