### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC </br></br>Plaintiffs,</br></br>v.</br></br>NCR CORPORATION INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,</br></br>Defendants. | No: 1:11-cv-00483</br></br>Judge Robert J. Jonker |

## PROOF OF SERVICE – INITIAL DISCLOSURES

I hereby certify that on August 5, 2011, I electronically served a copy of Plaintiffs' Rule 26(a)(1) Initial Disclosures upon counsel for each Defendant, at the following e-mail addresses:

| | |
|---|---|
| Bradley M Marten | bmarten@martenlaw.com |
| Darin P. McAtee | dmcatee@cravath.com |
| Eric W. Ha | eha@sidley.com |
| Evan R. Chesler | echesler@cravath.com |
| Evan B. Westerfield | evanwesterfield@sidley.com |
| Geoffrey A. Fields | gfields@dickinsonwright.com |
| Kathleen L. Roach | kroach@sidley.com |
| Linda R Larson | llarson@martenlaw.com |
| Margaret R. Sobota | msobota@sidley.com |
| Meline Grace MacCurdy | mmaccurdy@martenlaw.com |
| Sandra C. Goldstein | sgoldstein@cravath.com |
| John F. Cermak | jcermak@bakerlaw.com |
| John Daniel Parker | jparker@bakerlaw.com |
| Sonja A. Inglin | singlin@bakerlaw.com |
| Mark W. Schneider | MWSchneider@perkinscoie.com |
| Karen M. McGaffey | Kmcgaffey@perkinscoie.com |

Dated: August 8, 2011

GEORGIA-PACIFIC CONSUMER PRODUCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC

BY:

/s/ Douglas M. Garrou
_____

Joseph C. Kearfott
Douglas M. Garrou
George P. Sibley, III
Hunton & Williams LLP
951 East Byrd St.
Richmond, VA 23219
(804) 788-8200

Peter A. Smit, Bar No. P 27886
Varnum LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501
(616) 336-6000

Jeffrey N. Martin
Djordje Petkoski
Hunton & Williams LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 955-1500

Kathy Robb
Hunton & Williams LLP
200 Park Avenue, 52nd Floor
New York, New York 10166-0005
(212) 309-1000

Jan M. Conlin
Tara D. Falsani
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
(612) 349-8500

29073.000396 EMF_US 36724450v2