## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA PACIFIC CONSUMER PRODUCTS, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, | Civil Action No. 1:11-cv-00483-RJJ |
| Plaintiffs, | Assigned to: Hon. Robert J. Jonker |
| v. | **PROOF OF SERVICE - PHASE 1 INITIAL DISCLOSURES** |
| NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER COMPANY, | |
| Defendants. | |
| INTERNATIONAL PAPER COMPANY, | |
| Counterclaimant, | |
| v. | |
| GEORGIA PACIFIC CONSUMER PRODUCTS LT, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, | |
| Counterdefendants, | |
| INTERNATIONAL PAPER COMPANY, | |
| Crossclaimant, | |
| v. | |
| NCR CORPORATION and WEYERHAEUSER COMPANY, | |
| Crossdefendants. | |

I hereby certify that on August 5, 2011, I electronically served a copy of Defendant, Counterclaimant and Crossclaimant International Paper Company's Rule 26(a)(1) Initial

503717866.1

Disclosures upon counsel of record for the other parties, at the follow e-mail addresses:

| | |
|---|---|
| Douglas M. Garrou | dgarrou@hunton.com |
| George P. Sibley | gsibley@hunton.com |
| Joseph C. Kearfott | jkearfott@hunton.com |
| Jeffrey N. Martin | jmartin@hunton.com |
| Kathy Robb | krobb@hunton.com |
| Jan M. Conlin | jmconlin@rkmc.com |
| Tara Dawn Falsani | tdfalsani@rkmc.com |
| Peter A. Smit | pasmit@varnumlaw.com |
| Eric W. Ha | eha@sidley.com |
| Evan B. Westerfield | evanwesterfield@sidley.com |
| Kathleen L. Roach | kroach@sidley.com |
| Margaret R. Sobota | msobota@sidley.com |
| Sandra C. Goldstein | sgoldstein@cravath.com |
| Evan C. Chesler | echesler@cravath.com |
| Darin P. McAtee | dmcatee@cravath.com |
| Geoffrey A. Fields | gfields@dickinsonwright.com |
| Meline G. MacCurdy | mmaccurdy@martenlaw.com |
| Linda R. Larson | llarson@martenlaw.com |
| Bradley M. Marten | bmarten@martenlaw.com |
| Mark W. Schneider | MWSchneider@perkinscoie.com |
| Karen M. McGaffey | KMcGaffey@perkinscoie.com |
| J. Christopher Baird | JCBaird@perkinscoie.com |
| Dean P. Laing | Dean.Laing@wilaw.com |

Dated: August 8, 2011         BAKER HOSTETLER LLP


By: /s/ Sonja A. Inglin
    John F. Cermak, Jr.
    Sonja A. Inglin
    Baker Hostetler LLP
    12100 Wilshire Blvd., Suite 1500
    Los Angeles, CA 90025-7120
    (310) 820-8800

    John D. Parker
    Baker Hostetler LLP
    1900 E. 9th St., Suite 3200
    Cleveland, OH 44114-3482
    (216) 621-0200

    Attorneys for Defendant,
    Counterclaimant and Crossclaimant
    INTERNATIONAL PAPER COMPANY

503717866.1