# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC, LLC, | Civil Action No. 1:11-cv-483 |
| Plaintiffs, | Judge Robert J. Jonker |
| v. | |
| NCR CORPORATION, INTERNATIONAL PAPER COMPANY, AND WEYERHAEUSER COMPANY, | |
| Defendants, | |
| INTERNATIONAL PAPER COMPANY, | |
| Counterclaimant, | |
| v. | |
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC, LLC, | |
| Counterdefendants, | |
| INTERNATIONAL PAPER COMPANY, | |
| Crossclaimant, | |
| v. | |
| NCR CORPORATION and WEYERHAEUSER COMPANY, | |
| Crossdefendants. | |

## PROOF OF SERVICE-INITIAL DISCLOSURES

I hereby certify that on August 5, 2011, I served a copy of Defendant and Crossdefendant Weyerhaeuser Company's Rule 26(a)(1) Initial Disclosure Statement upon counsel of record for all parties either electronically or by U.S. Mail as indicated below.

| **Attorneys for Plaintiff and Counterdefendant Georgia-Pacific Consumer Products LP:** ||
|---|---|
| Douglas M. Garrou<br>Hunton & Williams LLP<br>Riverfront Plaza - East Tower<br>951 E Byrd St<br>Richmond, VA 23219-4074<br>(804) 788-8355<br>Fax: (804) 344-7999<br>Email: dgarrou@hunton.com | Jan M. Conlin<br>Robins Kaplan Miller & Ciresi LLP<br>800 LaSalle Ave S - Ste 2800<br>Minneapolis, MN 55402-2015<br>(612) 349-8500<br>Fax: (612) 339-4181<br><br>Email: jmconlin@rkmc.com |
| George P. Sibley<br>Hunton & Williams LLP<br>Riverfront Plaza - East Tower<br>951 E Byrd St<br>Richmond, VA 23219-4074<br>(804) 788-8262<br>Email: gsibley@hunton.com | Tara Dawn Falsani<br>Robins Kaplan Miller & Ciresi LLP<br>800 LaSalle Ave S - Ste 2800<br>Minneapolis, MN 55402-2015<br>(612) 349-8500<br>Email: tdfalsani@rkmc.com |
| Jeffrey N. Martin<br>Hunton & Williams LLP<br>1900 K. St., N.W.<br>Washington, DC 20006<br>(202) 955-1552<br>Email: jmartin@hunton.com | Joseph C. Kearfott<br>Hunton & Williams LLP (Richmond)<br>Riverfront Plz., East Tower<br>951 E Byrd St.<br>Richmond, VA 23219<br>(804) 788-8446<br>Email: jkearfott@hunton.com |
| Kathy Robb<br>Hunton & Williams LLP (NY)<br>200 Park Ave., 53rd Fl.<br>New York, NY 10166<br>(212) 309-1128<br>Email: Krobb@hunton.com | Peter A. Smit<br>Varnum Riddering Schmidt & Howlett LLP (Grand Rapids)<br>Bridgewater Place<br>333 Bridge St., NW<br>P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>(616) 336-6000<br>Email: pasmit@varnumlaw.com |
| Dean P. Laing<br>O'Neil Cannon Hollman DeJong & Laing SC<br>111 E. Wisconsin Ave., Suite 1400<br>Milwaukee, WI 53202<br>(414)276-5000<br>Fax: (414) 276-6581<br>Dean.Laing@wilaw.com | |

| **Attorneys for Plaintiff and Counterdefendant Fort James Corporation:** ||
|---|---|
| Douglas M. Garrou<br>(See above for address) | Jan M. Conlin<br>(See above for address) |
| George P. Sibley<br>(See above for Address) | Tara Dawn Falsani<br>(See above for address) |
| Jeffrey N. Martin<br>(See above for address) | Joseph C. Kearfott<br>(See above for address) |
| Kathy Robb<br>(See above for address) | Peter A. Smit<br>(See above for address) |
| Dean P. Laing<br>(See above for address) | |
| **Attorneys for Plaintiff and Counterdefendant Georgia-Pacific LLC:** ||
| Douglas M. Garrou<br>(See above for address) | Jan M. Conlin<br>(See above for address) |
| George P. Sibley<br>(See above for Address) | Tara Dawn Falsani<br>(See above for address) |
| Jeffrey N. Martin<br>(See above for address) | Joseph C. Kearfott<br>(See above for address) |
| Kathy Robb<br>(See above for address) | Peter A. Smit<br>(See above for address) |
| Dean P. Laing<br>(See above for address) | |
| **Attorneys for Defendant and Crossdefendant NCR Corporation:** ||
| Bradley M. Marten<br>Marten Law PLLC<br>1191 2nd Ave., Ste. 2200<br>Seattle, WA 98101<br>(206) 292-2600<br>Fax: (206) 292-2601<br>Email: bmarten@martenlaw.com | Darin P. McAtee<br>Cravath Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Ave.<br>New York, NY 10019<br>(212) 474-1000<br>Fax: (212) 474-3700<br>Email: dmcatee@cravath.com |

| | |
|---|---|
| Eric W. Ha<br>Sidley Austin LLP<br>One S Dearborn St.<br>Chicago, IL 60603<br>(312) 853-0462<br>Fax: (312) 853-7036<br>Email: eha@sidley.com | Evan R. Chesler<br>Cravath Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Ave.<br>New York, NY 10019<br>(212) 474-1000<br>Fax: (212) 474-3700<br>Email: echesler@cravath.com |
| Evan B. Westerfield<br>Sidley Austin LLP<br>One S Dearborn St.<br>Chicago, IL 60603<br>(312) 853-7000<br>Fax: (312) 853-7036<br>Email: evanwesterfield@sidley.com | Geoffrey A. Fields<br>Dickinson Wright PLLC (Grand Rapids)<br>200 Ottawa Ave., NW, Ste. 1000<br>Grand Rapids, MI 49503<br>(616) 458-1300<br>Email: gfields@dickinsonwright.com |
| Kathleen L. Roach<br>Sidley Austin LLP<br>One S Dearborn St.<br>Chicago, IL 60603<br>(312) 853-7000<br>Email: kroach@sidley.com | Linda R. Larson<br>Marten Law PLLC<br>1191 2nd Ave., Ste. 2200<br>Seattle, WA 98101<br>(206) 292-2600Fax: (206) 292-2601<br>Email: llarson@martenlaw.com |
| Sandra C. Goldstein<br>Cravath Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Ave.<br>New York, NY 10019<br>(212) 474-1000<br>Fax: (212) 474-3700<br>Email: sgoldstein@cravath.com | Margaret R. Sobota<br>Sidley Austin LLP<br>One S Dearborn St.<br>Chicago, IL 60603<br>(312) 853-7000<br>Email: msobota@sidley.com |
| Meline G. MacCurdy<br>Marten Law PLLC<br>1191 2nd Ave., Ste. 2200<br>Seattle, WA 98101<br>(206) 292-2600<br>Fax: (206) 292-2601<br>Email: mmaccurdy@martenlaw.com | |

| **Attorneys for Defendant and Crossclaimant International Paper Company:** ||
|---|---|
| Via US Mail:<br>Ian AJ Pitz<br>Michael Best & Friedrich LLP<br>PO Box 1806 Firstar Plaza<br>1 S Pinckney St - Ste 700<br>Madison, WI 53701-1806<br>(608) 257-3501<br>Fax: (608) 283-2275<br>Email: iapitz@michaelbest.com | John F. Cermak<br>Baker & Hostetler LLP (CA)<br>12100 Wilshire Blvd., 15th Fl.<br>Los Angeles, CA 90025<br>(310) 820-8800<br>Fax: (310) 820-8859<br>Email: jcermak@bakerlaw.com |
| John Daniel Parker<br>Baker & Hostetler LLP (CA)<br>1900 E Ninth St.<br>Cleveland, OH 44114-3485<br>(216) 861-7610<br>Fax: (310) 820-8859<br>Email: jparker@bakerlaw.com | R. Raymond Rothman<br>Bingham McCutchen LLP<br>355 S Grand Ave - 44th Fl<br>Los Angeles, CA 90071<br>(213) 680-6590<br>Fax: (213) 680-6499<br>Email: rick.rothman@bingham.com |
| Sonja A. Inglin<br>Baker & Hostetler LLP (CA)<br>12100 Wilshire Blvd., 15th Fl.<br>Los Angeles, CA 90025<br>(310) 820-8800<br>Email: singlin@bakerlaw.com | |

DATED:  August 9, 2011

/s/ J. Christopher Baird
Mark W. Schneider, WA Bar No. 14105
MWSchneider@perkinscoie.com
Karen M. McGaffey, WA Bar No. 20535
KMcGaffey@perkinscoie.com
J. Christopher Baird, WA Bar No. 38944
JCBaird@perkinscoie.com
 1201 Third Avenue, Suite 4800
 Seattle, WA  98101-3099
 Telephone:  206.359.8000
 Facsimile:  206.359.9000

 Attorneys for Defendant and
 Crossdefendant Weyerhaeuser Company