IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC<br><br>Plaintiffs,<br><br>v.<br><br>NCR CORPORATION INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,<br><br>Defendants. | No: 1:11-cv-00483<br><br>Judge Robert J. Jonker |

**PROOF OF SERVICE**
**Plaintiffs Georgia Pacific Consumer Products, Fort James Corporation, and Georgia-Pacific LLC's Response to the Counterclaim of Defendant International Paper Company**

I hereby certify that on August 18, 2011, I electronically served a copy of Plaintiffs'

Georgia Pacific's Response to International Paper Company's Counterclaim and Cross-claim

upon counsel for each Defendant, at the following e-mail addresses:

| | |
|---|---|
| Bradley M Marten | bmarten@martenlaw.com |
| Darin P. McAtee | dmcatee@cravath.com |
| Eric W. Ha | eha@sidley.com |
| Evan R. Chesler | echesler@cravath.com |
| Evan B. Westerfield | evanwesterfield@sidley.com |
| Geoffrey A. Fields | gfields@dickinsonwright.com |
| Kathleen L. Roach | kroach@sidley.com |
| Linda R Larson | llarson@martenlaw.com |
| Margaret R. Sobota | msobota@sidley.com |
| Meline Grace MacCurdy | mmaccurdy@martenlaw.com |
| Sandra C. Goldstein | sgoldstein@cravath.com |
| John F. Cermak | jcermak@bakerlaw.com |
| John Daniel Parker | jparker@bakerlaw.com |
| Sonja A. Inglin | singlin@bakerlaw.com |
| Mark W. Schneider | MWSchneider@perkinscoie.com |
| Karen M. McGaffey | Kmcgaffey@perkinscoie.com |
| J. Christopher Baird | jcbaird@perkinscoie.com |
| Alexandra Reeve Givens | areevegivens@cravath.com |
| Vanessa A. Lavely | vlavely@cravath.com |

| | |
|---|---|
| Omid H. Nasab | onasab@cravath.com |
| Ian A. J. Pitz | iapitz@michaelbest.com |
| Joan Radovich | jradovich@sidley.com |

Dated: August 18, 2011

GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC

BY:

/s/ Jeffrey N. Martin

---

Peter A. Smit, Bar No. P 27886
Varnum LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI  49501
(616) 336-6000

Joseph C. Kearfott, VA Bar No. 12639
Douglas M. Garrou, VA Bar No. 42069
George P. Sibley, III
Hunton & Williams LLP
951 East Byrd St.
Richmond, VA  23219
(804) 788-8200

Jeffrey N. Martin, DC Bar No. 254201
Djordje Petkoski
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC  20037
(202) 955-1500

Kathy Robb, NY Bar No. 2311710
Hunton & Williams LLP
200 Park Avenue, 52nd Floor
New York, New York  10166-0005
(212) 309-1000

Jan M. Conlin, MN Bar No. 0192697
Tara D. Falsani, MN Bar No. 0335903
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402
(612) 349-8500