UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NCR CORPORATION, INTERNATIONAL PAPER COMPANY, AND WEYERHAEUSER COMPANY,<br><br>Defendants,<br><br>INTERNATIONAL PAPER COMPANY,<br><br>Counterclaimant,<br><br>v.<br><br>GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC, LLC,<br><br>Counterdefendants,<br><br>INTERNATIONAL PAPER COMPANY,<br><br>Crossclaimant,<br><br>v.<br><br>NCR CORPORATION and WEYERHAEUSER COMPANY,<br><br>Crossdefendants. | Civil Action No. 1:11-cv-483<br><br>Judge Robert J. Jonker |

**STIPULATION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND**

Defendant and Cross-defendant Weyerhaeuser Company's response to Plaintiff's First Amended Complaint is due August 29, 2011. The parties hereby stipulate that Weyerhaeuser

01576-0229/LEGAL21636316.1

shall be afforded an extension of time until September 2, 2011, in which to answer or otherwise respond to Plaintiff's Complaint.

DATED: August 30, 2011

**Georgia-Pacific Consumer Products, LP Fort James Corporation and Georgia-Pacific, LLC**

By:  /s/ Douglas M. Garrou

Peter A. Smit
Varnum LLP
Bridgewater Place
333 Bridge St., NW
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000

Joseph C. Kearfott
Douglas M. Garrou
George P.Sibley, III
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 E Byrd St.
Richmond, VA 23219
(804) 788-8446

Jeffrey N. Martin
Djordje Petkoski
Hunton & Williams LLP
1900 K. Street N.W.
Washington, DC 20006
(202) 955-1552

Kathy Robb
Hunton & Williams LLP (NY)
200 Park Ave., 53rd Fl.
New York, NY 10166
(212) 309-1128

Jan M. Conlin
Tara D. Falsani
Robins Kaplan Miller & Ciresi LLP
800 LaSalle Ave S - Ste 2800
Minneapolis, MN 55402-2015
(612) 349-8500
Attorneys for Plaintiffs

01576-0229/LEGAL21636316.1

| | |
|---|---|
| DATED: August 30, 2011 | **Weyerhaeuser Company** |
| | By:  /s/ Mark W. Schneider |

**PERKINS COIE LLP**

Mark W. Schneider, WA Bar No. 14105
MWSchneider@perkinscoie.com
Karen M. McGaffey, WA Bar No. 20535
KMcGaffey@perkinscoie.com
J. Christopher Baird, WA Bar No. 38944
JCBaird@perkinscoie.com
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000


**WARNER NORCROSS & JUDD LLP**
Douglas A. Dozeman, MI Bar No. P35871
DDozeman@wnj.com
Scott M. Watson, MI Bar No. P70185
SWatson@wnj.com
900 Fifth Third Center
111 Lyon St. NW
Grand Rapids, MI  49504-2487
Telephone:  616.752.2000
Facsimile:  616.752.2500

Attorneys for Defendant and Crossdefendant Weyerhaeuser Company

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2011, the foregoing **STIPULATION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND** was filed electronically using to the Court's CM/ECF system, which will send notification of such filing by operation of the Court's electronic systems to all parties.

| | |
|---|---|
| DATED: August 30, 2011 | /s/ Mark W. Schneider |
| | Mark W. Schneider, WA Bar No. 14105 |
| | MWSchneider@perkinscoie.com |
| | Karen M. McGaffey, WA Bar No. 20535 |
| | KMcGaffey@perkinscoie.com |
| | J. Christopher Baird, WA Bar No. 38944 |
| | JCBaird@perkinscoie.com |
| | 1201 Third Avenue, Suite 4800 |
| | Seattle, WA  98101-3099 |
| | Telephone:  206.359.8000 |
| | Facsimile:  206.359.9000 |
| | |
| | Attorneys for Defendant and Crossdefendant Weyerhaeuser Company |