UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA-PACIFIC CONSUMER PRODUCTS, LP,
FORT JAMES CORPORATION, and
GEORGIA-PACIFIC, LLC

      Plaintiffs-Counter Defendants,

CASE NO. 1:11-CV-483

v.

HON. ROBERT J. JONKER

NCR CORPORATION and
WEYERHAEUSER COMPANY,

      Defendants-Cross Defendants,

and

INTERNATIONAL PAPER COMPANY,

      Defendants, Counter-Plaintiff,
      and Cross-Plaintiff.
_____/

## ORDER

The deadline for Weyerhaeuser's response to Plaintiffs' First Amended Complaint is extended to September 2, 2011, based on docket # 103.

Dated:    September 1, 2011      /s/ Robert J. Jonker
                                                 ROBERT J. JONKER
                                                 UNITED STATES DISTRICT JUDGE