IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA PACIFIC CONSUMER PRODUCTS, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, | |
| Plaintiffs, | |
| v. | Civil Action No. 1:11-cv-00483-RJJ |
| NCR CORPORATION, INTERNATIONAL PAPER COMPANY, and WEYERHAEUSER | Assigned to: Hon. Robert J. Jonker |
| Defendants. | |
| INTERNATIONAL PAPER COMPANY, | |
| Counterclaimant, | |
| v. | |
| GEORGIA PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, | |
| Counterdefendants, | |
| INTERNATIONAL PAPER COMPANY, | |
| Crossclaimant, | |
| v. | |
| NCR CORPORATION and WEYERHAEUSER COMPANY, | |
| Crossdefendants. | |

**PROOF OF SERVICE**

I hereby certify that on September 26, 2011, I caused to be served by electronic mail a copy of Plaintiffs Georgia Pacific Consumer Products, Fort James Corporation, And Georgia-Pacific LLC's Response to the Counterclaim of Defendant Weyerhaeuser Company upon counsel for each Defendant, at the following e-mail addresses:

**Counsel for NCR Corporation:**
Evan R. Chesler echesler@cravath.com
Geoffrey A. Fields gfields@dickinsonwright.com
Sandra C. Goldstein sgoldstein@cravath.com
Eric W. Ha eha@sidley.com
Linda R Larson llarson@martenlaw.com
Vanessa A. Lavely vlavely@cravath.com
Meline Grace MacCurdy mmaccurdy@martenlaw.com
Bradley M Marten bmarten@martenlaw.com
Darin P. McAtee dmcatee@cravath.com
Omid H. Nasab onasab@cravath.com
Kathleen L. Roach kroach@sidley.com
Margaret R. Sobota msobota@sidley.com
Evan B. Westerfield evanwesterfield@sidley.com

**Counsel for International Paper Co.:**
John F. Cermak, Jr. jcermak@bakerlaw.com
Sonja A. Inglin singlin@bakerlaw.com
Michael Dominic Meuti mmeuti@bakerlaw.com
John D. Parker jparker@bakerlaw.com

**Counsel for Weyerhaeuser Co.:**
J. Christopher Baird jcbaird@perkinscoie.com
Douglas A. Dozeman ddozeman@wnj.com
Karen M. McGaffey kmcgaffey@perkinscoie.com
Mark W. Schneider mwschneider@perkinscoie.com
Scott M. Watson swatson@wnj.com

Dated: September 26, 2011                     Respectfully submitted,

                                              GEORGIA-PACIFIC CONSUMER
                                              PRODUCTS, LP., FORT JAMES
                                              CORPORATION, and
                                              GEORGIA-PACIFIC LLC

                                              By:      /s/ Jeffrey N. Martin

1

Peter A. Smit (P27886)
Varnum LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501
(616) 336-6000

Joseph C. Kearfott, Va. Bar No. 12639
Douglas M. Garrou, Va. Bar No. 42069
George P. Sibley, III
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
(804) 788-8200

Jeffrey N. Martin, D.C. Bar No. 254201
Djordje Petkoski
Hunton & Williams LLP
2200 Pennsylvania Ave, N.W.
Washington, D.C.  20037
(202) 955-1500

Kathy Robb, N.Y. Bar No. 2311710
Hunton & Williams LLP
200 Park Avenue, 52nd Floor
New York, NY  10166-0005
(212) 309-1000

Jan M. Conlin, MN Bar No. 0192697
Tara D. Falsani, MN Bar No. 0335903
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402
(612) 349-8500

2