IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA PACIFIC CONSUMER PRODUCTS, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC,<br><br>      Plaintiffs,<br><br>      v.<br><br>NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER COMPANY,<br><br>      Defendants. | Civil Action No. 1:11-cv-00483-RJJ<br><br>Assigned to: Hon. Robert J. Jonker |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Kathleen L. Roach withdraws as counsel of record for Defendant NCR Corporation, and is to be removed from the service list in this case.

                      Respectfully submitted,

                      /s/ Evan B. Westerfield

                      SIDLEY AUSTIN LLP
                      Evan B. Westerfield (IL Bar No. 6217037)
                      One South Dearborn Street
                      Chicago, Illinois 60603
                      Phone: (312) 853-7000
                      Fax: (312) 853-7036
                      evanwesterfield@sidley.com

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (NY Bar No. 1475722)
Sandra C. Goldstein (NY Bar No. 2198745)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Phone: (212) 474-1000
Fax: (212) 474-3700

MARTEN LAW PLLC
Linda R. Larson (WA Bar No. 9171)
Bradley M. Marten (WA Bar No. 13582)
1191 Second Avenue
Suite 2200
Seattle, WA 98101
Phone: (206) 292-2600
Fax: (206) 292-2601

*Attorneys for NCR Corporation*

Dated: January 5, 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA PACIFIC CONSUMER PRODUCTS, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC,<br><br>        Plaintiffs,<br><br>  v.<br><br>NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER COMPANY,<br><br>        Defendants. | Civil Action No. 1:11-cv-00483-RJJ<br><br>Assigned to:  Hon. Robert J. Jonker |

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2012, I electronically filed the foregoing Notice of Withdrawal of Counsel using the ECF system, which will send notification of such filing to all counsel of record using the Court's electronic systems.

        NCR CORPORATION

          /s/ Eric W. Ha_____
         One of Its Attorneys