UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC, LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>NCR CORPORATION, INTERNATIONAL PAPER COMPANY, AND WEYERHAEUSER COMPANY,<br><br>  Defendants,<br><br>INTERNATIONAL PAPER COMPANY,<br><br>  Counterclaimant,<br><br>  v.<br><br>GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC, LLC,<br><br>  Counterdefendants,<br><br>INTERNATIONAL PAPER COMPANY,<br><br>  Crossclaimant,<br><br>  v.<br><br>NCR CORPORATION and WEYERHAEUSER COMPANY,<br><br>  Crossdefendants. | Civil Action No. 1:11-cv-483<br><br>Honorable Robert J. Jonker |

## NOTICE AND PROOF OF SERVICE

I hereby certify that on January 10, 2012, that DEFENDANT WEYERHAEUSER COMPANY'S RESPONSES AND OBJECTIONS TO DEFENDANT/CROSSDEFENDANT NCR CORPORATION'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS were served by electronic mail and U.S. Mail to all parties as indicated below.

01576-0287/LEGAL22466136.1

| ~~**Attorneys for Plaintiff Georgia-Pacific Consumer Products LP:**~~ ||
|---|---|
| ~~Douglas M. Garrou~~<br>~~Hunton & Williams LLP~~<br>~~Riverfront Plaza - East Tower~~<br>~~951 E Byrd St~~<br>~~Richmond, VA 23219-4074~~<br>~~(804) 788-8355~~<br>~~Fax: (804) 344-7999~~<br>~~Email: dgarrou@hunton.com~~ | ~~Jan M. Conlin~~<br>~~Robins Kaplan Miller & Ciresi LLP~~<br>~~800 LaSalle Ave S - Ste 2800~~<br>~~Minneapolis, MN 55402-2015~~<br>~~(612) 349-8500~~<br>~~Fax: (612) 339-4181~~<br>~~Email: jmconlin@rkmc.com~~ |
| ~~Jeffrey N. Martin~~<br>~~Hunton & Williams LLP~~<br>~~1900 K. St., N.W.~~<br>~~Washington, DC 20006~~<br>~~(202) 955-1552~~<br>~~Email: jmartin@hunton.com~~ | ~~Joseph C. Kearfott~~<br>~~Hunton & Williams LLP (Richmond)~~<br>~~Riverfront Plz., East Tower~~<br>~~951 E Byrd St.~~<br>~~Richmond, VA 23219~~<br>~~(804) 788-8446~~<br>~~Email: jkearfott@hunton.com~~ |
| ~~Kathy Robb~~<br>~~Hunton & Williams LLP (NY)~~<br>~~200 Park Ave., 53rd Fl.~~<br>~~New York, NY 10166~~<br>~~(212) 309-1128~~<br>~~Email: Krobb@hunton.com~~ | ~~Peter A. Smit~~<br>~~Varnum Riddering Schmidt & Howlett LLP (Grand Rapids)~~<br>~~Bridgewater Place~~<br>~~333 Bridge St., NW~~<br>~~P.O. Box 352~~<br>~~Grand Rapids, MI 49501-0352~~<br>~~(616) 336-6000~~<br>~~Email: pasmit@varnumlaw.com~~ |
| ~~**Attorneys for Plaintiff Fort James Corporation:**~~ ||
| ~~Douglas M. Garrou~~<br>~~(See above for address)~~ | ~~Jan M Conlin~~<br>~~(See above for address)~~ |
| ~~Jeffrey N. Martin~~<br>~~(See above for address)~~ | ~~Joseph C. Kearfott~~<br>~~(See above for address)~~ |
| ~~Kathy Robb~~<br>~~(See above for address)~~ | ~~Peter A. Smit~~<br>~~(See above for address)~~ |
| ~~Dean P Laing~~<br>~~(See above for address)~~ | |
| ~~**Attorneys for Plaintiff Georgia-Pacific LLC:**~~ ||
| ~~Douglas M. Garrou~~<br>~~(See above for address)~~ | ~~Jan M Conlin~~<br>~~(See above for address)~~ |
| ~~Jeffrey N. Martin~~ | ~~Joseph C. Kearfott~~ |

01576-0287/LEGAL22466136.1

| | |
|---|---|
| ~~(See above for address)~~ | ~~(See above for address)~~ |
| ~~Kathy Robb~~<br>~~(See above for address)~~ | ~~Peter A. Smit~~<br>~~(See above for address)~~ |
| ~~Dean P Laing~~<br>~~(See above for address)~~ | |
| **~~Attorneys for Defendant NCR Corporation:~~** ||
| ~~By U. S. Mail~~<br><br>~~Alexandra Reeve Givens~~<br>~~Cravath Swaine & Moore LLP~~<br>~~Worldwide Plaza~~<br>~~825 8th Ave~~<br>~~New York, NY 10019-7475~~<br>~~(212) 474-1000~~<br>~~Fax: (212) 474-3700~~ | ~~Bradley M Marten~~<br>~~Marten Law PLLC~~<br>~~1191 2nd Ave., Ste. 2200~~<br>~~Seattle, WA 98101~~<br>~~(206) 292-2600~~<br>~~Fax: (206) 292-2601~~<br>~~Email: bmarten@martenlaw.com~~ |
| ~~Darin P. McAtee~~<br>~~Cravath Swaine & Moore LLP~~<br>~~Worldwide Plaza~~<br>~~825 Eighth Ave.~~<br>~~New York, NY 10019~~<br>~~(212) 474-1000~~<br>~~Fax: (212) 474-3700~~<br>~~Email: dmcatee@cravath.com~~ | ~~Eric W. Ha~~<br>~~Sidley Austin LLP~~<br>~~One S Dearborn St.~~<br>~~Chicago, IL 60603~~<br>~~(312) 853-0462~~<br>~~Fax: (312) 853-7036~~<br>~~Email: eha@sidley.com~~ |
| ~~Evan R. Chesler~~<br>~~Cravath Swaine & Moore LLP~~<br>~~Worldwide Plaza~~<br>~~825 Eighth Ave.~~<br>~~New York, NY 10019~~<br>~~(212) 474-1000~~<br>~~Fax: (212) 474-3700~~<br>~~Email: echesler@cravath.com~~ | ~~Evan B. Westerfield~~<br>~~Sidley Austin LLP~~<br>~~One S Dearborn St.~~<br>~~Chicago, IL 60603~~<br>~~(312) 853-7000~~<br>~~Fax: (312) 853-7036~~<br>~~Email: evanwesterfield@sidley.com~~ |
| ~~Geoffrey A. Fields~~<br>~~Dickinson Wright PLLC (Grand Rapids)~~<br>~~200 Ottawa Ave., NW, Ste. 1000~~<br>~~Grand Rapids, MI 49503~~<br>~~(616) 458-1300~~<br>~~Email: gfields@dickinsonwright.com~~ | ~~Kathleen L. Roach~~<br>~~Sidley Austin LLP~~<br>~~One S Dearborn St.~~<br>~~Chicago, IL 60603~~<br>~~(312) 853-7000~~<br>~~Email: kroach@sidley.com~~ |
| ~~Linda R. Larson~~<br>~~Marten Law PLLC~~<br>~~1191 2nd Ave., Ste. 2200~~<br>~~Seattle, WA 98101~~<br>~~(206) 292-2600~~<br>~~Fax: (206) 292-2601~~ | ~~Margaret R. Sobota~~<br>~~Sidley Austin LLP~~<br>~~One S Dearborn St.~~<br>~~Chicago, IL 60603~~<br>~~(312) 853-7000~~<br>~~Email: msobota@sidley.com~~ |

01576-0287/LEGAL22466136.1

| | |
|---|---|
| ~~Email: llarson@martenlaw.com~~ | |
| ~~Meline G MacCurdy~~<br>~~Marten Law PLLC~~<br>~~1191 2nd Ave., Ste. 2200~~<br>~~Seattle, WA 98101~~<br>~~(206) 292-2600~~<br>~~Fax: (206) 292-2601~~<br>~~Email: mmaccurdy@martenlaw.com~~ | ~~Sandra C. Goldstein~~<br>~~Cravath Swaine & Moore LLP~~<br>~~Worldwide Plaza~~<br>~~825 Eighth Ave.~~<br>~~New York, NY 10019~~<br>~~(212) 474-1000~~<br>~~Fax: (212) 474-3700~~<br>~~Email: sgoldstein@cravath.com~~ |
| **~~Attorneys for Defendant International Paper Company:~~** ||
| ~~Ian AJ Pitz~~<br>~~Michael Best & Friedrich LLP~~<br>~~Firstar Plaza~~<br>~~1 S Pinckney St - Ste 700~~<br>~~PO Box 1806~~<br>~~Madison, WI 53701-1806~~<br><br>~~Email: iapitz@michaelbest.com~~<br>~~(608) 257-3501~~<br>~~Fax: (608) 283-2275~~ | ~~John F. Cermak~~<br>~~Baker & Hostetler LLP (CA)~~<br>~~12100 Wilshire Blvd., 15th Fl.~~<br>~~Los Angeles, CA 90025~~<br>~~(310) 820-8800~~<br>~~Fax: (310) 820-8859~~<br>~~Email: jcermak@bakerlaw.com~~ |
| ~~R Raymond Rothman~~<br>~~Bingham McCutchen LLP~~<br>~~355 S Grand Ave - 44th Fl~~<br>~~Los Angeles, CA 90071~~<br>~~(213) 680-6590~~<br>~~Fax: (213) 680-6499~~<br>~~Email: rick.rothman@bingham.com~~ | ~~Sonja A. Inglin~~<br>~~Baker & Hostetler LLP (CA)~~<br>~~12100 Wilshire Blvd., 15th Fl.~~<br>~~Los Angeles, CA 90025~~<br>~~(310) 820-8800~~<br>~~Email: singlin@bakerlaw.com~~ |
| **Attorneys for Plaintiffs and Counterdefendants Georgia-Pacific Consumer Products LP, Fort James Corporation, Georgia-Pacific LLC:** ||
| Douglas M. Garrou<br>Hunton & Williams LLP<br>Riverfront Plaza - East Tower<br>951 E Byrd St<br>Richmond, VA 23219-4074<br>(804) 788-8355<br>Fax: (804) 344-7999<br>Email: dgarrou@hunton.com | Jan M. Conlin<br>Robins Kaplan Miller & Ciresi LLP<br>800 LaSalle Ave S - Ste 2800<br>Minneapolis, MN 55402-2015<br>(612) 349-8500<br>Fax: (612) 339-4181<br>Email: jmconlin@rkmc.com |

| | |
|---|---|
| George P. Sibley<br>Hunton & Williams LLP<br>Riverfront Plaza - East Tower<br>951 E Byrd St<br>Richmond, VA 23219-4074<br>(804) 788-8262<br>Email: gsibley@hunton.com | Tara Dawn Falsani<br>Robins Kaplan Miller & Ciresi LLP<br>800 LaSalle Ave S - Ste 2800<br>Minneapolis, MN 55402-2015<br>(612) 349-8500<br>Email: tdfalsani@rkmc.com |
| Jeffrey N. Martin<br>Hunton & Williams LLP<br>1900 K. St., N.W.<br>Washington, DC 20006<br>(202) 955-1552<br>Email: jmartin@hunton.com | Joseph C. Kearfott<br>Hunton & Williams LLP (Richmond)<br>Riverfront Plz., East Tower<br>951 E Byrd St.<br>Richmond, VA 23219<br>(804) 788-8446<br>Email: jkearfott@hunton.com |
| Kathy Robb<br>Hunton & Williams LLP (NY)<br>200 Park Ave., 53rd Fl.<br>New York, NY 10166<br>(212) 309-1128<br>Email: Krobb@hunton.com | Peter A. Smit<br>Varnum Riddering Schmidt & Howlett LLP (Grand Rapids)<br>Bridgewater Place<br>333 Bridge St., NW<br>P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>(616) 336-6000<br>Email: pasmit@varnumlaw.com |
| Dean P. Laing<br>O'Neil Cannon Hollman DeJong & Laing SC<br>111 E. Wisconsin Ave., Suite 1400<br>Milwaukee, WI 53202<br>(414)276-5000<br>Fax: (414) 276-6581<br>Dean.Laing@wilaw.com | |
| **Attorneys for Defendant and Crossdefendant NCR Corporation:** ||
| Bradley M. Marten<br>Marten Law PLLC<br>1191 2nd Ave., Ste. 2200<br>Seattle, WA 98101<br>(206) 292-2600<br>Fax: (206) 292-2601<br>Email: bmarten@martenlaw.com | Darin P. McAtee<br>Cravath Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Ave.<br>New York, NY 10019-7475<br>(212) 474-1000<br>Fax: (212) 474-3700<br>Email: dmcatee@cravath.com |

| | |
|---|---|
| Eric W. Ha<br>Sidley Austin LLP<br>One S Dearborn St.<br>Chicago, IL 60603<br>(312) 853-0462<br>Fax: (312) 853-7036<br>Email: eha@sidley.com | Evan R. Chesler<br>Cravath Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Ave.<br>New York, NY 10019-7475<br>(212) 474-1000<br>Fax: (212) 474-3700<br>Email: echesler@cravath.com |
| Evan B. Westerfield<br>Sidley Austin LLP<br>One S Dearborn St.<br>Chicago, IL 60603<br>(312) 853-7000<br>Fax: (312) 853-7036<br>Email: evanwesterfield@sidley.com | Geoffrey A. Fields<br>Dickinson Wright PLLC (Grand Rapids)<br>200 Ottawa Ave., NW, Ste. 1000<br>Grand Rapids, MI 49503<br>(616) 458-1300<br>Email: gfields@dickinsonwright.com |
| Sandra C. Goldstein<br>Cravath Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Ave.<br>New York, NY 10019-7475<br>(212) 474-1000<br>Fax: (212) 474-3700<br>Email: sgoldstein@cravath.com | Linda R. Larson<br>Marten Law PLLC<br>1191 2nd Ave., Ste. 2200<br>Seattle, WA 98101<br>(206) 292-2600 Fax: (206) 292-2601<br>Email: llarson@martenlaw.com |
| Meline G. MacCurdy<br>Marten Law PLLC<br>1191 2nd Ave., Ste. 2200<br>Seattle, WA 98101<br>(206) 292-2600<br>Fax: (206) 292-2601<br>Email: mmaccurdy@martenlaw.com | Margaret R. Sobota<br>Sidley Austin LLP<br>One S Dearborn St.<br>Chicago, IL 60603<br>(312) 853-7000<br>Email: msobota@sidley.com |
| Omid H. Nasab<br>Cravath Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Ave.<br>New York, NY 10019-7475<br>(212) 474-1000<br>Fax: (212) 474-3700<br>Email: onasab@cravath.com | Vanessa A. Lavely<br>Cravath Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Ave.<br>New York, NY 10019-7475<br>(212) 474-1000<br>Fax: (212) 474-3700<br>Email: vlavely@cravath.com |

| **Attorneys for Defendant and Crossclaimant International Paper Company:** ||
|---|---|
| John F. Cermak <br> Baker & Hostetler LLP (CA) <br> 12100 Wilshire Blvd., 15th Fl. <br> Los Angeles, CA 90025 <br> (310) 820-8800 <br> Fax: (310) 820-8859 <br> Email: jcermak@bakerlaw.com | Sonja A. Inglin <br> Baker & Hostetler LLP (CA) <br> 12100 Wilshire Blvd., 15th Fl. <br> Los Angeles, CA 90025 <br> (310) 820-8800 <br> Email: singlin@bakerlaw.com |
| John Daniel Parker <br> Baker & Hostetler LLP (CA) <br> 1900 E Ninth St. <br> Cleveland, OH 44114-3485 <br> (216) 861-7610 <br> Fax: (310) 820-8859 <br> Email: jparker@bakerlaw.com | R. Raymond Rothman <br> Bingham McCutchen LLP <br> 355 S Grand Ave - 44th Fl <br> Los Angeles, CA 90071 <br> (213) 680-6590 <br> Fax: (213) 680-6499 <br> Email: rick.rothman@bingham.com |
| Michael D. Meuti <br> Baker & Hostetler LLP (CA) <br> 1900 E Ninth St. <br> Cleveland, OH 44114-3485 <br> (216) 861-7709 <br> Fax: (310) 820-0740 <br> Email: mmeuti@bakerlaw.com | |

~~/s/ Mark W. Schneider~~
~~Mark W. Schneider, WA Bar No. 14105~~
~~MWSchneider@perkinscoie.com~~
~~Karen M. McGaffey, WA Bar No. 20535~~
~~KMcGaffey@perkinscoie.com~~
~~J. Christopher Baird, WA Bar No. 38944~~
~~JCBaird@perkinscoie.com~~
~~1201 Third Avenue, Suite 4800~~
~~Seattle, WA 98101-3099~~
~~Telephone: 206.359.8000~~
~~Facsimile: 206.359.9000~~

~~Attorneys for Defendant and Crossdefendant Weyerhaeuser Company~~

DATED: January 10, 2012

**PERKINS COIE LLP**

By: /s/ J. Christopher Baird
Mark W. Schneider, WA Bar No. 14105
MWSchneider@perkinscoie.com
Karen M. McGaffey, WA Bar No. 20535
KMcGaffey@perkinscoie.com
Michael L. Dunning, WA Bar No. 29452
MDunning@perkinscoie.com
J. Christopher Baird, WA Bar No. 38944
JCBaird@perkinscoie.com
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

**WARNER NORCROSS & JUDD LLP**

Douglas A. Dozeman, MI Bar. No. P35871
DDozeman@wnj.com
Scott M. Watson, MI Bar No. P70185
SWatson@wnj.com
900 Fifth Third Center
111 Lyon St. NW
Grand Rapids, MI 49504-2487
Telephone: 616.752.2000
Facsimile: 616.752.2500

Attorneys for Defendant and Crossdefendant Weyerhaeuser Company