UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NCR CORPORATION, INTERNATIONAL PAPER COMPANY, AND WEYERHAEUSER COMPANY, <br><br> Defendants, <br><br> INTERNATIONAL PAPER COMPANY, <br><br> Counterclaimant, <br><br> v. <br><br> GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC, LLC, <br><br> Counterdefendants, <br><br> INTERNATIONAL PAPER COMPANY, <br><br> Crossclaimant, <br><br> v. <br><br> NCR CORPORATION and WEYERHAEUSER COMPANY, <br><br> Crossdefendants. | Civil Action No. 1:11-cv-483 <br><br> Honorable Robert J. Jonker |

**NOTICE AND PROOF OF SERVICE**

I hereby certify that on February 7, 2012, that DEFENDANT AND CROSS-DEFENDANT WEYERHAEUSER COMPANY'S R FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS GEORGIA-PACIFIC

01576-0287/LEGAL22645991.1

-2-

CONSUMER PRODUCTS, LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC, LLC were served by electronic mail to all parties as indicated below.

| **Attorneys for Plaintiffs and Counterdefendants Georgia-Pacific Consumer Products LP, Fort James Corporation, Georgia-Pacific LLC:** | |
|---|---|
| Douglas M. Garrou<br>Hunton & Williams LLP<br>Riverfront Plaza - East Tower<br>951 E Byrd St<br>Richmond, VA 23219-4074<br>(804) 788-8355<br>Fax: (804) 344-7999<br>Email: dgarrou@hunton.com | Jan M. Conlin<br>Robins Kaplan Miller & Ciresi LLP<br>800 LaSalle Ave S - Ste 2800<br>Minneapolis, MN 55402-2015<br>(612) 349-8500<br>Fax: (612) 339-4181<br>Email: jmconlin@rkmc.com |
| George P. Sibley<br>Hunton & Williams LLP<br>Riverfront Plaza - East Tower<br>951 E Byrd St<br>Richmond, VA 23219-4074<br>(804) 788-8262<br>Email: gsibley@hunton.com | Tara Dawn Falsani<br>Robins Kaplan Miller & Ciresi LLP<br>800 LaSalle Ave S - Ste 2800<br>Minneapolis, MN 55402-2015<br>(612) 349-8500<br>Email: tdfalsani@rkmc.com |
| Jeffrey N. Martin<br>Hunton & Williams LLP<br>1900 K. St., N.W.<br>Washington, DC 20006<br>(202) 955-1552<br>Email: jmartin@hunton.com | Joseph C. Kearfott<br>Hunton & Williams LLP (Richmond)<br>Riverfront Plz., East Tower<br>951 E Byrd St.<br>Richmond, VA 23219<br>(804) 788-8446<br>Email: jkearfott@hunton.com |
| Kathy Robb<br>Hunton & Williams LLP (NY)<br>200 Park Ave., 53rd Fl.<br>New York, NY 10166<br>(212) 309-1128<br>Email: Krobb@hunton.com | Peter A. Smit<br>Varnum Riddering Schmidt & Howlett LLP (Grand Rapids)<br>Bridgewater Place<br>333 Bridge St., NW<br>P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>(616) 336-6000<br>Email: pasmit@varnumlaw.com |

| | |
|---|---|
| Dean P. Laing<br>O'Neil Cannon Hollman DeJong & Laing SC<br>111 E. Wisconsin Ave., Suite 1400<br>Milwaukee, WI 53202<br>(414)276-5000<br>Fax: (414) 276-6581<br>Dean.Laing@wilaw.com | |
| **Attorneys for Defendant and Crossdefendant NCR Corporation:** ||
| Bradley M. Marten<br>Marten Law PLLC<br>1191 2nd Ave., Ste. 2200<br>Seattle, WA 98101<br>(206) 292-2600<br>Fax: (206) 292-2601<br>Email: bmarten@martenlaw.com | Darin P. McAtee<br>Cravath Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Ave.<br>New York, NY 10019-7475<br>(212) 474-1000<br>Fax: (212) 474-3700<br>Email: dmcatee@cravath.com |
| Eric W. Ha<br>Sidley Austin LLP<br>One S Dearborn St.<br>Chicago, IL 60603<br>(312) 853-0462<br>Fax: (312) 853-7036<br>Email: eha@sidley.com | Evan R. Chesler<br>Cravath Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Ave.<br>New York, NY 10019-7475<br>(212) 474-1000<br>Fax: (212) 474-3700<br>Email: echesler@cravath.com |
| Evan B. Westerfield<br>Sidley Austin LLP<br>One S Dearborn St.<br>Chicago, IL 60603<br>(312) 853-7000<br>Fax: (312) 853-7036<br>Email: evanwesterfield@sidley.com | Geoffrey A. Fields<br>Dickinson Wright PLLC (Grand Rapids)<br>200 Ottawa Ave., NW, Ste. 1000<br>Grand Rapids, MI 49503<br>(616) 458-1300<br>Email: gfields@dickinsonwright.com |
| Sandra C. Goldstein<br>Cravath Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Ave.<br>New York, NY 10019-7475<br>(212) 474-1000<br>Fax: (212) 474-3700<br>Email: sgoldstein@cravath.com | Linda R. Larson<br>Marten Law PLLC<br>1191 2nd Ave., Ste. 2200<br>Seattle, WA 98101<br>(206) 292-2600Fax: (206) 292-2601<br>Email: llarson@martenlaw.com |

| | |
|---|---|
| Meline G. MacCurdy<br>Marten Law PLLC<br>1191 2nd Ave., Ste. 2200<br>Seattle, WA 98101<br>(206) 292-2600<br>Fax: (206) 292-2601<br>Email: mmaccurdy@martenlaw.com | Margaret R. Sobota<br>Sidley Austin LLP<br>One S Dearborn St.<br>Chicago, IL 60603<br>(312) 853-7000<br>Email: msobota@sidley.com |
| Omid H. Nasab<br>Cravath Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Ave.<br>New York, NY 10019-7475<br>(212) 474-1000<br>Fax: (212) 474-3700<br>Email: onasab@cravath.com | Vanessa A. Lavely<br>Cravath Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Ave.<br>New York, NY 10019-7475<br>(212) 474-1000<br>Fax: (212) 474-3700<br>Email: vlavely@cravath.com |
| **Attorneys for Defendant and Crossclaimant International Paper Company:** ||
| John F. Cermak<br>Baker & Hostetler LLP (CA)<br>12100 Wilshire Blvd., 15th Fl.<br>Los Angeles, CA 90025<br>(310) 820-8800<br>Fax: (310) 820-8859<br>Email: jcermak@bakerlaw.com | Sonja A. Inglin<br>Baker & Hostetler LLP (CA)<br>12100 Wilshire Blvd., 15th Fl.<br>Los Angeles, CA 90025<br>(310) 820-8800<br>Email: singlin@bakerlaw.com |
| John Daniel Parker<br>Baker & Hostetler LLP (CA)<br>1900 E Ninth St.<br>Cleveland, OH 44114-3485<br>(216) 861-7610<br>Fax: (310) 820-8859<br>Email: jparker@bakerlaw.com | R. Raymond Rothman<br>Bingham McCutchen LLP<br>355 S Grand Ave - 44th Fl<br>Los Angeles, CA 90071<br>(213) 680-6590<br>Fax: (213) 680-6499<br>Email: rick.rothman@bingham.com |
| Michael D. Meuti<br>Baker & Hostetler LLP (CA)<br>1900 E Ninth St.<br>Cleveland, OH 44114-3485<br>(216) 861-7709<br>Fax: (310) 820-0740<br>Email: mmeuti@bakerlaw.com | |

01576-0287/LEGAL22645991.1

-5-

DATED: February 7, 2012 **PERKINS COIE LLP**

By: /s/ J. Christopher Baird
    Mark W. Schneider, WA Bar No. 14105
    MWSchneider@perkinscoie.com
    Karen M. McGaffey, WA Bar No. 20535
    KMcGaffey@perkinscoie.com
    Michael L. Dunning, WA Bar No. 29452
    MDunning@perkinscoie.com
    J. Christopher Baird, WA Bar No. 38944
    JCBaird@perkinscoie.com
    1201 Third Avenue, Suite 4800
    Seattle, WA 98101-3099
    Telephone: 206.359.8000
    Facsimile: 206.359.9000

**WARNER NORCROSS & JUDD LLP**

Douglas A. Dozeman, MI Bar. No.P35871
DDozeman@wnj.com
Scott M. Watson, MI Bar No. P70185
SWatson@wnj.com
900 Fifth Third Center
111 Lyon St. NW
Grand Rapids, MI 49504-2487
Telephone: 616.752.2000
Facsimile: 616.752.2500

Attorneys for Defendant and Crossdefendant Weyerhaeuser Company