**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **GEORGIA-PACIFIC CONSUMER** | ) | |
| **PRODUCTS LP,** | ) | |
| **FORT JAMES CORPORATION, and** | ) | |
| **GEORGIA-PACIFIC LLC** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No: 1:11-cv-00483** |
| **v.** | ) | |
| | ) | **Judge Robert J. Jonker** |
| **NCR CORPORATION,** | ) | |
| **INTERNATIONAL PAPER CO.,** | ) | |
| **and WEYERHAEUSER CO.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2012, I caused to be served by electronic mail a copy of Plaintiffs' First Set of Interrogatories to Defendant NCR Corporation, Plaintiffs' Third Request for Production of Documents to Defendant NCR Corporation, Plaintiffs' Second Set of Interrogatories to Defendant International Paper Company, and Plaintiffs' Second Request for Production of Documents to Defendant International Paper upon counsel for each Defendant, at the following e-mail addresses:

| | |
|---|---|
| Baird, J. Christopher | JCBaird@perkinscoie.com |
| Cermak, John F. | jcermak@bakerlaw.com |
| Chesler, Evan R. | echesler@cravath.com |
| Dozeman, Douglas A. | ddozeman@wnj.com |
| Dunning, Michael | MDunning@perkinscoie.com |
| Fields, Geoffrey A. | gfields@dickinsonwright.com |
| Goldstein, Sandra C. | sgoldstein@cravath.com |
| Ha, Eric W. | eha@sidley.com |
| Inglin, Sonja A. | singlin@bakerlaw.com |
| Laing, Dean P. | Dean.Laing@wilaw.com |
| Larson, Linda R | llarson@martenlaw.com |
| Lavely, Vanessa A. | vlavely@cravath.com |
| MacCurdy, Meline Grace | mmaccurdy@martenlaw.com |
| Marten, Bradley M | bmarten@martenlaw.com |
| McAtee, Darin P. | dmcatee@cravath.com |
| McGaffey, Karen M. | KMcGaffey@perkinscoie.com |
| Meuti, Michael Dominic | mmeuti@bakerlaw.com |
| Nasab, Omid H. | onasab@cravath.com |
| Parker, John Daniel | jparker@bakerlaw.com |

| | |
|---|---|
| Schneider, Mark W. | MWSchneider@perkinscoie.com |
| Sobota, Margaret R. | msobota@sidley.com |
| Watson, Scott Michael | swatson@wnj.com |
| Westerfield, Evan B. | evanwesterfield@sidley.com |

**GEORGIA-PACIFIC CONSUMER PRODUCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC**

BY: _____/s/ Douglas M. Garrou_____

Peter A. Smit, Bar No. P 27886
Varnum LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501
(616) 336-6000

Joseph C. Kearfott
Douglas M. Garrou
George P. Sibley, III
Hunton & Williams LLP
951 East Byrd St.
Richmond, VA 23219
(804) 788-8200

Jeffrey N. Martin
Djordje Petkoski
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C.  20037
(202) 955-1500

Kathy Robb
Hunton & Williams LLP
200 Park Avenue, 52nd Floor
New York, New York  10166-0005
(212) 309-1000

Jan M. Conlin
Tara D. Falsani
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402
(612) 349-8500

3