IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA PACIFIC CONSUMER PRODUCTS, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER COMPANY, <br> Defendants. | Civil Action No. 1:11-cv-00483-RJJ <br><br> Assigned to: Hon. Robert J. Jonker |

**DEFENDANT/COUNTERCLAIMANT/CROSS-CLAIMANT INTERNATIONAL PAPER COMPANY'S STATEMENT IN SUPPORT OF WEYERHAEUSER'S MOTION FOR LEAVE TO FILE AMENDED ANSWER, COUNTERCLAIM, CROSS-CLAIMS, AND THIRD-PARTY COMPLAINT**

International Paper Company ("International Paper") respectfully submits this statement to notify the Court and all parties that it supports and joins Weyerhaeuser Company's motion for leave to amend its pleading to assert claims against third party MW Custom Papers, LLC ("MW"). Additionally, International Paper intends to pursue claims against MW similar to those contained in Weyerhaeuser's proposed third-party complaint. It therefore wishes to notify the Court and all parties that if the Court grants Weyerhaeuser's motion, International Paper intends to amend its previously asserted crosslaims to include crossclaims against MW similar to those contained in Weyerhaeuser's proposed third-party complaint.

Respectfully submitted,

s/*Michael Dominic Meuti*
John D. Parker
Michael Dominic Meuti
Baker & Hostetler LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
Telephone: 216.861.7709
Facsimile: 216.696.0740
Email: jparker@bakerlaw.com
mmeuti@bakerlaw.com


John F. Cermak, Jr.
Sonja A. Inglin
Baker & Hostetler LLP
12100 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: jcermak@bakerlaw.com
singlin@bakerlaw.com

Attorneys for Defendant/
Counterclaimant/Crossclaimant
International Paper Company

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 10, 2012, I filed on the Court's Electronic Case Filing System the foregoing Defendant/Counterclaimant/Cross-Claimant International Paper Company's Statement in Support of Weyerhaeuser's Motion for Leave to File Amended Answer, Counterclaim, Cross-Claims, and Third-Party Complaint.  That document will accordingly be served by operation of the ECF system upon all counsel registered under Local Rule 5.7(b) to file documents electronically and to receive service on the ECF system.

              s/*Michael Dominic Meuti*
              Michael Dominic Meuti