IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | No. 11-cv-00483 |
| NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER COMPANY, | ) ) ) ) | Judge Robert J. Jonker |
| Defendants. | ) | |

_____

**DECLARATION OF DARIN P. MCATEE IN SUPPORT OF DEFENDANT NCR CORPORATION'S MOTION TO MODIFY THE JUNE 28, 2011 CASE MANAGEMENT ORDER AND EXTEND FACT DISCOVERY**
_____

**EXPEDITED CONSIDERATION REQUESTED**
_____

I, DARIN P. MCATEE, declare as follows:

1. I am a member of the law firm of Cravath, Swaine & Moore LLP, and I am one of the attorneys representing Defendant NCR Corporation ("NCR") in the above-captioned action. I am admitted to practice in the Western District of Michigan.

2. I submit this declaration in support of NCR's Motion to Modify the June 28, 2011 Case Management Order and Extend Fact Discovery.

3. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of Defendant NCR Corporation's First Requests for the Production of Documents to Plaintiffs Georgia-

Pacific Consumer Products LP, Fort James Corporation and Georgia-Pacific LLC, dated August 23, 2011.

      4.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of Georgia-Pacific's Responses and Objections to Defendant NCR Corporation's First Requests for the Production of Documents, dated September September 26, 2011.

      5.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of a letter from Joseph C. Kearfott to Darin P. McAtee, dated February 2, 2012.

      6.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of a letter from Omid H. Nasab to Douglas M. Garrou, dated December 12, 2011.

      7.      Attached hereto as <u>Exhibit 5</u> is a true and correct copy of an email communication from Omid H. Nasab to George P. Sibley, III, dated January 30, 2012, and an email communication from George P. Sibley, III, to Omid H. Nasab, dated February 2, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2012.

                                                /s/ Darin P. McAtee
                                                Darin P. McAtee

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2012, I electronically filed the Declaration of Darin P. McAtee in Support of Defendant NCR Corporation's Motion to Modify the June 28, 2011 Case Management Order and Extend Fact Discovery using the ECF system, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

FURTHERMORE, I hereby certify that on February 10, 2012, I served by electronic mail a copy of the aforementioned document upon counsel listed below:

>Dean P. Laing
>O'Neil Cannon Hollman DeJong & Laing SC
>111 E Wisconsin Ave - Ste 1400
>Milwaukee, WI 53202
>Dean.Laing@wilaw.com
>
>R Raymond Rothman
>Bingham McCutchen LLP
>355 S Grand Ave - 44th Fl
>Los Angeles, CA 90071
>rick.rothman@bingham.com

Dated: February 10, 2012    NCR CORPORATION

/s/ Darin P. McAtee
*Counsel for NCR Corporation*

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Dave R. Marriott
Darin P. McAtee
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
dmcatee@cravath.com

3

SIDLEY AUSTIN LLP
Evan B. Westerfield
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

MARTEN LAW PLLC
Linda R. Larson
Bradley M. Marten
1191 Second Avenue, Suite 2200
Seattle, Washington 98101
Phone: (206) 292-2600
Fax: (206) 292-2601