# EXHIBIT 5

Case 1:11-cv-00483-RJJ  Doc #138-5  Filed 02/10/12  Page 1 of 4   Page ID#1962

| | |
|---|---|
| From: | "Sibley, Trey" <gsibley@hunton.com> |
| To: | "Omid Nasab" <ONasab@cravath.com> |
| Cc: | "Garrou, Douglas" <dgarrou@hunton.com>, "Darin McAtee" <DMcAtee@cravath.com>, "Owen Roth" <oroth@cravath.com>, "Vanessa Lavely" <VLavely@cravath.com>, <jparker@bakerlaw.com>, <mmeuti@bakerlaw.com>, <MWSchneider@perkinscoie.com>, <JCBaird@perkinscoie.com>, <eha@sidley.com>, <evanwesterfield@sidley.com> |
| Date: | 02/02/2012 10:23 AM |
| Subject: | RE: GP v. NCR, et al. -- meet and confer follow-up |

Omid,

This responds to your email of January 30.

As to your enumerated items, Georgia-Pacific responds as follows:

> (1) Your recollection of our discussion regarding communications with witnesses is incorrect. Georgia-Pacific has considered your request and will agree to produce non-privileged communications with third-party witnesses that are scheduled for deposition reasonably in advance of deposition, provided that NCR does the same.
>
> (2) Georgia-Pacific will supplement its initial disclosures by February 24 and expects NCR to do so as well.
>
> (3) Georgia-Pacific is in the process of producing all of the KRSG Litigation Materials.
>
> (4) Georgia-Pacific is searching for any box level indices that would identify relevant materials from the Aetna litigation or other insurance litigation.
>
> (5) We can confirm that Aetna litigation materials relevant to the Kalamazoo River site were produced in the KRSG Litigation. We believe some of those documents have been produced already, and we know that Aetna litigation materials produced in the KRSG litigation are included in a production that will go out either tomorrow or Monday.
>
> (6) We will respond separately to Mr. Ha's email concerning the KRSG Mediation materials.

Also, you appear to have left out aspects of our discussion regarding issues relating

to NCR's production of documents. We discussed the issues identified in my letter of January 16, 2012, and the content of our discussion is reflected in my letter of January 20, 2012. You responded separately to those issues in an email last night. I will respond to that email shortly.

Trey

**From:** Omid Nasab [mailto:ONasab@cravath.com]
**Sent:** Monday, January 30, 2012 12:33 PM
**To:** Sibley, Trey
**Cc:** Garrou, Douglas; Darin McAtee; Owen Roth; Vanessa Lavely; jparker@bakerlaw.com; mmeuti@bakerlaw.com; MWSchneider@perkinscoie.com; JCBaird@perkinscoie.com; eha@sidley.com; evanwesterfield@sidley.com
**Subject:** GP v. NCR, et al. -- meet and confer follow-up

George:

I wanted to follow-up on our meet and confer call on January 18 regarding document production issues in the Kalamazoo litigation.

On the call, you:

(1) Confirmed that GP has produced all non-privileged communications with potential witnesses;

(2) Agreed to check and report back on GP's view of its obligations to update its discovery disclosures;

(3) Confirmed that GP has produced or is in the process of producing all of the KRSG Litigation Materials;

(4) With respect to the Aetna Materials and other insurance litigation materials, you agreed to search for and produce any indexes of materials that GP may have, and in particular any "box level" indexes and/or any indexes of deposition transcripts and/or pleadings.

(5) With respect to the Aetna Materials and other insurance litigation materials, you agreed to check whether virtually all of the relevant, non-privileged documents from these litigations had already been produced in this litigation. To the extent you believe that they have, you agreed to provide us your basis for that belief.

(6) With respect to the KRSG Mediation Materials, you agreed to check whether virtually all of the relevant, non-privileged KRSG Mediation Materials have already been produced in this litigation. To the extent you believe they have, you agreed to provide us your basis for that belief. Eric Ha will separately send you the Plainwell document that was discussed during the meet and confer call.

Please let me know if I have left anything out.

Regards,

Omid

Omid H. Nasab
Cravath, Swaine & Moore
(212) 474 - 1972
onasab@cravath.com

This e-mail is confidential and may be privileged. Use or
disclosure of it by anyone other than a designated addressee is
unauthorized. If you are not an intended recipient, please delete
this e-mail from the computer on which you received it.