UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA-PACIFIC CONSUMER PRODUCT LP,
FORT JAMES CORPORATION, AND
GEORGIA-PACIFIC LLC

      Plaintiffs,                                        CASE NO. 1:11-CV-483

v.                                                  HON. ROBERT J. JONKER

NCR CORPORATION, INTERNATIONAL
PAPER CO., and WEYERHAEUSER COMPANY,

      Defendants.
_____/

**ORDER**

      This matter is before the Court on Defendant NCR Corporation's Motion to Modify the June 28, 2011 Case Management Order and extend Fact Discovery (docket # 136). The parties may file any response to the motion not later than February 17, 2012.

      **IT IS SO ORDERED**.


Dated:    February 14, 2012         /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   UNITED STATES DISTRICT JUDGE