UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA–PACIFIC CONSUMER
PRODUCTS LP, et al.,

      Plaintiffs,                          Case No. 1:11–cv–00483–RJJ

    v.                                      Hon. Robert J. Jonker

NCR CORPORATION, et al.,

      Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been **rescheduled** as set forth below:

Motion(s):         Motion to Compel – #129
Date/Time:        March 9, 2012   02:00 PM
Magistrate Judge:  Hugh W. Brenneman, Jr
Place/Location:    584 Federal Building, Grand Rapids, MI

                                      HUGH W. BRENNEMAN, JR.
                                      U.S. Magistrate Judge

Dated:  February 15, 2012      By:  /s/ Faith Hunter Webb
                                        Judicial Assistant