# EXHIBIT A



NCR Discovery Activity