# EXHIBIT B



GP Discovery Activity
Jan 2011
Feb 2011
Mar 2011
Apr 2011
May 2011
Aug 2011
Sep 2011
Nov 2011
Dec 2011
Jan 2012
Feb 2012
Jan 31, 2011 Hermes Law Subpoena
Mar 14, 2011 NorthStar Subpoena
Mar 15, 2011 Hermes Law Subpoena
Apr 11, 2011 Wren Deposition
May 4, 2011 Appleton Coated Deposition
Aug 30, 2011 Martin Deposition
Aug 31, 2011 Lacey Deposition
Sep 8, 2011 First Requests For Production of Documents to IP
Nov 16, 2011 Hunter Deposition
Dec 2, 2011 Edgerton Deposition
Dec 9, 2011 Kimberly-Clark Subpoena
Dec 19, 2011 McDermott Subpoena
Dec 27, 2011 First Set of Interrogatories to IP
Dec 27, 2011 First Set of Requests for Admission to IP
Jan 11, 2012 Slater Deposition
Jan 12, 2012 Bennett Deposition
Jan 25, 2012 Second Requests for Production of Documents to NCR
Jan 25, 2012 NCR 30(b)(6) Deposition
Feb 2, 2012 Second Requests for Production of Documents to IP
Feb 3, 2012 Rupard Deposition
Feb 6, 2012 Third Request for Production of Documents to NCR
Feb 6, 2012 First Set of Interrogatories to NCR
Feb 6, 2012 Second Set of Interrogatories to IP
Feb 7, 2012 Motion to Compel re: 30(b)(6)
Feb 17, 2012 Clason Deposition