UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA-PACIFIC CONSUMER
PRODUCTS, LP, et a.,

    Plaintiffs,

v.

NCR CORPORATION, et al.,

    Defendants.

_____/

Case Number 1:11-cv-483

Honorable Robert J. Jonker

### NOTICE OF EFFORTS TO OBTAIN CONCURRENCE IN RELIEF SOUGHT IN NCR CORPORATION'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

On February 22, 2012, pursuant to W.D.Mich. L.Civ.R. 7.1(d), counsel for NCR Corporation ("NCR") contacted counsel for all other parties to ascertain whether any will oppose Defendant NCR Corporation's Motion For Leave To File A Reply Memorandum Of Law In Further Support Of Its Motion To Modify The June 28, 2011 Case Management Order And Extend Fact Discovery. [Docket Number 149.] Counsel for Plaintiffs and Defendants International Paper Company and Weyerhaeuser Company all indicated no objection or opposition to NCR's request to file the reply brief.

                                                DICKINSON WRIGHT PLLC
                                                Attorneys for NCR Corporation

Dated: February 22, 2012                By: */s/ Geoffrey Fields (pursuant to Local Rule 5.7)*
                                                                Geoffrey Fields (P41788)
                                                 200 Ottawa NW, Suite 1000
                                                 Grand Rapids, Michigan 49503
                                                 (616) 336-1017

GRAPIDS 50299-1 275051