UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA–PACIFIC CONSUMER
PRODUCTS LP, et al.,

      Plaintiffs,                           Case No. 1:11–cv–00483–RJJ

    v.                                    Hon. Robert J. Jonker

NCR CORPORATION, et al.,

      Defendants.
_____/

**ORDER**

    With good cause shown, the motion by Defendant NCR for Leave to File a Reply Memorandum of Law (docket #149) is GRANTED.

    IT IS SO ORDERED.

Dated:  February 23, 2012                     /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    United States District Judge