IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | No: 1:11-cv-00483 |
| | ) | Judge Robert J. Jonker |
| **NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,** | ) ) ) ) | Magistrate Judge Hugh W. Brenneman, Jr. |
| **Defendants.** | ) | |

**PLAINTIFFS' AGREED MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS USED TO PREPARE CORPORATE DESIGNEE AND RESUMPTION OF DEPOSITION OF DEFENDANT NCR CORPORATION**

Pursuant to this Court's Local Rule 7.3(c), Plaintiffs Georgia-Pacific Consumer Products LP, Fort James Corporation, and Georgia-Pacific LLC (collectively "GP"), by counsel, respectfully requests leave of the Court to file a Reply Memorandum of Law in Further Support of Its Motion to Compel Production of Documents Used to Prepare Corporate Designee and Resumption of Deposition of Defendant NCR Corporation ("NCR"). In light of the importance of the issue, GP believes that a short reply memorandum will better enable the Court to evaluate GP's request. (Dkt. No. 129.) NCR does not oppose this motion.

A proposed reply memorandum is attached as Exhibit 1 to this Motion.

1

Dated: March 2, 2012

        GEORGIA-PACIFIC CONSUMER PRODUCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC

        BY:     /s/ Douglas M. Garrou

        Peter A. Smit, Bar No. P 27886
        Varnum LLP
        Bridgewater Place, P.O. Box 352
        Grand Rapids, MI 49501
        (616) 336-6000

        Joseph C. Kearfott
        Douglas M. Garrou
        George P. Sibley, III
        Hunton & Williams LLP
        951 East Byrd St.
        Richmond, VA 23219
        (804) 788-8200

        Jeffrey N. Martin
        Djordje Petkoski
        Hunton & Williams LLP
        2200 Pennsylvania Avenue, N.W.
        Washington, D.C.  20037
        (202) 955-1500

        Kathy Robb
        Hunton & Williams LLP
        200 Park Avenue, 52nd Floor
        New York, New York  10166-0005
        (212) 309-1000

        Jan M. Conlin
        Tara D. Falsani
        Robins, Kaplan, Miller & Ciresi L.L.P.
        800 LaSalle Avenue
        2800 LaSalle Plaza
        Minneapolis, MN  55402
        (612) 349-8500

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2012, I caused to be served by electronic mail a copy of Plaintiffs' Motion to Compel Production of Documents Used to Prepare Corporate Designee and Resumption of Deposition of Defendant NCR Corporation upon counsel for each Defendant, at the following e-mail addresses:

| | |
|---|---|
| Baird, J. Christopher | JCBaird@perkinscoie.com |
| Cermak, John F. | jcermak@bakerlaw.com |
| Chesler, Evan R. | echesler@cravath.com |
| Dozeman, Douglas A. | ddozeman@wnj.com |
| Dunning, Michael | MDunning@perkinscoie.com |
| Fields, Geoffrey A. | gfields@dickinsonwright.com |
| Goldstein, Sandra C. | sgoldstein@cravath.com |
| Ha, Eric W. | eha@sidley.com |
| Inglin, Sonja A. | singlin@bakerlaw.com |
| Laing, Dean P. | Dean.Laing@wilaw.com |
| Larson, Linda R | llarson@martenlaw.com |
| Lavely, Vanessa A. | vlavely@cravath.com |
| MacCurdy, Meline Grace | mmaccurdy@martenlaw.com |
| Marten, Bradley M | bmarten@martenlaw.com |
| McAtee, Darin P. | dmcatee@cravath.com |
| McGaffey, Karen M. | KMcGaffey@perkinscoie.com |
| Meuti, Michael Dominic | mmeuti@bakerlaw.com |
| Nasab, Omid H. | onasab@cravath.com |
| Parker, John Daniel | jparker@bakerlaw.com |
| Schneider, Mark W. | MWSchneider@perkinscoie.com |
| Sobota, Margaret R. | msobota@sidley.com |
| Watson, Scott Michael | swatson@wnj.com |
| Westerfield, Evan B. | evanwesterfield@sidley.com |

**GEORGIA-PACIFIC CONSUMER PRODUCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC**

BY:        /s/ Douglas M. Garrou

Peter A. Smit, Bar No. P 27886
Varnum LLP
Bridgewater Place, P.O. Box 352

3

Grand Rapids, MI 49501
(616) 336-6000

Joseph C. Kearfott
Douglas M. Garrou
George P. Sibley, III
Hunton & Williams LLP
951 East Byrd St.
Richmond, VA 23219
(804) 788-8200

Jeffrey N. Martin
Djordje Petkoski
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 955-1500

Kathy Robb
Hunton & Williams LLP
200 Park Avenue, 52nd Floor
New York, New York 10166-0005
(212) 309-1000

Jan M. Conlin
Tara D. Falsani
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
(612) 349-8500

4