UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA-PACIFIC CONSUMER
PRODUCT LP, et al.,

      Plaintiffs,

                                      CASE NO. 1:11-cv-483

v.

                                      HON. ROBERT J. JONKER

NCR CORP., et al.,

      Defendants.
_____/

## NOTICE

This matter is before the Court on Defendant Weyerhaeuser Co.'s Motion for Leave to File and Amended Answer, Counterclaim, Cross-Claims, and Third Party Complaint against MW Custom Papers, LLC ("Mead") (docket # 124), and Defendant NCR Corp.'s Motion to Modify the June 28, 2011 Case Management Order (docket # 136) to accommodate an additional 90 days of fact discovery in this matter. The parties have all filed responses addressing their various positions on these matters. After reviewing these responses and the posture of this case to-date, the Court schedules a status conference on March 22, 2012, at 11:00 a.m. to address the motions and other issues the parties have raised in their respective motions. The parties shall file a Joint Status Report in the format outlined in the Court's previous Scheduling Order (docket # 67) not less than three (3) business days prior to the conference. In the Joint Status Report, each party should indicate what depositions they have taken to date, when each deposition occurred, and who else they intend to depose. At the status conference, the parties should also be prepared to discuss why the Court should

allow Mead to be brought into the case at this point in the litigation, and what effect Mead's inclusion would likely have on the Court's existing Case Management Order. A review of the transcript of the original Rule 16 Conference of June 27, 2011, indicates that the parties were well aware of Mead, and yet no one sought to join Mead until February 7, 2012.


Dated:     March 5, 2012                         /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   UNITED STATES DISTRICT JUDGE