UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA–PACIFIC CONSUMER
PRODUCTS LP, et al.,

      Plaintiffs,                           Case No. 1:11–cv–00483–RJJ

  v.                                     Hon. Robert J. Jonker

NCR CORPORATION, et al.,

      Defendants.
_____/

## ORDER

The Court GRANTS plaintiffs' stipulated motion to file reply brief (docket no. 157).

IT IS SO ORDERED.

Dated: March 7, 2012                       /s/ Hugh W. Brenneman, Jr
                                                   HUGH W. BRENNEMAN, JR
                                                   U.S. Magistrate Judge