UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC, LLC,<br><br>        Plaintiffs,<br><br>  v.<br><br>NCR CORPORATION, INTERNATIONAL PAPER COMPANY, AND WEYERHAEUSER COMPANY,<br><br>        Defendants,<br><br>INTERNATIONAL PAPER COMPANY,<br><br>        Counterclaimant,<br><br>  v.<br><br>GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC, LLC,<br><br>        Counterdefendants,<br><br>INTERNATIONAL PAPER COMPANY,<br><br>        Crossclaimant,<br><br>  v.<br><br>NCR CORPORATION and WEYERHAEUSER COMPANY,<br><br>        Crossdefendants. | Civil Action No. 1:11-cv-483<br><br>Judge Robert J. Jonker<br><br>DEFENDANT WEYERHAEUSER COMPANY'S RESPONSE TO NCR CORPORATION'S MOTION TO MODIFY CASE MANAGEMENT ORDER AND EXTEND FACT DISCOVERY<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I hereby certify that on March 7, 2012, I served a copy of Defendant and Cross-Defendant Weyerhaeuser Company's Responses to Defendant NCR Corporation's First Set of Requests for Admission and Interrogatories, via e-mail, on the following:

Michael D. Meuti
John D. Parker
Baker & Hostetler LLP (OH)
PNC Center
1900 E. Ninth St.
Cleveland, OH 44114-3485
(216) 861-7709
mmeuti@bakerrlaw.com
jparker@bakerlaw.com
Attorneys for International Paper Company

Douglas M. Garrou
George P. Sibly
Joseph C. Kearfott
Hunton & Williams LLP (Richmond)
Riverfront Plz., East Tower
951 E. Byrd St.
Richmond, VA 23219
(804) 788-8355
dgarrou@hunton.com
gsibley@hunton.com
jkearfott@hunton.com
Attorneys for Georgia-Pacific Consumer Products LP

Peter A. Smit
Varnum Riddering Schmidt & Howlett LLP (Grand Rapids)
Bridgewater Place
333 Bridge St., NW
Grand Rapids, MI 49501-0352
(616) 336-6000
pasmit@varnumlaw.com
Attorneys for Georgia-Pacific Consumer Products LP

Sandra C. Goldstein

John C. Cermak
Sonja A. Inglin
Baker & Hostetler LLP (CA)
12100 Wilshire Blvd., 15th Fl.
Los Angeles, CA
(310) 820-8800
jcermak@bakerlaw.com
singling@bakerlaw.com
Attorneys for International Paper Company

Kathy Robb
Hunton & William LLP (NY)
200 Park Ave., 53rd Fl.
New York, NY 10166
(212) 309-1128
krobb@hunton.com
Attorneys for Georgia-Pacific Consumer Products LP

Jan M. Conlin
Tara D. Falsani
Robins Kaplan Miller & Ciresi LLP
800 LaSalle Ave S – Ste 2800
Minneapolis, MN 55402-2015
(612) 349-8500
jmconlin@rkmc.com
tdfalsani@rkmc.com
Attorneys for Georgia-Pacific Consumer Products LP

Eric W. Ha
Evan B. Westerfield
Margaret R. Sobota
Sidley Austin LLP
One S Dearborn St.
Chicago, IL 60603
(312) 853-7000

| | |
|---|---|
| Evan R. Chesler<br>Darin P. McAtee<br>Cravath Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Ave.<br>New York, NY 10019<br>(212) 474-1000<br>sgoldstein@cravath.com<br>echesler@cravath.com<br>dmcatee@cravath.com<br>Attorneys for NCR Corporation | eha@sidley.com<br>evanwesterfield@sidley.com<br>msobota@sidley.com<br>Attorneys for NCR Corporation<br><br>Geoffrey A. Fields<br>Dickinson Wright PLLC (Grand Rapids)<br>200 Ottawa Ave, NW, Ste 1000<br>Grand Rapids, MI 49503<br>(616) 458-1300<br>gfields@dickinsonwright.com<br>Attorneys for NCR Corporation |
| Meline G. MacCurdy<br>Linda R. Larson<br>Bradley M. Marten<br>Marten Law PLLC<br>1191 2nd Ave., Ste. 2200<br>Seattle, WA 89101<br>(206) 292-2600<br>mmaccurdy@martenlaw.com<br>llarson@martenlaw.com<br>bmarten@martenlaw.com<br>Attorneys for NCR Corporation | Dean P. Laing<br>O'Neil Cannon Hollman DeJong & Laing SC<br>111 E Wisconsin Ave – Ste 1400<br>Milwaukee, WI 53202<br>(414) 276-5000<br>Dean.laing@wilaw.com<br>Attorneys for Georgia-Pacific Consumer Products LP |
| Jeffrey N. Martin<br>Hunton & Williams LLP (DC)<br>1900 K. St., NW<br>Washington, DC 20006<br>(202) 955-1552<br>jmartin@hunton.com<br>Attorneys for Georgia-Pacific Consumer Products LP | |

| | |
|---|---|
| Dated, March 7, 2012 | Respectfully submitted,<br><br>WEYERHAEUSER COMPANY<br><br><br>  s/Scott M. Watson_____<br>Counsel for Weyerhaeuser Company |

3

                                                  Scott M. Watson
                                                  Warner Norcross & Judd LLP
                                                  111 Lyon St., NW., Ste. 900
                                                  Grand Rapids, MI 49503-2487
                                                  (616) 752-2465
                                                  swatson@wnj.com

7688603