UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA-PACIFIC CONSUMER PRODUCTS, LP,
FORT JAMES CORPORATION, and
GEORGIA-PACIFIC, LLC,

    Plaintiffs,

v.

NCR CORPORATION, INTERNATIONAL PAPER
COMPANY, AND WEYERHAEUSER COMPANY,

    Defendants,

INTERNATIONAL PAPER COMPANY,

    Counterclaimant,

v.

GEORGIA-PACIFIC CONSUMER PRODUCTS, LP,
FORT JAMES CORPORATION, and
GEORGIA-PACIFIC, LLC,

    Counterdefendants,

INTERNATIONAL PAPER COMPANY,

    Crossclaimant,

v.

NCR CORPORATION and WEYERHAEUSER
COMPANY,

    Crossdefendants.

Civil Action No. 1:11-cv-483

Judge Robert J. Jonker

**PROOF OF SERVICE**

1

## PROOF OF SERVICE

I hereby certify that on March 6, 2012, I served a copy of Defendant and Cross-Defendant Weyerhaeuser Company's Responses to Defendant NCR Corporation's First Set of Requests for Admission and Interrogatories, via e-mail, on the following:

Michael D. Meuti
John D. Parker
Baker & Hostetler LLP (OH)
PNC Center
1900 E. Ninth St.
Cleveland, OH 44114-3485
(216) 861-7709
mmeuti@bakerrlaw.com
jparker@bakerlaw.com
Attorneys for International Paper Company

Douglas M. Garrou
George P. Sibly
Joseph C. Kearfott
Hunton & Williams LLP (Richmond)
Riverfront Plz., East Tower
951 E. Byrd St.
Richmond, VA 23219
(804) 788-8355
dgarrou@hunton.com
gsibley@hunton.com
jkearfott@hunton.com
Attorneys for Georgia-Pacific Consumer Products LP

Peter A. Smit
Varnum Riddering Schmidt & Howlett LLP (Grand Rapids)
Bridgewater Place
333 Bridge St., NW
Grand Rapids, MI 49501-0352
(616) 336-6000
pasmit@varnumlaw.com
Attorneys for Georgia-Pacific Consumer Products LP

Sandra C. Goldstein

John C. Cermak
Sonja A. Inglin
Baker & Hostetler LLP (CA)
12100 Wilshire Blvd., 15th Fl.
Los Angeles, CA
(310) 820-8800
jcermak@bakerlaw.com
singling@bakerlaw.com
Attorneys for International Paper Company

Kathy Robb
Hunton & William LLP (NY)
200 Park Ave., 53rd Fl.
New York, NY 10166
(212) 309-1128
krobb@hunton.com
Attorneys for Georgia-Pacific Consumer Products LP

Jan M. Conlin
Tara D. Falsani
Robins Kaplan Miller & Ciresi LLP
800 LaSalle Ave S – Ste 2800
Minneapolis, MN 55402-2015
(612) 349-8500
jmconlin@rkmc.com
tdfalsani@rkmc.com
Attorneys for Georgia-Pacific Consumer Products LP

Eric W. Ha
Evan B. Westerfield
Margaret R. Sobota
Sidley Austin LLP
One S Dearborn St.
Chicago, IL 60603
(312) 853-7000

Evan R. Chesler
Darin P. McAtee
Cravath Swaine & Moore LLP
Worldwide Plaza
825 Eighth Ave.
New York, NY 10019
(212) 474-1000
sgoldstein@cravath.com
echesler@cravath.com
dmcatee@cravath.com
Attorneys for NCR Corporation

Meline G. MacCurdy
Linda R. Larson
Bradley M. Marten
Marten Law PLLC
1191 2nd Ave., Ste. 2200
Seattle, WA 89101
(206) 292-2600
mmaccurdy@martenlaw.com
llarson@martenlaw.com
bmarten@martenlaw.com
Attorneys for NCR Corporation

Jeffrey N. Martin
Hunton & Williams LLP (DC)
1900 K. St., NW
Washington, DC 20006
(202) 955-1552
jmartin@hunton.com
Attorneys for Georgia-Pacific Consumer
Products LP

eha@sidley.com
evanwesterfield@sidley.com
msobota@sidley.com
Attorneys for NCR Corporation

Geoffrey A. Fields
Dickinson Wright PLLC (Grand Rapids)
200 Ottawa Ave, NW, Ste 1000
Grand Rapids, MI 49503
(616) 458-1300
gfields@dickinsonwright.com
Attorneys for NCR Corporation

Dean P. Laing
O'Neil Cannon Hollman DeJong & Laing SC
111 E Wisconsin Ave – Ste 1400
Milwaukee, WI 53202
(414) 276-5000
Dean.laing@wilaw.com
Attorneys for Georgia-Pacific Consumer
Products LP

Dated, March 7, 2012

Respectfully submitted,

WEYERHAEUSER COMPANY


s/Scott M. Watson
Counsel for Weyerhaeuser Company

Scott M. Watson
Warner Norcross & Judd LLP
111 Lyon St., NW., Ste. 900
Grand Rapids, MI 49503-2487
(616) 752-2465
swatson@wnj.com

7688603

4