# EXHIBIT A

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

--------------------------------*
GEORGIA PACIFIC CONSUMER PRODUCTS,
FORT JAMES CORPORATION, and
GEORGE-PACIFIC LLC,                    Civil Action No.

                    Plaintiffs,    1:11-cv-00483-RJJ

        vs.

NCR CORPORATION, INTERNATIONAL
PAPER CO., and WEYERHAEUSER
COMPANY,

                    Defendants.
------------------------------*


VIDEOTAPED 30(B)(6) DEPOSITION OF

NCR, by and through its designee,

EDWARD R. GALLAGHER

Wednesday, January 25, 2012

New York, New York

10:21 a.m.


Reported by:

Josephine H. Fassett, RPR, CCR

**2**

1             Wednesday, January 25, 2012
2                New York, New York
3                   10:21 a.m.
4
5         T R A N S C R I P T  of the Videotaped
6 30(b)(6) Deposition of NCR, by and through its
7 designee, EDWARD R. GALLAGHER, taken by the
8 Plaintiffs, held at the offices of Cravath, Swaine
9 & Moore LLP, 825 Eighth Avenue, New York, New York,
10 on Wednesday, January 25, 2012, commencing at 10:21
11 a.m., before Josephine H. Fassett, a Registered
12 Professional Reporter, Certified Court Reporter,
13 Certified Livenote Reporter and Notary Public of the
14 State of New York.

**4**

1 A P P E A R A N C E S (cont'd) :
2
3 BAKER HOSTETLER LLP
4 Attorneys for Defendant International Paper Co.
5    PNC Center
6    1900 East 9th Street
7    Suite 3200
8    Cleveland, Ohio  44114-3482
9 BY:  JOHN D. PARKER, ESQ.
10     jparker@bakerlaw.com
11
12
13 PERKINS COIE LLP
14 Attorneys for Defendant Weyerhaeuser Company
15    1201 Third Avenue
16    Suite 4800
17    Seattle, Washington  98101-3099
18 BY:  J. CHRISTOPHER BAIRD, ESQ.
19     jcbaird@perkinscoie.com
20
21 ALSO PRESENT:
22 MARCELO RIVERA, Videographer

**3**

1      A P P E A R A N C E S :
2
3 HUNTON & WILLIAMS LLP
4 Attorneys for Plaintiffs
5    Riverfront Plaza
6    East Tower
7    951 East Byrd Street
8    Richmond, Virginia  23219
9 BY:  DOUGLAS M. GARROU, ESQ.
10     dgarrou@hunton.com
11     JOSEPH C. KEARFOTT, ESQ.
12     jkearfott@hunton.com
13
14
15 CRAVATH, SWAINE & MOORE LLP
16 Attorneys for Defendant NCR Corporation
17    825 Eighth Avenue
18    New York, New York 10019-7475
19 BY:  DARIN P. McATEE, ESQ.
20     dmcatee@cravath.com
21
22

**5**

1          I N D E X
2 WITNESS                    PAGE
3 EDWARD R. GALLAGHER
4    By Mr. Garrou           8,191
5    By Mr. Parker           186
6
7      AFTERNOON SESSION - 99
8
9        E X H I B I T S
10 EXHIBIT    DESCRIPTION         PAGE
11 Exhibit 49  Plaintiffs' Amended Notice of
12      30(b)(6) Deposition of NCR
13      Corporation and Request for
14      Production of Documents      7
15 Exhibit 50  Impact Paper Report dated
16      August 31, 1953          28
17 Exhibit 51  The NCR News Article dated
18      May 1954               33
19 Exhibit 52  NCR Factory News Article dated
20      December 1958          36
21 Exhibit 53  NCR Factory News Article dated
22      March 1967            39

30(b)(6) NCR (Gallagher, Edward R.)                January 25, 2012

6

1          E X H I B I T S
2    EXHIBIT     DESCRIPTION               PAGE
3    Exhibit 54  NCR Factory News Article dated
4          February 1966                    41
5    Exhibit 55  NCR Factory News Article dated
6          June 1964                        48
7    Exhibit 56  Memorandum dated January 23, 1970  52
8    Exhibit 57  NCR World Article dated
9          November-December 1970           63
10   Exhibit 58  NCR World Article dated
11         January-February 1971            97
12   Exhibit 59  Compilation of Attachments to
13         30(b)(6) Deposition Notice      101
14   Exhibit 60  International Paper's Notice of
15         Rule 30(b)(6) Deposition of
16         Defendant NCR Corporation       186
17
18
19
20
21
22

8

1    525, Washington, D.C.
2          Will present counsel please introduce
3    themselves for the record.
4          MR. GARROU:  Doug Garrou representing
5    Plaintiffs.
6          MR. KEARFOTT:  Joseph Kearfott with
7    Hunton & Williams representing the
8    Plaintiffs.
9          MR. PARKER:  John Parker with Baker &
10   Hostetler representing International Paper.
11         MR. BAIRD:  Chris Baird from Perkins
12   Coie for Weyerhaeuser.
13         MR. McATEE:  Darin McAtee from Cravath
14   for NCR.
15         THE VIDEOGRAPHER:  Will the court
16   reporter please swear in the witness.
17   E D W A R D  R.  G A L L A G H E R, the witness,
18         having been duly sworn, was examined and
19         testified under oath as follows:
20   EXAMINATION BY
21   MR. GARROU:
22   Q   Good morning, Mr. Gallagher.

7

1          (Plaintiffs' Amended Notice of 30(b)(6)
2    Deposition of NCR Corporation and Request for
3    Production of Documents premarked as Exhibit
4    49, as of this date.)
5          (Whereupon, on the video record.)
6          THE VIDEOGRAPHER:  This is DVD No. 1 of
7    the video deposition of Mr. Ed Gallagher in
8    the matter Georgia-Pacific Consumer Products,
9    et al. versus NCR Corporation, International
10   Paper Company, et al., in the United States
11   District Court for the Western District of
12   Michigan, Southern Division.
13         This deposition is being held at the law
14   offices of Cravath, Swaine & Moore, located
15   at 825 Eighth Avenue, New York, New York, on
16   January 25th, 2012, at approximately 10:21
17   a.m.
18         My name is Marcelo Rivera from the firm
19   of Henderson Legal Services.
20         The court reporter is Josephine Fassett
21   in association with Henderson Legal Services,
22   located at 1015 15th Street, Northwest, Suite

9

1    A   Good morning.
2    Q   Could you please state your full name
3    and employment position?
4    A   Edward Ray Gallagher.  I'm a law vice
5    president at NCR Corporation.
6    Q   And when you're not testifying as a
7    30(b)(6) witness, what do your job duties consist
8    of?
9    A   I manage our litigation and employment
10   law group.
11   Q   Okay.  Have you brought any documents
12   with you in connection with your testimony today?
13   A   I have not.
14   Q   All right.  I'd like to have you take a
15   look at what I've marked as Exhibit 49.
16         Do you recognize that as the Notice of
17   30(b)(6) Deposition that you're testifying in
18   response to today?
19   A   (Reviews.)
20         Yes, I do.
21   Q   Okay.  When you first reviewed that
22   notice, did you have firsthand knowledge of any of

10

1  the topics that are set forth in that notice?
2      A  Well, certainly not in the sense of
3  being a percipient witness, no.
4      Q  All right.
5      A  I did -- no, I guess not.
6      Q  I'm sorry, I didn't hear that last part.
7      A  No, I did not.
8      Q  Okay.  And, are you designated to
9  testify on all of the specifications listed in
10  that Exhibit 49?
11      A  I am.
12      Q  So it's fair to say that your testimony
13  on those topics will be based on documents that
14  you've reviewed and/or people you've talked to,
15  correct?
16      A  Yes, that's correct.
17      Q  All right.  And so you didn't review any
18  documents that ever refreshed your firsthand
19  recollection of any matters that are set forth in
20  the, in the notice; did you?
21      A  Would you repeat that, please?
22      MR. GARROU:  Can I have that read back,

11

1  please.
2      (Whereupon, the requested portion was
3  read back by the Reporter:
4      "Question:  And so you didn't review any
5  documents that ever refreshed your firsthand
6  recollection of any matters that are set
7  forth in the notice; did you?")
8      A  No, I did not.
9      Q  All right.  How did you prepare for your
10  deposition today?
11      A  I had some conversations, initially with
12  counsel and with colleagues at NCR.
13      I reviewed several documents, met with
14  counsel, and inquired of counsel as to the topics
15  on at least a couple of occasions.  Probably spent
16  about 50 hours on it.
17      Q  All right.  And when did you start that
18  process?
19      A  I believe in December, but most was in
20  January.
21      Q  All right.  Which of your colleagues at
22  NCR did you speak with in connection with

12

1  preparing for your deposition today?
2      A  John Hartje and Jennifer Daniels.
3      Q  Could you spell Mr. Hartje's last name?
4      A  H-a-r-t-j-e.
5      Q  And Daniels is D-a-n-i-e-l-s?
6      A  Correct.
7      Q  And what topics did you discuss with
8  Mr. Hartje?
9      A  Only who would be an appropriate witness
10  to respond to the notice.
11      Q  All right.  What topics did you discuss
12  with Ms. Daniels in connection with your
13  testimony?
14      A  The same.
15      Q  And the conclusion was that you would be
16  the appropriate witness, I take it?
17      A  I'm certainly the ultimate conclusion.
18      Q  All right.  Did you --
19      THE WITNESS:  Can we take a short -- I
20  want to get some water.
21      MR. GARROU:  Sure.
22      THE WITNESS:  If I could take a quick

13

1  break.
2      MR. GARROU:  Sure.
3      MR. McATEE:  I'll get you some.
4      THE WITNESS:  Thanks.
5  BY MR. GARROU:
6      Q  In preparation for your testimony today,
7  did you have any discussions with former NCR
8  employees?
9      A  I did not.
10      Q  Same question with respect to the former
11  employees of Appleton Papers, Incorporated.  Did
12  you have any contact with them in connection with
13  preparing for your deposition?
14      A  No.
15      Q  Maybe the easiest way to do this is:
16      Other than the two people that you
17  mentioned, Mr. Hartje and Ms. Daniels, did you
18  have any conversations with anyone other than
19  counsel in preparation for your deposition today?
20      A  I don't recall that I did.
21      Q  All right.
22      A  It's possible that our environmental

30(b)(6) NCR (Gallagher, Edward R.)                    January 25, 2012

6 (Pages 18 to 21)

18

1   depositions -- well, strike that.
2        Is the Martin deposition that you
3   referred to the deposition of Leon Martin taken in
4   this case?
5        A   Sounds correct.
6        Q   All right.  A former employee at the
7   Kalamazoo mill?
8        A   I believe that's right.
9        Q   Did you review a deposition of
10  Mr. Lacey, L-a-c-e-y?
11       A   I think that I did.
12       Q   How about a Mr. Edgerton?  Did you
13  review a deposition in this case by Gene Edgerton?
14       A   I know the name, I'm not sure that I
15  reviewed the testimony.
16       Q   The same question with respect to George
17  Hunter.  Did you read a deposition by Mr. George
18  Hunter taken in this case?
19       A   I don't recall that name.
20       Q   All right.  You mentioned that you
21  reviewed newsletters.  What newsletters did you
22  review?

19

1        A   They were internal Appleton or NCR
2   newsletters.  They, I believe, were in the 104(e)
3   production.
4        Q   Did those include, or, among those
5   materials, were there any NCR Factory News
6   publications?
7        A   I don't recall seeing that title.
8        Q   All right.  What titles do you recall
9   seeing, if any?
10       A   There might have been something called
11  Appleton Scene, I'm not certain.
12       Q   I think you got that right.
13           Anything else you recall?
14       A   I think I did see other newsletters, but
15  I don't recall titles.
16       Q   All right.  What financial records did
17  you review?
18       A   I remember some Appleton financial
19  reports for, I think 1969.
20       Q   Did you review any documents in
21  preparation for your testimony today, other than
22  depositions, that were not part of the 104(e)

20

1   submissions from NCR at some point in time?
2        A   The documents I understand were produced
3   either in the 104(e) or in this litigation.
4   Possibly in the Fox River litigation.
5        Q   All right.  You mentioned progress
6   reports.  What progress reports did you review?
7        A   I think it was the title given to these
8   reports that came from the Portage, Wisconsin
9   plant.
10       Q   That's NCR's Portage, Wisconsin plant?
11       A   It was, yes.
12       Q   And what internal memoranda do you
13  recall reviewing?
14       A   There were several.  There were reports
15  of research activity.  And others.  I don't really
16  have specific recollections of them.
17       Q   All right.  Did you review any resources
18  from the Internet?
19       A   I did not.
20       Q   Did you review any governmental or
21  regulator reports?
22       A   No, no, I didn't.

21

1        Q   Did you review any documents in the form
2   of electronic images as opposed to paper
3   documents?
4        A   I did not.
5        Q   Did you review any summaries or other
6   accounts of witness interviews?
7        A   I think the only thing was a summary
8   attached to one of the expert witness reports, or
9   at least that came from an expert witness and was
10  produced.
11       Q   And what expert witness report was that?
12       A   Again, I'm not certain it was the
13  report, but it -- I think Mr. Moore, but I'm not
14  certain.
15       Q   And do you know whether the report that
16  you read was something that was produced in the
17  Fox litigation?
18       A   I believe that it was.
19       Q   And by "produced," to be more clear, I
20  mean disclosed to the other side.
21       A   That's what I meant.
22       Q   Okay.  Did you review any investigators'

30(b)(6) NCR (Gallagher, Edward R.)                January 25, 2012

7 (Pages 22 to 25)

22

1   reports?
2       A   No.
3       Q   Did you review any newspaper articles?
4       A   I don't think so.  I don't know if any
5   happened to be included in the old materials, I
6   don't remember any specifically.
7       Q   All right.  I take it, it would not be
8   possible for you to tell me precisely which
9   documents you looked at in preparation for this
10  deposition as you sit here, correct?
11      A   I could tell you some, but I certainly
12  couldn't tell you all of them.
13      Q   All right.  Did you review any summaries
14  of documents provided to you by counsel?
15      A   No.
16      Q   Did you review any documents that were
17  marked privileged or work product?
18      A   I did not.
19      Q   Have you completed your review in
20  preparation for your deposition today?
21      A   Yes, I have.
22      Q   And do you feel that you were given

23

1   adequate time to do so?
2       A   I do.
3       Q   All right.  I'd like to move to the --
4   some of the specifications in the notice.
5           And I'd like to start first with
6   Specification No. 6.
7           What did you review to prepare yourself
8   to testify on Specification No. 6?
9           MR. McATEE:  Let him read 6.
10          MR. GARROU:  Sure.
11          MR. McATEE:  Since you threw me for a
12      loop, because I thought you'd start with 1.
13          MR. GARROU:  Tricky Richmond lawyer.
14      A   (Reads.)
15          With respect to Specification 6, there
16  were relatively few documents in the record that
17  related to this.  There was, Mr. Stutz had made
18  some remarks in his deposition.  Although this,
19  that was in connection with his research work.
20  And I don't believe, while we're still looking at
21  the matter, I don't think we found anything as to
22  general recycling at the Dayton headquarters or

24

1   facilities.
2       Q   All right.  So the reference to
3   Mr. Stutz's testimony you think referred to a
4   research rather, which would be, I guess, Topic 7,
5   not Topic 6; is that correct?
6       A   It would probably fit 7 better than 6.
7       Q   All right.  I'll save it for 7 then.
8           What business activities did NCR engage
9   in in Dayton, Ohio, that made use of
10  PCB-containing CCP?
11          MR. McATEE:  Could I have that back?
12          (Whereupon, the requested portion was
13      read back by the Reporter:
14          "Question:  What business activities did
15      NCR engage in in Dayton, Ohio, that made use
16      of PCB-containing CCP?")
17          (Whereupon, discussion off the audio
18      record.)
19          MR. McATEE:  So, Doug, I don't think
20      that's one of the topics he's being put up
21      for today.
22  BY MR. GARROU:

25

1       Q   You can go ahead.
2       A   I took this to refer to use in offices
3   and recycling of that material.  And the extent to
4   which it was used in offices we haven't found to
5   this point any indications.  That's, that's how I
6   understood the question.
7       Q   All right.  I take it you're not able to
8   answer any of the subparts of Topic 6, in light of
9   what you've just said; is that correct?
10      A   That's correct.
11      Q   Are you familiar with NCR's printing
12  division?
13      A   Well, there isn't one today.  And I
14  don't recall there was something, an entity or a
15  division by that name in the past.
16      Q   All right.  So you've never undertaken
17  any investigation regarding the activities and
18  paper handling practices of NCR's printing
19  division in Dayton?
20      A   I'm familiar with other businesses that
21  worked with paper, but, you know, don't recall the
22  name printer division.

30(b)(6) NCR (Gallagher, Edward R.)                January 25, 2012

14 (Pages 50 to 53)

---

50

1      Q    All right.  Where have you looked for
2  those materials?
3      **A    In the documents that have been**
4  **generated.  I did review this document before the**
5  **deposition.  And -- and -- not personally but**
6  **through interviews of former employees.**
7      Q    All right.  Is NCR aware of any former
8  employees who were involved in coating operations
9  in Dayton, Ohio?
10      MR. McATEE:  Who were involved in that?
11      MR. GARROU:  Yes, sir.
12      **A    There's certainly memoranda that talk**
13  **about some of the tests and that's -- and the**
14  **research work.  I don't recall their names.  But**
15  **that may be what's referred to here.**
16      Q    Have you completed your answer?
17      **A    Oh, yes, I have.**
18      Q    Sorry.
19          What was the disposition of the
20  documents associated with the Research Division
21  Pilot Plant in Dayton?
22      **A    I'm not aware of that disposition.**

---

51

1      Q    All right.  Do you know whether the
2  Research Division Pilot Plant still exists in
3  Dayton?
4      **A    It does not.**
5      Q    Do you know when it would have been
6  deactivated?
7      **A    No, I don't.**
8      Q    All right.
9          All right.  Moving to Specification No.
10  8 in Exhibit 49.
11      **A    (Complies.)**
12      Q    With respect to any operation that
13  produced carbonless copy paper for NCR in Dayton
14  or otherwise, are you aware of the manufacture of
15  any finished CCP that was not ultimately sold to a
16  customer?
17      **A    I've seen references in some of the**
18  **documents about customer complaints.  And to**
19  **subsequent testing.**
20      Q    Do you recall which documents those are?
21      **A    Several of the research reports or**
22  **activity reports reference customer complaints.**

---

52

1      **And there are references to materials being sent**
2  **to Appleton, Dayton, Mead, or being held at a**
3  **customer location.  But there's a reference to a**
4  **small warehouse of an indeterminate location in**
5  **one memo.**
6      Q    Do you know anything about that
7  warehouse?
8      **A    I don't.**
9      Q    What investigation did you undertake in
10  preparation for testifying on Specification 8?
11      **A    It's primarily a review of documents in**
12  **the record that indicated the sorts of things I**
13  **was just mentioning.**
14      Q    All right.  Are you able to identify
15  those documents with any more specificity than you
16  just did?
17      **A    There was a memo from a Mr. McClenahan**
18  **that referenced some of that.  Others appear in**
19  **several different documents, and I can't recall**
20  **their identifying details now.**
21      **(Memorandum dated January 23, 1970**
22      **marked as Exhibit 56, as of this date.)**

---

53

1  BY MR. GARROU:
2      Q    I'm going to hand you what I think may
3  be that document marked as Exhibit 56.  Could you
4  take a look at that for me?
5      **A    (Reviews.)**
6      Q    Is this the memo from Mr. McClenahan you
7  were referring to earlier?
8      **A    Yes, it is.**
9      Q    All right.  The -- the person being
10  described here, Daniel McIntosh, Section Manager
11  NCR Technical Services, do you know who that is?
12      **A    Only by name.**
13      Q    All right.  Do you know whether that
14  was, in fact, his title as of January 1970?
15      **A    I don't have a reason to doubt it.**
16      Q    Do you know whether NCR's lawyers
17  represent Mr. McIntosh?
18      **A    I don't know.**
19      Q    Did you ever ask to be put in touch with
20  Mr. McIntosh in preparation, as a part of
21  preparation for your deposition today?
22      **A    I understand he's very ill and so I did**

---

30(b)(6) NCR (Gallagher, Edward R.)                    January 25, 2012

19 (Pages 70 to 73)

70

1  **generated there.**
2      Q    All right.  When was that?  And by
3  "broke" do you mean PCB-containing CCP broke?
4      A    I do.
5      Q    All right.  When was that PCB-containing
6  CCP broke generated at the Washington Court House
7  facility?
8      A    **I believe in this 1960s, perhaps other**
9  **times.**
10     Q    All right.  What's that belief based on?
11     A    **From the inquiries I made prior to the**
12 **dep or in preparation for the deposition.**
13     Q    All right.  And did you -- did those
14 inquiries include speaking with any people?
15     A    **Not outside of counsel.**
16     Q    All right.  Aside from counsel, did you
17 obtain any information from any person that led
18 you to believe that there was some CCP broke and
19 trim containing PCBs generated at Washington Court
20 House in the 1960s?
21         THE WITNESS:  I'm sorry, I lost that.
22         MR. GARROU:  Let me ask that one over.

71

1      That was terrible.
2  BY MR. GARROU:
3      Q    Aside from speaking with counsel, did
4  anyone else provide you with facts leading you to
5  believe that in the 1960s, and perhaps other
6  times, the Washington Court House operation
7  generated PCB-containing CCP broke?
8      A    **I can't recall any other communications.**
9      Q    All right.  How about documents?  Did
10 you review any documents leading you to believe
11 that that broke was generated in the 1960s and
12 perhaps other times?
13     A    **I don't think we've located any**
14 **documents to that effect.**
15     Q    All right.  Do you know what facts
16 formed the basis for your counsel's discussion
17 with you regarding the creation of PCB-containing
18 CCP broke at Washington Court House?
19         MR. McATEE:  Object to form.
20         Can you just ask that without counsel in
21 the question?  He's here to talk as a
22 representative of the company in answering

72

1  your questions.
2  BY MR. GARROU:
3      Q    Well, am I correct that your only
4  information regarding the generation of
5  PCB-containing broke at Washington Court House
6  came to you in connection with discussion with
7  counsel?
8         MR. McATEE:  Object to form.
9      A    **I don't recall any others.**
10     Q    All right.  What did you learn from
11 counsel regarding the creation of PCB-containing
12 broke and trim at Washington Court House?
13     A    **I wanted to know if there had been some,**
14 **and I understood that there was, and I don't --**
15 **well, that's -- that was my main purpose.**
16     Q    All right.  So aside from being told
17 that by counsel, are you aware of any facts
18 supporting your belief that PCB-containing CCP
19 broke and trim was generated at Washington Court
20 House?
21     A    **No, I don't recall any specific facts.**
22     Q    What led you to believe that it was

73

1  generated in the 1960s and possibly other times?
2      A    **I don't think -- it wouldn't have come**
3  **after 1970, '71 when we stopped doing CCP broke,**
4  **or stopped using Aroclor 1242.  And the reason for**
5  **other times, I don't recall how long the facility**
6  **had been in use.**
7         **From the reference in Exhibit 57, it's**
8  **highly likely it was in place in 1970 and**
9  **therefore I'm presuming it was doing work in the**
10 **sixties.**
11     Q    You said that you wouldn't expect it to
12 have been generated after 1970 or 1971 due to the
13 fact that NCR stopped using Aroclor 1242.  Is that
14 an accurate summary of what you said?
15     A    **That's correct.**
16     Q    All right.  When, in fact, did NCR stop
17 using Aroclor 1242?
18     A    **I don't recall the exact date, it was in**
19 **'70 or '71.**
20     Q    Okay.  You can't narrow it down any
21 further than that?
22     A    **I could, but not as I sit here today.**

30(b)(6) NCR (Gallagher, Edward R.)                    January 25, 2012

35 (Pages 134 to 137)

| | 134 |
|---|---|

1    Q   Are you familiar with the term
2  backhauling?
3    **A   I am.**
4    Q   Are you familiar with any evidence
5  suggesting that carbonless broke was backhauled by
6  truck from the Appleton plant?
7    **A   I think Mr. Edgerton may have suggested**
8  **that.**
9    Q   Do you have any reason to think he's
10  incorrect about that?
11    **A   It's not consistent with the testimony**
12  **of the people that actually handled the broke**
13  **sales.**
14    Q   All right.  So NCR doesn't believe that
15  any carbonless broke was backhauled from the
16  Appleton plant between 1953 and 1971?
17    **A   That's right.**
18    Q   The brokers that you've identified as
19  being the ones that NCR believes purchased
20  carbonless broke from Appleton, those brokers
21  being National Fiber, Continental and Golper, is
22  that the same collection of brokers that NCR

| | 135 |
|---|---|

1  believes obtained PCB-containing carbonless broke
2  from Combined Locks?
3    **A   We believe so.**
4    Q   All right.  So would your answers with
5  respect to carbonless broke leaving the Appleton
6  plant and what brokers it went to and how it was
7  transported, would those answers all be the same
8  for the Combined Locks plant?
9    **A   Yes.**
10    Q   All right.  So you believe that the
11  Combined Locks plant -- strike that.
12       You believe that any PCB-containing
13  carbonless broke from the Combined Locks plant
14  would have been transported away from that
15  facility by rail?
16    **A   Yes.**
17    Q   And you don't believe any would have
18  been transported by truck?
19    **A   We've seen nothing to suggest that.**
20    Q   All right.  And you don't believe any
21  would have been transported by truck to
22  Mr. Golper's facility in particular?

| | 136 |
|---|---|

1    **A   I have seen nothing to that effect.**
2    Q   All right.
3    **A   Nor heard of it.**
4    Q   During what time period did the Combined
5  Locks Mill create PCB-containing carbonless broke?
6    **A   It did some trial runs in the**
7  **mid-sixties, as I recall, and then resumed in the**
8  **late-sixties.  In -- not resumed, it commenced**
9  **some regular production in the late-sixties.**
10    Q   All right.  Have you been able to
11  estimate for any year the amount of PCB-containing
12  carbonless broke that would have been generated by
13  the Combined Locks Mill?
14    **A   No.  The -- you'd have to do some of the**
15  **same inferences based on shipment of emulsion from**
16  **Portage, much as we had discussed several minutes**
17  **ago with respect to Appleton, both for volume and**
18  **PCB quantities.**
19    Q   All right.  And -- and have you
20  conducted those estimates?
21    **A   No.  I have not tried to create the**
22  **experiment for that or the -- identify the**

| | 137 |
|---|---|

1  assumptions you'd have to make.
2    Q   Does NCR have any idea of the volume,
3  annual or otherwise, of PCB-containing CCP broke
4  that was generated at the Combined Locks Mill?
5    **A   At this point, not beyond what I just**
6  **mentioned.  We may engage an expert to do that.**
7    Q   All right.  With respect to
8  PCB-containing carbonless broke from either the
9  Appleton plant or from the Combined Locks Mill,
10  does NCR have any knowledge with respect to where
11  that broke ended up?
12    **A   Again, based on the testimony of the**
13  **individuals from the Purchasing Department, they**
14  **indicated they were aware or had become aware that**
15  **it was going to the mills in the Fox River.**
16  **Although that was not true for any particular**
17  **shipment because the brokers tended to guard their**
18  **business and their customer identities carefully.**
19    Q   All right.  What portion does NCR
20  believe -- strike that.
21       With respect to carbonless -- strike
22  that.

Henderson Legal Services, Inc.