# EXHIBIT B

```
                                                                    1
               IN THE UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF MICHIGAN
                          SOUTHERN DIVISION

     GEORGIA-PACIFIC CONSUMER
     PRODUCTS LP, FORT JAMES
     CORPORATION, and
     GEORGIA-PACIFIC, LLC,
              Plaintiffs,         Case No.: 1:11-cv-00483
     vs.                          Judge Robert J. Jonker
     NCR CORPORATION,
     INTERNATIONAL PAPER CO.,
     and WEYERHAEUSER CO.,

              Defendants.

           VIDEOTAPED DEPOSITION OF DONALD CLASON


       TAKEN BY:      Plaintiffs Herein

       DATE:          Friday, February 17, 2012

       TIME:          8:34 a.m. - 10:54 a.m.

       PLACE:         Sarasota Meeting Center

                      2042 Bee Ridge Road

                      Sarasota, Florida

       REPORTED BY:   Linda C. Mead, CCR, CSR

                      Notary Public, State of Florida
```

**Page 2**

```
 1   APPEARANCES:
     GEORGE P. SIBLEY, III, ESQUIRE
 2     Hunton & Williams, LLP
       951 East Byrd Street
 3     Richmond, Virginia 23219
 4       Appearing on behalf of Plaintiffs
 5
 6   DAVID R. MARRIOT, ESQUIRE
 7   OWEN J.M. ROTH, ESQUIRE
 8     Cravath, Swaine & Moore, LLP
 9     Worldwide Plaza
10     825 Eighth Avenue
11     New York, New York 10019
12       Appearing on behalf of Defendant
13       NCR Corporation
14
15   J. CHRISTOPHER BAIRD, ESQUIRE
16     Perkins Coie, LLP
17     1201 Third Avenue
18     Suite 4800
19     Seattle, Washington 98101
20       Appearing on behalf of Defendant
21       Weyerhaeuser Company
22
```

**Page 3**

```
 1   APPEARANCES:
 2
 3   MICHAEL D. MEUTI, ESQUIRE
 4     Baker Hostetler
 5     PNC Center
 6     1900 East 9th Street
 7     Suite 3200
 8     Cleveland, Ohio 441114
 9       Appearing on behalf of Defendant
10       International Paper Company
11
12
13
14
15
16
17
18
19
20
21
22
```

**Page 4**

```
 1   DEPOSITION OF: Donald Clason
 2
 3   Examination
 4                       Page
 5   By Mr. Sibley.............   6
 6   By Mr. Marriot............  80
 7   By Mr. Sibley.............  82
 8
 9                EXHIBITS
10   Description                   Page
11   Exhibit 63  1966 Telephone Directory.........  18
12   Exhibit 64  1971 Telephone Directory.........  27
13   Exhibit 65  1971 Organization Charts.........  32
14   Exhibit 66  Consolidated Statements Ending
15               5/31/72..........................  43
16   Exhibit 67  Open House Announcement..........  50
17   Exhibit 68  Letter/Financial Statements 12/18/72..61
18   Exhibit 69  Letter to Anderson 11/21/72......  65
19   Exhibit 70  Letter to Katz 7/14/00...........  68
20   Exhibit 71  Letter to Katz 8/21/00...........  72
21
22
```

**Page 5**

```
 1                PROCEEDINGS
 2                  * * * * *
 3
 4        THE VIDEOGRAPHER:  Good morning.  My name
 5   is Rick Spector, Videographer for Henderson
 6   Legal Services.  This matter is before the
 7   United States District Court for the Western
 8   District of Michigan, Southern Division.
 9      This is the matter of Georgia Pacific
10   Consumer Products, LP, Fort James Corporation
11   and Georgia-Pacific, LLC as Plaintiffs versus
12   NCR Corporation, International Paper Company
13   and Weyerhaeuser Company as Defendants.  The
14   Case Number is 1:11-cv-000483 before Judge
15   Robert J. Jonker.
16      Today is Friday, February 17th, 2012.
17   It's 8:33 in the morning.  This is the
18   deposition of Donald Clason.
19      At this time I'll ask the attorneys to
20   please introduce themselves.
21      MR. SIBLEY:  Trey Sibley from Hunton &
22   Williams for Georgia-Pacific and the
```

### Page 14

1  Q  Okay. With respect to carbonless paper,
2  where -- where did NCR get its carbonless paper?
3  A  Where did --
4  Q  Who was the supplier?
5  A  At what point in time are you talking
6  about?
7  Q  I'm talking about when you were in Los
8  Angeles.
9  A  When I was in Los Angeles it was Business
10 Systems, Incorporated first and we bought some of
11 it -- most of it actually came from Mead.
12     MR. MARRIOT: Just to be clear, are we
13     talking about the period from '60 to '64 before
14     NCR or '64 --
15 BY MR. SIBLEY:
16 Q  If it's the -- Was it the same operation
17 all six years just a change in ownership in 1964?
18 A  It was -- Yeah. It was the same people,
19 the same everything. Nothing changed really except
20 the ownership as far as NCR from about '60 to '66.
21 Q  And how did that paper come to the --
22 those facilities in Los Angeles? Did it come in big

### Page 15

1  rolls?
2  A  Yeah. It came in rolls or in some cases
3  in sheets. We had both sheet-fed and roll-fed
4  presses.
5  Q  And at your facility the forms would be
6  cut down to size and printed?
7  A  Yes.
8  Q  And in the course of that process there
9  would be scrap paper generated, correct?
10 A  Yes.
11 Q  And during the -- that time period, what
12 would you have referred -- how would you have
13 described that paper? What term would you have
14 used?
15 A  What paper?
16 Q  The scrap paper.
17 A  The scrap.
18     MR. MARRIOT: I'm sorry. I just want to
19     make sure we're clear about whether we're now
20     talking about the carbonless copy paper or any
21     other paper that was there.
22 BY MR. SIBLEY:

### Page 16

1  Q  I'm talking about all paper.
2  A  All paper.
3  Q  In the course of making business forms.
4  A  Well, scrap -- Ask the question again now.
5  Q  The scrap paper that would be generated in
6  the process of making business forms, what did you
7  call that?
8  A  Well, it called in two categories. One
9  was -- One was scrap or waste and the other was
10 trim.
11 Q  What was the difference between the two?
12 A  Waste basically -- mostly involved
13 wrappers or just the beginning of a roll or the end
14 of a roll.
15 Q  And trim was everything else?
16 A  Yes. Trim was the smaller portion because
17 we tried to buy it to size.
18 Q  Okay. And during this period when you
19 were a controller, what was -- what did Business
20 Systems or later NCR do with that trim as it was
21 generated?
22 A  There were two sides to it because you're

### Page 17

1  talking about carbonless. Carbonless we did nothing
2  with basically. The other trim and waste was sold
3  as scrap, but carbonless couldn't be sold as scrap
4  so we typically burned it. There was very little of
5  it back in those days.
6  Q  Back in those days.
7     The carbonless paper that was used during
8  this period, that would have been what's known as
9  NCR paper, correct?
10 A  Yes.
11 Q  And you're aware now that that paper
12 contained as part of the emulsion that coated it a
13 chemical -- a set of chemicals known as
14 polychlorinated biphenyl or PCBs?
15 A  I've heard that term, but I'm not in the
16 paper business so I don't know much about it to tell
17 you the truth.
18 Q  Okay. The -- Was there a point in time
19 when you came to learn that NCR paper of this
20 vintage used PCBs as part of the technology that
21 made it work?
22 A  Not particularly. I didn't get into the

Page 38

1  certainly less than one percent.
2   Q  Less than one percent?
3   A  Yes.
4   Q  Okay. And did -- during that time period,
5  did NCR keep track of how much it was losing as
6  trim, converter trim?
7   A  Not between -- not separating between
8  them. We kept track of waste and trim, yes, but not
9  separating out carbonless and bond and carbon and
10 carbon paper and all that. It was not separated.
11  Q  With respect to other types of paper, you
12 mentioned bonded and carbon. Let's deal with all
13 paper used to create forms at Washington Court House
14 during this time period. As a percentage how much
15 trim would have been generated?
16  A  I would be guessing to be really precise
17 40 years ago, but certainly less than one percent.
18  Q  Combined for all paper?
19  A  Yes.
20  Q  Less than one percent?
21  A  Sure.
22  Q  How many tons -- Let me try it this way:

Page 39

1  Did you keep track of how many -- how much -- how
2  many tons per week of paper came into that -- or to
3  any printing facility?
4   A  Sure.
5   Q  Do you recall with respect to Washington
6  Court House how many tons per week paper came into
7  the facility?
8   A  No.
9   Q  And let's talk about -- continue to talk
10 about converter trim. During this time period would
11 NCR have sold converter trim to waste paper brokers?
12  A  If you're talking about carbonless paper,
13 no.
14  Q  Okay. NCR did not?
15  A  We couldn't sell carbonless paper, the
16 trim. Brokers wouldn't buy it.
17  Q  But they would buy other trim?
18  A  Yes.
19  Q  Did -- Did NCR segregate the paper?
20  A  Yes.
21  Q  Okay. And is this at all of -- all of
22 NCR's facilities?

Page 40

1   A  Yes.
2   Q  What sort of brokers -- Which brokers did
3  NCR use, if you know, to buy other types of paper
4  other than carbonless?
5   A  I don't know names. It was a very, very
6  small activity. Very small.
7   Q  Are you familiar with a company called the
8  Montgomery Paper Company?
9   A  No.
10  Q  What about National Fiber Supply?
11  A  No.
12  Q  What about Continental Paper Grading?
13  A  No.
14  Q  So what did NCR do with the trim, the
15 carbonless trim?
16  A  For the most part they burned it.
17  Q  And where did they burn it?
18  A  Well, they had boilers at the time.
19  Q  So there would have been some sort of
20 incinerator on site?
21  A  Yeah, back in those days. Again, we're
22 talking about '64. It was very, very small. I

Page 41

1  mean, it really wasn't very much at all. Most of
2  the forms we made were bond and carbon, they were
3  not carbonless.
4   Q  This -- Most of the forms you made were
5  bonded carbon you said?
6   A  Bond and carbon.
7   Q  Bond and carbon.
8   A  Again, we're talking back in the '60s.
9   Q  Did -- But NCR did use carbonless copy --
10 did create carbonless forms, correct?
11  A  Sure.
12  Q  During this time period, right?
13  A  Yes.
14  Q  And as a percentage -- Do you know sitting
15 here today as a percentage how much carbonless was
16 used in comparison to the other types of paper at
17 Washington Court House?
18  A  No. I wouldn't know that.
19  Q  Now, when NCR sold business forms to
20 customers, were there times when customers rejected
21 the delivery because -- for one reason or another?
22  A  I can't think of any frankly.