UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | |
|---|---|
| **Case No:** 1:11-CV-483 | |
| **Caption:**   Georgia-Pacific Consumer Products LP et al v. NCR Corporation et al | |

| **Date:** March 9, 2012 | **Time:** (see times below) | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Hugh W. Brenneman, Jr. |
|---|---|---|---|

**APPEARANCES**

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFF(S):** | Peter Smit<br>Douglas Garrou<br>Joseph Kearfott | Georgia-Pacific Consumer Products LP<br>Fort James Corporation, Georgia-Pacific LLC |
| **DEFENDANT(S):** | Geoffrey Fields<br>Omid Nasab<br>Jen Jude (observing) | NCR Corporation |
| | Scott Watson | Weyerhaeuser Company |
| | John Parker (via phone) | International Paper Company |

**PROCEEDINGS**

**NATURE OF HEARING:**

**MOTION HEARING** held re Plaintiff's Motion to Compel.  (Docket 129).
Order to Issue.

Proceedings held:
2:03 - 3:27 pm
3:49 - 4:40 pm
4:45 - 5:26 pm

Proceedings Digitally Recorded

Deputy Clerk: L. Alley