UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC,

   Plaintiffs,

v

NCR CORPORATION and INTERNATIONAL PAPER COMPANY,

   Defendants.

Case No. 1:11-cv-00483-RJJ

Hon. Robert J. Jonker

---

HUNTON & WILLIAMS LLP
Douglas M. Garrou
Attorneys for Plaintiffs
Riverfront Plaza - East Tower
951 E. Byrd St.
Richmond, VA  23219-4074
(804) 788-8355

VARNUM
Peter A. Smit (P27886)
Attorneys for Plaintiffs
P.O. Box 352
Grand Rapids, MI  49501-0352
(616) 336-6000

CRAVATH SWAINE & MOORE LLP
Alexandra Reeve Givens
Darin P. McAtee
Evan R. Chesler
Sandra C. Goldstein
Attorneys for Defendant NCR
Worldwide Plaza
825 8th Ave.
New York, NY  10019-7475
(212) 474-1000

ROBINS KAPLAN MILLER & CIRESI LLP
Jan M. Conlin
Attorneys for Plaintiffs
800 LaSalle Ave. S, Suite 2800
Minneapolis, MN  55402-2015
(612) 349-8500

O'NEIL CANNON HOLLMAN DEJONG & LAING SC
Dean P. Laing
Attorneys for Plaintiffs
111 E. Wisconsin Ave., Suite 1400
Milwaukee, WI  53202
(414) 276-5000

MARTEN LAW PLLC
Bradley M. Marten
Linda R. Larson
Meline G. MacCurdy
Attorneys for Defendant NCR
1191 2nd Ave., Suite 2200
Seattle, WA  98101
(206) 292-2600

<table>
<tr><td>

SIDLEY AUSTIN LLP
Eric W. Ha
Evan B. Westerfield
Kathleen L. Roach
Margaret R. Sobota
Attorneys for Defendant NCR
1 S. Dearborn St.
Chicago, IL  60603
(312) 853-0462

BINGHAM MCCUTCHEN LLP
R. Raymond Rothman
Attorneys for Defendant Intl. Paper
355 S. Grand Ave., 44th Floor
Los Angeles, CA  90071
(213) 680-6590

</td><td>

MICHAEL BEST & FRIEDRICH LLP
Ian AJ Pitz
Attorneys for Defendant Intl. Paper
Firstar Plaza
1 S. Pinckney St., Suite 700
P.O. Box 1806
Madison, WI  53701-1806
(608) 257-3501

</td></tr>
</table>

### **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2012, I electronically served a copy of Proposed Order to Motion to Compel upon counsel of record at the following e-mail addresses:

Kathy Robb     krobb@hunton.com
Douglas A. Dozeman     ddozeman@wnj.com
Eric W. Ha     shalicky@sidley.com, eha@sidley.com
Omid H. Nasab     mao@cravath.com
Linda R. Larson     llarson@martenlaw.com
Evan R. Chesler     echesler@cravath.com
Joseph C. Kearfott     jkearfott@hunton.com
Bradley M. Marten     bmarten@martenlaw.com
Geoffrey A. Fields     wtaylor@dickinsonwright.com
Sonja A. Inglin     singlin@bakerlaw.com
George P. Sibley     gsibley@hunton.com
Vanessa A. Lavely     oroth@cravath.com
Evan B. Westerfield     efilingnotice@sidley.com
John Daniel Parker     kpeto@bakerlaw.com
Darin P. McAtee     dmcatee@cravath.com
Karen M. McGaffey     docketsea@perkinscoie.com
Michael Dominic Meuti     vmccabe@bakerlaw.com
Meline Grace MacCurdy     mmaccurdy@martenlaw.com
Tara Dawn Falsani     tdfalsani@rkmc.com
Michael L. Dunning     mdunning@perkinscoie.com
John F. Cermak     jcermak@bakerlaw.com
James C. Baird     docketsea@perkinscoie.com
Margaret R. Sobota     efilingnotice@sidley.com

    Sandra C. Goldstein    sgoldstein@cravath.com
    Scott Michael Watson    clubberts@wnj.com
    Jan M Conlin    jmconlin@rkmc.com
    Mark W. Schneider    clewis@perkinscoie.com
    Jeffrey N. Martin    rkmann@hunton.com
    Douglas M. Garrou    sbarden@hunton.com

and by regular United States mail service upon:

    Dean P Laing (CWNS)
    O'Neil Cannon Hollman DeJong & Laing SC
    111 E Wisconsin Ave - Ste 1400
    Milwaukee, WI 53202

    R Raymond Rothman (CWNS)
    Bingham McCutchen LLP
    355 S Grand Ave - 44th Fl
    Losa Angeles, CA 90071

    /s/ *Peter A. Smit*
    Peter A Smit (P27886)

5024979_1.DOC