**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 11-cv-00483 |
| NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER COMPANY, | ) ) ) ) | Magistrate Judge Hugh W. Brenneman, Jr. |
| Defendants. | ) | |

_____

**NOTICE CONCERNING THE COURT'S ORDERS RELATED TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS USED TO PREPARE DESIGNEE AND RESUMPTION OF DEPOSITION OF DEFENDANT NCR CORPORATION**

_____

PLEASE TAKE NOTICE that, in order to conserve Court resources that would otherwise be consumed reviewing a voluminous set of documents *in camera*, NCR will produce to Georgia-Pacific ("GP") the documents reviewed by NCR's designee to prepare for the deposition of NCR. This production moots the need for the Court to conduct an *in camera* review.

PLEASE TAKE FURTHER NOTICE that NCR objects to the proposed order filed by GP following the Court's hearing on Georgia-Pacific's motion to compel (*see* Dkt. No. 167). GP and NCR are currently negotiating language that may be acceptable to both parties. If the parties can agree, then a stipulated proposed order will

be filed with the Court.  If the parties cannot reach an agreement, then NCR intends to

file a separate proposed order.

Dated:  March 16, 2012                          Respectfully submitted,


                                                NCR CORPORATION

                                                /s/ Darin P. McAtee
                                                *Counsel for NCR Corporation*

                                                CRAVATH, SWAINE & MOORE LLP
                                                Evan R. Chesler
                                                Dave R. Marriott
                                                Darin P. McAtee
                                                Worldwide Plaza, 825 Eighth Avenue
                                                New York, New York 10019
                                                Phone: (212) 474-1000
                                                Fax: (212) 474-3700
                                                dmcatee@cravath.com

                                                SIDLEY AUSTIN LLP
                                                Evan B. Westerfield
                                                One South Dearborn Street
                                                Chicago, Illinois 60603
                                                Phone: (312) 853-7000
                                                Fax: (312) 853-7036

                                                MARTEN LAW PLLC
                                                Linda R. Larson
                                                Bradley M. Marten
                                                1191 Second Avenue, Suite 2200
                                                Seattle, Washington 98101
                                                Phone: (206) 292-2600
                                                Fax: (206) 292-2601

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2012, I electronically filed Defendant NCR Corporation's Notice Concerning the Court's Orders Related to Plaintiffs' Motion to Compel Production of Documents Used to Prepare Designee and Resumption of Deposition of Defendant NCR Corporation using the ECF system, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

FURTHERMORE, I hereby certify that on March 16, 2012, I served by electronic mail a copy of the aforementioned document upon counsel listed below:

> Dean P. Laing
> O'Neil Cannon Hollman DeJong & Laing SC
> 111 E Wisconsin Ave - Ste 1400
> Milwaukee, WI 53202
> Dean.Laing@wilaw.com
>
> R Raymond Rothman
> Bingham McCutchen LLP
> 355 S Grand Ave - 44th Fl
> Los Angeles, CA 90071
> rick.rothman@bingham.com

Dated:  March 16, 2012

NCR CORPORATION

/s/ Darin P. McAtee
*Counsel for NCR Corporation*

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Darin P. McAtee
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
dmcatee@cravath.com

SIDLEY AUSTIN LLP

Evan B. Westerfield
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

MARTEN LAW PLLC
Linda R. Larson
Bradley M. Marten
1191 Second Avenue, Suite 2200
Seattle, Washington 98101
Phone: (206) 292-2600
Fax: (206) 292-2601