UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

GEORGIA-PACIFIC CONSUMER PRODUCTS
LP, FORT JAMES CORPORATION, and
GEORGIA-PACIFIC LLC,

    Plaintiffs,

v

NCR CORPORATION and INTERNATIONAL
PAPER COMPANY,

    Defendants.

Case No. 1:11-cv-00483-RJJ

Hon. Robert J. Jonker

---

| | |
|---|---|
| HUNTON & WILLIAMS LLP<br>Douglas M. Garrou<br>Attorneys for Plaintiffs<br>Riverfront Plaza - East Tower<br>951 E. Byrd St.<br>Richmond, VA  23219-4074<br>(804) 788-8355 | ROBINS KAPLAN MILLER & CIRESI LLP<br>Jan M. Conlin<br>Attorneys for Plaintiffs<br>800 LaSalle Ave. S, Suite 2800<br>Minneapolis, MN  55402-2015<br>(612) 349-8500 |
| VARNUM<br>Peter A. Smit (P27886)<br>Attorneys for Plaintiffs<br>P.O. Box 352<br>Grand Rapids, MI  49501-0352<br>(616) 336-6000 | O'NEIL CANNON HOLLMAN DEJONG &<br>LAING SC<br>Dean P. Laing<br>Attorneys for Plaintiffs<br>111 E. Wisconsin Ave., Suite 1400<br>Milwaukee, WI  53202<br>(414) 276-5000 |
| CRAVATH SWAINE & MOORE LLP<br>Alexandra Reeve Givens<br>Darin P. McAtee<br>Evan R. Chesler<br>Sandra C. Goldstein<br>Attorneys for Defendant NCR<br>Worldwide Plaza<br>825 8th Ave.<br>New York, NY  10019-7475<br>(212) 474-1000 | MARTEN LAW PLLC<br>Bradley M. Marten<br>Linda R. Larson<br>Meline G. MacCurdy<br>Attorneys for Defendant NCR<br>1191 2nd Ave., Suite 2200<br>Seattle, WA  98101<br>(206) 292-2600 |

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>Eric W. Ha<br>Evan B. Westerfield<br>Kathleen L. Roach<br>Margaret R. Sobota<br>Attorneys for Defendant NCR<br>1 S. Dearborn St.<br>Chicago, IL  60603<br>(312) 853-0462 | MICHAEL BEST & FRIEDRICH LLP<br>Ian AJ Pitz<br>Attorneys for Defendant Intl. Paper<br>Firstar Plaza<br>1 S. Pinckney St., Suite 700<br>P.O. Box 1806<br>Madison, WI  53701-1806<br>(608) 257-3501 |

BINGHAM MCCUTCHEN LLP
R. Raymond Rothman
Attorneys for Defendant Intl. Paper
355 S. Grand Ave., 44th Floor
Los Angeles, CA  90071
(213) 680-6590

---

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2012, I electronically served a copy of the Stipulation to Entry of Proposed Order and Proposed Order on Motion to Compel upon counsel of record at the following e-mail addresses through the electronic filing system:

      Kathy Robb    krobb@hunton.com
      Douglas A. Dozeman    ddozeman@wnj.com
      Eric W. Ha    shalicky@sidley.com, eha@sidley.com
      Omid H. Nasab    mao@cravath.com
      Linda R. Larson    llarson@martenlaw.com
      Evan R. Chesler    echesler@cravath.com
      Joseph C. Kearfott    jkearfott@hunton.com
      Bradley M. Marten    bmarten@martenlaw.com
      Geoffrey A. Fields    wtaylor@dickinsonwright.com
      Sonja A. Inglin    singlin@bakerlaw.com
      George P. Sibley    gsibley@hunton.com
      Vanessa A. Lavely    oroth@cravath.com
      Evan B. Westerfield    efilingnotice@sidley.com
      John Daniel Parker    kpeto@bakerlaw.com
      Darin P. McAtee    dmcatee@cravath.com
      Karen M. McGaffey    docketsea@perkinscoie.com
      Michael Dominic Meuti    vmccabe@bakerlaw.com
      Meline Grace MacCurdy    mmaccurdy@martenlaw.com
      Tara Dawn Falsani    tdfalsani@rkmc.com
      Michael L. Dunning    mdunning@perkinscoie.com
      John F. Cermak    jcermak@bakerlaw.com
      James C. Baird    docketsea@perkinscoie.com

    Margaret R. Sobota    efilingnotice@sidley.com
    Sandra C. Goldstein    sgoldstein@cravath.com
    Scott Michael Watson    clubberts@wnj.com
    Jan M Conlin    jmconlin@rkmc.com
    Mark W. Schneider    clewis@perkinscoie.com
    Jeffrey N. Martin    rkmann@hunton.com
    Douglas M. Garrou    sbarden@hunton.com

and by regular United States mail service upon:

    Dean P Laing (CWNS)
    O'Neil Cannon Hollman DeJong & Laing SC
    111 E Wisconsin Ave - Ste 1400
    Milwaukee, WI 53202

    R Raymond Rothman (CWNS)
    Bingham McCutchen LLP
    355 S Grand Ave - 44th Fl
    Losa Angeles, CA 90071

    s/ *Peter A. Smit*
    Peter A Smit (P27886)

5049591_1.DOC