IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC** )<br>)<br>)<br>)<br>)<br>     **Plaintiffs,**         )<br>)<br>     **v.**                           )<br>)<br>**NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,** )<br>)<br>)<br>)<br>     **Defendants.**         ) | No: 1:11-cv-00483<br><br>Judge Robert J. Jonker |

**\*\*EXPEDITED CONSIDERATION REQUESTED\*\***

**PLAINTIFFS' MOTION FOR PROTECTIVE ORDER
AS TO RULE 30(b)(6) DEPOSITIONS NOTICED
BY DEFENDANTS NCR CORPORATION
<u>AND INTERNATIONAL PAPER CO.</u>**

Plaintiffs Georgia-Pacific Consumer Products LP, Fort James Corporation, and Georgia-Pacific LLC (collectively "GP"), by counsel and pursuant to Federal Rule of Civil Procedure 26(c) and 26(b)(2)(C), respectfully requests that this Court enter a protective order and quash Defendant NCR Corporation's ("NCR") March 14, 2012 Notice of Rule 30(b)(6) Deposition to GP for March 30, 2012 and Defendant International Paper Company's ("IP") March 13, 2012 Notice of Rule of 30(b)(6) Deposition to GP for March 29, 2012. The grounds for this motion are set forth in the accompanying Memorandum.

Pursuant to W.D. Mich. Local R. 7.1(e), GP requests that the Court give expedited consideration to this motion. The Rule 30(b)(6) depositions at issue are set to occur in just over

- 1 -

one week. Accordingly, the relief requested will become moot if briefed by the parties and considered by the Court in the ordinary course.

As required by W.D. Mich. Local R. 7.1(d), counsel for Georgia-Pacific states that it has conferred with counsel for NCR and IP and has made a good faith effort, without success, to resolve the matters at issue thereby necessitating the filing of this motion. Counsel for NCR and IP have declined to withdraw the notices of deposition subject to this motion .

Accordingly, for the reasons stated in the accompanying Memorandum, GP requests the Court enter a protective order quashing NCR's and IP's Rule 30(b)(6) notices of deposition to GP.

Dated: March 21, 2012

                                        **GEORGIA-PACIFIC CONSUMER PRODUCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC**

                                        BY: /s/ George P. Sibley, III

                                        Peter A. Smit, Bar No. P 27886
                                        Varnum LLP
                                        Bridgewater Place, P.O. Box 352
                                        Grand Rapids, MI 49501
                                        (616) 336-6000

                                        Joseph C. Kearfott
                                        Douglas M. Garrou
                                        George P. Sibley, III
                                        Hunton & Williams LLP
                                        951 East Byrd St.
                                        Richmond, VA 23219
                                        (804) 788-8200

Jeffrey N. Martin
Djordje Petkoski
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 955-1500

Kathy Robb
Hunton & Williams LLP
200 Park Avenue, 52nd Floor
New York, New York 10166-0005
(212) 309-1000

Jan M. Conlin
Tara D. Falsani
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
(612) 349-8500

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2012, I electronically filed PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AS TO RULE 30(b)(6) DEPOSITIONS NOTICED BY NCR CORPORATION AND INTERNATIONAL PAPER CO. using the ECF system, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

FURTHERMORE, I hereby certify that on March 21, 2012, I served by electronic mail a copy of the aforementioned document upon counsel listed below:

> Dean P. Laing
> O'Neil Cannon Hollman DeJong & Laing SC
> 111 E Wisconsin Ave - Ste 1400
> Milwaukee, WI 53202
> Dean.Laing@wilaw.com
>
> R Raymond Rothman
> Bingham McCutchen LLP
> 355 S Grand Ave - 44th Fl
> Los Angeles, CA 90071
> rick.rothman@bingham.com

        GEORGIA-PACIFIC CONSUMER PRODUCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC

        By    /s/ George P. Sibley, III