# Exhibit 3

Chart showing discovery propounded by
NCR and IP on GP

<u>Georgia-Pacific Consumer Products LP, et al. v. NCR Corportation, et al.</u>
Chart of Discovery by NCR and International Paper to Georgia-Pacific

|  | **International Paper Co.** | **NCR Corporation** |
|---|---|---|
| **Requests for Production** | First Set of Requests For Production To Plaintiffs (10/11/2011) | First Requests for the Production of Documents to Plaintiffs (08/23/2011) |
|  |  | Second Set of Request for the Production of Documents to Plaintiffs (02/29/2012) |
|  |  | Third Set of Request for the Production of Documents to Plaintiffs (02/29/2012) |
| **Interrogatories** | First Set of Interrogatories to Plaintiffs (12/13/2011) | First Set of Interrogatories to Plaintiffs (02/29/2012) |
|  | Second Set of Interrogatories to Plaintiffs (03/02/2012) | Second Set of Interrogatories to Plaintiffs (02/29/2012) |
| **Requests for Admission** | First Set of Requests for Admission to Plaintiffs (12/13/2011) | First Set of Requests for Admission to Plaintiffs (02/29/2012) |
|  | Second Set of Requests for Admission to Plaintiffs (03/02/2012) | Second Set of Requests for Admission to Plaintiffs (02/29/2012) |
| **30(b)(6) Deposition Notices** | Notice of 30(b)(6) Deposition of Georgia-Pacific (3/13/2012) | Notice of 30(b)(6) Deposition of Georgia-Pacific (3/14/2012) |