IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC, LLC | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No: 1:11-cv-00483 |
| v. | ) ) | Judge Robert J. Jonker |
| NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO., | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' MEMORANDUM OF
LAW IN SUPPORT OF MOTION FOR PROTECTIVE
ORDER AS TO RULE 30(b)(6) DEPOSITIONS NOTICED BY
<u>NCR CORPORATION AND INTERNATIONAL PAPER CO.</u>**

**Exhibits 6 -10**