# Exhibit 6

Georgia Pacific's Responses to Defendant International
Paper's First Set of Requests for Admission
(January 31, 2012)

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **No: 1:11-cv-00483** |
| **v.** | ) ) | **Judge Robert J. Jonker** |
| **NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,** | ) ) ) ) | |
| **Defendants.** | ) | |

### GEORGIA-PACIFIC'S RESPONSES TO DEFENDANT INTERNATIONAL PAPER'S FIRST SET OF REQUESTS FOR ADMISSION

Plaintiffs, Georgia-Pacific Consumer Products LP, Fort James Corporation, and Georgia-Pacific LLC (collectively "Georgia-Pacific"), by counsel, submit these objections and responses to the First Set of Requests for Admissions from Defendant International Paper Company ("IP").

### GENERAL OBJECTION

1.      Georgia-Pacific objects to definition of "you", which is apparently a typographical error, as it defines "you" to mean the NCR Corporation.  For the purposes of these responses, "you" will be interpreted to mean Plaintiffs.

2.      Georgia-Pacific objects generally to list of terms and definitions, the vast majority of which are not used in these Requests.

### RESPONSES TO FIRST SET OF REQUESTS FOR ADMISSION

1.      Admit that you are presently unaware of any evidence that NCR broke and/or trim was reprocessed at the Bryant Mill specifically during the alleged operation period.

**Answer:**  Denied.

2.      Admit that you are presently unaware of any evidence that NCR broke and/or trim was reprocessed at the Bryant Mill specifically during the alleged lease period.

**Answer:**  Denied.

3.      Admit that you are presently unaware of any shipments of NCR broke and/or trim that the Bryant Mill received during the alleged operation period.

**Answer:**  Georgia-Pacific objects to the phrase "unaware of any shipments" as being vague and ambiguous.  To the extent that this Request asks Georgia-Pacific to admit that there were no shipments of NCR broke and/or trim to the Bryant Mill during the relevant time period, denied.  To the extent that it asks Georgia-Pacific to admit that it does not have documentation of specific shipments on specific dates, admitted.

4.      Admit that you are presently unaware of any shipments of NCR broke and/or trim to the Bryant Mill received during the alleged lease period.

**Answer:**  Georgia-Pacific objects to the phrase "unaware of any shipments" as being vague and ambiguous.  To the extent that this Request asks Georgia-Pacific to admit that there were no shipments of NCR broke and/or trim to the Bryant Mill during the relevant time period, denied.  To the extent that it asks Georgia-Pacific to admit that it does not have documentation of specific shipments on specific dates, admitted.

Dated:  January 31, 2012

**GEORGIA-PACIFIC CONSUMER PRODUCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC**


By:     /s/ Joseph C. Kearfott

Peter A. Smit, Bar No. P 27886
Varnum LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501
(616) 336-6000

Joseph C. Kearfott
Douglas M. Garrou
George P. Sibley, III
Hunton & Williams LLP
951 East Byrd St.
Richmond, VA 23219
(804) 788-8200

Jeffrey N. Martin
Djordje Petkoski
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C.  20037-1701
(202) 955-1500

Kathy Robb
Hunton & Williams LLP
200 Park Avenue, 52nd Floor
New York, New York  10166-0005
(212) 309-1000

Jan M. Conlin
Tara D. Falsani
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402
(612) 349-8500

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 31, 2012, I caused to be served by electronic mail a copy

of Georgia-Pacific's Responses to Defendant International Paper's First Set of Requests for

Admission upon counsel for each Defendant, at the following e-mail addresses:

### Counsel for NCR Corporation:

| | |
|---|---|
| Evan R. Chesler | echesler@cravath.com |
| Geoffrey A. Fields | gfields@dickinsonwright.com |
| Sandra C. Goldstein | sgoldstein@cravath.com |
| Eric W. Ha | eha@sidley.com |
| Linda R Larson | llarson@martenlaw.com |
| Vanessa A. Lavely | vlavely@cravath.com |
| Meline Grace MacCurdy | mmaccurdy@martenlaw.com |
| Bradley M Marten | bmarten@martenlaw.com |
| Darin P. McAtee | dmcatee@cravath.com |
| Omid H. Nasab | onasab@cravath.com |
| Margaret R. Sobota | msobota@sidley.com |
| Evan B. Westerfield | evanwesterfield@sidley.com |

### Counsel for International Paper Co.:

| | |
|---|---|
| John F. Cermak, Jr. | jcermak@bakerlaw.com |
| Sonja A. Inglin | singlin@bakerlaw.com |
| Michael Dominic Meuti | mmeuti@bakerlaw.com |
| John D. Parker | jparker@bakerlaw.com |

### Counsel for Weyerhaeuser Co.:

| | |
|---|---|
| J. Christopher Baird | jcbaird@perkinscoie.com |
| Douglas A. Dozeman | ddozeman@wnj.com |
| Michael Dunning | mdunning@perkinscoie.com |
| Karen M. McGaffey | kmcgaffey@perkinscoie.com |
| Mark W. Schneider | mwschneider@perkinscoie.com |
| Scott M. Watson | swatson@wnj.com |

By: ___/s/ Joseph C. Kearfott_____

29073.000396 EMF_US 38278450v1

## Barden, Sheila

**From:** Alexander, Gayle
**Sent:** Tuesday, January 31, 2012 1:13 PM
**To:** Chesler, Evan; Fields, Geoffrey; Goldstein, Sandra; Ha, Eric; Larson, Linda; Lavely, Vanessa; MacCurdy, Meline; Marten, Bradley; McAtee, Darin; Nasab, Omid; Sobota, Maggie; Westerfield, Evan; Cermak, John; Inglin, Sonja; Meuti, Michael; Parker, John; Baird, Chris; Dozeman, Douglas; Dunning, Michael; McGaffey, Karen; Schneider, Mark; Watson, Scott Michael
**Subject:** GP et al. v. NCR Corporation et al.:  GP Responses to IP's discovery requests

**Attachments:** img-201020755.pdf; img-201020811.pdf



img-2010207
5.pdf (703 KB

img-2010208
1.pdf (117 KB

1