### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 11-cv-00483 |
| NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER COMPANY, | ) ) ) ) | Judge Robert J. Jonker |
| Defendants. | ) ) | |

### DECLARATION OF DARIN P. MCATEE IN SUPPORT OF DEFENDANT NCR CORPORATION'S MOTION TO COMPEL PLAINTIFFS TO PRODUCE NON-PRIVILEGED DOCUMENTS CONCERNING THIRD PARTIES

I, DARIN P. MCATEE, declare as follows:

1. I am a member of the law firm of Cravath, Swaine & Moore LLP, and I am one of the attorneys representing Defendant NCR Corporation ("NCR") in the above-captioned action. I am admitted to practice in the Western District of Michigan.

2. I submit this declaration in support of Defendant NCR Corporation's Motion to Compel Plaintiffs to Produce Non-Privileged Documents Concerning Third Parties.

3. Attached hereto as Exhibit A is a true and correct copy of Defendant NCR Corporation's First Requests for the Production of Documents to Plaintiffs Georgia-Pacific Consumer Products LP, Fort James Corporation and Georgia-Pacific LLC, dated August 23, 2011.

4. Attached hereto as Exhibit B is a true and correct copy of an excerpt of the transcript of Videotaped Deposition of Leon Martin, dated August 30, 2011.

5. Attached hereto as Exhibit C is a true and correct copy of an excerpt of the transcript of Videotaped Deposition of Donald D. Lacey, dated August 31, 2011.

6. Attached hereto as Exhibit D is a true and correct copy of a letter from Omid H. Nasab to Tara Falsani, dated August 15, 2011.

7. Attached hereto as Exhibit E is a true and correct copy of a letter from Joseph C. Kearfott to Omid H. Nasab, dated August 17, 2011

8. Attached hereto as Exhibit F is a true and correct copy of Affidavit of Leon W. Martin, dated November 12, 2010.

9. Attached hereto as Exhibit G is a true and correct copy of Affidavit of Gene Edgerton, dated November 2, 2010.

10. Attached hereto as Exhibit H is a true and correct copy of Affidavit of George Hunter, dated December 6, 2010.

11. Attached hereto as Exhibit I is a true and correct copy of an excerpt of the transcript of Video Deposition of James Kittrell, dated January 11, 2012.

12. Attached hereto as Exhibit J is a true and correct copy of Georgia-Pacific's Responses and Objections to Defendant NCR Corporation's First Requests for the Production of Documents, dated September 26, 2011.

13. Attached hereto as Exhibit K is a true and correct copy of an e-mail chain between Omid Nasab, Doug Garrou, Trey Sibley, Joe Kearfott and others, dated January 5, 2012.

14. Attached hereto as Exhibit L is a true and correct copy of an e-mail from Omid Nasab to George Sibley, copying others, dated January 30, 2012.

15. Attached hereto as Exhibit M is a true and correct copy of an e-mail chain between Omid Nasab, Trey Sibley and others, dated February 9, 2012.

16. Attached hereto as <u>Exhibit N</u> is a true and correct copy of a letter from George P. Sibley to Omid H. Nasab, dated February 22, 2012.

17. Attached hereto as <u>Exhibit O</u> is a true and correct copy of an excerpt of the transcript of Videotaped Deposition of Mr. John Gough, dated October 20, 2011.

18. Attached hereto as <u>Exhibit P</u> is a true and correct copy of Plaintiffs' Amended Notice of 30(b)(6) Deposition of NCR Corporation and Request for Production of Documents, dated December 16, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2012.

_____
Darin P. McAtee
*Counsel for NCR Corporation*

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
dmcatee@cravath.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2012, I electronically filed the Declaration of Darin P. McAtee in Support of Defendant NCR Corporation's Motion to Compel Plaintiffs to Produce Non-Privileged Documents Concerning Third Parties (with Exhibits A to P) using the ECF system, which will send notification of such filing by operation of the Court's electronic systems.  Parties may access this filing via the Court's electronic system.

FURTHERMORE, I hereby certify that on March 26, 2012, I served by electronic mail a copy of the aforementioned document upon counsel listed below:

>    Dean P. Laing
>    O'Neil Cannon Hollman DeJong & Laing SC
>    111 E Wisconsin Ave - Ste 1400
>    Milwaukee, WI 53202
>    Dean.Laing@wilaw.com

Dated:  March 26, 2012

NCR CORPORATION

/s/ Darin P. McAtee
*Counsel for NCR Corporation*

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Darin P. McAtee
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
dmcatee@cravath.com

SIDLEY AUSTIN LLP
Evan B. Westerfield
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

MARTEN LAW PLLC
Linda R. Larson
Bradley M. Marten
1191 Second Avenue, Suite 2200
Seattle, Washington 98101
Phone: (206) 292-2600
Fax: (206) 292-2601