IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | No. 11-cv-00483 |
| NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER COMPANY, | ) ) ) ) | Judge Robert J. Jonker |
| Defendants. | ) | |

_____

**DECLARATION OF DARIN P. MCATEE IN SUPPORT OF DEFENDANT NCR CORPORATION'S MOTION TO COMPEL PLAINTIFFS TO PRODUCE NON-PRIVILEGED DOCUMENTS CONCERNING THIRD PARTIES**
_____

**EXHIBITS F - J**