Exhibit F

# AFFIDAVIT OF LEON W. MARTIN

Leon W. Martin, being duly sworn, states as follows:

1.   My name is Leon W. Martin.

2.   I live at 3700 West Arlington Road, Bloomington, Indiana 47404-1345.

3.   I make all of the statements in this Affidavit of my own personal knowledge.

4.   In 1961, I began working at the Kalamazoo Paper Company in Kalamazoo, Michigan (the "Kalamazoo Mill"). My first job at the Kalamazoo Mill was as a paper sorter. I worked in this position for a number of years.

5.   When I was a paper sorter, I recall that there were bales of NCR carbonless copy paper wastepaper that were used at the Kalamazoo Mill.

6.   Wastepaper for recycling was received in large bales. During my work as a sorter, I became familiar with different types of bales that were received from various paper generators.

7.   I recall that the bales of NCR carbonless copy paper broke were all made of the same material.

8.   All of the bales of wastepaper that were received would go to the third floor of the Kalamazoo Mill in an elevator.

9.   The paper sorting would take place on the third floor. There were spots for various kinds of wastepaper, including one spot for colored ledger, book, one spot for white ledger, and one spot for NCR carbonless copy paper.

10.  We had a general recipe and would keep track of the amounts of each kind of paper that went into the hydropulper. After the bales were sorted, cut and searched for contaminants, the bales were placed on a conveyor belt to be sent to the hydropulper to begin the process of being pulped.

11.  I recall that the bales of NCR paper were used in the recycling operation.


EXHIBIT martin 10 KK 8-30-11

81794689.1                                1

KZWIT00430

12. From paper sorter, I went to the receiving department and from there to tower boss (shift head) on the paper machine. From there I went to shipping and then to buying. From there I went to running the process equipment in the de-inking operation then to traffic supervisor. From 1961, I was continuously employed at the Kalamazoo Mill in these various positions and became familiar with many of the Kalamazoo Mill's operations. I became the head buyer in the fiber purchasing group at the Kalamazoo Mill in 1977.

13. The purchasing department would buy the wastepaper that was recycled at the Kalamazoo Mill.

14. The Kalamazoo Mill purchased pre-consumer bales of wastepaper. This pre-consumer wastepaper was paper from paper manufacturing, printing or converting operations. The wastepaper was generally purchased through a broker.

15. When I worked in purchasing, I remember purchasing wastepaper from Appleton, Wisconsin through wastepaper brokers. We also purchased paper through other brokers: Continental Paper, National Fiber Supply, Pioneer Paper, Krell Supply, Louis Padnos and many others. The processes for the purchasing of waste paper existed prior to 1977, and the companies that we purchased from remained largely the same over the decades.

16. In fact, I remember dealing with NCR carbonless copy wastepaper because it was good paper fiber. I recall receiving NCR carbonless copy wastepaper when I worked in receiving, and I called the weight of the total load to the shipper.

17. I recall that trucks would haul wastepaper from Mead and Nekoosa to Kalamazoo at least twice a month.

18. I visited one broker, Leo Golper, in Appleton occasionally. Mr. Golper owned Golper Supply.

19. In addition to Appleton, we purchased paper throughout the Midwest, including Ohio, Kansas City, Chicago and Minnesota.

20. Wastepaper came to the Kalamazoo Mill by truck as well as rail.

KZWIT00431

21. Attached to this affidavit are my personal rolodexes and business names from my employment at the Kalamazoo Mill.

Executed on this  12  day of  Nov,  , 2010.

_____
Leon W. Martin

Subscribed and sworn to before me on this
12th day of November, 2010, in the
County of Monroe, State of Indiana

_____
Karen E. Newton
Notary Public

My commission expires on: 07/29/2016

**KAREN E. NEWTON, Notary Public**
Residing in Greene County, Indiana
My commission expires July 29, 2016