# Exhibit G

 **Georgia-Pacific**

Georgia-Pacific Corporation
*Containerboard and Packaging*

1927 Erie Avenue
P.O. Box 729
Sheboygan, WI 53082-0729
(920) 457-5544
(920) 457-0252 fax
*www.gp.com*

## AFFIDAVIT OF GENE EDGERTON

Affiant, Gene Edgerton, being duly sworn, states as follows:

1. My name is Gene Edgerton.

2. I live at [W2798 Playbird Rd Shebogan Falls, Wi. 53085].

3. I make all of the statements in this Affidavit of my own personal knowledge.

4. I have worked at Georgia-Pacific for the last 41 years.

5. I am currently employed as the Traffic Manager at Georgia-Pacific Corporation, Containerboard and Packaging, 1927 Erie Avenue, P.O. Box 729, Sheboygan, WI 53082-0729. I have worked at this location since 1985.

6. In November 1969, I began working at the Georgia-Pacific Kalamazoo Mill in Kalamazoo, Michigan, driving semi-trailer trucks for them.

7. I would deliver printing paper to companies throughout the Midwest and I would return to the Mill with a trailer full of wastepaper for recycling.

8. We generally hauled back pre-consumer wastepaper from brokers or manufacturer warehouses.

9. We hauled in wastepaper for recycling from various locations throughout the Midwest, including Wisconsin, Ohio, Illinois, Indiana and within Michigan. Our range was about a 500-mile radius.

10. From 1970 forward, I recall picking up wastepaper from Appleton Coated Paper Company's warehouse in Appleton, Wisconsin.

11. From 1970 forward, I recall hauling NCR carbonless copy wastepaper purchased from Golper Supply, whose warehouse was just outside Appleton, Wisconsin. Golper had a variety of wastepaper in their supply, including pre-consumer carbonless copy wastepaper.

1

81778920.1

12. I hauled wastepaper from Washington Courthouse, Ohio and Chillicothe, Ohio.

13. I hauled carbonless copy wastepaper from Deluxe Check in Illinois and Moore Business Forms in Angola, Indiana; Charleston, Illinois; and Fremont, Ohio.

Executed on this 2 day of Nov., 2010.

_____
Gene Edgerton

Subscribed and sworn to before me on this
2 day of November, 2010, in the
County of Sheboygan, State of Wisconsin

_____
Notary Public  Michele M. Lloyd

My commission expires on: 10-2-11

2

81778920.1