# Exhibit H

## AFFIDAVIT OF GEORGE HUNTER

Affiant, George Hunter, being duly sworn, states as follows:

1. My name is George Hunter.

2. I live at 2464 Ballantrae Circle, Cumming, GA 30041.

3. I make all of the statements in this Affidavit of my own personal knowledge.

4. I worked at Georgia-Pacific for almost 33 years.

5. In 1971, I began working for Georgia-Pacific's trucking subsidiary, Central States Trucking. I was stationed in Franklin Park, a suburb of Chicago, Illinois. At that time, I was responsible for trucking services, including trucking services for the Georgia-Pacific Kalamazoo Mill in Kalamazoo, Michigan.

6. In 1972, I continued working for Georgia-Pacific at a chemical trucking operation out of Stamford, Connecticut.

7. In about June 1974, I moved back to Franklin Park to take over as the general manager of Central States Trucking.

8. In about December 1975, the Central States Trucking headquarters was moved to Kalamazoo, Michigan. I relocated to Kalamazoo, Michigan as well.

9. From December 1975 though 1984, I worked in trucking in Kalamazoo, Michigan.

10. In 1971, my duties included hiring drivers, sourcing drivers, checking for compliance and ensuring rates.

11. I recall that truckloads of NCR carbonless copy paper (CCP) were hauled into the Georgia-Pacific Kalamazoo mill during my tenure. I believe that hauling of NCR CCP truckloads into the Kalamazoo mill occurred before my tenure as well.

12. The Georgia-Pacific mill purchased pre-consumer waste paper.

13. It was a matter of simple economics to arrange for our outgoing trucks to haul wastepaper back to the mill. Unloaded, empty trucks are a waste.

1

81861680.1

KZ00000117

14. In my recollection, trucks were coming into Kalamazoo from all over the Midwest. As I recall, trucks were hauling back paper from at least a 250-mile radius and possibly even farther away.

15. I recall trucks coming in from Appleton Paper, Deluxe Check printers, R.R. Donnelly. I recall picking up wastepaper at Washington Court House, Ohio and Chillicothe, Ohio.

16. I recall delivery of pulp to Combined Locks. I recall that wastepaper was hauled back from both Combined Locks and Appleton Papers.

17. I hauled wastepaper from Washington Courthouse, Ohio and Chillicothe, Ohio.

18. I hauled carbonless copy wastepaper from Deluxe Check in Illinois and Moore Business Forms in Angola, Indiana; Charleston, Illinois; and Fremont, Ohio.

19. I hauled wastepaper from Charleston, Illinois; Waseca, Illinois; Fremont, Ohio; and Columbus, Ohio.

20. I recall that we used wastepaper brokers including Golper Supply, Continental Paper and Pioneer Paper. I also recall hauling waste paper from UARCO and Standard Register.

Executed on this 6th day of December, 2010.

_____
George Hunter

Subscribed and sworn to before me on this 6th day of December, 2010, in the County of Fulton, State of Georgia

_____
Notary Public

My commission expires on: 7-21-12

LYNN HERINGTON
Notary Public, Georgia
Fulton County
My Commission Expires
July 21, 2012

2

81861680.1

KZ00000118