# Exhibit I

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF WISCONSIN
 2                      GREEN BAY DIVISION
    ---------------------------------------------------------
 3
    APPLETON PAPERS INC. and
 4  NCR CORPORATION,

 5              Plaintiffs,

 6         vs.                    Case No. 08-CV-16-WCG

 7  GEORGE A. WHITING PAPER COMPANY, et al.,

 8              Defendants.

 9  ---------------------------------------------------------
    NCR CORPORATION,
10
                Plaintiff,
11
           vs.                    Case No. 08-CV-0895-WCG
12
    KIMBERLY-CLARK CORPORATION, et al.,
13
                Defendants.
14
    ---------------------------------------------------------
15

16          Video Deposition of JAMES KITTRELL

17                  January 11, 2012

18
                      9:14 a.m.
19
                        at
20
                LATHAM & WATKINS, LLP
21              200 Clarendon Street
                Boston, Massachusetts
22

23

24

25          Reported by James A. Scally
```



```
10:25:17   1              MR. LYTZ:   May I suggest we take a
10:25:19   2         break?
10:25:19   3              MR. NASAB:   Sure.
10:25:19   4              MR. LYTZ:   We've been at it over an
10:25:21   5         hour.
10:25:21   6              MR. NASAB:   Absolutely.
10:25:22   7              MR. LYTZ:   Sounds like you're
10:25:24   8         switching gears a little bit to a
10:25:25   9         subject --
10:25:25  10              MR. NASAB:   Absolutely.  Any time.
10:25:25  11         Any time you want to take a break.
10:25:27  12              MR. LYTZ:   Great.
10:25:27  13              THE VIDEOGRAPHER:   We're now going
10:25:28  14         off the record at approximately 10:25 a.m.
10:25:30  15              (Recess.)
10:35:46  16              THE VIDEOGRAPHER:   And we're now back
10:35:54  17         on the record with the beginning of the
10:35:56  18         second DVD at approximately 10:35 a.m.
10:36:00  19    BY MR. NASAB:
10:36:09  20       Q.   Doctor, I'd just like to circle back to one thing
10:36:11  21    you said earlier.
10:36:12  22       A.   Before we proceed, I'd like to make a semantic
10:36:15  23    clarification --
10:36:15  24       Q.   Okay.
10:36:16  25       A.   -- of my most recent testimony.  You've asked me a
```



| | | |
|---|---|---|
| 10:36:20 | 1 | series of questions about work that I have done in -- in -- |
| 10:36:24 | 2 | in the past as regards largely various categories of paper |
| 10:36:29 | 3 | making or paper recycling.  That series of questions I |
| 10:36:34 | 4 | interpreted based on your earlier description of that at |
| 10:36:37 | 5 | the outset of fairly narrowly as having to do with cases, |
| 10:36:42 | 6 | for example, in which the -- the -- the -- the application |
| 10:36:48 | 7 | was specifically in those paper making plants or paper |
| 10:36:53 | 8 | recycling plans.  And those I've described my -- I've |
| 10:36:56 | 9 | responded to. |
| 10:36:57 | 10 | I would also like to emphasize, as I have in the |
| 10:36:59 | 11 | report, that over that entire series of questions, I am an |
| 10:37:03 | 12 | expert in chemistry.  I am an expert -- an expert in terms |
| 10:37:09 | 13 | of the application of chemistry to a variety of processes, |
| 10:37:12 | 14 | and that includes the chemistry associated with paper |
| 10:37:16 | 15 | making and paper recycling that I -- and coating that I |
| 10:37:22 | 16 | have described already in my report.  Those applications of |
| 10:37:25 | 17 | chemistry I have been working on as a -- from all the time |
| 10:37:31 | 18 | I was in Wisconsin in the early years as a Ph.D. student, |
| 10:37:35 | 19 | and it's continued with coating applications, with a |
| 10:37:40 | 20 | variety of applications, as -- as to chemistry over the |
| 10:37:44 | 21 | last four decades or so. |
| 10:37:47 | 22 | So although I -- none of the cases in which I've |
| 10:37:51 | 23 | offered testimony have specifically been in these |
| 10:37:54 | 24 | applications, I have not worked in these plants, I am, |
| 10:38:00 | 25 | however, an expert in the chemistry that relates to the |



| | | |
|---|---|---|
| 10:38:04 | 1 | topics that I've addressed in the report. |
| 10:39:43 | 2 | Q. Doctor, I'd like to circle back to something we |
| 10:39:47 | 3 | touched upon earlier.  You mentioned that you had taken |
| 10:39:50 | 4 | tours of Fort Howard and U.S. Paper; right? |
| 10:39:53 | 5 | A. A tour of each, yes, sir. |
| 10:39:56 | 6 | Q. A tour of each.  You also mentioned that you had a |
| 10:39:59 | 7 | phone conversation -- |
| 10:40:00 | 8 | A. Yes. |
| 10:40:00 | 9 | Q. -- from a Mead employee? |
| 10:40:04 | 10 | A. Yes. |
| 10:40:04 | 11 | Q. Who did you converse with? |
| 10:40:05 | 12 | A. Again, I didn't bring that name with me.  I spoke |
| 10:40:10 | 13 | with him for about 15 minutes, and I just don't have his |
| 10:40:14 | 14 | name in front of me at the present time. |
| 10:40:16 | 15 | Q. When did you have that conversation, to the best |
| 10:40:18 | 16 | of your recollection? |
| 10:40:18 | 17 | A. My recollection, that would have been in -- again, |
| 10:40:22 | 18 | in October. |
| 10:40:22 | 19 | Q. Where did the Mead employee work? |
| 10:40:25 | 20 | A. He's retired, and I don't think I asked where -- |
| 10:40:30 | 21 | where he specifically worked other than -- other than that |
| 10:40:33 | 22 | he worked for Mead. |
| 10:40:34 | 23 | Q. Do you know what state he lived in? |
| 10:40:36 | 24 | A. He -- I believe he lives in -- I believe he lives |
| 10:40:39 | 25 | in either in Illinois or Indiana. |

| | | |
|---|---|---|
| 10:40:44 | 1 | Q.   And do you know -- do you know when he worked at |
| 10:40:53 | 2 | Mead? |
| 10:40:55 | 3 | A.   I don't know specifically.  You know, he's |
| 10:41:00 | 4 | retired.  He was there for decades.  But I don't recall the |
| 10:41:03 | 5 | specific dates. |
| 10:41:05 | 6 | Q.   Do you remember when he started at Mead? |
| 10:41:06 | 7 | A.   Don't recall. |
| 10:41:08 | 8 | Q.   Did you take notes of that phone conversation? |
| 10:41:09 | 9 | A.   No. |
| 10:41:10 | 10 | Q.   Why did you have that phone interview with the |
| 10:41:35 | 11 | Mead employee? |
| 10:41:36 | 12 | A.   Well, he -- he was in coating at -- in this -- in |
| 10:41:41 | 13 | this area and had experience in coating of the -- of the |
| 10:41:48 | 14 | NCR paper, and I was interested in specifically what |
| 10:41:53 | 15 | coating materials he was using in his -- in his work.  And, |
| 10:41:59 | 16 | in particular, what was the coating material that was being |
| 10:42:03 | 17 | used on the receptor paper, and some of the definitions |
| 10:42:09 | 18 | were -- were -- some of the documents I -- I wasn't clear |
| 10:42:11 | 19 | on whether there was inconsistency among the documents that |
| 10:42:14 | 20 | I had received, and I asked him what they used. |
| 10:42:20 | 21 | Q.   Did you have any follow-up conversations with him? |
| 10:42:24 | 22 | A.   No. |
| 10:42:25 | 23 | Q.   Who gave you the contact information for this Mead |
| 10:42:31 | 24 | employee? |
| 10:42:31 | 25 | A.   Well, that would have been, again, Doug -- |

| | | |
|---|---|---|
| 10:42:42 | 1 | Q. Garrou? |
| 10:42:43 | 2 | A. Garrou, yes. |
| 10:43:06 | 3 | Q. Okay. And what did you talk about with him other |
| 10:43:08 | 4 | than the materials that were used in coating NCR paper? |
| 10:43:13 | 5 | A. I spoke with him generally about -- about what -- |
| 10:43:16 | 6 | what his -- what generally he had done for a career in |
| 10:43:24 | 7 | Mead, in -- in his early years, and then went directly into |
| 10:43:30 | 8 | the coating discussions. |
| 10:43:31 | 9 | Q. Okay. Have you relied on your phone interview |
| 10:43:36 | 10 | with this Mead employee for your opinions in this case? |
| 10:43:39 | 11 | A. His -- his -- his response, what he used, is |
| 10:43:44 | 12 | consistent and identical with information I had from |
| 10:43:47 | 13 | sources. So I would -- I -- it confirmed the information |
| 10:43:51 | 14 | that -- that I had been using and did use in the report. |
| 10:43:55 | 15 | Q. So you relied on him to confirm information that |
| 10:44:02 | 16 | you saw in the documents? |
| 10:44:04 | 17 | A. Yes. |
| 10:44:05 | 18 | Q. I'm sorry, you said you did take notes or you did |
| 10:44:14 | 19 | not take notes? |
| 10:44:14 | 20 | A. Did not, no. |
| 10:44:16 | 21 | Q. Did you write down his name or do you have his |
| 10:44:20 | 22 | name? Did someone provide you the name and phone number? |
| 10:44:24 | 23 | A. Yes. I have his -- I did -- I had a -- I think it |
| 10:44:26 | 24 | is a conference call number I called in on. I don't recall |
| 10:44:30 | 25 | specifically. But, yes, I have his name. |

| | | |
|---|---|---|
| 10:44:31 | 1 | Q. And were any attorneys present during the call? |
| 10:44:34 | 2 | A. On the call, yes. Doug was present on the call. |
| 10:44:52 | 3 | Q. Prior -- well, let me ask it this way: Have |
| 10:45:17 | 4 | you -- have you ever observed sort of the effluent stream |
| 10:45:20 | 5 | of a paper recycling mill? |
| 10:45:23 | 6 | A. Not directly. I have -- you know, I've driven |
| 10:45:30 | 7 | through Appleton. I've -- I've looked -- looked at the -- |
| 10:45:34 | 8 | at the -- at the mills, you know, from -- you know, from |
| 10:45:38 | 9 | the bridge, from, you know, from the road. I haven't |
| 10:45:41 | 10 | actually seen, that I recall, an effluent stream update. |
| 10:45:56 | 11 | Q. Prior to 1972, did you ever have an occasion to |
| 10:45:59 | 12 | observe the stream of effluent coming out of a paper |
| 10:46:05 | 13 | recycling mill? |
| 10:46:07 | 14 | A. I -- I don't have a specific recollection. I -- |
| 10:46:13 | 15 | I've obviously lived in Wisconsin. I've driven to Green |
| 10:46:17 | 16 | Bay before and things like that. But I don't have a |
| 10:46:23 | 17 | specific recollection. |
| 10:46:24 | 18 | Q. Okay. I'm not sure -- I'm not sure what the |
| 10:46:34 | 19 | relevance of having driven to Green Bay -- |
| 10:46:34 | 20 | A. Well -- |
| 10:46:36 | 21 | Q. -- before would -- |
| 10:46:37 | 22 | A. I don't -- I've been in -- I've been near paper |
| 10:46:41 | 23 | mills. I don't have a recollection of seeing an effluent. |
| 10:46:43 | 24 | I don't know that I have, but I have no recollection of it. |
| 10:46:46 | 25 | Q. Did you ever -- okay. But you had not visited any |

| | | |
|---|---|---|
| 10:46:56 | 1 | paper mills before this case; right? |
| 10:46:58 | 2 | A.   That's correct. |
| 10:46:59 | 3 | Q.   And you don't have any recollection of having |
| 10:47:06 | 4 | observed the effluent stream from a paper recycling mill; |
| 10:47:11 | 5 | correct? |
| 10:47:11 | 6 | A.   That is correct. |
| 10:47:12 | 7 | Q.   Okay.  Have you ever worked as part of a |
| 10:47:21 | 8 | wastewater treatment crew? |
| 10:47:25 | 9 | A.   Of wastewater treatment on any process?  I |
| 10:47:31 | 10 | don't -- I don't know what you mean. |
| 10:47:32 | 11 | Q.   How about wastewater treatment in the paper |
| 10:47:34 | 12 | industry. |
| 10:47:35 | 13 | A.   No. |
| 10:47:39 | 14 | Q.   Have you ever helped operate or supervise any |
| 10:47:45 | 15 | wastewater treatment machinery at a paper recycling mill? |
| 10:47:49 | 16 | A.   Not in a paper recycling mill, but I have operated |
| 10:47:53 | 17 | wastewater treatment machinery previously. |
| 10:47:55 | 18 | Q.   Okay.  Where have you -- well, let me ask you just |
| 10:47:58 | 19 | this question and we'll -- and we'll talk about this:  Have |
| 10:48:00 | 20 | you ever helped operate any wastewater treatment machinery |
| 10:48:02 | 21 | at a paper recycling mill? |
| 10:48:04 | 22 | A.   I have not. |
| 10:48:04 | 23 | Q.   Okay.  And you said that you have operated |
| 10:48:07 | 24 | wastewater treatment machinery in other contexts? |
| 10:48:12 | 25 | A.   In other -- other industries. |

| | | |
|---|---|---|
| 10:48:14 | 1 | Q.   Okay.  Can you tell me the industries that you -- |
| 10:48:17 | 2 | A.   In -- in the petroleum industry. |
| 10:48:18 | 3 | Q.   Okay. |
| 10:48:20 | 4 | A.   Probably also in the chemical, although I don't |
| 10:48:23 | 5 | really recall that specifically.  But definitely in the |
| 10:48:25 | 6 | petroleum industry I recall operating it. |
| 10:48:29 | 7 | Q.   Okay.  Well, tell me about that. |
| 10:48:32 | 8 | A.   I worked at a refinery, and one of the tasks that |
| 10:48:35 | 9 | I had was -- was -- was controlling wastewater -- what |
| 10:48:39 | 10 | would be wastewater contaminants in -- in one of the |
| 10:48:44 | 11 | refinery units. |
| 10:48:49 | 12 | Q.   Okay.  And when -- when did you hold that |
| 10:48:52 | 13 | position? |
| 10:48:52 | 14 | A.   In '60s -- late '60s, early -- late '60s. |
| 10:48:58 | 15 | Q.   What was the name of the refinery? |
| 10:49:00 | 16 | A.   Chevron. |
| 10:49:09 | 17 | Q.   So can you tell me just more about what -- what |
| 10:50:09 | 18 | you would do at Chevron? |
| 10:50:10 | 19 | A.   Well, at -- Chevron in the CV is listed as |
| 10:50:15 | 20 | Standard Oil California, by the way.  That's predecessor |
| 10:50:21 | 21 | name to Chevron.  At Chevron, I had several job functions |
| 10:50:26 | 22 | over the years.  My early assignments were in research and |
| 10:50:29 | 23 | development, catalyst development, catalyst coating, that |
| 10:50:33 | 24 | types of -- that type of -- of area, being applied to |
| 10:50:38 | 25 | various petroleum streams. |