## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **No: 1:11-cv-00483** |
| **v.** | ) ) | **Judge Robert J. Jonker** |
| **NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,** | ) ) ) ) | |
| **Defendants.** | ) | |

## STIPULATION ON CERTAIN LIMITED DISCOVERY AND EXPERT REPORTS

Plaintiffs, Georgia-Pacific Consumer Products LP, Fort James Corporation and Georgia-Pacific LLC (collectively "Georgia-Pacific"), Defendant NCR Corporation ("NCR"), Defendant International Paper Company ("International Paper") and Defendant Weyerhaeuser Company ("Weyerhaeuser"), by counsel, enter into this Stipulation for the limited purpose of effectuating agreements reached between parties relating to certain limited discovery after the March 30 discovery cut-off and described at pages 21 - 22 of the Supplemental Joint Status Report (docket #173).  These agreements were made with the understanding that the Court might deny NCR's Motion to Modify the June 28, 2011 Case Management Order (docket # 136) and with the specific understanding that they were made without prejudice to Georgia-Pacific's opposition to NCR's Motion and without prejudice to NCR's support of such Motion.  The Court by order dated March 19, 2012 (docket # 175) denied NCR's motion.

Georgia-Pacific, NCR, International Paper and Weyerhaeuser, for purposes of the Phase One trial in this action, hereby stipulate as follows:

1.    Georgia-Pacific shall be entitled to take the depositions of Donald Burke, Richard Cimaglia, James Sherer and William Sullivan at mutually agreeable places and on mutually agreeable dates up to and including April 20, 2012, the parties having agreed to these depositions but having not yet coordinated exact dates.  In addition, the continuation of the deposition of NCR's witness designated pursuant to Georgia-Pacific's Notice to Take Deposition Pursuant to Rule 30(b)(6), which was the subject of a recent motion to compel decided by Magistrate Judge Brenneman, shall be completed on or before April 20, 2012.

2.    Georgia-Pacific noticed the deposition of a former NCR employee, Theodore Schuh, for March 30, 2012.  The parties have learned that Mr. Schuh is scheduled for surgery prior to March 30 and does not expect to be physically able to give a deposition for four to six weeks after the surgery.  Mr. Schuh's deposition shall be taken at a mutually convenient location and at a mutually convenient time after he is physically able to testify.

3.    Weyerhaeuser, having agreed to an extension of time for Georgia-Pacific to respond to its February 7, 2012 First Interrogatories and Request for Production of Documents directed to facts relating to its statute of limitations defense, shall be entitled to conduct reasonable discovery during the period up to April 20, 2012, limited to Weyerhaeuser's affirmative defense of the statute of limitations and to follow-up to Georgia-Pacific's responses to such written discovery.

4.    As to written discovery exchanged by Georgia-Pacific and International Paper as to which responses would otherwise be due on March 30, 2012, the deadline for providing responses and producing documents in response to such discovery shall be extended to April 9, 2012.

5.    In order to give effect to the parties' and the Court's original intention that fact discovery be completed before expert reports are disclosed, the date for disclosing initial experts

and their reports, previously set for April 18, 2012, shall be extended to May 9, 2012.  The date

for disclosing rebuttal experts and their reports, previously set for May 18, 2012, shall be

extended to June 8, 2012.

      6.     Nothing contained in this Stipulation shall in any way affect the terms of the Case

Management Order (including any dates or deadlines established by the Case Management

Order), other than those dates and deadlines specifically addressed herein.

**GEORGIA-PACIFIC CONSUMER PRODUCTS,
LP., FORT JAMES CORPORATION, and
GEORGIA-PACIFIC LLC**

By:    /s/ Peter A. Smit

Peter A. Smit, Bar No. P 27886
Varnum LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501
(616) 336-6000

Joseph C. Kearfott
Douglas M. Garrou
George P. Sibley, III
Hunton & Williams LLP
951 East Byrd St.
Richmond, VA 23219
(804) 788-8200

Jeffrey N. Martin
Hunton & Williams LLP
1900 K Street, N.W.
Washington, D.C.  20006
(202) 955-1500

Kathy Robb
Hunton & Williams LLP
200 Park Avenue, 52nd Floor
New York, New York  10166-0005
(212) 309-1000

Jan M. Conlin
Tara D. Falsani
Robins, Kaplan, Miller & Ciresi L.L.P.

800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402
(612) 349-8500

**NCR CORPORATION**

By:    /s/ Geoffrey A. Fields

Geoffrey A. Fields
Dickinson Wright
200 Ottawa Avenue, N.W., Suite 1000
Grand Rapids, MI 49503-2427
Phone: (616) 336-1017
Fax: (616) 458-6753
gfields@dickinsonwright.com

Evan R. Chesler
Sandra C. Goldstein
Darin P. McAtee
Cravath, Swaine & Moore LLP
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700

Evan B. Westerfield
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

Linda R. Larson
Bradley M. Marten
Marten Law PLLC
1191 Second Avenue, Suite 2200
Seattle, Washington 98101
Phone: (206) 292-2600
Fax: (206) 292-2601

**INTERNATIONAL PAPER COMPANY**

By: ___/s/ John D. Parker_____

John F. Cermak, Jr.
Sonja A. Inglin
Baker & Hostetler, LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025
Phone: (310) 820-8800
Fax: (310) 820-8859

John D. Parker
Baker & Hostetler LLP
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
Phone: (216) 861-7610
Fax: (216) 696- 0740

**WEYERHAEUSER COMPANY**

By: ___/s/ Mark W. Schneider_____

Mark W. Schneider
J. Christopher Baird
Michael Dunning
Karen M. McGaffey
Perkins Coie
1201 Third Avenue
Suite 4800
Seattle, Washington 98101-3099

Douglas A. Dozeman
Scott M. Watson
Warner Norcross and Judd LLP
900 Fifth Third Center
111 Lyon St NW
Grand Rapids, Michigan 49503-2487

The foregoing Stipulation is hereby approved and so ORDERED.

Dated:  March 29, 2012                   /s/ Hugh W. Brenneman, Jr.
                                         U.S. Magistrate Judge

29073.000396 EMF_US 39496650v1