UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA-PACIFIC CONSUMER
PRODUCTS LP, et al,

       Plaintiffs,                    Case No. 1:11-cv-483

v.                                      Hon. Robert J. Jonker

NCR CORPORATION, et al,

       Defendants.
_____/

**ORDER DENYING MOTION FOR PROTECTIVE ORDER**

Pending before the court is plaintiffs' motion seeking expedited consideration of a request for a protective order to quash defendant NCR Corporation's (NCR) March 14, 2012 Notice of Rule 30(b)(6) Deposition to Georgia-Pacific Consumer Products LP, Fort James Corporation, and Georgia-Pacific, LLC (collectively GP) for March 30, 2012, and defendant International Paper Company's (IP) March 13, 2012 Notice of Rule 30(b)(6) Deposition to GP for March 29, 2012 (docket no. 178).

The motion will be denied. Georgia-Pacific commenced this lawsuit in May of last year and we are at the close of discovery.[1] Each notice provided GP 16 days to prepare its witnesses on matters it has been involved with for nearly two decades. Moreover, NCR has responded to the motion stating that it offered GP an additional 21 days to prepare for the 30(b)(6) deposition, and GP declined.

---

[1] The court has, at the request of all parties, entered an order this date continuing discovery for certain purposes.

The court has carefully considered the briefs and supporting documents filed by all three parties regarding this motion. Although the brief turnaround time on this motion does not permit a memorandum order, the court is nevertheless fully satisfied that good cause has not been shown for a protective order in this instance. The time periods provided by the Notices were not unreasonable, and the scope of the Notices was not unduly broad but appear to pertain to the matters at issue in the litigation.

The motion for a protective order (docket no. 178) is **DENIED.** Plaintiffs shall appear for the depositions on the dates currently scheduled or, in the alternative, shall appear on such other days as are mutually acceptable to plaintiffs and the parties seeking the Rule 30(b)(6) depositions on or before April 20, 2012.

**IT IS SO ORDERED.**


Dated: March 29, 2012                                    /s/ Hugh W. Brenneman, Jr.
                                                         HUGH W. BRENNEMAN, JR.
                                                         United States Magistrate Judge