# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC )<br><br>Plaintiffs,<br><br>v.<br><br>NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,<br><br>Defendants. | No: 1:11-cv-00483<br><br>Judge Robert J. Jonker |

## NOTICE AND PROOF OF SERVICE

I hereby certify that on March 30, 2012, I caused to be served by electronic mail a copy of Georgia-Pacific's Responses to Defendant NCR Corporation's Third Set of Requests for the Production of Documents upon counsel for each Defendant, at the following e-mail addresses:

**Counsel for NCR Corporation:**

| | |
|---|---|
| Evan R. Chesler | echesler@cravath.com |
| Geoffrey A. Fields | gfields@dickinsonwright.com |
| Sandra C. Goldstein | sgoldstein@cravath.com |
| Eric W. Ha | eha@sidley.com |
| Linda R Larson | llarson@martenlaw.com |
| Vanessa A. Lavely | vlavely@cravath.com |
| Meline Grace MacCurdy | mmaccurdy@martenlaw.com |
| Bradley M Marten | bmarten@martenlaw.com |
| Darin P. McAtee | dmcatee@cravath.com |
| Omid H. Nasab | onasab@cravath.com |
| Margaret R. Sobota | msobota@sidley.com |
| Evan B. Westerfield | evanwesterfield@sidley.com |

**Counsel for International Paper Co.:**

| | |
|---|---|
| John F. Cermak, Jr. | jcermak@bakerlaw.com |
| Sonja A. Inglin | singlin@bakerlaw.com |
| Michael Dominic Meuti | mmeuti@bakerlaw.com |

    John D. Parker               jparker@bakerlaw.com

**Counsel for Weyerhaeuser Co.:**

| | |
|---|---|
| J. Christopher Baird | jcbaird@perkinscoie.com |
| Douglas A. Dozeman | ddozeman@wnj.com |
| Michael Dunning | mdunning@perkinscoie.com |
| Karen M. McGaffey | kmcgaffey@perkinscoie.com |
| Mark W. Schneider | mwschneider@perkinscoie.com |
| Scott M. Watson | swatson@wnj.com |

By:   /s/ George P. Sibley, III

Peter A. Smit, Bar No. P 27886
Varnum LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501
(616) 336-6000

Joseph C. Kearfott
Douglas M. Garrou
George P. Sibley, III
Hunton & Williams LLP
951 East Byrd St.
Richmond, VA 23219
(804) 788-8200

Jeffrey N. Martin
Djordje Petkoski
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 955-1500

Kathy Robb
Hunton & Williams LLP
200 Park Avenue, 52nd Floor
New York, New York 10166-0005
(212) 309-1000

Jan M. Conlin
Tara D. Falsani
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue

- 3 -

2800 LaSalle Plaza
Minneapolis, MN 55402
(612) 349-8500