IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, | ) ) ) ) ) | |
| Plaintiffs, v. | ) ) ) | No. 11-cv-00483 |
| NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER COMPANY, | ) ) ) ) ) | Judge Robert J. Jonker |
| Defendants. | ) | |

**PROOF OF SERVICE**

I hereby certify that on April 4, 2012, I served a copy of Defendant NCR Corporation's Amended Notice of 30(b)(6) Deposition of Georgia-Pacific Consumer Products LP, Fort James Corporation and Georgia-Pacific LLC and Request for Production of Documents to counsel of record for all parties via U.S. mail and email.

Dated: April 4, 2012                    Respectfully submitted,


                                        NCR CORPORATION

                                        /s/Omid H.Nasab
                                        Omid H. Nasab
                                        *Counsel for NCR Corporation*

                                        CRAVATH, SWAINE & MOORE LLP
                                        Evan R. Chesler
                                        Dave R. Marriott
                                        Darin P. McAtee
                                        Omid H. Nasab
                                        Worldwide Plaza, 825 Eighth Avenue
                                        New York, New York 10019
                                        Phone: (212) 474-1000
                                        Fax: (212) 474-3700
                                        onasab@cravath.com

                                        SIDLEY AUSTIN LLP
                                        Evan B. Westerfield
                                        One South Dearborn Street
                                        Chicago, Illinois 60603
                                        Phone: (312) 853-7000
                                        Fax: (312) 853-7036

                                        MARTEN LAW PLLC
                                        Linda R. Larson
                                        Bradley M. Marten
                                        1191 Second Avenue, Suite 2200
                                        Seattle, Washington 98101
                                        Phone: (206) 292-2600
                                        Fax: (206) 292-2601

**Counsel for Plaintiff and Counterdefendant
Georgia-Pacific Consumer Products LP, Fort James Corporation and Georgia-Pacific LLC:**

Douglas M. Garrou (dgarrou@hunton.com)
George P. Sibley (gsibley@hunton.com)
Joseph C. Kearfott (jkearfott@hunton.com)
HUNTON & WILLIAMS LLP
Riverfront Plaza - East Tower
951 E Byrd St
Richmond, VA 23219-4074

Jeffrey N. Martin (jmartin@hunton.com)
HUNTON & WILLIAMS LLP
1900 K. St., N.W.
Washington, DC 20006

Peter A. Smit (pasmit@varnumlaw.com)
VARNUM RIDDERING SCHMIDT & HOWLETT LLP
Bridgewater Place
333 Bridge St., NW
P.O. Box 352
Grand Rapids, MI 49501-0352

Kathy Robb (Krobb@hunton.com)
HUNTON & WILLIAMS LLP
200 Park Ave., 53rd Fl.
New York, NY 10166

Jan M. Conlin (jmconlin@rkmc.com)
Tara Dawn Falsani (tdfalsani@rkmc.com)
ROBINS KAPLAN MILLER & CIRESI LLP
800 LaSalle Ave S - Ste 2800
Minneapolis, MN 55402-2015

Dean P. Laing (dean.laing@wilaw.com)
O'NEIL CANNON HOLLMAN DEJONG & LAING SC
111 E. Wisconsin Ave.
Suite 1400
Milwaukee, WI 53202

**Counsel for Defendant, Counterclaimant and Cross-Claimant International Paper Company:**

John Daniel Parker (jparker@bakerlaw.com)
Michael Dominic Meuti (mmeuti@bakerlaw.com)
BAKER & HOSTETLER LLP
1900 E Ninth St., Suite 3200
Cleveland, OH 44114-3485

John F. Cermak (jcermak@bakerlaw.com)
Sonja A. Inglin (singlin@bakerlaw.com)
BAKER & HOSTETLER LLP
12100 Wilshire Blvd., 15th Fl.
Los Angeles, CA 90025

**Counsel for Defendant and Cross-Defendant Weyerhaeuser Company:**

Mark W. Schneider
(MWSchneider@perkinscoie.com)
Karen M. McGaffey
(Kmcgaffey@perkinscoie.com)
J. Christopher Baird (JCBaird@perkinscoie.com)
Michael L. Dunning
(MDunning@perkinscoie.com)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099

Douglas A. Dozeman (ddozeman@wnj.com)
Scott Michael Watson (swatson@wnj.com)
WARNER NORCROSS & JUDD LLP
111 Lyon St., NW, Suite 900
Grand Rapids, MI 49503-2487