IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC </br></br>     Plaintiffs,</br></br>   v.</br></br>NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,</br></br>     Defendants. | No: 1:11-cv-00483</br></br>Judge Robert J. Jonker |

**PLAINTIFFS' MOTION TO AMEND CASE MANAGEMENT ORDER**

Pursuant to Fed. R. Civ. P. and the inherent power of the Court, Plaintiffs Georgia-Pacific Consumer Products LP, Fort James Corporation, and Georgia-Pacific LLC (collectively "GP"), by counsel, respectfully move this Court for an Order amending the Case Management Order (Dkt. #83) (as modified by the Court's Order dated March 19, 2012 (Dkt. #175)).  Georgia-Pacific seeks the addition of certain provisions identifying issues to be tried in Phase I, as set forth in the accompanying Memorandum and [Proposed] Order, which are incorporated by reference.  With the agreement of the other parties, Georgia-Pacific also seeks an extension of the time period in which to conduct depositions of experts.

Counsel for GP states that it has made a good faith effort to resolve the matters at issue with counsel for Defendants, without success, thereby necessitating the filing of this motion.

Dated: May 31, 2012.

        **GEORGIA-PACIFIC CONSUMER PRODUCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC**

By:    /s/ Douglas M. Garrou

Peter A. Smit, Bar No. P 27886
Varnum LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501
(616) 336-6000

Joseph C. Kearfott
Douglas M. Garrou
George P. Sibley, III
Hunton & Williams LLP
951 East Byrd St.
Richmond, VA 23219
(804) 788-8200

Jeffrey N. Martin
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C.  20037
(202) 955-1500

Kathy Robb
Hunton & Williams LLP
200 Park Avenue, 52nd Floor
New York, New York  10166-0005
(212) 309-1000

Jan M. Conlin
Tara D. Falsani
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402
(612) 349-8500

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2012, I electronically filed the foregoing using the ECF system, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

**GEORGIA-PACIFIC CONSUMER PRODUCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC**

By  /s/ Douglas M. Garrou