UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,<br><br>Defendants. | Case No. 1:11-cv-00483<br>Judge:  Hon. Robert J. Jonker |

### DEFENDANT INTERNATIONAL PAPER COMPANY'S MOTION TO STRIKE PLAINTIFFS' SUPPLEMENTAL EXPERT REPORT OF KENNETH D. JENKINS, PH.D.

### EXPEDITED CONSIDERATION REQUESTED

Defendant International Paper Company ("International Paper"), by its counsel of record, hereby moves to strike the supplemental expert report of Kenneth D. Jenkins, Ph.D. (the "Jenkins Supplemental Report") served on Defendants on June 1, 2012, since it was unilaterally filed by Plaintiffs over three weeks after the court-ordered May 9, 2012 deadline to disclose initial experts and to produce expert reports.  In further support of the requested relief, Defendant International Paper relies upon the arguments set forth in the brief in support filed contemporaneously with this motion.

Expedited consideration of this Motion is requested pursuant to W.D. Mich. LCivR 7.1(e), since Defendant International Paper is subject to today's deadline for service of rebuttal reports, pursuant to the Court's Order dated March 29, 2012 (Docket No. 196, p. 7), and since expert depositions must be completed by July 24, 2012 (Docket No. 220).  Absent immediate

1

and expedited consideration, Defendants' June 8, 2012 deadline will pass and certain depositions will be scheduled and/or held without the parties knowing whether or not the Jenkins Supplemental Report will be permitted by the Court and/or whether Defendants will be granted additional time to respond to Plaintiffs' unilaterally-filed, late, Jenkins Supplemental Report.

Pursuant to W.D. Mich. LCivR 7.1(d), counsel for International Paper requested that Plaintiffs' counsel concur in the requested relief.  Efforts to obtain concurrence commenced by email on June 5, 2012, and continued with a specific request being made by email on June 7, 2012.  Concurrence was denied in writing by Plaintiffs' counsel on Friday, June 8, 2012.  Counsel for International Paper Co. also requested that Plaintiffs grant additional time to International Paper Co. to respond to the Jenkins Supplemental Report, and that request was similarly denied by Plaintiffs' counsel.

Dated:  June 8, 2012

            /s/ Sonja A. Inglin
John F. Cermak
Sonja A. Inglin
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025
(310) 820-8800
One of the Attorneys for International Paper Co.
singlin@bakerlaw.com

John D. Parker
Michael Dominic Meuti
BAKER & HOSTETLER LLP
PNC Center
1900 E. 19th Street, Suite 3200
Cleveland, OH 44114
(216) 621-0200
One of the Attorneys for International Paper Co.
jparker@bakerlaw.com
mmeuti@bakerlaw.com

And by:

David W. Centner
CLARK HILL PLC
200 Ottawa Ave. NW, Ste. 500
Grand Rapids, MI 49503
(616) 608-1106
One of the Attorneys for International Paper Co.
dcentner@clarkhill.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2012, I electronically filed the foregoing using the ECF system, which will sent notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

By:_____/s/_____
 Sonja A. Inglin

601348994.1