IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **GEORGIA-PACIFIC CONSUMER PRODUCTS, LP,** ) <br> **FORT JAMES CORPORATION, and** ) <br> **GEORGIA-PACIFIC LLC** ) <br>  ) <br>  **Plaintiffs,** ) <br>  ) <br>  **v.** ) <br>  ) <br> **NCR CORPORATION,** ) <br> **INTERNATIONAL PAPER CO.,** ) <br> **And WEYERHAEUSER CO.,** ) <br>  ) <br>  **Defendants.** ) | No. 1:11-cv-00483 <br><br> Judge Robert J. Jonker |

### DEFENDANT INTERNATIONAL PAPER COMPANY'S RESPONSE TO COURT'S JUNE 5, 2012 ORDER REGARDING THE STIPULATION BETWEEN PLAINTIFFS AND WEYERHAEUSER CORPORATION

The Court has asked that the parties address certain questions raised in its Order dated June 5, 2012 ("June 5 Order) (Dkt. # 220) regarding the stipulation between Plaintiffs and Defendant Weyerhaeuser Corporation ("Stipulation") (Dkt. # 212). International Paper Company ("International Paper") concurs in the Court's suggestion that issues regarding the impact of the Stipulation and how it will function in the context of litigation can be most efficiently addressed as part of the dispositive motion and pretrial process. (June 5 Order at 2.) Many of the Court's concerns may be eliminated by the stipulations reached by the parties as part of the pre-trial process. Thus, there would not appear to be a need to address the impact of the stipulation at this time. (June 5 Order at 2.)

The Court's questions about the application of the Stipulation to other parties and in subsequent phases of the litigation are addressed for the most part by the Comments of Plaintiffs and Weyerhaeuser Corporation ("Weyerhaeuser") on their Stipulation on Phase One CERCLA

Liability ("Comments") (Dkt. # 223).  The Comments (1) clarify that Weyerhaeuser's stipulation to liability for purposes of the initial, liability phase of this litigation ("Phase 1") applies not just to Plaintiffs' claims against Weyerhaeuser but also to the cross-claim of International Paper, and (2) state that the terms of the Stipulation are intended to be binding in subsequent phases of the litigation.  As to other aspects of the Stipulation, such as the reservation on the part of Weyerhaeuser with respect to "upstream" releases, that would appear to be an issue that would go to allocation in a subsequent phase of this litigation and therefore would not have any impact on Phase 1.

Dated: June 11, 2012

                 _____/s/ Sonja A. Inglin_____
                 John F. Cermak
                 Sonja A. Inglin
                 BAKER & HOSTETLER LLP
                 12100 Wilshire Boulevard, 15th Floor
                 Los Angeles, CA 90025
                 (310) 820-8800
                 One of the Attorneys for International Paper Co.
                 jcermak@bakerlaw.com
                 singlin@bakerlaw.com

                 John D. Parker
                 Michael Dominic Meuti
                 BAKER & HOSTETLER LLP
                 PNC Center, 1900 E. 19th Street, Suite 3200
                 Cleveland, OH 44114
                 (216) 621-0200
                 One of the Attorneys for International Paper Co.
                 jparker@bakerlaw.com
                 mmeuti@bakerlaw.com

                 And by:

                 David W. Centner
                 CLARK HILL PLC
                 200 Ottawa Ave. NW, Ste. 500
                 Grand Rapids, MI 49503
                 (616) 608-1106
                 One of the Attorneys for International Paper Co.

601350749

dcentner@clarkhill.com

601350749

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2012, I electronically filed the foregoing using the ECF system, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

By: _____/s/_____
Sonja A. Inglin