IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, | ) ) ) ) ) | |
| Plaintiffs, v. | ) ) ) | No. 11-cv-00483 |
| NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER COMPANY, | ) ) ) ) ) | Judge Robert J. Jonker |
| Defendants. | ) ) | |

**DECLARATION OF DARIN P. MCATEE IN SUPPORT OF DEFENDANT NCR CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION TO AMEND CASE MANAGEMENT ORDER**

I, DARIN P. MCATEE, declare as follows:

1. I am a member of the law firm of Cravath, Swaine & Moore LLP, and I am one of the attorneys representing Defendant NCR Corporation ("NCR") in the above-captioned action. I am admitted to practice in the Western District of Michigan.

2. I submit this declaration in support of Defendant NCR Corporation's Memorandum of Law in Support of Its Opposition to Plaintiffs' Motion to Amend Case Management Order.

3. Attached hereto as <u>Exhibit A</u> is a true and correct copy of Georgia-Pacific's Answers and Objections to Def. NCR Corp.'s Second Set of Interrogatories, dated March 29, 2012.

4. Attached hereto as <u>Exhibit B</u> is a true and correct copy of an e-mail chain between Joe Kearfott, Omid Nasab and others beginning on March 28, 2012 and ending on April 11, 2012.

5. Attached hereto as <u>Exhibit C</u> is a true and correct copy of an e-mail chain between Joe Kearfott, John Parker, Omid Nasab and others beginning on March 28, 2012 and ending on May 22, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 11, 2012.

_____
Darin P. McAtee

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2012, I electronically filed the Declaration of Darin P. McAtee in Support of Defendant NCR Corporation's Memorandum of Law in Support of its Opposition to Plaintiffs' Motion to Amend Case Management Order using the ECF system, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

FURTHERMORE, I hereby certify that on June 11, 2012, I served by electronic mail a copy of the aforementioned document upon counsel listed below:

> Dean P. Laing
> O'Neil Cannon Hollman DeJong & Laing SC
> 111 E Wisconsin Ave - Ste 1400
> Milwaukee, WI 53202
> Dean.Laing@wilaw.com

Dated: June 11, 2012

/s/Darin P. McAtee
Darin P. McAtee