UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA–PACIFIC CONSUMER
PRODUCTS LP, et al.,

       Plaintiffs,                      Case No. 1:11–cv–00483–RJJ

  v.                                     Hon. Robert J. Jonker

NCR CORPORATION, et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Strike – #221 |
| Date/Time: | June 29, 2012   09:00 AM |
| Magistrate Judge: | Hugh W. Brenneman, Jr |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

Briefs in opposition to the motion(s) are due **June 22, 2012**.
BRIEFS IN OPPOSITION TO MOTIONS MUST BE FILED WITHIN W.D. MICH. LCivR 7.2 or 7.3.
IF NO OPPOSITION IS FILED, THE MOTION MAY BE DISPOSED OF AND THE HEARING
MAY BE CANCELED WITHOUT FURTHER NOTICE TO THE PARTIES.

                                            HUGH W. BRENNEMAN, JR.
                                            U.S. Magistrate Judge

Dated:  June 19, 2012          By:  /s/ Faith Hunter Webb
                                           Judicial Assistant