UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,<br><br>Defendant. | Case No. 1:11-cv-00483<br>Judge: Hon. Robert J. Jonker |

**STIPULATION RESOLVING DEFENDANT INTERNATIONAL
PAPER CO.'S MOTION TO STRIKE (Docket No. 221)**

Plaintiffs, Georgia-Pacific Consumers Products LP, Fort James Corporation and Georgia-Pacific LLC (collectively "Georgia-Pacific"), and Defendant International Paper Company ("International Paper"), by their counsel of record, hereby stipulate and agree as follows:

1. Pursuant to the Case Management Order, as amended, Georgia-Pacific served expert reports on Defendants on May 9, 2012.

2. On June 1, 2012, Georgia-Pacific served the Addendum to Expert Report of May 9, 2012 submitted by Kenneth D. Jenkins, Ph.D.(the "Jenkins Addendum").

3. On June 8, 2012, International Paper filed a Motion to Strike the Jenkins Addendum (Docket #221).

4. The parties hereto have resolved the above-referenced motion in accordance with the terms of this Stipulation.

5. International Paper agrees that it will not object to the testimony of Kenneth Jenkins on matters addressed in the Jenkins Addendum based on the date of service of the

Addendum, in exchange for additional time to respond to the issues raised in the Addendum. Specifically, Georgia-Pacific agrees to allow International Paper until June 29, 2012 to serve one or more expert reports by its previously identified expert witnesses limited to addressing the opinions and other information contained in the Jenkins Addendum.

6. Upon entry of the accompanying Order, International Paper's Motion (Docket No. 221) will be deemed withdrawn as resolved.

IT IS SO STIPULATED AND AGREED.

**GEORGIA-PACIFIC CONSUMER PRODUCTS LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC**

By: __/s/ Joseph C. Kearfott__

Peter A. Smit, Bar No. P 27886
Varnum LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501
(616) 336-6000

Joseph C. Kearfott
Douglas M. Garrou
George P. Sibley, III
Hunton & Williams LLP
951 East Byrd St.
Richmond, VA 23219
(804) 788-8200

Jeffrey N. Martin
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037-1701
(202) 955-1500

Kathy Robb
Hunton & Williams LLP
200 Park Avenue, 52nd Floor
New York, New York 10166-0005
(212) 309-1000

2

        Jan M. Conlin
        Tara D. Falsani
        Robins, Kaplan, Miller & Ciresi L.L.P.
        800 LaSalle Avenue
        2800 LaSalle Plaza
        Minneapolis, MN  55402
        (612) 349-8500

        **INTERNATIONAL PAPER CO.**

        By:    /s/ David W. Centner

        David W. Centner
        Clark Hill PLC
        200 Ottawa Ave. NW, Ste. 500
        Grand Rapids, MI 49503
        (616) 608-1106
        dcentner@clarkhill.com

        John F. Cermak, Jr.
        Sonja A. Inglin
        Baker & Hostetler, LLP
        12100 Wilshire Boulevard, 15th Floor
        Los Angeles, CA 90025
        Phone: (310) 820-8800
        Fax: (310) 820-8859

        John D. Parker
        Baker & Hostetler LLP
        1900 East 9th Street, Suite 3200
        Cleveland, OH 44114-3482
        Phone: (216) 861-7610
        Fax: (216) 696- 0740

## **ORDER**

The foregoing Stipulation is hereby approved and it is so **ORDERED.**

        _____
        **Hon. Hugh W. Brenneman Jr.**
        **U.S. Magistrate Judge**