UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,<br><br>          Defendant. | Case No. 1:11-cv-00483<br>Judge:  Hon. Robert J. Jonker |

**STIPULATION RESOLVING DEFENDANT INTERNATIONAL PAPER CO.'S MOTION TO STRIKE (Docket No. 221)**

Plaintiffs, Georgia-Pacific Consumers Products LP, Fort James Corporation and Georgia-Pacific LLC (collectively "Georgia-Pacific"), and Defendant International Paper Company ("International Paper"), by their counsel of record, hereby stipulate and agree as follows:

1.  Pursuant to the Case Management Order, as amended, Georgia-Pacific served expert reports on Defendants on May 9, 2012.

2.  On June 1, 2012, Georgia-Pacific served the Addendum to Expert Report of May 9, 2012 submitted by Kenneth D. Jenkins, Ph.D.(the "Jenkins Addendum").

3.  On June 8, 2012, International Paper filed a Motion to Strike the Jenkins Addendum (Docket #221).

4.  The parties hereto have resolved the above-referenced motion in accordance with the terms of this Stipulation.

5.  International Paper agrees that it will not object to the testimony of Kenneth Jenkins on matters addressed in the Jenkins Addendum based on the date of service of the

Addendum, in exchange for additional time to respond to the issues raised in the Addendum. Specifically, Georgia-Pacific agrees to allow International Paper until June 29, 2012 to serve one or more expert reports by its previously identified expert witnesses limited to addressing the opinions and other information contained in the Jenkins Addendum.

6. Upon entry of the accompanying Order, International Paper's Motion (Docket No. 221) will be deemed withdrawn as resolved.

IT IS SO STIPULATED AND AGREED.

**GEORGIA-PACIFIC CONSUMER PRODUCTS LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC**

By:  /s/ Joseph C. Kearfott

Peter A. Smit, Bar No. P 27886
Varnum LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501
(616) 336-6000

Joseph C. Kearfott
Douglas M. Garrou
George P. Sibley, III
Hunton & Williams LLP
951 East Byrd St.
Richmond, VA 23219
(804) 788-8200

Jeffrey N. Martin
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037-1701
(202) 955-1500

Kathy Robb
Hunton & Williams LLP
200 Park Avenue, 52nd Floor
New York, New York 10166-0005
(212) 309-1000

Jan M. Conlin
Tara D. Falsani
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
(612) 349-8500

**INTERNATIONAL PAPER CO.**

By:   /s/ David W. Centner

David W. Centner
Clark Hill PLC
200 Ottawa Ave. NW, Ste. 500
Grand Rapids, MI 49503
(616) 608-1106
dcentner@clarkhill.com

John F. Cermak, Jr.
Sonja A. Inglin
Baker & Hostetler, LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025
Phone: (310) 820-8800
Fax: (310) 820-8859

John D. Parker
Baker & Hostetler LLP
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
Phone: (216) 861-7610
Fax: (216) 696- 0740

**ORDER**

The foregoing Stipulation is hereby approved and it is so **ORDERED.**

Entered:  June 22, 2012

/s/ Hugh W. Brenneman, Jr.
**Hon. Hugh W. Brenneman Jr.**
**U.S. Magistrate Judge**