UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA-PACIFIC CONSUMER PRODUCTS
LP, FORT JAMES CORPORATION, and
GEORGIA-PACIFIC LLC,

Plaintiffs,

v

NCR CORPORATION and INTERNATIONAL
PAPER COMPANY,

Defendants.

Case No. 1:11-cv-00483-RJJ

Hon. Robert J. Jonker

## PROOF OF SERVICE

Teresa M. Garber, PP, PLS, says that she is an employee of VARNUM LLP and on July 19, 2012, she caused to be served Plaintiffs' Notice of Taking Deposition *duces tecum* of Mark D. Kraushaar upon the following persons by electronic mail at the below e-mail addresses:

Geoffrey A. Fields
Dickinson Wright
gfields@dickinsonwright.com

Darin P. McAtee
Cravath, Swaine & Moore LLP
dmcatee@cravath.com

Mark W. Schneider
Perkins Coie
mwschneider@perkinscoie.com

David W. Centner
Clark Hill PLC
dcentner@clarkhill.com

Sonja A. Inglin
John D. Parker
Baker & Hostetler, LP
singling@bakerlaw.com
jparker@bakerlaw.com

I declare that the statement above is true to the best of my information, knowledge, and belief.

_____
Teresa M. Garber, PP, PLS

5362055_1.DOCX