IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGIA PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:11-CV-00483 |
| v. | ) ) | Judge Robert J. Jonker |
| NCR CORPORATION INTERNATIONAL PAPER CO., and WEYERHAEUSER CO. | ) ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION TO ENLARGE BRIEFING FOR DEFENDANT NCR CORPORATION'S MOTION FOR SUMMARY JUDGMENT AS TO CLAIMS BROUGHT BY GEORGIA-PACIFIC**

Plaintiffs, Georgia-Pacific Consumer Products LP, Fort James Corporation and Georgia-Pacific LLC (collectively "Georgia-Pacific"), and Defendant NCR Corporation ("NCR"), by and through their counsel, enter into and respectfully request the Court approve this stipulation to enlarge the briefing for NCR's motion for summary judgment as to claims brought against it by Georgia-Pacific.

Pursuant to the Case Management Order entered by the Court on June 28, 2011 (Dkt. No. 83) ("CMO"), dispositive motions in this case must be filed by July 27, 2012. NCR intends to file a motion for summary judgment on or before that day. Rule 7.2 of the Local Rules of Practice and Procedure of the United States District Court for the Western District of Michigan provides that any brief filed in support of or in opposition to a dispositive motion shall

not exceed twenty-five (25) pages in length, exclusive of cover sheet, tables, and indices, and any reply brief may not exceed ten (10) pages. Local Rule 7.1(c) further provides that this Court, within its discretion, may enlarge these briefing limits.

NCR and Georgia-Pacific believe that because of the complexity of the legal issues and factual record in this case, it is in the interests of both the Parties and the Court that the standard briefing limits be enlarged. NCR and Georgia-Pacific further believe that thirty-five (35) pages for opening and opposing briefs and fifteen (15) pages for NCR's reply brief will be sufficient to address the issues presented. NCR and Georgia-Pacific therefore agree to, and respectfully ask the Court to approve, the following stipulation.

## Stipulation

Georgia-Pacific and NCR hereby stipulate and agree as follows:

1. Any brief filed by NCR in support of a dispositive motion as to claims brought by Georgia-Pacific shall not exceed thirty-five (35) pages.

2. Any brief filed by Georgia-Pacific in opposition to a dispositive motion filed by NCR as to claims brought by Georgia-Pacific shall not exceed thirty-five (35) pages.

3. NCR shall be permitted to file a reply brief to any brief filed by Georgia-Pacific in opposition to a dispositive motion filed by NCR as to claims brought by Georgia-Pacific not to exceed fifteen (15) pages.

Dated:  July 24, 2012                           NCR CORPORATION


                                                 /s/ Darin P. McAtee
                                                Darin P. McAtee
                                                *Counsel for NCR Corporation*

                                                Geoffrey A. Fields
                                                Dickinson Wright
                                                200 Ottawa Avenue, N.W., Suite 1000
                                                Grand Rapids, MI 49503-2427
                                                Phone: (616) 336-1017
                                                Fax: (616) 458-6753

                                                Evan R. Chesler
                                                Darin P. McAtee
                                                Cravath, Swaine & Moore LLP
                                                Worldwide Plaza, 825 Eighth Avenue
                                                New York, New York 10019
                                                Phone: (212) 474-1000
                                                Fax: (212) 474-3700
                                                dmcatee@cravath.com

                                                Evan B. Westerfield
                                                Sidley Austin LLP
                                                One South Dearborn Street
                                                Chicago, Illinois 60603
                                                Phone: (312) 853-7000
                                                Fax: (312) 853-7036

                                                Linda R. Larson
                                                Bradley M. Marten
                                                Marten Law PLLC
                                                1191 Second Avenue, Suite 2200
                                                Seattle, Washington 98101
                                                Phone: (206) 292-2600
                                                Fax: (206) 292-2601

**GEORGIA-PACIFIC CONSUMER PRODUCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC**

By:   /s/ Douglas M. Garrou

Peter A. Smit, Bar No. P 27886
Varnum LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501
(616) 336-6000

Joseph C. Kearfott
Douglas M. Garrou
George P. Sibley, III
Hunton & Williams LLP
951 East Byrd St.
Richmond, VA 23219
(804) 788-8200

Jeffrey N. Martin
Hunton & Williams LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 955-1500

Kathy Robb
Hunton & Williams LLP
200 Park Avenue, 52nd Floor
New York, New York 10166-0005
(212) 309-1000

Jan M. Conlin
Tara D. Falsani
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
(612) 349-8500

The foregoing Stipulation is hereby approved and so ORDERED.

_____    Dated: _____