UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,<br><br>　　　　　Defendant. | Civil Action No. 1:11-cv-00483-RJJ<br><br>Assigned to: Hon. Robert J. Jonker |

**PROOF OF SERVICE**

I hereby certify that on July 20, 2012, I served International Paper's Notice of Taking Deposition *duces tecum* of Thomas L. Host by email upon the following counsel of record:

| | |
|---|---|
| Peter A. Smit | pasmith@varnumlaw.com |
| Teresa M. Garber | tmgarber@varnumlaw.com |
| Geoffrey A. Fields | gfields@dickinsonwright.com |
| Mark W. Schneider | MWSchneider@perkinscoie.com |

Dated:  July 24, 2012　　　　　　　　　　　／s/ Sonja A. Inglin
　　　　　　　　　　　　　　　　　　　John F. Cermak, Jr.
　　　　　　　　　　　　　　　　　　　Sonja A. Inglin
　　　　　　　　　　　　　　　　　　　Charles E. Shelton, II
　　　　　　　　　　　　　　　　　　　BAKER & HOSTETLER LLP
　　　　　　　　　　　　　　　　　　　12100 Wilshire Boulevard, 15th Fl.
　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90025
　　　　　　　　　　　　　　　　　　　(310) 820-8800
　　　　　　　　　　　　　　　　　　　Attorneys for International Paper Co.
　　　　　　　　　　　　　　　　　　　jcermak@bakerlaw.com
　　　　　　　　　　　　　　　　　　　singlin@bakerlaw.com
　　　　　　　　　　　　　　　　　　　cshelton@bakerlaw.com

John D. Parker
Lora Reece
Michael Dominic Meuti
BAKER & HOSTETLER LLP
PNC Center
1900 E. 19th Street, Suite 3200
Cleveland, OH 44114
(216) 621-0200
Attorneys for International Paper Co.
jparker@bakerlaw.com
lreece@bakerlaw.com
mmeuti@bakerlaw.com

And by:

David W. Centner
CLARK HILL PLC
200 Ottawa Ave. NW, Ste. 500
Grand Rapids, MI 49503
(616) 608-1106
Attorneys for International Paper Co.
dcentner@clarkhill.com