UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, | Case No. 1:11-cv-00483 |
| Plaintiffs, | Hon. Robert J. Jonker |
| vs. | |
| NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO., | **ORAL ARGUMENT REQUESTED** |
| Defendants. | |

**INTERNATIONAL PAPER COMPANY'S
SUPPLEMENT TO MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY,
FOR PARTIAL SUMMARY JUDGMENT**

# TABLE OF CONTENTS

|      |      | Page |
|------|------|------|
| I.   | INTRODUCTION | 1 |
| II.  | STATEMENT OF FACTS | 2 |
| III. | ARGUMENT | 7 |
|      | A. After July 1, 1956, St. Regis Held Title to Bryant Mill-Related Property Primarily to "Protect a Security Interest" and under CERCLA's Security Interest Exemption, St. Regis Has No CERCLA Liability as to That Time Period | 7 |
|      | B. Plaintiffs Cannot Establish a *Prima Facie* Case as to Key Elements of Their Pre-July 1, 1956 CERCLA "Owner/Operator" Claims Against St. Regis | 14 |
|      | 1. Plaintiffs' claim that St. Regis processed wastepaper containing CCP is based on speculation that is insufficient to make a *prima facie* showing as to this key factual predicate to Plaintiffs' claims | 15 |
|      | 2. Plaintiffs also cannot make a *prima facie* showing of "disposal" of PCBs by St. Regis prior to July 1, 1956 | 19 |
|      | C. St. Regis Is Not Liable as a CERCLA Former Owner of the Panelyte Property | 21 |
| IV.  | CONCLUSION | 23 |

# TABLE OF AUTHORITIES

**Page(s)**

**CASES**

*B.F. Goodrich Co. v. Murtha*, 815 F. Supp. 539 (D. Conn. 1993) ................................................18

*Bob's Beverage, Inc. v. Acme, Inc.*, 264 F.3d 692 (6th Cir. 2001) ..........................................22, 23

*Celotex Corp. v. Catrett*, 477 U.S. 317 (1986) ..............................................................................14

*CPC Intl., Inc. v. Aerojet-General Corp.,* 759 F. Supp. 1269 (W.D. Mich. 1991)........................22

*Dana Corp. v. Am. Std., Inc.*, 866 F. Supp. 1481 (N.D. Ind. 1994)...............................................18

*DVL, Inc. v. Gen. Elec. Co.*, 811 F. Supp. 2d 579 (N.D. N.Y. 2010) ............................................18

*In re Bergsoe Metal Corp.*, 910 F.2d 668 (9th Cir. 1991) ...............................................................9

*In re Diamond Reo Trucks, Inc.*, 115 B.R. 559 (W.D. Mich. 1990).............................................22

*In Re KY USA Energy, Inc.,* 449 B. R. 745 (W.D. Ky. 2011).........................................................14

*Kalamazoo River Study Group v. Rockwell Int'l*, 3 F. Supp. 2d 815 (W.D. Mich. 1997), *affirmed,* 171 F.3d 1065 (6th Cir. 1999)........................................................................... passim

*Kemp Industries, Inc. v. Safety Light Corp*., 857 F. Supp. 373 (D. N.J. 1994) .............9, 10, 11, 12

*Organic Chemical Site PRP Group v. Total Petroleum, Inc.,* 58 F. Supp. 2d 755 (W.D. Mich. 1999)....................................................................................................................................11

*Snediker Developers LP v. Evans*, 773 F. Supp. 984 (E.D. Mich. 1991) ......................................22

*U.S. v. CDMG Realty Co*., 96 F.3d 706 (3rd Cir. 1996) ...........................................................22, 23

*United Airlines, Inc. v. HSBC Bank USA, N.A*., 416 F.3d 609 (7th Cir. 2005) .............................12

*United States v. 150 Acres*, 204 F.3d 698 (6th Cir. 2000) .......................................................22, 23

*United States v. Capital Tax Corp.,* 545 F.3d 525 (7th Cir. 2008)............................................8, 11

*Waterville Industries, Inc. v. Finance Authority of Maine*, 984 F.2d 549 (1st Cir. 1993)...........8, 9

**FEDERAL STATUTES**

42 U.S.C. § 9601(20)(G).................................................................................................................8

42 U.S.C. § 9601(29) ....................................................................................................................22

42 U.S.C. § 9607 ................................................................................................................ passim

**STATE STATUTES**

N.Y. U.C.C. Law § 1-201(37) (McKinney 2012) .......................................................................... 12

Michigan Comp. Law. Ann. § 440.1201(37) (2012) .............................................................. 13, 14

**OTHER AUTHORITIES**

U.C.C. § 1-201(37) ........................................................................................................................ 12

# INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| A | 1946 Annual Report for St. Regis Paper Company |
| B | Deed dated August 18, 1949 from Time, Incorporated to St. Regis Paper Company recorded on August 20, 1949 at Liber 589 page 360 |
| C | Bill of Sale and Assignment dated August 18, 1949 between Time, Incorporated and St. Regis Paper Company |
| D | Exhibit from Affidavit of Thomas Host |
| E | Plot plans dated September 27, 1963 and March 1, 1965 of St. Regis Paper Company, Panelyte Division |
| F | Agreement dated June 22, 1956 between St. Regis Paper Company and Thor Corporation |
| G | Retirement Plan Termination Forms dated June 30, 1956 |
| H | Letter, with attachments, dated February 21, 1957, from W. H. Gnad to Phil Kraushaar of Allied Paper Corporation |
| I | Defendant International Paper Company's Amended and Supplemental Responses to Plaintiffs' First Set of Requests for Admissions, served March 30, 2012 |
| J | Lease dated June 29, 1956 |
| K | Memorandum of Lease dated June 29, 1956 |
| L | Assignment of Contracts, Etc. dated June 29, 1956 between St. Regis Paper Company and Thor Corporation |
| M | Agreement dated June 29, 1956 between St. Regis Paper Company and Thor Corporation |
| N | Facilities Agreement dated June 29, 1956 between St. Regis Paper Company and Thor Corporation |
| O | Deed dated June 29, 1956 from St. Regis Paper Company to Thor Corporation |
| P | Sub-Lease dated June 29, 1956 between Thor Corporation and St. Regis Paper Company |

| | |
|---|---|
| Q | Railroad Spurs and Siding Agreement dated June 29, 1956 between St. Regis Paper Company and Thor Corporation |
| R | Trade Mark License dated July 1, 1956 between St. Regis Paper Company and Thor Corporation |
| S | Bill of Sale dated June 29, 1956 from St. Regis Paper Company to Thor Corporation |
| T | 1955 Annual Report for Thor Corporation |
| U | Document titled "Allied Paper Corporation, Summary of Earnings 1956 Through May 1960 in M Dollars" prepared on July 26, 1960 |
| V | Letter dated May 12, 1965 from Ward Harrison of Allied Paper Corporation to William R. Adams of St. Regis Paper Company |
| W | 1960 Annual Report of Allied Paper Corporation |
| X | Securities and Exchange Commission Form S-1 Registration Statement dated November 12, 1959 for the St. Regis Paper Company |
| Y | St. Regis Paper Company Annual Reports from 1956 to 1966 |
| Z | Letter dated May 24, 1965 from the President of St. Regis Paper Company to Ward Harrison of Allied Paper Corporation |
| AA | Letter dated May 25, 1965 from Herman C. Bernick of Allied Paper Corporation to Homer Crawford of St. Regis Paper Company |
| BB | Letter dated June 11, 1965 from the Secretary of St. Regis Paper Company to Herman C. Bernick of Allied Paper Corporation |
| CC | Agreement dated July 1, 1966 between St. Regis Paper Company and Allied Paper Corporation |
| DD | Indenture dated July 1, 1966 from St. Regis Paper Company to Allied Paper Corporation recorded on August 9, 1966 at Liber 818 page 555 |
| EE | Publication entitled "Appleton Scene" dated January-February 1987 |
| FF | Document entitled "Statement Concerning PCBs", dated February 1976 by the NCR Appleton Papers Division |
| GG | Memorandum entitled "NCR Business Analysis, NCR Paper In The 1970's" dated September 2, 1969 by Thomas W. Busch |

| | |
|---|---|
| HH | Mead Paper Memorandum from John Suciu to R. L. Ordeman dated September 1, 1978 |
| II | Excerpt of certain pages from the Expert Report of Robert J. Dolan, Ph.D. |
| JJ | Excerpt from the 1965 Fifteenth Annual World Review published by *Pulp & Paper* |
| KK | Excerpt from 1950 report prepared by George S. Armstrong for St. Regis Paper Company |
| LL | Excerpt from 1954 report prepared by George S. Armstrong for St. Regis Paper Company |
| MM | Georgia-Pacific's Responses to Defendant International Paper's First Set of Requests for Admission, served January 31, 2012 |
| NN | Georgia-Pacific's Responses to Defendant International Paper's Second Set of Requests for Admission, served April 9, 2012 |
| OO | Excerpts from deposition of James Youngs |
| PP | Excerpts from deposition of Elbert Herbert |
| QQ | Excerpts of deposition of Robert Meints |
| RR | Purchase Agreement dated February 26, 1965 between St. Regis Paper Company and Reliance Universal Inc. |
| SS | Indenture dated March 3, 1965 from St. Regis Paper Company to Reliance Universal, Inc. recorded on March 5, 1965 at Liber 808 page 270 |
| TT | Excerpt from report dated December 31, 1955 |
| UU | Job Order Purchase Authorization Budgeted Form dated November 2, 1955 |
| VV | Magazine article entitled "PCBs, dyes top list of paper industry toxic chemical concerns for the '80s", by John L. Festa dated July 1981 from *Pulp & Paper* |
| WW | Newspaper article entitled "What made PCBs desirable also made them undesirable," by Mike Van Buren dated November 17, 1989 from the *Kalamazoo Gazette* |
| XX | Mead Corporation Debit Memos dated July 27, 1955 through October 25, 1955 |
| YY | Excerpts from the Expert Report of Kenneth D. Jenkins, Ph.D. |

| ZZ | Excerpts from deposition of Kenneth Jenkins, Ph.D. |
|---|---|

Dated:  July 31, 2012

       /s/ Charles E. Shelton, II_____
John F. Cermak, Jr.
Sonja A. Inglin
Charles E. Shelton, II
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Fl.
Los Angeles, CA 90025
(310) 820-8800
One of the Attorneys for International Paper Co.
jcermak@bakerlaw.com
singlin@bakerlaw.com
cshelton@bakerlaw.com

John D. Parker
Lora Reece
Michael Dominic Meuti
BAKER & HOSTETLER LLP
PNC Center
1900 E. 19th Street, Suite 3200
Cleveland, OH 44114
(216) 621-0200
One of the Attorneys for International Paper Co.
jparker@bakerlaw.com
lreece@bakerlaw.com
mmeuti@bakerlaw.com

And by:

David W. Centner
CLARK HILL PLC
200 Ottawa Ave. NW, Ste. 500
Grand Rapids, MI 49503
(616) 608-1106
One of the Attorneys for International Paper Co.
dcentner@clarkhill.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2012, I electronically filed the foregoing using the ECF system, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

/s/ Charles E. Shelton
Charles E. Shelton, II

601462787.2