# EXHIBIT 5A
# TO GEORGIA-PACIFIC'S
# MOTION FOR SUMMARY JUDGMENT

Supplemental Affidavit of
Thomas Host
(GP Title Examiner)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA-PACIFIC CONSUMER PRODUCTS
LP, FORT JAMES CORPORATION, and
GEORGIA-PACIFIC LLC,

    Plaintiffs,

v

NCR CORPORATION and INTERNATIONAL
PAPER COMPANY,

    Defendants.

Case No. 1:11-cv-00483-RJJ

Hon. Robert J. Jonker

### SUPPLEMENTAL AFFIDAVIT OF THOMAS L. HOST

STATE OF MICHIGAN   )
                             ) ss.
COUNTY OF KENT     )

I, THOMAS L. HOST, being first duly sworn, depose and state as follows:

1. I am principal owner and Vice President of Commercial Operations for Transnation Title Agency of Michigan. I previously submitted an Affidavit dated July 20, 2012.

2. Subsequent to preparation of my Affidavit, I discovered that a page was missing from the deed dated March 3, 1965 by which St. Regis Paper Company conveyed certain property to Reliance Universal, Inc. The missing page described the small, rectangular parcel located just north of Cork Street that I described in paragraph 14 of my Affidavit. This parcel thus was not retained by St. Regis Paper Company but instead was part of the property conveyed by St. Regis to Reliance Universal, Inc. in the March 3, 1965 deed.

3. Attached are revised versions of Exhibits C and D. The shading on these revised versions depicts correctly the ownership of this rectangular parcel.

4.  My Affidavit dated July 20, 2012, is accurate in all other respects to the best of my knowledge. Exhibits A and B, which have not changed, are attached to this Supplemental Affidavit for ease of reference.

5.  Further, Affiant sayeth not.

_____
Thomas L. Host

Subscribed and sworn to before me,
this 22nd day of August, 2012.

_____
Notary Public, County of Kent, State of Michigan
My Commission Expires:
Acting in Kent County

DENISE M. HAZELRIGG
NOTARY PUBLIC KENT CO., MI
MY COMMISSION EXPIRES JUL 28, 2013
ACTING IN THE COUNTY OF KENT

29073.000396 EMF_US 41583759v2



Exhibit A: St. Regis Paper Co. Land Ownership Before 1956 Transactions





Exhibit B: Lands Deeded and Leased by St. Regis Paper Co. To Thor Corp. in 1956



Exhibit C: Panelyte Property







Exhibit D: St. Regis Paper Co. Transfer to Allied Paper Corporation - 1966