IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC <br><br> Plaintiffs, <br><br> v. <br><br> NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO., <br><br> Defendants. | No: 1:11-cv-00483 <br><br> Judge Robert J. Jonker |

### EXHIBIT INDEX TO GEORGIA-PACIFIC'S MEMORANDUM OF LAW IN OPPOSITION TO INTERNATIONAL PAPER COMPANY'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs Georgia-Pacific Consumer Products, LP, Fort James Corporation and Georgia-Pacific LLC, by counsel, submit exhibits 17B through 50 in support their Memorandum in Opposition to International Paper Company's Motion for Summary Judgment. To conform with this Court's electronic filing rules, these exhibits are grouped as attachments as follows:

Attachment 1:    Exhibits 17B, 17C, 29, 30, 31, 32, 33 & 34;

Attachment 2:    Exhibits 35, 36, 37 & 38;

Attachment 3:    Exhibits 39, 40, 41 & 42;

Attachment 4:    Exhibit 43;

Attachment 5:    Exhibits 44, 45, 46, 47, 48, 49 & 50.

Dated: August 27, 2012

**GEORGIA-PACIFIC CONSUMER PRODUCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC**

BY:      /s/ Joseph C. Kearfott

Peter A. Smit, Bar No. P 27886
Varnum LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501
(616) 336-6000

Joseph C. Kearfott
Douglas M. Garrou
George P. Sibley, III
Paul T. Nyffeler
Hunton & Williams LLP
951 East Byrd St.
Richmond, VA 23219
(804) 788-8200

Jeffrey N. Martin
Djordje Petkoski
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C.  20037
(202) 955-1500

Kathy Robb
Hunton & Williams LLP
200 Park Avenue, 52nd Floor
New York, New York  10166-0005
(212) 309-1000

Jan M. Conlin
Tara D. Falsani
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
(612) 349-8500

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2012, I electronically filed the foregoing using the ECF system, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

                              **GEORGIA-PACIFIC CONSUMER PRODUCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC**

                              By:    /s/ Joseph C. Kearfott