IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **GEORGIA-PACIFIC CONSUMER PRODUCTS LP,** ) <br> **FORT JAMES CORPORATION, and** ) <br> **GEORGIA-PACIFIC LLC** ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br>     v. ) <br> ) <br> **NCR CORPORATION,** ) <br> **INTERNATIONAL PAPER CO.,** ) <br> **and WEYERHAEUSER CO.,** ) <br> ) <br>     **Defendants.** ) | No: 1:11-cv-00483 <br><br> Judge Robert J. Jonker |

### EXHIBIT INDEX TO GEORGIA-PACIFIC'S MEMORANDUM OF LAW IN RESPONSE TO NCR CORPORATION'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs Georgia-Pacific Consumer Products, LP, Fort James Corporation and Georgia-Pacific LLC, by counsel, submit exhibits 51 through 122 in support their Memorandum in Opposition to NCR Corporation's Motion for Summary Judgment. To conform with this Court's electronic filing rules, these exhibits are grouped as attachments as follows:

Attachment 1:    Exhibits 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68 & 69;

Attachment 2:    Exhibits 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87 & 88;

Attachment 3:    Exhibits 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101 & 102;

Attachment 4:    Exhibits 103A, 103B, 103C, 103D, 103E, 103F, 103G, 103H, 103I, 103J, 103K, 103L & 103M;

Attachment 5:    Exhibits 103N, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121 & 122.

Dated: August 27, 2012

GEORGIA-PACIFIC CONSUMER PRODUCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC

BY:     /s/ Joseph C. Kearfott

Peter A. Smit, Bar No. P 27886
Varnum LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501
(616) 336-6000

Joseph C. Kearfott
Douglas M. Garrou
George P. Sibley, III
Paul T. Nyffeler
Hunton & Williams LLP
951 East Byrd St.
Richmond, VA 23219
(804) 788-8200

Jeffrey N. Martin
Djordje Petkoski
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 955-1500

Kathy Robb
Hunton & Williams LLP
200 Park Avenue, 52nd Floor
New York, New York 10166-0005
(212) 309-1000

2

Jan M. Conlin
Tara D. Falsani
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
(612) 349-8500

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2012, I electronically filed the foregoing using the ECF system, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

                                        **GEORGIA-PACIFIC CONSUMER PRODUCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC**

                                        By:      /s/ Joseph C. Kearfott