IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC <br><br> Plaintiffs, <br><br> v. <br><br> NCR CORPORATION INTERNATIONAL PAPER CO., and WEYERHAEUSER CO. <br><br> Defendants. | Civil Action No. 1:11-CV-00483 <br><br> Judge Robert J. Jonker |

_____

### STIPULATION AND [PROPOSED] ORDER ON CERTAIN LIMITED DISCOVERY
_____

Plaintiffs, Georgia-Pacific Consumer Products LP, Fort James Corporation and Georgia-Pacific LLC (collectively, "Georgia-Pacific"), and Defendant NCR Corporation ("NCR"), by and through their counsel, enter into and respectfully request the Court approve this stipulation for the limited purpose of reopening the deposition of Georgia-Pacific's witness, Gene Edgerton.

Pursuant to the Case Management Order entered by the Court on June 28, 2011 (No. 11-cv-483, Dkt. #83) ("CMO"), fact discovery concluded on March 30, 2012. Rule 16.2 of the Local Rules of Practice and Procedure of the United States District Court for the Western District of Michigan provides that the Court may modify the Case Management Order in the interest of justice, on its own initiative or for good cause shown. *See also* Fed. R. Civ. P. Rule 16(b)(4).

As a compromise regarding a dispute as to whether or not Gene Edgerton's December 2, 2011 deposition ought to be reopened in light of statements contained in Edgerton's August 21 affidavit (No. 11-cv-483, Dkt. #300-5)—which was submitted in conjunction with Georgia-Pacific's August 27 opposition to NCR's motion for summary judgment (No. 11-cv-483, Dkt. #299)—NCR and Georgia-Pacific have agreed, with certain limitations, to reopen Edgerton's deposition on September 12 in Sheboygan, Wisconsin for two hours of questioning time.  NCR and Georgia-Pacific respectfully ask the Court to approve this stipulation.

Dated:  September 10, 2012 NCR CORPORATION


 /s/ Darin P. McAtee
Darin P. McAtee
*Counsel for NCR Corporation*

Geoffrey A. Fields
Dickinson Wright
200 Ottawa Avenue, N.W., Suite 1000
Grand Rapids, MI 49503-2427
Phone: (616) 336-1017
Fax: (616) 458-6753

Evan R. Chesler
Darin P. McAtee
Yonatan Even
Cravath, Swaine & Moore LLP
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
dmcatee@cravath.com

Evan B. Westerfield
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

Linda R. Larson
Bradley M. Marten
Marten Law PLLC
1191 Second Avenue, Suite 2200
Seattle, Washington 98101
Phone: (206) 292-2600
Fax: (206) 292-2601

GEORGIA-PACIFIC CONSUMER PRODUCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC

By: /s/ Douglas M. Garrou

Peter A. Smit, Bar No. P 27886
Varnum LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501
(616) 336-6000

Joseph C. Kearfott
Douglas M. Garrou
George P. Sibley, III
Hunton & Williams LLP
951 East Byrd St.
Richmond, VA 23219
(804) 788-8200

Jeffrey N. Martin
Hunton & Williams LLP
1900 K Street, N.W.
Washington, D.C.  20006
(202) 955-1500

Kathy Robb
Hunton & Williams LLP
200 Park Avenue, 52nd Floor
New York, New York  10166-0005
(212) 309-1000

Jan M. Conlin
Tara D. Falsani
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402
(612) 349-8500

The foregoing Stipulation is hereby approved and so ORDERED.

_____            Dated: _____

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2012, I electronically filed the Stipulation and [Proposed] Order on Certain Limited Discovery using the ECF system, which will send notification of such filing by operation of the Court's electronic systems.  Parties may access this filing via the Court's electronic system.

FURTHERMORE, I hereby certify that on September 10, 2012, I served by electronic mail a copy of the aforementioned document upon counsel listed below:

>Dean P. Laing
>O'Neil Cannon Hollman DeJong & Laing SC
>111 E Wisconsin Ave - Ste 1400
>Milwaukee, WI 53202
>Dean.Laing@wilaw.com

Dated:  September 10, 2012            NCR CORPORATION

/s/ Darin P. McAtee
Darin P. McAtee