UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA–PACIFIC CONSUMER
PRODUCTS LP, et al.,

      Plaintiffs,                       Case No. 1:11–cv–00483–RJJ

v.                               Hon. Robert J. Jonker

NCR CORPORATION, et al.,

      Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

|  |  |
|---|---|
| Motion(s): | Motion for Summary Judgment – #237<br>Motion for Summary Judgment – #242<br>Motion for Summary Judgment – #247 |
| Date/Time: | December 10, 2012   03:00 PM |
| Judge: | Robert J. Jonker |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

                                        ROBERT J. JONKER
                                        United States District Judge

Dated:  September 11, 2012       By:  /s/ Melva I. Ludge
                                                  Case Manager