UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,<br><br>Defendant. | Case No. 1:11-cv-00483<br>Judge: Hon. Robert J. Jonker |

**BRIEF IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE
OF RICK R. ROTHMAN**

International Paper Company, by its current counsel of record, in support of its motion to withdraw the appearance of Rick R. Rothman of Bingham McCutchen LLP, relies on W.D. Mich. LCivR 83.3(d) and the reasons set forth in said motion and requests that the motion be granted.

                          **INTERNATIONAL PAPER COMPANY**

                          By:    /s/ David W. Centner

                          David W. Centner
                          Clark Hill PLC
                          200 Ottawa Ave. NW, Ste. 500
                          Grand Rapids, MI 49503
                          (616) 608-1106
                          dcentner@clarkhill.com

                          John F. Cermak, Jr.
                          Sonja A. Inglin
                          Baker & Hostetler, LLP
                          12100 Wilshire Boulevard, 15th Floor
                          Los Angeles, CA 90025
                          Phone: (310) 820-8800

        John D. Parker
        Baker & Hostetler LLP
        1900 East 9th Street, Suite 3200
        Cleveland, OH 44114-3482
        Phone: (216) 861-7610