UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,<br><br>　　　　　Defendant. | Case No. 1:11-cv-00483<br>Judge: Hon. Robert J. Jonker |

### ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE OF RICK R. ROTHMAN

Pursuant to the motion of International Paper Company, by and through its counsel, brought pursuant to W.D. Mich. LCivR 83.3(d), and the Court being otherwise apprised in the premises, NOW THEREFORE,

IT IS HEREBY ORDERED that the Appearance of Rick R. Rothman of Bingham McCutchen LLP is hereby withdrawn and no further service of any kind shall be required or made upon him.

**IT IS SO ORDERED.**

Dated:  September 28, 2012          /s/ Robert J. Jonker
　　　　　　　　　　　　　　　　　　　Hon. Robert J. Jonker

8427039.1 19034/146663