UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA–PACIFIC CONSUMER
PRODUCTS LP, et al.,

      Plaintiffs,                             Case No. 1:11–cv–00483–RJJ

v.                                    Hon. Robert J. Jonker

NCR CORPORATION, et al.,

      Defendants.
_____/

## ORDER

     The Court approves the stipulation and motion for excess pages (docket #234 and #244).

     IT IS SO ORDERED.

Dated:  October 2, 2012                          /s/ Robert J. Jonker
                                                     ROBERT J. JONKER
                                                     United States District Judge