UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

GEORGIA-PACIFIC CONSUMER
PRODUCTS, LP, et al.,

                Plaintiffs,                    Case No.  1:11cv483

v.                                     Hon. Robert J. Jonker

NCR CORPORATION, et al.,

                Defendants.
_____/

# ORDER

This matter is scheduled for a Status Conference on October 22, 2012 at 3:00 p.m.  The Conference will include discussion on Alternative Dispute Resolution and settlement opportunities, as well as preliminary discussion of pending summary judgment motions, and Phase I trial planning for any claims that survive summary judgment.  Party representatives are not required to attend but counsel must be in attendance.  To assist the Court,

**IT IS ORDERED** that counsel prepare and efile a Joint Status Report, outlining the status of the case no later than **October 18, 2012.**

_____/s/Robert J. Jonker_____
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE

Dated:  October 3, 2012