UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

# MINUTE SHEET

Case No.    1:11-cv-483
Date:       December 10, 2012
Time:       3:00 pm - 4:55 pm
Place:      Grand Rapids, Michigan
Judge:      Hon. Robert J. Jonker

*Georgia Pacific et al. v. NCR Corp. et al.*

COUNSEL:  Plaintiff(s):    Peter Smit
                           Joseph Kearfott
                           Douglas Garrou
                           George Sibley
                           Jan Conlin
                           John Burgess

          Defendant(s):    John Parker
                           David Centner
                           Christopher Baird
                           Scott Watson
                           Evan Chesler
                           Omid Nasab
                           Geoffrey Fields
                           Jennifer Jude
                           Edward Gallagher

### WITNESSES

N/A

### PROCEEDINGS

**NATURE OF PROCEEDINGS:**   Motions for Summary Judgment (docket ## 237, 242, 247). Order to follow.

Court Reporter: Glenda Trexler            Courtroom Clerk: Mark Thomson