IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>NCR CORPORATION and INTERNATIONAL PAPER CO.,<br><br>        Defendants. | Civil Action No. 1:11-cv-00483-RJJ<br><br>Judge Robert J. Jonker |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE OF TARA DAWN FALSANI

Pursuant to the motion of Georgia-Pacific Consumer Products, LP, Fort James Corporation, and Georgia-Pacific LLC, by and through their counsel of record, brought pursuant to W.D. Mich. LCivR 83.3(d), and the Court being otherwise apprised in the premises, NOW THEREFORE,

IT IS HEREBY ORDERED that the Appearance of Tara Dawn Falsani, formerly of Robins, Kaplan, Miller & Ciresi L.L.P., is hereby withdrawn and no further service of any kind shall be required or made upon her.

**IT IS SO ORDERED.**

Dated: January  4 , 2013       /s/ Robert J. Jonker
                               Hon. Robert J. Jonker

83599652.1