IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA PACIFIC CONSUMER PRODUCTS, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC,<br><br>              Plaintiffs,<br><br>v.<br><br>NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER COMPANY,<br>              Defendants. | Civil Action No. 1:11-cv-00483-RJJ<br><br>Assigned to: Hon. Robert J. Jonker |

**NOTICE AND PROOF OF SERVICE**

I hereby certify that on December 28, 2012, I served Supplemental Responses of International Paper Company to Certain Interrogatories upon the following counsel of record:

| | |
|---|---|
| Peter A. Smit | pasmit@varnumlaw.com |
| Joseph C. Kearfott | jkearfott@hunton.com |
| Douglas M. Garrou | dgarrou@hunton.com |
| George P. Sibley, III | gsibley@hunton.com |
| Jeffrey N. Martin | jmartin@hunton.com |
| Kathy Robb | krobb@hunton.com |
| Jan M. Conlin | jmconlin@rkmc.com |
| Tara Dawn Falsani | tdfalsani@rkmc.com |
| Eric W. Ha | eha@sidley.com |
| Evan B. Westerfield | evanwesterfield@sidley.com |
| Margaret R. Sobota | msobota@sidley.com |
| Sandra C. Goldstein | sgoldstein@cravath.com |
| Evan C. Chesler | echesler@cravath.com |
| Darin P. McAtee | dmcatee@cravath.com |
| Omid H. Nasab | onasab@cravath.com |
| Vanessa A. Lavely | vlavely@cravath.com |
| Geoffrey A. Fields | gfields@dickinsonwright.com |
| Meline G. MacCurdy | mmaccurdy@martenlaw.com |
| Linda R. Larson | llarson@martenlaw.com |
| Bradley M. Marten | bmarten@martenlaw.com |
| J. Christopher Baird | jcbaird@perkinscoie.com |

| | |
|---|---|
| Douglas A. Dozeman | ddozeman@wnj.com |
| Michael L. Dunning | mdunning@perkinscoie.com |
| Karen M. McGaffey | kmcgaffey@perkinscoie.com |
| Mark W. Schneider | mwschneider@perkinscoie.com |
| Scott M. Watson | swatson@wnj.com |

Respectfully submitted,

*/s/ Charles E. Shelton*

John F. Cermak, Jr.
Sonja A. Inglin
Charles E. Shelton
Baker & Hostetler LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: jcermak@bakerlaw.com
       singlin@bakerlaw.com
       cshelton@bakerlaw.com

John D. Parker
Lora M. Reece
Michael Dominic Meuti
Baker & Hostetler LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
Telephone: 216.861.7709
Facsimile: 216.696.0740
Email: jparker@bakerlaw.com
       lreece@bakerlaw.com
       mmeuti@bakerlaw.com

David W. Centner
Clark Hill, PLC
200 Ottawa Avenue, N.W., Suite 500
Grand Rapids, MI 49503
Telephone: 616.608.1106
Facsimile: 616.608.1166
Email: dcentner@clarkhill.com

Attorneys for Defendant/
Counterclaimant/Crossclaimant
International Paper Company

601852250