UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA-PACIFIC CONSUMER
PRODUCTS LP,
FORT JAMES CORPORATION, and
GEORGIA-PACIFIC LLC,

    Plaintiffs,

v.

NCR CORPORATION,
INTERNATIONAL PAPER CO., and
WEYERHAEUSER CO.,

    Defendants.
_____/

CASE NO. 1:11-CV-483

HON. ROBERT J. JONKER

## **ORDER**

This matter is before the Court on the parties' Joint Motion to alter some of the normal Final Pretrial Conference preparation protocols and deadlines. The Final Pretrial Conference is currently set for February 4, 2013, and bench trial is set to begin February 19, 2013. Normally, trial briefs, proposed findings of fact and conclusions of law, a proposed final pretrial order and a series of other submissions would be due before the Final Pretrial Conference itself. Here, the parties propose to defer pre-trial briefs to a date between the Final Pretrial Conference and trial (February 11, 2013); to dispense with proposed findings of fact and conclusions of law until after trial itself; and to submit only a single exhibit set, rather than the three sets normally required.

After considering the parties' requests, the Court orders the following modifications to the normal Final Pretrial Conference process:

    1. Proposed findings of fact and conclusions of law may be submitted post-trial, rather than in advance of the Final Pretrial Conference.

2. Trial briefs filed after the Final Pretrial Conference are of significantly less value to the Court, and so the Court will not set a deadline for trial briefs that is later than the Final Pretrial Conference.

3. The requirement of multiple exhibit sets facilitates both trial presentation and internal chambers work allocation among the Court Reporter, the Law Clerk and other Court staff and the Court itself. In this case, however, the Court is satisfied that one paper set of exhibits is sufficient before the Final Pretrial Conference, provided that the parties simultaneously submit two additional sets of exhibits on PC-readable discs in PDF format.

Except as modified by this, or the previous order of the Court, the normal requirements and deadlines for Final Pretrial Conference preparation continue to apply.

**IT IS SO ORDERED**.


Dated:     January 24, 2013            /s/ Robert J. Jonker
                                       ROBERT J. JONKER
                                       UNITED STATES DISTRICT JUDGE