IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, | ) ) ) ) ) | |
| Plaintiffs, v. | ) ) ) | No. 11-cv-00483 |
| NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO., | ) ) ) ) | Judge Robert Jonker |
| Defendants. | ) ) | |

**DECLARATION OF DARIN P. MCATEE IN SUPPORT OF DEFENDANT NCR CORPORATION'S MOTION *IN LIMINE* TO PRECLUDE PLAINTIFFS FROM PRESENTING TESTIMONY FROM JOHN GOUGH AND DONALD D. LACEY**

I, DARIN P. McATEE, declare as follows:

1.  I am a member of the law firm of Cravath, Swaine & Moore LLP, and I am one of the attorneys representing Defendant NCR Corporation ("NCR") in the above-captioned action. I am admitted to practice in the Western District of Michigan.

2.  I submit this declaration in support of Defendant NCR Corporation's Motion *in Limine* to Preclude Plaintiffs from Presenting Testimony from John Gough and Donald D. Lacey.

3.  Attached hereto as Exhibit 1 is a true and correct copy of an excerpt of the transcript of the Deposition of David Hatton, dated October 21, 2011.

4.  Attached hereto as Exhibit 2 is a true and correct copy of an excerpt of the transcript of the Deposition of Leon Martin, dated August 30, 2011.

5. Attached hereto as Exhibit 3 is a true and correct copy of the transcript of the Deposition of Donald D. Lacey, dated August 31, 2011.

6. Attached hereto as Exhibit 4 is true and correct copy of an excerpt of a document marked as Exhibit 20 during Donald D. Lacey's Videotaped Deposition with the subject "RE: Thanks for catching me up on emails", bates-stamped KZWIT00719 and dated November 1, 2010.

7. Attached hereto as Exhibit 5 is true and correct copy of an excerpt of a document marked as Exhibit 22 during Donald D. Lacey's Videotaped Deposition, bates-stamped KZWIT00001—KZWIT00003 and dated January 6, 2011.

8. Attached hereto as Exhibit 6 is true and correct copy of an excerpt of a document marked as Exhibit 23 during Donald D. Lacey's Videotaped Deposition, bates-stamped KZWIT00008—KZWIT00015 and KZWIT00026—KZWIT00034 and bearing a number of dates from January 2011 to July 2011.

9. Attached hereto as Exhibit 7 is a true and correct copy of the transcript of the Deposition of John Gough, dated October 20, 2011.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2013.

_____
Darin P. McAtee
*Counsel for NCR Corporation*

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
dmcatee@cravath.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2013, I electronically filed the Declaration of Darin P. McAtee in Support of Defendant NCR Corporation's Motion *in Limine* to Preclude Plaintiffs from Presenting Testimony from John Gough and Donald D. Lacey using the ECF system, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

FURTHERMORE, I hereby certify that on January 28, 2013, I served by electronic mail a copy of the aforementioned document upon counsel listed below:

> Dean P. Laing
> O'Neil Cannon Hollman DeJong & Laing SC
> 111 E Wisconsin Ave, Suite 1400
> Milwaukee, WI 53202
> Dean.Laing@wilaw.com

> /s/ Darin P. McAtee
> *Counsel for NCR Corporation*