# Exhibit 1

Page Intentionally Left Blank
for Double-Sided Printing

Hatton, David 11/21/2011 9:07:00 AM

1
2
      IN THE UNITED STATES DISTRICT COURT
3     FOR THE EASTERN DISTRICT OF WISCONSIN
          GREEN BAY DIVISION
4
    _____
5                 :
    APPLETON PAPERS, INC and   : Case No:
6     NCR CORPORATION       : 08-CV-00016-WCG
                :
7         Plaintiffs   :
                :
8         -v-     :
                :
9     GEORGE A WHITING PAPER   :
    COMPANY et al       :
10                 :
        Defendants   :
11     _____ :
12
13         VIDEOTAPED DEPOSITION
14            OF
15         MR DAVID HATTON
16     On Friday, October 21st 2011
17
18       Commencing at 11.35 am
19
        Taken at the offices of:
20         Latham & Watkins LLP
          99 Bishopsgate
21         London EC2M 3XF
          United Kingdom
22
23
24
    Reported by: Miss Pamela Henley
25

Page Intentionally Left Blank
for Double-Sided Printing

1         Hatton - Lytz

2    you began work at Wiggins Teape of the concern

3    that had arisen with relationship to Aroclor?

4       A.   Yes --

5         MR KRAUSS: Object to form.

6    Mischaracterises his testimony.

7         MR BURGESS: Go ahead.

8       A.   Yes, basically I think we were just

9    concerned that PCB being related to DDT there was

10   this concern about DDT accumulating in the body.

11   We had no previous concern about that, or evidence

12   about it, but obviously it was coming to light, we

13   were thinking, well, we need to be aware of what

14   is going on with this product.

15      (Exhibit 2 marked for identification)

16       MR LYTZ: Mr Hatton, the court

17   reporter has handed to you Exhibit 2 to your

18   deposition. This appears to be a June 6th, 1968

19   letter to D Cole from RE Lister, a two-page

20   document with a Bates range BCFOX00003780 through

21   3781. Would you take a moment, examine the

22   document and tell me if you recognise it (pause

23   for reading).

24      A.   Yes, I recognise it as a document

25   that would have been in the files which I would

Hatton, David 11/21/2011 9:07:00 AM

1         Hatton - Lytz

2    have seen.

3         (Exhibit 3 marked for identification)

4         Q.    Mr Hatton, I have handed to you

5    what has been marked as Exhibit 3 to your

6    deposition. It is a two-page document with the

7    Bates range BCFOX00008139 through 8140. This

8    looks to be an October 6th, 1969 letter to you

9    from ML Maddy; do you recognise this document?

10        A.    Yes.

11        Q.    What is it?

12        A.    What is it?

13        Q.    (Nodded).

14        A.    Basically a response to us having

15   asked them to give us information on DDT because

16   obviously we were beginning to hear about the

17   possibility of it being banned so this was

18   basically Arthur D Little giving us information on

19   what they had managed to find out.

20        Q.    Was there a relationship between

21   DDT and PCBs that you were aware of or concerned

22   about in October of 1968?

23            MR KRAUSS: Objection, foundation.

24            MR McATEE: And leading. You

25   cannot lead witnesses you pay.

1        Hatton - Lytz

2        MR BURGESS: You can answer.

3        A.   Were we aware of a relationship

4    between PCBs and DDT? Yes, this is what this is

5    about, I guess. They are part of the same family

6    as far as we were concerned.

7        (Exhibit 4 marked for identification)

8        MR LYTZ: Mr Hatton, the court

9    reporter has handed to you what has been marked as

10   Exhibit 4 to your deposition. This appears to be

11   a December 4th, 1969 memo from C Capps to AH

12   Reynolds.

13       A.   That is not the one I have here

14   (same handed).

15       Q.   I am sorry, what do you have? I

16   have handed to you what has been marked as Exhibit

17   4 to your deposition, a single page document with

18   Bates number BCFOX00004027. This appears to be a

19   copy of a December 22nd, 1969 letter from you to

20   RE Lister?

21       A.   Yes.

22       Q.   Do you recognise this?

23       A.   Yes.

24       Q.   Is this a letter that you wrote to

25   Mr Lister on or about December 22nd, 1969?

1           Hatton - Lytz

2      A.    September 30th you are talking

3    about here, sorry, have I got the wrong...

4      Q.    Are we...

5      A.    You said December, this is 30th

6    September.

7           MR McATEE:  I have 30th September

8    too.

9           MR LYTZ:  I will start again.  My

10   apologies.

11     Q.    Mr Hatton, you have Exhibit 4

12   before you, a single page document with the Bates

13   number BCFOX00003816 which looks to be a letter

14   from you to RE Lister dated September 30th of

15   1969; do you recognise this document?

16     A.    I do.

17     Q.    What were you asking Mr Lister

18   about?

19     A.    Basically apart from this it is

20   clear that we had picked up the article on DDT

21   being banned in Ontario and we were concerned

22   about where else it may get banned, and the fact

23   of Aroclor being a relative of DDT we need to be

24   aware of any such development elsewhere.

25        (Exhibit 5 marked for identification)

Hatton, David  11/21/2011  9:07:00 AM

1           Hatton - Lytz

2      Q.   Mr Hatton, the reporter has handed

3  to you Exhibit 5, BCFOX00008147 through 8148, take

4  a moment to examine the document, please, and tell

5  me if you recognise it.  (Pause for reading)

6      A.   Yes, I do.

7      Q.   You were a CC on this letter or

8  this memo; do you remember receiving it some time

9  in December of 1969?

10     A.   Yes, I do.

11     Q.   Who is AH Reynolds?

12     A.   AH Reynolds, Alan Reynolds was a

13  guy in the economic strategic part of the company.

14  We had lots of different divisions.  He had his

15  men and, obviously, I suspect, from this that one

16  of his guys had picked up information and fed it

17  through to Clive.

18     Q.   Who was WD Hoath?

19     A.   Where are we?

20     Q.   I am looking at the CC list at the

21  bottom of the page.

22     A.   That is WD Hoath, Bill Hoath, who

23  was the senior guy in the Butler's Court

24  hierarchy.

25     Q.   There is a PS at the bottom

Page Intentionally Left Blank

Hatton, David 11/21/2011 9:07:00 AM

| | | |
|---|---|---|
| 1 | | Hatton - McAtee |
| 2 | time, was it? | |
| 3 | A. | Yes. |
| 4 | Q. | Right? |
| 5 | A. | Proven. |
| 6 | Q. | None of that was proven -- |
| 7 | A. | None of it was proven at the time, |
| 8 | no, correct. | |
| 9 | Q. | -- in fact one of the positions |
| 10 | that your company took in this time period was | |
| 11 | that substances such as alcohol and common salt | |
| 12 | are more toxic than PCBs, right? | |
| 13 | A. | That was part of the -- yes, the |
| 14 | reporting system if you looked at the -- what they | |
| 15 | called the straight toxicity of the material. | |
| 16 | This is the dose that would kill people. Yes, | |
| 17 | common salt and alcohol would likely kill you more | |
| 18 | than Aroclor as a straight poison, if you like in | |
| 19 | the system. Poison is a bad word, but, yes, that | |
| 20 | was -- as a particular measurement they used | |
| 21 | called an LD 50 which would indicate the relative | |
| 22 | toxicity of products. Toxicity being quite | |
| 23 | different from cumulative effects, which we were | |
| 24 | not studying. | |
| 25 | Q. | Well, did you not have a scientist |

Hatton, David 11/21/2011 9:07:00 AM

1          Hatton - McAtee

2    study whether or not they could find any evidence

3    of 1242 as opposed to other Aroclor in wildlife?

4    Didn't you have that study in 1970 and 1971 and

5    '72?

6        A.    Whether we could find it in

7    wildlife? I cannot recall it. I cannot recall it.

8        Q.    Do you recall being told in

9    March 1970 by experts that you relied upon that

10    there was no real evidence of Aroclor 1242 residue

11    in wildlife?

12        A.    I recall us not finding 1242 in

13    wildlife, yes.

14        Q.    You recall there being no evidence

15    of an accumulation of Aroclor 1242 in wildlife at

16    that time, right?

17        A.    Sorry, repeat the question.

18          MR BURGESS: Do you want it read

19    back?

20          THE WITNESS: Can you just repeat

21    that last question.

22       (Preceding question read back)

23        A.    Correct.

24          BY MR McATEE:

25        Q.    And that is what your scientists

Hatton, David  11/21/2011  9:07:00 AM

1   Hatton - McAtee

2 were telling you and you relied upon that, right?

3  A. Correct.

4  Q. By the way, when -- did you -- you

5 have been retained by the lawyers for

6 Georgia-Pacific, is that true?

7  A. Yes.

8  Q. You have a consulting agreement

9 with them?

10  A. I do.

11  Q. They are paying you money for

12 looking at documents and for testifying?

13  A. Correct.

14  Q. You are being paid today?

15  A. Yes.

16  Q. What is your rate?

17  A. It is £140 an hour.

18  Q. Do you know the total amount, in

19 ballpark terms, of what you have been paid or will

20 be paid as a result of your consultancy?

21  A. I have not billed it yet, but it is

22 going to be about 15, 16 hours with the travel and

23 the first meeting.  Something like that.  Around

24 about that. Look at today as well and that will be

25 it.

Hatton, David  11/21/2011  9:07:00 AM

1         Hatton - McAtee

2      Q.   And you -- when they sent you a

3   bunch of documents you looked at all those?

4      A.   I did.

5      Q.   And you billed them for that?

6      A.   Yes.

7      Q.   Did it come in a big binder in

8   July?

9      A.   Yes, it was July.  Yes, in a big

10  binder.

11     Q.   Was it your understanding that that

12  was an accumulation of documents that the lawyers

13  for Georgia-Pacific wanted you to look at?

14     A.   Correct.

15     Q.   And it included many of the

16  documents that you looked at on your direct

17  examination today?

18     A.   That is correct.

19     Q.   When they sent you the binder of

20  documents did they put in the binder the documents

21  that you and others at Wiggins Teape had written

22  making the conclusion that it was harmless, that

23  it had gotten a clean bill of health, that the

24  seals and the birds were not killed by PCBs, and

25  that it was not toxic?  Did they put those

Hatton, David 11/21/2011 9:07:00 AM

1         Hatton - McAtee

2    documents in your binder?

3       A.   There would have been documents.

4    Yes, everything I have seen, some of the things

5    you are saying, yes, yes.

6       Q.   Did you recall seeing a letter that

7    you had written in December 1972 where you told a

8    government official that the old paper was

9    completely harmless and not toxic?

10       MR BURGESS:  Do you want to show

11   him that?

12       MR McATEE:  I want to know if he

13   remembers it being in his binder that the lawyers

14   for Georgia-Pacific sent to you.

15       A.   I think I do recall it. Yes. Yes.

16       Q.   So you have no doubt that you wrote

17   that letter in or about 1973?

18       A.   If my name is on it I have written

19   it. No question.

20       Q.   And that is what you and others at

21   Wiggins Teape believed during that time period,

22   right?

23       A.   Yes. Yes. Yes.

24       Q.   And that is what -- when you were

25   talking to Monsanto and NCR at meetings that is