# Exhibit 4

Page Intentionally Left Blank
for Double-Sided Printing

Page 1 of 1

**From:** Childs, John C. (GP Law)
**Sent:** Monday, November 01, 2010 6:34 AM
**To:** 'Leon Martin'
**Cc:** Burgess, John E. (GP Law); Jan M. Conlin (jmconlin@rkmc.com)
**Subject:** RE: Thanks for catching me up on emails

Leon,

Hope you had a nice weekend. No worries about the email address hicup—it happens. Just include the Lacey charge for reviewing his boxes as part of your expenses, next time around. Whatever he finds, please have him send it to Jan. I will try to figure out this morning from my billing folks where we are with what invoices we have received. I know we now have in hand your September time and expenses ( 42 hours/$501.19 expenses) which you just resent and I sent that in on Friday for processing. I understand that you received reimbursement for your August expenses, but not the 39.5 hours of August time. I now have your email invoice and I will process that too. Got caught up on the status report emails you resent and it appears we are chasing down what few folks are around. I think that both John Sharp at River Valley Paper Co and Stu Heinbach are promising leads. Still high on my list is to try to arrange for Jan to meet Gideon and Golper. I know John is very reluctant, but maybe persistence will pay off. Best wishes and keep me advised of your efforts. Many thanks

**From:** Leon Martin [mailto:leon.martin82@yahoo.com]
**Sent:** Friday, October 29, 2010 7:42 PM
**To:** Childs, John C. (GP Law)
**Subject:** Sorry sorry

John,
Again *am very sorry for the mess up with the e-mails. I got a hold of Roy Hill and have called a few times trying to get him to recall some the things about what we were running. Roy was working in the pulper room when I hired in.*
*Lacey said that he had 3 or4 boxes to go through yet but said he didn't have time. He has been saying that for a couple of months so I ask if he would have time for $50.00 per hour. I could see from what he was saying that he wanted some thing for doing that. Well shit it turns out that he had 10 boxes and it took him 10 hours to go through them. How should i handle that as an expense or what?*

*Leon*



KZWIT00719

8/8/2011