# Exhibit 5

Page Intentionally Left Blank
for Double-Sided Printing

**ROBINS, KAPLAN, MILLER & CIRESI** L.L.P.

ATTORNEYS AT LAW

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

JAN M. CONLIN
612-349-8218

January 6, 2011

Mr. Don Lacey
2355 South Pine Avenue
White Cloud, MI 49349

  Re: Georgia-Pacific
    Our File No.: 011941.0003

Dear Don:

We enclose two copies of your affidavit. Please sign one copy before a notary and send it back to us in the self-addressed, stamped envelope that we've provided. The other copy is for your records. Please call me if you have any questions.

Don, we sincerely appreciate your time and assistance in this matter. I have sent an invoice to Georgia-Pacific for your time and expenses in traveling to meet with me.

Happy New Year to you and your family.

        Sincerely,

        ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

        Jan M. Conlin

JMC/bp
Enclosures

EXHIBIT
Lacey
22
KK 8-31-11

KZWIT00001

## AFFIDAVIT OF DON LACEY

Affiant, Don Lacey, being duly sworn, states as follows:

1. My name is Don Lacey.

2. I live at 2355 South Pine Avenue, White Cloud, MI 49349

3. I make all of the statements in this Affidavit of my own personal knowledge.

4. I worked at Georgia-Pacific for about 43 years.

5. In 1953, I started working at Georgia-Pacific as a fourthhand in the paper mill. From there, I worked in various other positions including the meter room and the washer department.

6. In the mid-1960s I was transferred to Mill #1 and worked in the hydropulping and receiving department. Eventually I became a salaried employee and went into management at Mill #1. I remained in a management position for over 20 years.

7. From my time working in the receiving department, I have personal knowledge that NCR paper (coated, carbonless copy paper) was part of the recipe used to make pulp in both Mill #1 and Mill #3 in the mid-late 1960s and early 1970s.

8. Weights of the bales of waste paper that we received would vary, but I recall NCR bales as generally being lighter.

9. The procedure at Mill #1 was that the lead man would set up the loads of paper to be fed into the hydropulper. Various materials would be fed into the hydropulper in stages.

10. Attached to this Affidavit as Exhibit A is a true and correct copy of the "recipe" that was used in the hydropulper. My signature is at the bottom. The recipe reflects that NCR paper, which was considered colored ledger, was used in

1

the recipe. I recall this recipe document and it is consistent with my recollection of procedures in the 1960s timeframe as well.

Executed on this _____ day of _____, 2011.

                                                                          _____
                                                                           Don Lacey

Subscribed and sworn to before me on this _____ day of _____, 2011, in the County of _____, State of _____

_____
Notary Public

My commission expires on: _____

2

81917202.1

KZWIT00003