# Exhibit 1

**FILE COPY** ~~OF THIS~~ MUST BE RETURNED TO THE LIBRARY

APPLETON COATED PAPER COMPANY, 825 EAST WISCONSIN AVENUE, APPLETON.

EXHIBIT 1010 EE
Oct 20 '11

TECH/L/FILE NO.300/65

Airmail.   May 19, 1965.

Mr. A.E. Burroughs,
Wiggins Teape Research & Development Ltd.,
London S.E.1. (England).

Dear Sam,   NCR BROKE - REPULPING

I have your letter of May 13 regarding repulping the NCR CB broke. Several different mills have used limited quantities of our CB broke, including Bergstrom Paper Company, Neenah, Wisconsin and Allied Paper Company, Kalamazoo, Michigan. At present we believe that the Kimberly-Clark Company, Moraine Mill in West Carrollton, Ohio is taking the bulk of the CB Broke, and is repulping it very successfully. All of our waste papers are sold through dealers, and, therefore, it is possible that someone else would be getting some of this that we would not be aware of.

We actually know very little about the processes used in reclaiming the CB Broke, however, we do not know that it is done by a conventional printing process. The Moraine Mill has a batch process and we believe they have developed some special handling means which enable them to easily remove the CB coating. Confidentially, we can tell you that we receive $75.00 per ton for this waste, which is quite high in relation to other waste papers we sell. This compares favourably with other white waste papers we sell and, therefore, they must be removing the coating in a rather simple manner.

It was certainly nice to hear from you, Sam. If we can be of help on anything else, please let us know.

Yours very truly,

(signed) Bud.

Appleton Coated Paper Co.

PM:Heinritz.

REPULPING - NCR BROKE.
BROKE - NCR PAPER, REPULPING.
NCR BROKE - REPULPING.



BCFOX00058122

Exhibit 1239

KZ00155172

C O P Y.

APPLETON COATED PAPER COMPANY, 825 EAST WISCONSIN AVENUE, APPLETON.

Airmail.  May 19, 1965.

Mr. A.E. Burroughs,
Wiggins Teape Research & Development Ltd.,
London S.E.1. (England).

Dear Sam,

I have your letter of May 13 regarding repulping the NCR CB Broke. Several different mills have used limited quantities of our CB Broke over the years, including Bergstrom Paper Company, Neenah, Wisconsin and Allied Paper Company, Kalamazoo, Michigan. At present we believe that the Kimberly-Clark Company, Moraine Mill in West Carrolton, Ohio is using the bulk of the CB Broke, and is repulping it very successfully. All of our waste papers are sold through dealers, and, therefore, it is possible that someone else would be getting some of this that we would not be aware of.

We actually know very little about the processes used in reclaiming the CB Broke, however, we do not know that it is done by a conventional de-inking process. The Moraine Mill has a batch process and we believe they have developed some special handling means which enable them to easily remove the CB coating. Confidentially, we can tell you that we receive £75.00 per ton for this waste, which is quite high in relation to other waste papers we sell. This compares favourably with other white waste papers we sell and, therefore, they must be removing the coating in a rather simple manner.

It was certainly nice to hear from you, Sam. If we can be of help on anything else, please let us know.

Yours very truly,

(signed) Bud.

Appleton Coated Paper Co.

FTHeinritz.

BCFOX00007067

DEPOSITION EXHIBIT
Hunter 9
7-6-12

KZ00023020

Exhibit 1240

FILE COPY <s>OF THIS</s> MUST BE RETURNED TO THE LIBRARY

TECH/L/FILE NO. 300/65

APPLETON COATED PAPER COMPANY, 825 EAST WISCONSIN AVENUE, APPLETON.

Airmail.

May 19, 1965.

Mr. A. E. Burroughs,
Wiggins Teape Research & Development Ltd.,
London S.E.1. (England).

Dear Sam;

## NCR BROKE - REPULPING

I have your letter of May 13 regarding repulping the NCR CB Broke. Several different mills have used limited quantities of our CB Broke over the years, including Bergstrom Paper Company, Neenah, Wisconsin and Allied Paper Company, Kalamazoo, Michigan. At present we believe that the Kimberly-Clark Company, Kraning Mill in West Carrolton, Ohio is using the bulk of the CB Broke, and is repulping it very successfully. All of our waste papers are sold through dealers, and, therefore, it is possible that someone else would be getting some of this that we would not be aware of.

We actually know very little about the processes used in reclaiming the CB Broke, however, we do not know that it is done by a conventional re-inking process. The Kraning Mill has a batch process and we believe they have developed some special handling means which enable them to easily remove the CB coating. Confidentially, we can tell you that we receive $ 75.00 per ton for this waste, which is quite high in relation to other waste papers we sell. This compares favourably with other white waste papers we sell and, therefore, they must be removing the coating in a rather simple manner.

It was certainly nice to hear from you, Sam. If we can be of help on anything else, please let us know.

Yours very truly,

(signed) Bud,

Appleton Coated Paper Co.

FWHeinritz.

REPULPING - NCR BROKE.
BROKE - NCR PAPER REPULPING.
NCR BROKE - REPULPING.

BCFOX00058122

KZ00023021