# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | No. 11-cv-00483 |
| NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO., | ) ) ) ) | Judge Robert Jonker |
| Defendants. | ) | |

_____

**DECLARATION OF DARIN P. MCATEE IN SUPPORT OF NCR CORPORATION'S MOTION *IN LIMINE* TO EXCLUDE TRIAL EXHIBITS 1239 AND 1240**
_____

**EXHIBITS 6 TO 9**