# Exhibit 8

## Choose Your Highlights

Choose a category and decade from the lists below to see how Xerox has been defining the future of documents for over 100 years.

**1. Please select one or more categories**

> Select all
> Awards
> Citizenship
> History
> Innovation
> Environment

**2. Please select one or more decades**

> Select all
> 2010s
> 2000s
> 1990s
> 1980s
> 1970s
> 1960s
> 1950s
> 1940s
> 1930s
> 1900s

start a new search search

**Your selections:** Awards, Citizenship, History, Innovation, Environment, 1950s

Page 1 of 1

### 1959

back to top

**Xerox Corporation**
The fast, economical Xerox 914—the first automatic, plain-paper commercial copier—is announced to the public on September 19 in a televised demonstration and subsequently revolutionizes the industry.

### 1958

back to top

**Haloid Xerox**
The Haloid Company, originally formed in 1906 to manufacture photographic paper and equipment, changes its name to Haloid Xerox Inc. on April 16 to reflect the company's focus on commercial xerography.

### 1956

back to top

**Rank Xerox**
The Haloid Company and The Rank Organisation plc (UK) form Rank Xerox as a joint venture to manufacture and market Haloid (later Xerox) equipment initially in Europe and eventually in Africa and Asia.

Page 1 of 1

**Company Info**

Xerox at a Glance
Xerox Leadership
Newsroom
Investor Relations
Innovation
Environment
Citizenship
Xerox Partnerships
Xerox Social Media
Xerox Interactive Timeline
Historical Highlights & Awards
Xerox Fact Sheet (PDF)

**Products & Services**

**Office Equipment**
Printers, copiers, multifunction printers, supplies.
view small business success stories

**Production Equipment**
Digital presses, production printers and copiers, wide format printers and workflow software.
view production success stories

**Business Services**
Document management and workplace optimization.
view document services success stories

**Helpful Resources**

Contact Info
Xerox Organizational Structure (PDF)
Events & Tradeshows

