EXHIBIT B
TO THE PROPOSED
FINAL PRETRIAL ORDER


WITNESSES

a. Non-expert witnesses to be called by Plaintiffs and Defendants, except those who may be called for impeachment purposes only, are:

(i) By Georgia-Pacific:

| Name | Address/Telephone | Presentation | Likelihood | Objection |
|---|---|---|---|---|
| **Akright, William Lloyd** | P.O. Box 80<br>Grand Junction, MI 49056<br>(616) 434-6386 | Read | May | NCR: available witness; *H.M. Holdings* transcript inadmissible against NCR under FRCP 32 |
| **Bennett, Richard** | 1037 Florivista<br>Trinity, FL 34655 | VIDEO (as to 2011 Deposition)<br><br>Read (as to other designated testimony) | WILL | NCR: *H.M. Holdings* transcript inadmissible against NCR under FRCP 32 |
| **Bodner, Jerome** | 1401 East Francis Street<br>Appleton, Wisconsin 54911 | Read | May | |
| **Brockett, Bruce** | Unknown | Read | May | |
| **Brooks, George** | Deceased | Read | WILL | NCR: *H.M. Holdings* transcript inadmissible against NCR under FRCP 32 |
| **Burkhardt, Edward (NCR expert)** | Rail World, Inc.<br>8600 W. Bryn Mawr Avenue, Suite 500 N<br>Chicago, IL 60631 | Read | May | |
| **Burns, Marilyn** | Unknown | Read | May | |

| Name | Address/Telephone | Presentation | Likelihood | Objection |
|---|---|---|---|---|
| **Christensen, Donald** | 60 River Drive Appleton, Wisconsin 54915 | Read | WILL | |
| **Clason, Donald** | 1217 Tree Bay Lane Sarasota, FL  34242 Siesta Key | Read | May | |
| **Edgerton, Gene** | W2798 Playbird Road Sheboygan Falls, WI 53085 | VIDEO | WILL | |
| **Fetters, Robert** | 215 Dun Road Chillicothe, OH 45601 | Read | WILL | |
| **Gallagher, Edward (NCR 30b6)** | PO BOX 346 Andrews, SC  29510 | Read | May | |
| **Gilman, Ernest** | Deceased | Read | WILL | NCR: *KRSG* transcript inadmissible against NCR under FRCP 32 |
| **Gilmore, Clinton** | 1352 Nelson Place Washington Court House, OH 43160 | Read | WILL | |
| **Golper, Leo** | 600 West Pershing Appleton, WI 54911 | Read | WILL | |
| **Gough, John** | 81 Hedgerley Lane Beaconsfield, Buckinghamshire, England | Read | WILL | IP: Objects to use of deposition testimony because witness is under GP's control<br><br>NCR: testimony should be excluded due to improper witness compensation (Dkt. No. 348) |

3

| Name | Address/Telephone | Presentation | Likelihood | Objection |
|---|---|---|---|---|
| **Grabow, James** | 1923 North Racine Street<br>Appleton, WI 54911 | Read | WILL | |
| **Hanson, Ronald** | 10203 Woodlawn Drive<br>Portage, MI  49002 | LIVE | WILL | |
| **Hatton, David** | United Kingdom | Read | WILL | |
| **Hilarides, Roger** | 133 Peachtree St. NE<br>Atlanta, GA 30303-1847 | LIVE | WILL | |
| **Hunter, George** | 2464 Ballantrae Circle<br>Cumming, GA 30041 | VIDEO | WILL | |
| **Jezerc, Ronald** | 700 East McArthur Street<br>Appleton, WI 54911 | Read | May | NCR: *Columbia Casualty* transcript inadmissible against NCR under FRCP 32 |
| **Klimczak, Ernest J.** | Deceased | Read | WILL | NCR: *H.M. Holdings* transcript inadmissible against NCR under FRCP 32 |
| **Kresch, Alan** | 3214 South Poplar Lane<br>Appleton, WI 54915 | Read | May | |
| **Lacey, Donald** | 2355 S. Pine Avenue<br>White Cloud, MI 49349 | LIVE | WILL | NCR: testimony should be excluded due to improper witness compensation (Dkt. No. 348) |

4

| Name | Address/Telephone | Presentation | Likelihood | Objection |
|---|---|---|---|---|
| **Martin, Leon** | 3700 West Arlington Rd<br>Bloomington, IN 47404-1345 | Read | May | |
| **McIntosh, Daniel** | 234 Lakeshore Avenue<br>Neenah, WI  54956 | Read | WILL | <u>NCR</u>: *Columbia Casualty* transcript inadmissible against NCR under FRCP 32 |
| **Montgomery, Josaphat** | 527 Mallet Place East<br>Gahanna, OH 43230 | Read | May | |
| **Moore, William (NCR expert)** | 8935 Ridgemont Drive<br>Atlanta, GA  30350 | Read | May | |
| **New, William** | PO Box 418<br>LaPointe, WI  54850 | Read | May | |
| **Paton, Cumming** | 13300 Fairfield Circle Drive<br>Town and Country, Missouri  63017 | Read | WILL | |
| **Rupard, Mack** | 1151 Manor Street<br>Columbia, PA 17512 | Read | May | |
| **Schultz, John** | Unknown | Read | May | |
| **Schuster, Carl** | Deceased | Read | May | <u>NCR</u>: *KRSG* transcript inadmissible against NCR under FRCP 32 |
| **Self, Robert** | 1103 S Hinde Street<br>Washington Court House, OH 43160 | Read | WILL | |

5

| Name | Address/Telephone | Presentation | Likelihood | Objection |
|---|---|---|---|---|
| **Shoup, Thomas E.** | Unknown | Read | WILL | NCR: *Valleycrest Landfill* transcript inadmissible against NCR under FRCP 32 |
| **Slater, William** | 1201 Eighth Avenue West, Lot E-45 Palmetto, FL  34221 | Read | WILL | NCR: *H.M. Holdings* transcript inadmissible against NCR under FRCP 32 |
| **Stevens, Michael** | Unknown | Read | May | NCR: *Columbia Casualty* transcript inadmissible against NCR under FRCP 32 |
| **Strelow, Floyd** | 225 Cambridge Ct. Hardy, VA 24101 | Read | WILL | |
| **Stutz, John** | N2595 South Hample Road Appleton, WI 54913 | Read | May | NCR: *Columbia Casualty* transcript inadmissible against NCR under FRCP 32 |
| **Taylor, Gerald** | Unknown | Read | May | NCR: *Columbia Casualty* transcript inadmissible against NCR under FRCP 32 |
| **Taylor, J.E. Gordon** | Unknown | Read | May | |
| **Tucker, Scott** | Unknown | Read | WILL | |

| Name | Address/Telephone | Presentation | Likelihood | Objection |
|---|---|---|---|---|
| **Vichare, Gangaram** | 3958 Germantown Rd Edgewater, Maryland 21037 **OR** 2817 Lincoln Drive Las Vegas, Nevada | Read | May | |
| **Vickery, Albert Elmer** | Deceased | Read | May | NCR: *KRSG* transcript inadmissible against NCR under FRCP 32 |
| **Vodden, Herbert** | 44 Elizabeth Crescent Chester CH4 7AZ | Read | May | |
| **Wren, Marilyn** | 3014 Lowell Street Kalamazoo, MI 49001 | Read | May | IP: Witness is available |

(ii) By Defendant NCR:

| Name | Address/Telephone | Presentation | Likelihood | Objections |
|---|---|---|---|---|
| **Bergstrom, Dedric** | 382 Lake Road Menasha, WI 54952 | Video/Read | Will | |
| **Campbell, Al** | Unknown | Read | May | |
| **Charles, Walter** | 525 North 10th Street De Pere, WI 54115 | Read | Will | |
| **Fetters, Robert** | 215 Dun Road Chillicothe, OH 45601 | Video/Read | Will | |
| **Geigel, Roy** | 2916 County Road B Manitowoc, WI 54220 | Read | Will | |

| Name | Address/Telephone | Presentation | Likelihood | Objections |
|---|---|---|---|---|
| **Georgia-Pacific LLC (through designee John Childs)** | 133 Peachtree Street, N.E. Atlanta, GA 30303 | Read | May | |
| **Georgia-Pacific LLC (through designee Bill Holden)** | 133 Peachtree Street, N.E. Atlanta, GA 30303 | Read | May | |
| **Gilmore, Clinton** | 1352 Nelson Place Washington Court House, OH 43160 | Video/Read | Will | |
| **Hatton, David** | United Kingdom | Video/Read | May | |
| **Heinritz, Fred** | 1105 East Eldorado Street, Appleton, WI 54911 | Read | Will | |
| **Hietpas, Robert** | 401 West Winrowe Drive Appleton, WI 54913 | Live/Read | Will | |
| **Jezerc, Ron** | 700 East McArthur Street Appleton, WI 54911 | Read | Will | |
| **Martin, Leon** | 3700 Arlington Road Bloomington, IN 47401 | Video/Read | Will | |
| **McIntosh, Daniel** | 234 Lakeshore Avenue Neenah, WI 54956 | Video/Read | Will | |
| **Montgomery, Josaphat** | 527 Mallet Place East Gahanna, OH 43230 | Video/Read | Will | |
| **Odell, Arthur** | 1848 Vanzee, Kalamazoo, MI 49001 | Read | May | |
| **Pagel, David** | 3664 Claflin Park Road Sturgeon Bay, WI 54235 | Read | Will | |
| **Rupard, Mack** | 1151 Manor Street Columbia, PA 17512 | Video/Read | Will | |

| Name | Address/Telephone | Presentation | Likelihood | Objections |
|---|---|---|---|---|
| **Schneider, Donald** | 1821 Beethoven Drive Green Bay, WI 54311 | Read | Will | |
| **Schumaker, Dale** | 519 W. Wayfarer Ct. Appleton, WI 54913 | Video/Read | Will | |
| **Self, Robert** | 1103 S. Hinde Street Washington Court House, OH 43160 | Video/Read | Will | |
| **Strelow, Floyd** | 225 Cambridge Ct. Hardy, VA 24101 | Live/Read | Will | |
| **Youngs, James** | Deceased | Read | Will | |

(iii)  By Defendant International Paper:

| Name | Address/Telephone | Presentation | Likelihood | Objection |
|---|---|---|---|---|
| **Akright, William** | Grand Junction, MI | Read | Will | |
| **Brooks, George** | Deceased | Read | Will | |
| **Hagard, Per** | 607 Oak Street Paw Paw, MI | Read | Will | |
| **Heinritz, Fred. T** | 1105 East El Dorado Street Appleton, WI 54911 | Read | Will | |
| **Herbert, Elbert** | Deceased | Read | Will | |
| **Klimczak, Ernest** | Deceased | Read | Will | |
| **Kowall, Eugene** | Unknown | Read | Will | |
| **McCarty, Ronald** | 27864 County Road Gobbles, MI 49055 | Read | Will | |
| **Meints, John P.** | Deceased | Read | Will | |
| **Meints, Robert** | 2407 Rosewood Avenue Portage, MI 49002 | Read | Will | |

9

| Name | Address/Telephone | Presentation | Likelihood | Objection |
|---|---|---|---|---|
| **NCR Corporation (through designee, Edward Gallagher)** | P.O. Box 346 Andrews, SC 29510 | Read | Will | |
| **Slater, William** | 115 8th Avenue West, No. F-46 Palmetto, FL 34221 | Read | Will | |
| **Strelow, Floyd** | 225 Cambridge Court Hardy, VA 24104 | Read | Will | |
| **Vickery, Albert** | Deceased | Read | Will | |
| **Webster, Stuart J.** | Deceased | Read | Will | |
| **Weyerhaeuser Company (through designee, Joseph Jackowski)** | Unknown | Read | Will | |
| **Youngs, James** | Deceased | Read | Will | |

b. Expert witnesses to be called by Plaintiffs and Defendants, except those who may be called for impeachment purposes only, are:

(i) By Georgia-Pacific (all witnesses will testify live except where noted otherwise):

| Name/Address | Qualifications/Opinions/Objections |
|---|---|
| **Stephen Bromberg** 3287 Bradway Boulevard Bloomfield Hills, Michigan 48301 | Mr. Bromberg is a 1954 graduate of the University of Michigan Law School. He has practiced commercial real estate law since entering the private practice in 1954. He is former president of the American College of Mortgage Attorneys, a charter member of the American College of Real Estate lawyers and is past chairman of the Real Property Law Section of the Michigan Bar.<br><br>Mr. Bromberg will be offered as an expert in real estate transactions and their structuring. |

10

| Name/Address | Qualifications/Opinions/Objections |
|---|---|
| **Robert Dolan**<br>180 W 20th St., Apt. 4M<br>New York, NY 10011-3651 | Dr. Robert J. Dolan is currently teaching at Harvard Business School, having recently stepped down as Dean of the Stephen M. Ross School of Business at the University of Michigan, where he served as Dean for 10 years. Dr. Dolan has a B.A. degree in Mathematics, and a Masters and a Ph.D in Business Administration. His Ph.D studies focused on Operations Research with minors in Marketing and Statistics. Prior to his academic career, Dr. Dolan was a systems analyst studying and developing computer simulation models of the U.S. Army Supply System to optimize product flows and transportation system efficiencies. Dr. Dolan has widely analyzed and published in the field of business systems and market operations; his case studies analyzing a wide range of industries have sold over 2.5 million copies. Dr. Dolan has consulted with a wide variety of Fortune 500 companies and has held positions as a Board of Director at several public companies.<br><br>Dr. Dolan will be offered as an expert in the field of business systems, product development, business operations and markets, distribution channels over geographic regions, and market supply and demand. |
| **James C. Farrand**<br>2028 Pleasant Drive<br>Bethlehem, Pennsylvania 18015 | Dr. Farrand graduated from Western Michigan University in 1964 with majors in paper science and chemistry. He subsequently received his Ph. D. in organic chemistry from the Institute of Paper Chemistry. Beginning while he was still an undergraduate, Dr. Farrand spent his entire professional career in the papermaking industry, including at the Plainwell Mill in Plainwell, MI. Dr. Farrand has been a consultant to the paper industry since 2006.<br><br>Dr. Farrand will be offered as an expert in papermaking and paper mills, including deinking and the use of recycled paper in papermaking and deinking. |

11

| Name/Address | Qualifications/Opinions/Objections |
|---|---|
| **Thomas L. Host**<br>921 North Division Avenue<br>Grand Rapids, 49503<br>(616)459-2400<br><br>* MAY TESTIFY * | Mr. Host received his Associates of Science Degree from Shoreline Community College. He has worked in the real estate title insurance business continuously since 1977. Since 2008, he has been principal owner and Vice President of Commercial Operations for Transnation Title Agency of Michigan.<br><br>Mr. Host will be offered as expert in real estate title examinations and title ownership of real estate. |
| **Kenneth D. Jenkins**<br>Cardno ENTRIX<br>2300 Clayton Road, Suite 200<br>Concord, California 94520 | Dr. Jenkins received his Ph. D. in biology from UCLA and for more than 20 years was Professor of Biology at California State University at Long Beach. He has worked for more than 35 years in the field of environmental toxicology, including considerable work on the fate and transport of environmental contaminates, including PCBs. He has served as a member of the Science Advisory Board of the US EPA and has authored more than 100 scientific papers, book chapters and reports.<br><br>Dr. Jenkins will be offered as an expert in the field of the release, fate and transport of contaminants, including PCBs, |
| **James Kittrell**<br>KSE, Inc.<br>P.O. Box 368<br>Amherst, MA 01004 | Dr. Kittrell received his B.S. Degree in chemical engineering from Oklahoma State University in 1962, and an M.S. and Ph.D. degree in chemical engineering at the University of Wisconsin in 1963 and 1966, respectively. He conducted post-doctoral studies in chemical engineering at the University of Wisconsin in 1966. He was a Professor of Chemical Engineering at the University of Massachusetts, Amherst for ten years. Since 1980, he has been President of KSE, Inc. ("KSE"), a technology company located in Amherst, Massachusetts, that provides consulting and litigation services to the environmental, petroleum and chemical industries.<br><br>Dr. Kittrell will be offered as an expert in the field of industrial chemistry and industrial manufacturing relationships. |

| Name/Address | Qualifications/Opinions/Objections |
|---|---|
| **Charles Klass**<br>118 131st Avenue East – Unit C<br>Madeira Beach, FL 33708 | Mr. Klass received his bachelor's degree in mathematics, pulp & paper technology, and chemistry from Western Michigan University in 1962.  He graduated in 1968 from Pace University with a Master of Business Administration degree.  Mr. Klass is President of Klass Associates Inc. – a professional consulting firm specializing in the pulp and paper industry. He has worked in the pulp and paper industry for over 50 years.<br><br>Mr. Klass will be offered as an expert in the field of the paper industry and its handling and treatment of waste materials. |
| **Richard Peterson**<br>1036 Skyline Drive<br>Elkhorn, Nebraska 68022 | Mr. Peterson graduated from the University of Minnesota in Minneapolis in 1968 with a Bachelor's Degree in Civil Engineering.  He graduated in 1970 with a Master's of Science degree in Transportation from Northwestern University, Evanston, Illinois.  Mr. Peterson is a consultant regarding the railroad industry, and has worked in the railroad industry for over 47 years.<br><br>Mr. Peterson will be offered as an expert regarding the question of whether, between 1953 and 1971, available railroad infrastructure, service, and equipment permitted regular and routine shipment of wastepaper from Appleton, Wisconsin to Kalamazoo, Michigan by railroad. |
| **Richard Voith**<br>1551 Sansom Street<br>Philadelphia,<br>Pennsylvania 19102 | Dr. Voith received his Ph. D. in economics from the University of Pennsylvania in 1986.  He was an economist and economic advisor with the Federal Reserve Bank of Philadelphia.  He has been adjunct professor in the Real Estate Department of the Wharton School, University of Pennsylvania, since 2001.  He is Senior Vice President and Principal of Econsult Corporation, where he specializes in real estate and real estate finance matters. He was on the editorial board of *Real Estate Economics* from 1999 to 2006.<br><br>Dr. Voith will be offered as an expert in the field of real estate economics and finance. |

      (ii)      By Defendant NCR (all witnesses will testify live):

| Name/Address | Qualifications/Opinions/Objections |
|---|---|
| **Jim Braithwaite**<br>**Vector Resolutions, LLC**<br>2811 E. Adams St.<br>Tucson, AZ 85716<br>(520) 591-1933 | Mr. Braithwaite graduated with honors in 1972 from Michigan State University with a B.Sc. in Mechanical Engineering. He is currently a licensed Professional Engineer in Arizona, Illinois and Michigan and has been a Board Certified Environmental Engineer (certified by the American Academy of Environment Engineers) since 1985. After ten years of work with wastewater treatment facilities and landfills at Environmental Consultants, Inc., Mr. Braithwaite founded Braithwaite Consultants, Inc. in 1983. In 1998, he founded Vector Resolutions, LLC, a consulting firm that specializes in environmental remediation and litigation support, which he currently directs. From 2003 to 2005, Mr. Braithwaite also served as a part-time senior consultant at Limno-Tech, Inc., where he worked on projects involving PCB contamination from paper mill waste.<br><br>Mr. Braithwaite will be offered as an expert in the field of wastewater treatment. He also has relevant expertise with both PCBs and paper recycling mills. |
| **Edward Burkhardt**<br>Rail World, Inc.<br>8600 W. Bryn Mawr Ave., Suite 500N<br>Chicago, IL 60631-3579<br>(773) 714-8669 | Mr. Burkhardt is President and founder of Rail World, Inc., a railroad management and consulting company. Between 1967 and 1987, he held a number of management positions at the Chicago & North Western Transportation Company (CNW), the railroad line that served the ACPC and Combined Locks plants. Mr. Burkhardt then became Chairman, President and CEO of Wisconsin Central Transportation Company (WC). As CEO of WC, Mr. Burkhardt was directly involved in overseeing train service, operations, marketing and customer relations with the ACPC and Combined Locks plants, as well as approximately 50 other paper and paper products producers and converters in Wisconsin, the Upper Peninsula of Michigan and in Ontario.<br><br>Mr. Burkhardt will be offered as an expert in the railroad transportation industry. |

| Name/Address | Qualifications/Opinions/Objections |
|---|---|
| **Bradford Cornell**<br>Compass Lexecon<br>55 South Lake Avenue,<br>Suite 650<br>Pasadena, CA 91101<br>(213) 416-9930 | Brad Cornell is a Visiting Professor of Financial Economics at the California Institute of Technology. Previously, he was a Professor of Finance and Director of the Bank of America Research Center at the Anderson Graduate School of Management at the University of California, Los Angeles for 26 years. Dr. Cornell earned a master's degree in Statistics from Stanford University in 1974 and earned a doctorate in Financial Economics from Stanford in 1975. He has served as an editor of numerous journals relating to business and finance and has written more than 100 articles and two books on finance and securities. Dr. Cornell has received prizes and grants for his research from the Chicago Board of Trade, the Chicago Mercantile Exchange, the Institute for Quantitative Research in Finance, the Financial Management Association and the Financial Analyst Society.<br><br>Dr. Cornell will be offered as an expert in economics, including valuation, market supply and demand, and business relationships. |
| **Mitchell Erickson**<br>77 Central Avenue<br>New Providence, NJ<br>07974<br>(202) 255-2312 | Dr. Erickson has a Ph. D. in Chemistry from the University of Iowa. He is currently a Senior Advisor within the Science and Technology Directorate of the U.S. Department of Homeland Security (DHS). (He is not representing the U.S. Department of Homeland Security or any other governmental entity in this matter.) Before his employment with DHS, Dr. Erickson was the Director of Environmental Measurements Laboratory, where he managed a 70-person environmental laboratory. Dr. Erickson has conducted extensive research on PCBs over the past three decades and has numerous publications on this topic, including two books, Analytical Chemistry of PCBs (1986; 2d ed., 1997) and Remediation of PCB Spills (1993).<br><br>Dr. Mitchell Erickson will be offered as an expert in environmental science and analytical chemistry, particularly with respect to PCBs. |

| Name/Address | Qualifications/Opinions/Objections |
|---|---|
| **William Moore**<br>8935 Ridgemont Drive<br>Atlanta, GA 30350<br>(770) 518-1890 | Mr. Moore received a Bachelor of Chemical Engineering degree from the Stevens Institute of Technology in 1973. From 1986 to 1992, Mr. Moore was employed by Waste Management, Inc., serving as its Director of Recycling and starting its "Recycle America" program, the largest introduction of recycling services in the United States. Mr. Moore was also the founder and vice president of Paper Recycling International ("PRI"), a recovered fiber sales and brokerage operation that was a joint venture between Waste Management and Stone Container. Since 1995, Mr. Moore has been president of Moore & Associates, an international consulting firm that provides a range of market research and strategic services to the paper recycling industry. Mr. Moore is also the author of over 50 published articles on paper recycling, and has made numerous presentations throughout the world on paper recycling.<br><br>Mr. Moore will be offered as an expert in the recovered fiber and paper recycling markets. |
| **Robert Rock**<br>Alix Partners, LLP<br>2000 Town Center, Suite 2400<br>Southfield, MI 48075<br>(248) 262-8486 | Mr. Rock is a Managing Director at AlixPartners, LLP. He received a Bachelor's degree in Business Administration and a Master of Business Administration from the University of Michigan School of Business and has been a Certified Public Accountant since 1978. Prior to joining AlixPartners, Mr. Rock was with Price Waterhouse for 18 years, the last seven years of which were as a Partner. Mr. Rock's practice areas include investigative/forensic accounting, business consulting and litigation consulting in commercial matters. Mr. Rock's litigation consulting experience includes numerous financial advisory and accounting-related matters. Mr. Rock has been involved in numerous environmental-related matters in both audit and expert engagements. Additionally, he has been engaged by the U. S. Department of Justice as a litigation consultant or expert witness on several matters and has been appointed as a receiver, arbitrator, special master or custodian by federal judges in seven different matters.<br><br>Mr. Rock will be offered as an expert in accounting and business relationships. |

| Name/Address | Qualifications/Opinions/Objections |
|---|---|
| **Christopher Wittenbrink** <br> CR Consulting, Inc. <br> 6222 Chimney Rock Trl <br> Morrison, CO 80465 <br> (303) 906-2680 | Mr. Wittenbrink is the founder and president of CR Consulting, Inc., a management consulting firm specializing in the resolution of complex environmental disputes and litigation.  Since 1989, Mr. Wittenbrink has performed site-nexus analyses, conducted potentially responsible party investigations, developed waste-in databases, created allocation models, conducted cause/effect analyses and performed damages assessments.  Mr. Wittenbrink has performed these functions principally to prepare allocations of financial responsibility for remediation projects at more than 50 Superfund sites around the United States and has been qualified and accepted as a neutral allocator under USEPA's pilot allocation program.  Mr. Wittenbrink obtained a Bachelor of Arts in Environmental, Population and Organismic Biology from the University of Colorado in 1985, and a Juris Doctor from the University of Denver, Sturm College of Law, in 2006. <br><br> Mr. Wittenbrink will be offered as an expert in the field of site-nexus analysis, the method of forensic historical investigation that traces contaminants at given sites to their likely origins. |

(iii) By Defendant International Paper (all witnesses will testify live except where noted otherwise):

| Name/Address | Qualifications/Opinions/Objections |
|---|---|
| **Tyler E. Gass, P.G., P.Hg.**<br>Integral Consulting Inc.<br>285 Century Place, Suite 190<br>Louisville, CO  80027<br>(303) 404-2944 | Mr. Gass is a licensed professional geologist and hydrogeologist with more than 30 years of experience. Mr. Gass has a B.A. in Geology from the University of New York, Buffalo and a M.S. in Geosciences from the University of Arizona.  He is a Licensed Professional Geologist, and a Licensed Hydrogeologist.  Mr. Gass has worked at numerous hazardous waste sites, where he has performed subsurface site characterization and contaminant assessments and designed and implemented groundwater and soil remediation programs.  He is former Director of Research for the National Ground Water Association.<br><br>Mr. Gass will be offered as an expert in the field of the release and fate and transport of contaminants, including PCBs. |
| **Gary V. Hunter**<br>Railroad Industries Incorporated<br>1575 Delucchi Lane, #210<br>Reno, Nevada 89502<br>(775) 329-4855 | Mr. Hunter is presently the Chairman of the Board and Chief Executive Officer of Railroad Industries Incorporated, a consulting firm works with rail shippers, railroads, public transportation and economic development agencies, private investors and other transportation service companies across the country.  He previously worked for several railroad and transportation companies.  He has a B.A. in Business, Transportation and Real Estate and Master's Degree in Business from San Francisco State University.<br><br>Mr. Hunter will be offered as an expert in the railroad transportation industry. |

| Name/Address | Qualifications/Opinions/Objections |
|---|---|
| **Mark D. Kraushaar**<br>Chief Executive Officer<br>Bell Title Company<br>2339 Jolly Road<br>Okemos, Michigan 48864<br>(517) 881-9881<br><br>*MAY TESTIFY* | Mr. Kraushaar received his B.A. in Business Administration in 1983 from Eastern Michigan University. He has worked in the title insurance industry since 1986 and is currently the Chief Executive Officer of Bell Title Company, a title insurance agency headquartered in Okemos, Michigan, with 17 offices located throughout the state of Michigan.<br><br>Mr. Kraushaar will be offered as an expert in real property issues. |
| **Andrew Nicholson, Ph.D.**<br>Integral Consulting, Inc.<br>285 Century Place, Suite 190<br>Louisville, CO 80027<br>(303) 404-2944 | Dr. Nicholson has a B.S. in Geology from Michigan State University Ph.D. in Geochemistry from the Colorado School of Mines. Dr. Nicholson is a geochemist with more than 20 years of experience assessing the environmental impacts and chemical fate at industrial facilities and mining sites. His work has included extensive analysis of the behavior of acids, metals, radionuclides, and organic compounds in the environment at mines and in chemical manufacturing, petroleum production, and industrial settings.<br><br>Dr. Nicholson will be offered as an expert in the field sediment dating techniques. |
| **Timothy J. Riddiough, Ph.D, CRE**<br>University of Wisconsin-Madison<br>Department of Real Estate<br>School of Business<br>5251 Grainger Hall<br>Madison, WI 53705<br>(608)262-3531 | Dr. Riddiough has a B.B.A in Quantative Analysis, a M.S. in Finance, and a Ph.D. in Real Estate from the University of Wisconsin-Madison. He is currently a professor and holds the E.J. Plesko Chair in Real Estate and Urban Land Economics and is Director of the Applied Real Estate Securities Program at the University of Wisconsin. He was previously a tenured professor at the Massachusetts Institute of Technology. He is a founding fellow at the Real Estate Research Institute, a fellow at the Hover Hoyt Institute for Advanced Studies, and serves on the editorial board of several scholarly real estate publications.<br><br>Dr. Riddiough will be offered as an expert in the field of real estate economics and finance. |

| Name/Address | Qualifications/Opinions/Objections |
|---|---|
| **Franklin Woodard, PhD, PE** 29 Lakeside Drive Falmouth, Maine 04105 (207)797-8133 | Dr. Woodard has B.S. and M.S. degrees in Civil Engineering from the University of Maine and a Ph.D. in Environmental Engineering from Purdue University.  Dr. Woodard has several decades of experience as an environmental consultant, including working with more than 20 pulp and/or paper mills.<br><br>Dr. Woodard will be offered as an expert in the area of pulp and paper manufacturing practices as they relate to waste materials that can be generated and discharged to the environment from those manufacturing practices. |