UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

# MINUTE SHEET

Case No.     1:11-cv-483
Date:        February 5, 2013
Time:        4:20 pm - 5:35 pm
Place:       Grand Rapids, Michigan
Judge:       Hon. Robert J. Jonker

*Georgia Pacific et al. v. NCR Corp. et al.*

COUNSEL:  Plaintiff(s):     Peter Smit
                            Joseph Kearfott
                            Douglas Garrou
                            George Sibley
                            Jan Conlin
                            John Burgess

          Defendant(s):     John Parker
                            David Centner
                            Christopher Baird
                            Omid Nasab
                            Geoffrey Fields
                            Jennifer Jude
                            Edward Gallagher

## WITNESSES

N/A

## PROCEEDINGS

**NATURE OF PROCEEDINGS:**   Final Pre-Trial Conference.


Court Reporter: Glenda Trexler            Courtroom Clerk: Mark Thomson