UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA-PACIFIC CONSUMER
PRODUCTS LP, FORT JAMES
CORPORATION, and
GEORGIA-PACIFIC LLC,

      Plaintiffs,

CASE NO. 1:11-CV-483

v.

HON. ROBERT J. JONKER

NCR CORPORATION,
INTERNATIONAL PAPER CO., and
WEYERHAEUSER CO.

      Defendants.
_____/

**ORDER**

A.     The parties' Proposed Pretrial Order (doc. # 360) is **ACCEPTED SUBJECT TO THE LIMITATIONS IN THIS ORDER**.

B.     The Court will consider the evidentiary objections raised in the parties' trial briefs and motions *in limine* and address them at a later date. For now, the parties should proceed on the assumption that the challenged evidence will be presented to the Court, if only to allow the Court to make a more informed decision on the motions. The Court also notes that NCR has withdrawn its objections to Georgia-Pacific's use of deposition testimony from the *Columbia Casualty* litigation.

C.     Trial presentations are subject to time limits. Georgia Pacific will be allotted 25 hours of time at trial; NCR and International Paper will each be allotted 12.5 hours; and Weyerhaeuser will be allotted 1.5 hours. Time charged to a side includes the time used for any opening statements and closing arguments; examination of live witnesses; presentation of designated testimony from witnesses appearing by deposition or other recorded testimony; presentation of any other evidence; and time spent to resolve a party's objections to particular trial exhibits or trial testimony.

D.	Trial is still scheduled to begin Tuesday, February 19, 2013 at 8:30 a.m.

**IT IS SO ORDERED**.


Dated:	February 7, 2013	/s/ Robert J. Jonker
		ROBERT J. JONKER
		UNITED STATES DISTRICT JUDGE