UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA-PACIFIC CONSUMER
PRODUCTS LP,
FORT JAMES CORPORATION, and
GEORGIA-PACIFIC LLC,

      Plaintiffs,

v.

NCR CORPORATION,
INTERNATIONAL PAPER CO., and
WEYERHAEUSER CO.,

      Defendants.
_____/

CASE NO. 1:11-CV-483

HON. ROBERT J. JONKER

## ORDER

This matter is before the Court on Defendant NCR's Motion for Additional Trial Time (docket # 370). The Court initially set the trial time after input from counsel at the Final Pretrial Conference. Among other issues raised at the time, was whether the split of time between the Plaintiff and Principal Defendants should be split evenly, or weighted in favor of one side or the other. The Court considered the positions of the parties and opted for an even split between sides. The Court sees no basis in NCR's Motion for reconsideration. *Cf.* L. Civ. R. (W.D. Mich.) 7.4. Accordingly, NCR's Motion is **DENIED**.

Dated:    February 13, 2013         /s/ Robert J. Jonker
                                                           ROBERT J. JONKER
                                                           UNITED STATES DISTRICT JUDGE