# Exhibit B

*File Copy*

# APPLETON PAPERS DIVISION

## History

In the early 1950's NCR Corporation researched, patented and commercialized carbonless paper. The NCR Paper Sales & Research organization, first as a separate division of NCR Corporation, and more recently as part of the Appleton Paper Division of NCR Corporation has been responsible for the development and marketing of carbonless paper. NCR's own carbonless paper is marketed under the trademarked "NCR Paper" brand of carbonless paper.

In the 1950's and 1960's NCR Corporation contracted the production of carbonless paper to several companies, including Appleton Coated Paper Company, Combined Paper Mills and Mead Corporation because it had no paper-making or coating facilities. All production of carbonless paper was then marketed by the NCR Paper Sales Division.

The Appleton Papers Division of NCR Corporation was formed through the combination of NCR Corporation's NCR Paper Sales & Research Division, Appleton Coated Paper Company and Combined Paper Mills. NCR Corporation acquired Combined Paper Mills in 1969 and Appleton Coated Paper Company in 1970. This combination resulted in vertical integration of manufacturing and marketing of carbonless paper. Shortly after this combination, the production of carbonless paper for NCR Corporation by contracting companies was terminated. However, NCR Corporation has licensee agreements with other companies, most of which are located abroad. Under these license agreements, NCR Corporation mutually shares with the licensee the latest technology associated with manufacturing carbonless paper and in return NCR Corporation receives royalty payments.

In 1971, Appleton Coated Paper Company was merged into Combined Paper Mills and the new company was renamed Appleton Papers, Inc., a wholly owned subsidiary of NCR Corporation. In late 1972, Appleton Papers became a division of NCR.

Below is a brief description of Appleton Coated Paper Company and Combined Paper Mills:

### Appleton Coated Paper Company

The Appleton Coated Paper Company ("Appleton Coated") was incorporated in 1907 to engage in the business of coating and finishing paper. Starting in the mid-1950's, Appleton Coated produced carbonless paper and sold all production to NCR Corporation. All production of carbonless paper was marketed by NCR Corporation's NCR Paper Sales Division. Before being acquired by NCR in 1970, Appleton Coated's business consisted of three categories:

   a. Production of carbonless paper;
   b. Production and sale of coated papers for printing and decorative purposes; and
   c. Coating and sale of paper and various substrates for technical and industrial needs.

Appleton Coated's sale of carbonless paper to NCR Corporation increased each year from 1953 until 1970 when 75% of its revenue came from NCR Paper. During this period, growth in sales of Appleton Coated's other products had been relatively modest. Appleton owned no timberland or any pulp-making or paper-making facilities. It was completely dependent on the marketplace for basestock paper.

1

APX 0023779

**Exhibit 1658**

Over the years, Appleton Coated made a number of improvement in the manufacture of Carbonless Paper and purchased new equipment to implement these improvements. In 1961 Appleton Coated installed the first high-speed single side coater for the coating of Carbonless Paper. In 1967 Appleton Coated developed the first "tandem coater" which allowed both sides of the paper to be coated in one pass. In 1969 Appleton Coated developed an innovative coating machine which coats both sides of the paper with only one pass through the coater. This innovative machine reduced the cost of a new grade of NCR Carbonless Paper called "self-contained". After being acquired by NCR Corporation, Appleton Coated developed on-line paper coating for paper-making machines at the Roaring Spring Mill. This innovation allows paper to be coated on the paper-making machines immediately following its manufacture and thereby increase the product value and enhance the return on investment in existing paper and pulp facilities.

Combined Paper Mills ("CPM")

Combined Paper Mills (CPM) was incorporated in 1946 for the purpose of purchasing the assets and business of a predecessor which had engaged in the manufacture of mechanical pulp and lightweight printing and groundwood specialty papers at the Locks Mill. In the late 1960's, the Locks Mill production of groundwood pulp was discontinued and was replaced by the manufacture of chemi-mechanical pulp. The principle products at the time the mill was purchased were Directory (Tellox) paper, specialty grades, Rotogravure printing and other types of uncoated paper. The Locks Mill was also contracted by NCR Corporation, prior to the acquisition, to produce Carbonless Paper. The mill is now primarily involved in the manufacture of Directory Paper, the production of basestock paper to be used by the Appleton plant for the coating of Carbonless Paper, and the manufacture of Carbonless Paper.

In 1946 Combined Paper Mills also purchased all the outstanding shares of D. M. Bare Paper Company at Roaring Springs. Since 1946 the soda pulp mill has been replaced by a modern pulp mill which manufactures pulp by the bleached Kraft process. Also, its product line was changed to include various types of more profitable grades of papers. Prior to its acquisition, by NCR, its major products were Offset, Form Bond, Tablets, Envelopes, etc. Since the acquisition of CPM by NCR Corporation, the Spring Mill has been converted to produce Carbonless Paper on its existing paper machines. The Spring Mill is now fully dedicated to the production of Carbonless Paper.

2

APX 0023780

NCR-FOX-495603



```
                Sole                              ┌─────────────────────────┐
             Shareholder ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─│    LENTHERIC INC.       │
                 of                               │ Certificate of Incorporation
                 ↓                                │   filed 9-July 1965     │
┌─────────────────────────────┐                   └─────────────────────────┘
│ LENTHERIC DISTRIBUTORS INC. │                              │
│ Certificate of Incorporation│                              │
│   filed 18 December 1968    │                              │
└─────────────────────────────┘                              │
            │                                        Name Change
       Name Change                               filed 27 December 1968
   filed 27 December 1968                                    │
            ↓                                                │
┌─────────────────────────────┐                              │
│      LENTHERIC INC.         │                              │
└─────────────────────────────┘                              │
            │                                                │
       Name Change                                           │
   filed 03 September 1976                                   │
            ↓                                                │
┌─────────────────────────────┐                              │
│   YARDLEY OF LONDON, INC.   │                              │
└─────────────────────────────┘                              │
            │                                                │
       Name Change                                           │
   filed 31 March 1978                                       │
            ↓                                                │
┌─────────────────────────────┐                              │
│      LENTHERIC INC.         │                              │
└─────────────────────────────┘                              │
            │                                                │
       Name Change                                           │
   filed 30 June 1978                                        │
            ↓                      Merger                    ↓
┌─────────────────────┐        Effective         ┌─────────────────────────┐
│ APPLETON PAPERS INC.│ ──── 02 Jan. 1982 ────→  │   GERMAINE MONTEIL      │
└─────────────────────┘         filed            │ COSMETIQUES CORPORATION │
                           17 December 1981      └─────────────────────────┘
                                                             │
                                                     Name Change
                                                 effective 02 January 1982
                                                 filed 17 December 1981
                                                             ↓
                                                 ┌─────────────────────────┐
                                                 │   APPLETON PAPERS INC.  │
                                                 └─────────────────────────┘
```

ll file dates refer to dates of filing of documents
n the office of the Secretary of State of the State
f Delaware.

← ─ ─ ─ Ownership          ←────── Corporate changes

CORPORATE LINEAGE:

APPLETON COATED PAPER CO.
APPLETON PAPERS, INC.

| | |
|---|---|
| 7/31/70 to 9/30/70 | Appleton Coated Paper Co. (Wis. Corp.) <br> ↓merged into <br> Appleton Delaware, Inc. (Del. Corp.) <br> Name changed to: Appleton Coated Paper Co. (Del. Corp.) <br> ↓merged into <br> NCR Delaware, Inc. (Del. Corp.) <br> Name changed to: Appleton Coated Paper Co. (Del. Corp.) |
| | ↓merged into |
| 6/21/71 | Combined Paper Mills, Inc. (Del. Corp.) <br> Name changed to: Appleton Papers, Inc. (Del. Corp.) |
| | ↓merged into |
| 1/1/73 | The National Cash Register Company (Md. Corp.) <br> (1) Created Appleton Papers Division to handle business formerly handled by Appleton Papers, Inc. |
| 1/1/73 | (2) Created <u>new corporation</u>: Appleton Papers, Inc. (Del. Corp.) for name holding purposes only, wholly-owned subsidiary, qualified in Wis. & Penn. |
| | ↓name changed |
| 5/10/74 | NCR Corporation (Md. Corp.) |

APX 0023782

NCR-FOX-495605