UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

# MINUTE SHEET

Case No.    1:11-cv-483
Date:       February 19, 2013
Time:       8:40 am - 2:15 pm
Place:      Grand Rapids, Michigan
Judge:      Hon. Robert J. Jonker

*Georgia Pacific et al. v. NCR Corp. et al.*

COUNSEL:   Plaintiff(s):    Peter Smit
                            Joseph Kearfott
                            Douglas Garrou
                            George Sibley
                            Jan Conlin
                            John Burgess

           Defendant(s):    Michael Meuti
                            John Parker
                            Lora Reece
                            Geoffrey Fields
                            David Marriott
                            Daren McAtee
                            Omid Nasab
                            Evan Chesler
                            Doug Dozeman
                            Scott Watson
                            Chris Baird

## WITNESSES

Robert Hilarides (**P**)

James Farrand (**P**)

## PROCEEDINGS

**NATURE OF PROCEEDINGS:**   Bench Trial - Day 1.

Court Reporter: Glenda Trexler            Courtroom Clerk: Mark Thomson
                Rebecca Russo