UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA-PACIFIC CONSUMER PRODUCTS LP,
FORT JAMES CORPORATION, and
GEORGIA-PACIFIC LLC,

    Plaintiffs,

v.

                                            CASE NO. 1:11-cv-483

                                            HON. ROBERT J. JONKER

NCR CORPORATION,
INTERNATIONAL PAPER CO., and
WEYERHAEUSER CO.,

    Defendants.
_____/

## ORDER

This Order addresses several evidentiary issues presented by the parties at trial this morning. For the reasons recited on the record:

1. The Amended Stipulation of Facts Between Plaintiffs and Defendant International Paper Company (doc. # 377) is **ACCEPTED**;

2. All exhibits to which no party objected in the final pre-trial order are **ACCEPTED** pursuant to the parties' agreement, provided the parties prepare and file a document specifying, by exhibit number, the exhibits covered by their agreement;

3. NCR's Motion in Limine to Exclude Trial Exhibits 1239 and 1240 (doc. # 353) is **DENIED**, subject to Georgia-Pacific satisfying the foundational requirements, as specified by the Court; and

4. The parties' Revised Exhibit List (doc. # 375-1), Revised Witness List (doc. # 375-2), and Revised Designations (doc. # 375-3) are **ACCEPTED**.

**IT IS SO ORDERED**.


Dated:     February 19, 2013             /s/ Robert J. Jonker
                                        ROBERT J. JONKER
                                        UNITED STATES DISTRICT JUDGE