UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

# MINUTE SHEET

Case No.    1:11-cv-483
Date:       February 20, 2013
Time:       8:30 am - 2:10 pm
Place:      Grand Rapids, Michigan
Judge:      Hon. Robert J. Jonker

*Georgia Pacific et al. v. NCR Corp. et al.*

COUNSEL:  Plaintiff(s):      Peter Smit
                             Joseph Kearfott
                             Douglas Garrou
                             George Sibley
                             Jan Conlin
                             John Burgess

          Defendant(s):      Michael Meuti
                             John Parker
                             Lora Reece
                             Geoffrey Fields
                             David Marriott
                             Evan Chesler
                             Scott Watson
                             Chris Baird

## WITNESSES

James Farrand (**P**)

Ken Jenkins (**P**)

## PROCEEDINGS

**NATURE OF PROCEEDINGS:**   Bench Trial - Day 2.

Court Reporter: Glenda Trexler            Courtroom Clerk: Mark Thomson
                Rebecca Russo