UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

# MINUTE SHEET

Case No.	1:11-cv-483
Date:	February 21, 2013
Time:	8:30 am - 2:05 pm
Place:	Grand Rapids, Michigan
Judge:	Hon. Robert J. Jonker

***Georgia Pacific et al. v. NCR Corp. et al.***

COUNSEL:	Plaintiff(s):	Peter Smit
			Joseph Kearfott
			Douglas Garrou
			George Sibley
			Jan Conlin

		Defendant(s):	Michael Meuti
			John Parker
			Lora Reece
			Geoffrey Fields
			David Marriott
			Daren McAtee
			Omid Nasab
			Evan Chesler
			Doug Dozeman
			Scott Watson
			Chris Baird

## WITNESSES

1. James Kittrell (**P**)	3. Donald Lacey (**P**)

2. Ronald Hanson (**P**)	4. George Hunter (deposition video) (**P**)

## PROCEEDINGS

**NATURE OF PROCEEDINGS:**	Bench Trial - Day 3.

Court Reporter: Glenda Trexler		Courtroom Clerk: Mark Thomson
		Rebecca Russo