# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,<br><br>　　　Defendants. | No: 1:11-cv-00483<br><br>Judge Robert J. Jonker |

**SUPPLEMENT TO EXHIBIT C TO THE FINAL PRETRIAL ORDER TO INCLUDE THE DESIGNATED DEPOSITION TESTIMONY OF NCR EXPERT JAMES BRAITHWAITE**

Pursuant to the Court's order of February 22, 2013, ECF No. 283, attached as Exhibit 1 is the designated deposition testimony of James Braithwaite. Exibit 2 is a copy of Mr. Braithwaite's deposition transcript with Plaintiffs' designations highlighted. Plaintiffs submit this testimony to supplement the designations reflected in Exhibit C to the Proposed Final Pretrial Order.

Dated: February 28, 2013

　　　　　　　　　　　　　　　　　　　　GEORGIA-PACIFIC CONSUMER PRODUCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC

　　　　　　　　　　　　　　　　　　　　By:　　/s/ Joseph C. Kearfott

　　　　　　　　　　　　　　　　　　　　Peter A. Smit, Bar No. P 27886
　　　　　　　　　　　　　　　　　　　　Varnum LLP
　　　　　　　　　　　　　　　　　　　　Bridgewater Place, P.O. Box 352
　　　　　　　　　　　　　　　　　　　　Grand Rapids, MI 49501
　　　　　　　　　　　　　　　　　　　　(616) 336-6000

Joseph C. Kearfott
Douglas M. Garrou
George P. Sibley, III
Paul T. Nyffeler
Hunton & Williams LLP
951 East Byrd St.
Richmond, VA 23219
(804) 788-8200

Jeffrey N. Martin
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C.  20037
(202) 955-1500

Kathy Robb
Hunton & Williams LLP
200 Park Avenue, 52nd Floor
New York, New York  10166-0005
(212) 309-1000

Jan M. Conlin
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402
(612) 349-8500

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2013, I electronically filed the foregoing using the ECF system, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

                                                          **GEORGIA-PACIFIC CONSUMER PROD-UCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC**

                                                          By: /s/ Joseph C. Kearfott