# Exhibit 1

# Plaintiffs' Designations of the Deposition Testimony of James Braithwaite

| Braithwaite, James – June 28, 2012 | | | |
|---|---|---|---|
| **Plaintiffs' Initial Designations** | **Objections and Counter-Designations (IP) (NCR) (W)** | **Plaintiffs' Objections and Counter-Counter-Designations** | **Other Objections** |
| 31:20-33:11 | | | |
| 35:15-36:18 | | | |
| 38:12-39:4 | | | |
| 45:3-46:18 | | | |
| 47:1-7 | | | |
| 47:9 | | | |
| 47:17-48:1 | | | |
| 49:10-20 | | | |
| 53:12-19 | | | |
| 58:9-19 | | | |
| 58:21-59:3 | | | |
| 61:18-62:9 | | | |
| 62:11-13 | | | |
| 64:7-14 | | | |
| 65:22-66:9 | | | |
| 70:4-71:4 | | | |
| 75:7-10 | | | |
| 75:12-77:6 | | | |
| 77:9-78:1 | | | |
| 78:4-10 | | | |
| 78:19-79:10 | | | |
| 79:15-18 | | | |
| 79:20-80:1 | | | |
| 80:3-5 | | | |
| 80:7 | | | |
| 83:13-85:5 | | | |
| 90:8-16 | | | |
| 90:18-22 | | | |
| 92:20-93:22 | | | |
| 94:2-12 | | | |
| 95:16-19 | | | |
| 95:21-96:13 | | | |
| 96:15-22 | | | |
| 100:11-101:5 | | | |
| 101:8-102:4 | | | |
| 109:21-110:6 | | | |
| 111:10-112:12 | | | |
| 112:17 | | | |
| 114:2-12 | | | |
| 116:10-117:2 | | | |

| Braithwaite, James – June 28, 2012 | | | |
|---|---|---|---|
| **Plaintiffs' Initial Designations** | **Objections and Counter-Designations (IP) (NCR) (W)** | **Plaintiffs' Objections and Counter-Counter-Designations** | **Other Objections** |
| 119:13-17 | | | |
| 120:7-13 | | | |
| 123:5-10 | | | |
| 123:12-125:2 | | | |
| 150:15-151:13 | | | |
| 160:22-162:17 | | | |
| 163:8-164:3 | | | |
| 171:9-12 | | | |
| 171:17-172:8 | | | |