IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | No: 1:11-cv-00483 |
| v. | ) ) | Judge Robert J. Jonker |
| **NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,** | ) ) ) ) | |
| **Defendants.** | ) | |

### CORRECTED SUPPLEMENT TO EXHIBIT C TO THE FINAL PRETRIAL ORDER TO INCLUDE THE DESIGNATED DEPOSITION TESTIMONY OF NCR EXPERT JAMES BRAITHWAITE

Pursuant to the Court's order of February 22, 2013, ECF No. 383, attached as Exhibit 1 is the designated deposition testimony of James Braithwaite. Exhibit 2 is a copy of Mr. Braithwaite's deposition transcript with Plaintiffs' and Defendants' designations highlighted. Plaintiffs make this filing to correct ECF No. 392, which did not include Defendants' designations, and to supplement the designations reflected in Exhibit C to the Proposed Final Pretrial Order.

Dated: March 15, 2013

**GEORGIA-PACIFIC CONSUMER PRODUCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC**

By:      /s/ Joseph C. Kearfott

   Peter A. Smit, Bar No. P 27886
   Varnum LLP
   Bridgewater Place, P.O. Box 352
   Grand Rapids, MI 49501
   (616) 336-6000

   Joseph C. Kearfott
   Douglas M. Garrou
   George P. Sibley, III
   Paul T. Nyffeler
   Hunton & Williams LLP
   951 East Byrd St.
   Richmond, VA 23219
   (804) 788-8200

   Jeffrey N. Martin
   Hunton & Williams LLP
   2200 Pennsylvania Avenue, N.W.
   Washington, D.C.  20037
   (202) 955-1500

   Kathy Robb
   Hunton & Williams LLP
   200 Park Avenue, 52nd Floor
   New York, New York  10166-0005
   (212) 309-1000

   Jan M. Conlin
   Robins, Kaplan, Miller & Ciresi L.L.P.
   800 LaSalle Avenue
   2800 LaSalle Plaza
   Minneapolis, MN  55402
   (612) 349-8500

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 15, 2013, I electronically filed the foregoing using the ECF system, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

          **GEORGIA-PACIFIC CONSUMER PROD-**
          **UCTS, LP., FORT JAMES CORPORATION,**
          **and GEORGIA-PACIFIC LLC**

          By: /s/ Joseph C. Kearfott