# Exhibit 1

| Braithwaite, James – June 28, 2012 | | | |
|---|---|---|---|
| **Plaintiffs' Initial Designations** | **Objections and Counter-Designations (IP) (NCR) (W)** | **Plaintiffs' Objections and Counter-Counter-Designations** | **Other Objections** |
| 31:20-33:11 | | | |
| 35:15-36:18 | | | |
| 38:12-39:4 | | | |
| 45:3-46:18 | | | |
| | (NCR) 46:19-22 | | |
| 47:1-7 | | | |
| 47:9 | | | |
| 47:17-48:1 | | | |
| | | 48:11-14 | |
| | (NCR) 48:15-49:3 | | |
| | | 49:4-9 | |
| 49:10-20 | | | |
| 53:12-19 | | | |
| 58:9-19 | | | |
| 58:21-59:3 | | | |
| 61:18-62:9 | | | |
| 62:11-13 | | | |
| | | 63:15-18 | |
| | (NCR) 63:19-64:3 | | |
| | | 64:4-6 | |
| 64:7-14 | | | |
| 65:22-66:2 | | | |
| 66:4 | | | |
| 66:6-9 | | | |
| | (NCR) 66:22-67:13 | | |
| 70:4-71:4 | | | |
| 75:7-10 | | | |
| 75:12-77:6 | | | |
| 77:9-78:1 | | | |
| 78:4-10 | | | |
| 78:19-79:10 | | | |
| 79:15-18 | | | |
| 79:20-80:1 | | | |
| 80:3-5 | | | |
| 80:7 | | | |
| | (NCR) 81:2-7 | | |
| | (NCR) 81:9-10 | | |
| 83:13-85:5 | | | |
| | (NCR) 85:8-19 | | |
| | | 86:20-87:4 (start at "In | |

| | Braithwaite, James – June 28, 2012 | | |
|---|---|---|---|
| **Plaintiffs' Initial Designations** | **Objections and Counter-Designations (IP) (NCR) (W)** | **Plaintiffs' Objections and Counter-Counter-Designations** | **Other Objections** |
| | | concluding that ACPC,") | |
| | | 87:6 | |
| 90:8-16 | | | |
| 90:18-22 | | | |
| 92:20-93:22 | | | |
| 94:2-12 | | | |
| | (NCR) 94:19-95:15 | | |
| 95:16-19 | | | |
| 95:21-96:13 | | | |
| 96:15-22 | | | |
| | (NCR) 99:8-16 | | |
| | (NCR) 99:18-100:10 | | |
| 100:11-101:5 | | | |
| 101:8-102:4 | | | |
| 109:21-110:6 | | | |
| | (NCR) 110:7-8 | | |
| | (NCR) 110:11-14 | | |
| 111:10-112:12 | | | |
| 112:17 | | | |
| 114:2-12 | | | |
| | (NCR) 114:13-22 | | |
| 116:10-117:2 | | | |
| | (NCR) 117:6-118:4 | | |
| | | 118:5-12 | |
| | | 118:14-119:12 | |
| 119:13-17 | | | |
| 120:7-13 | | | |
| 123:5-10 | | | |
| 123:12-125:2 | | | |
| 150:15-151:13 | | | |
| 160:22-162:17 | | | |
| 163:8-164:3 | | | |
| 171:9-12 | | | |
| 171:17-172:8 | | | |
| | (IP) 208:11-15 | | |
| | (IP) 208:18 | | |