UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA-PACIFIC CONSUMER
PRODUCTS, LP, et a.,

        Plaintiffs,

                                          Case Number 1:11-cv-483

v.

                                          Honorable Robert J. Jonker

NCR CORPORATION, et al.,

        Defendants.

_____/

## CERTIFICATE OF SERVICE

        Geoffrey A. Fields states that he is an employee of the law firm of Dickinson Wright PLLC and

that he served a copy of the following:

- Paper copies of additional trial exhibits provided after January 30, 2013 when the parties submitted the Proposed Final Pretrial Order

on:

                Joseph C. Kearfott, Esq.
                Hunton & Williams LLP
                951 East Byrd St.
                Richmond, VA 23219

                John D. Parker, Esq.
                Baker & Hostetler LLP
                1900 East 9th Street, Suite 3200
                Cleveland, OH 44114-3482

                Mark W. Schneider, Esq.
                Perkins Coie
                1201 Third Avenue, Suite 4800
                Seattle, WA 98101-3099

via first-class mail, postage pre-paid 27th day of March, 2013.

                DICKINSON WRIGHT PLLC

                By */s/ Geoffrey A. Fields*
                Geoffrey A. Fields
                Attorneys for NCR Corporation
                200 Ottawa Avenue, N.W., Suite 1000
                Grand Rapids MI 49503-2427
                Phone: 616-458-1300