**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GEORGIA-PACIFIC CONSUMER PRODUCTS LP, )
FORT JAMES CORPORATION, and )
GEORGIA-PACIFIC LLC, )
 )
                 Plaintiffs, )
 )    No. 1:11-CV-00483
   v. )
 )    Judge Robert J. Jonker
NCR CORPORATION, )
INTERNATIONAL PAPER CO., and )
WEYERHAEUSER CO., )
 )
                 Defendants. )

_____

**STIPULATION AND [PROPOSED] ORDER CONCERNING
CORRECTION OF TRIAL TRANSCRIPTS**

_____

WHEREAS the Court held a trial in the above-captioned action from February 19,

2012, through February 28, 2013 (the "Trial");

WHEREAS the transcript of the Trial ("Trial Transcript") contained certain

transcription errors;

The undersigned parties stipulate and agree that the corrections set forth in

Exhibit A, attached hereto, be made to the Trial Transcript.


DATED: April 15, 2013

-1-

Dated:  April 15, 2013                                  Respectfully submitted,


**GEORGIA-PACIFIC CONSUMER PRODUCTS,
LP., FORT JAMES CORPORATION, and
GEORGIA-PACIFIC LLC**

By:    /s/ Joseph C. Kearfott

Peter A. Smit, Bar No. P 27886
Varnum LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI  49501
(616) 336-6000

Joseph C. Kearfott
Douglas M. Garrou
George P. Sibley, III
Hunton & Williams LLP
951 East Byrd St.
Richmond, VA  23219
(804) 788-8200

Jeffrey N. Martin
Hunton & Williams LLP
1900 K Street, N.W.
Washington, D.C.  20006
(202) 955-1500

Kathy Robb
Hunton & Williams LLP
200 Park Avenue, 52nd Floor
New York, NY  10166-0005
(212) 309-1000

Jan M. Conlin
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402
(612) 349-8500

-2-

**NCR CORPORATION**

By:    /s/ Darin P. McAtee

Geoffrey A. Fields
Dickinson Wright
200 Ottawa Avenue, N.W., Suite 1000
Grand Rapids, MI  49503-2427
Phone: (616) 336-1017
Fax: (616) 458-6753
gfields@dickinsonwright.com

Evan R. Chesler
Darin P. McAtee
Cravath, Swaine & Moore LLP
Worldwide Plaza, 825 Eighth Avenue
New York, NY  10019
Phone: (212) 474-1000
Fax: (212) 474-3700

Evan B. Westerfield
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603
Phone: (312) 853-7000
Fax: (312) 853-7036

Linda R. Larson
Bradley M. Marten
Marten Law PLLC
1191 Second Avenue, Suite 2200
Seattle, WA  98101
Phone: (206) 292-2600
Fax: (206) 292-2601

-4-

**INTERNATIONAL PAPER COMPANY**

By:     /s/ John D. Parker

John F. Cermak, Jr.
Sonja A. Inglin
Baker & Hostetler, LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA  90025
Phone: (310) 820-8800
Fax: (310) 820-8859

John D. Parker
Baker & Hostetler LLP
1900 East 9th Street, Suite 3200
Cleveland, OH  44114-3482
Phone: (216) 861-7610
Fax: (216) 696- 0740

David W. Centner
Clark Hill PLC
200 Ottawa NW, Suite 500
Grand Rapids, MI  49503

-5-

**WEYERHAEUSER COMPANY**

By:    /s/  Mark W. Schneider

Mark W. Schneider
J. Christopher Baird
Michael Dunning
Karen M. McGaffey
Perkins Coie
1201 Third Avenue
Suite 4800
Seattle, WA  98101-3099

Douglas A. Dozeman
Scott M. Watson
Warner Norcross and Judd LLP
900 Fifth Third Center
111 Lyon St NW
Grand Rapids, MI  49503-2487

-6-

The foregoing Stipulation is hereby approved and SO ORDERED:


Dated: _____          _____

                                             Robert J. Jonker
                                       United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2013, I electronically filed the Stipulation and

[Proposed] Order Concerning Correction of Trial Transcripts using the ECF system, which will

send notification of such filing by operation of the Court's electronic systems. Parties may access

this filing via the Court's electronic system.

FURTHERMORE, I hereby certify that on April 15, 2013, I served by electronic

mail a copy of the aforementioned document upon counsel listed below:

Dean P. Laing
O'Neil Cannon Hollman DeJong & Laing SC
111 E Wisconsin Ave - Ste 1400
Milwaukee, WI 53202
Dean.Laing@wilaw.com


Dated: April 15, 2013                                  NCR CORPORATION

                                                       /s/ Darin P. McAtee
                                                          Darin P. McAtee