# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC )))))) | |
| Plaintiffs, ) | |
| ) | No: 1:11-cv-00483 |
| v. ) | |
| ) | Judge Robert J. Jonker |
| NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO., ))))) | |
| Defendants. ) | |

## AMENDED STIPULATION REGARDING ADMITTED EXHIBITS AND WITHDRAWN DEPOSITION TESTIMONY

1. Plaintiffs Georgia-Pacific Consumer Products LP, Fort James Corporation, and Georgia-Pacific LLC and Defendants NCR Corporation, International Paper Co. and Weyerhaeuser Co. stipulate that the index attached as Exhibit A reflects the parties' agreement regarding the admission status of all exhibits on the parties' exhibit lists. The exhibit list has been amended to reflect the admission status of Exhibit 2197, which was not incorrectly marked as "Not Offered" on Dkt No. 411.

2. To assist the Court's review of the evidence, Georgia-Pacific will provide updated flash drives by Thursday, April 18, 2013.

Dated: April 16, 2013

**GEORGIA-PACIFIC CONSUMER PRODUCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC**

By:     /s/ Joseph C. Kearfott

    Peter A. Smit, Bar No. P 27886
    Varnum LLP
    Bridgewater Place, P.O. Box 352
    Grand Rapids, MI 49501
    (616) 336-6000

    Joseph C. Kearfott
    Douglas M. Garrou
    George P. Sibley, III
    Paul T. Nyffeler
    Hunton & Williams LLP
    951 East Byrd St.
    Richmond, VA 23219
    (804) 788-8200

    Jeffrey N. Martin
    Hunton & Williams LLP
    2200 Pennsylvania Avenue, N.W.
    Washington, D.C. 20037
    (202) 955-1500

    Kathy Robb
    Hunton & Williams LLP
    200 Park Avenue, 52nd Floor
    New York, New York 10166-0005
    (212) 309-1000

    Jan M. Conlin
    Robins, Kaplan, Miller & Ciresi L.L.P.
    800 LaSalle Avenue
    2800 LaSalle Plaza
    Minneapolis, MN 55402
    (612) 349-8500

**NCR CORPORATION**

By: /s/ Evan R. Chesler

Geoffrey A. Fields
Dickinson Wright
200 Ottawa Avenue, N.W., Suite 1000
Grand Rapids, MI 49503-2427
Phone: (616) 336-1017
Fax: (616) 458-6753
gfields@dickinsonwright.com
Evan R. Chesler
Darin P. McAtee
Omid H. Nasab
Cravath, Swaine & Moore LLP
Worldwide Plaza, 825 Eighth Avenue
New York, NY 10019
Phone: (212) 474-1000
Fax: (212) 474-3700

Evan B. Westerfield
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

Linda R. Larson
Bradley M. Marten
Marten Law PLLC
1191 Second Avenue, Suite 2200
Seattle, WA 98101
Phone: (206) 292-2600
Fax: (206) 292-2601

**INTERNATIONAL PAPER COMPANY**

By: /s/ John D. Parker

John F. Cermak, Jr.
Sonja A. Inglin
Charles E. Shelton
Baker & Hostetler, LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025
Phone: (310) 820-8800
Fax: (310) 820-8859

John D. Parker
Lora M. Reece
Michael D. Meuti
Baker & Hostetler LLP
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
Phone: (216) 861-7610
Fax: (216) 696- 0740

David W. Centner
Clark Hill PLC
200 Ottawa NW, Suite 500
Grand Rapids, MI 49503

**WEYERHAEUSER COMPANY**

By: /s/ Mark W. Schneider

Mark W. Schneider
J. Christopher Baird
Michael Dunning
Karen M. McGaffey
Perkins Coie
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099

Douglas A. Dozeman
Scott M. Watson
Warner Norcross and Judd LLP
900 Fifth Third Center
111 Lyon St NW
Grand Rapids, MI 49503-2487

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2013, I electronically filed the foregoing using the ECF system, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

**GEORGIA-PACIFIC CONSUMER PRODUCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC**

By: /s/ Joseph C. Kearfott