# EXHIBIT A

DETAILS OF ADDITIONS TO PLANT, PROPERTY AND EQUIPMENT

Location Name: Kalamazoo Rental Property
Number: 613
Year Ended: December 31, 1956

| DATE | REFERENCE | DESCRIPTION | TOTAL | BUILDINGS & APPURTENANCES | MACHINERY & EQUIPMENT | AUTOMOTIVE EQUIPMENT | FURNITURE & FIXTURES | LIFT TRUCKS | SMALL TOOLS & EQUIPMENT | [Land Improvements] | TYPE OF ASSET | OTHER AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | | None | | | | | | | | | | |
| Feb | | None | | | | | | | | | | |
| March | F JV/53 | Class job 17 Auto. Control Device | 5,478.54 | | 5,478.54 | | | | | | | |
| | " | 42 Install 12 Ton | 4,345.83 | | 4,345.83 | | | | | | | |
| | " | 54 Fuel Supply for Cooler | 8,746.18 | | 8,746.18 | | | | | | | |
| | " | 57.8 diff. valve #3 P.S. | 977.40 | | 977.40 | | | | | | | |
| April | F JV/53 | Class job 68 Lab dust work | 258.60 | 258.60 | | | | | | | | |
| | " | 6 Sam. Sta. | 6,022.78 | | 6,022.78 | | | | | | | |
| | " | 63 Prop Ag #6 P.S. | 2,472.77 | | 2,472.77 | | | | | | | |
| | " | 64 Cooling Tower | 1,135.89 | 1,135.89 | | | | | | | | |
| | " | 67 Monthly Summary | 1,797.78 | | 1,797.78 | | | | | | | |
| | " | 71 Install Door Mill D | 1,272.53 | 1,272.53 | | | | | | | | |
| F JV/53 | | From Water from Exter Cabinet 13% | 448.90 | | | | 448.90 | | | | | |
| May | F JV/53 | Class job 11 Typewriter for Finster | 159.68 | | | | | | 159.68 | | | |
| | " | 74 Contr. Room #5 P.S. | 92,150.22 | | 92,150.22 | | | | | | | |
| | " | 75 Monthly Summary | 1,082.54 | 1,082.54 | | | | | | | | |
| June | F JV/53 | Class job 94 Monthly Summary | 4,208.72 | 4,208.78 | | | | | | | | |
| | " | 77 21,000 Gal Storage Tank | 9,500.78 | 9,500.78 | | | | | | | | |
| | " | 68 Furnace Hoist 3-4 section | 1,766.48 | | 1,766.48 | | | | | | | |
| | " | 80 Blower Filter | 12.05 | | 12.05 | | | | | | | |
| | " | 86 Burr Cont'l Ellopper | 47,053.89 | | 47,053.89 | | | | | | | |
| | " | 89 Color Prep. Sys. Feeder | 773.78 | | 773.78 | | | | | | | |
| | " | 90 Ceas. Pulp unit MITR | 8,432.53 | | 8,432.53 | | | | | | | |
| | " | 2-50 ton Steel Sheets | 106,772.18 | | 106,772.18 | | | | | | | |
| | " | 81 EII Tester | 1,097.57 | | 1,097.57 | | | | | | | |
| | " | Const. of parking lot | 2,249.00 | | 2,249.00 | | | | | | | |
| | " | 73 Napleco motor Blrwr | 73.60 | | | | 73.60 | | | | | |
| F JV/56 | | From Penelyte – Typewriter 134 5-56 | 3,697.90 | | | | 522.10 | | 199.08 | 3,697.90 | | |
| | | | 271,746.87 | 14,308.22 | 253,074.97 | | | | 199.08 | 3,697.90 | | |

IPC 001 - 0007900

EXHIBIT 5178 PAGE 4 of 18