# Exhibit A

| Final Ex. # | Doc Description | Doc Date |
|---|---|---|
| 4 | Whiting Trial Testimony of Ronald Jezerc (2/29/2012) | 2/29/2012 |
| 5 | Deposition of David Hatton (10/21/2011) | 10/21/2011 |
| 11 | Deposition of Dale Schumaker (11/2/2011) | 11/2/2011 |
| 12 | Deposition of Gene Edgerton (9/12/2012) | 9/12/2012 |
| 13 | Deposition of Don Christensen (3/25/2009) | 3/25/2009 |
| 14 | Deposition of Floyd Strelow (2/10/2009) | 2/10/2009 |
| 15 | Deposition of Jerome Bodmer (3/16/2009) | 3/16/2009 |
| 16 | Deposition of Ronald Jezerc (12/4/2006) | 12/4/2006 |
| 17 | Deposition of Ronald Jezerc (4/20/2009) | |
| 19 | Deposition of Leo Golper (8/26/2009) | 8/26/2009 |

GP v. NCR
TRIAL EXHIBIT LIST

| Final Ex. # | Doc Description | Doc Date |
|---|---|---|
| 21 | Deposition of Cumming Paton (8/26/2009) | 8/26/2009 |
| 22 | Deposition of Michael Stevens (11/15/2006) | 11/15/2006 |
| 23 | Deposition of Michael Stevens (3/13/2009) | |
| 26 | Deposition of Herbert Vodden (8/25/2009) | 8/25/2009 |
| 27 | Deposition of Gerald Taylor (4/3/2007) | 4/3/2007 |
| 28 | Deposition of Gerald Taylor (6/16/2009) | 6/16/2009 |
| 29 | Deposition of J.E. Gordon Taylor (12/3/2008) | 12/3/2008 |
| 30 | Deposition of Bruce Brockett (8/25/2009) | 8/25/2009 |
| 33 | Deposition of NCR Corporation (through designee Edward Gallagher) (1/25/2012) | 1/25/2012 |

| Final Ex. # | Doc Description | Doc Date |
|---|---|---|
| 35 | Deposition of Fred Heinritz (6/22/2010) | |
| 36 | Deposition of Marilyn Wren (4/11/2011) | 4/11/2011 |
| 39 | Deposition of George Hunter (11/16/2011) | 11/16/2011 |
| 40 | Deposition of Gene Edgerton (12/2/2011) | 12/2/2011 |
| 41 | Deposition of William Slater (6/24/1992) | 6/24/1992 |
| 43 | Deposition of Richard Bennett (7/24/1992) | 7/24/1992 |
| 44 | Deposition of Richard Bennett (9/15/1992) | 9/15/1992 |
| 45 | Deposition of Richard Bennett (1/12/2012) | 1/12/2012 |
| 46 | Deposition of NCR Corporation (through designee Edward Gallagher) (4/20/2012) | 4/20/2012 |
| 47 | Deposition of Mack Rupard (2/3/2012) | 2/3/2012 |
| 49 | Deposition of Daniel McIntosh (3/15/2012) | 3/15/2012 |

| Final Ex. # | Doc Description | Doc Date |
|---|---|---|
| 50 | Deposition of Clinton Gilmore (3/16/2012) | 3/16/2012 |
| 51 | Deposition of Robert Self (3/16/2012) | 3/16/2012 |
| 53 | Deposition of Robert Fetters (3/27/2012) | 3/27/2012 |
| 55 | Deposition of James Grabow (3/28/2012) | 3/28/2012 |
| 59 | Deposition of E.J. Gilman (6/20/1997) | 6/20/1997 |
| 60 | Deposition of E.J. Gilman (8/12/1997) | 8/12/1997 |
| 61 | Deposition of Dennis Hultgren (3/4/2009) | 3/4/2009 |
| 64 | Deposition of Scott Tucker (8/19/2009) | 8/19/2009 |
| 65 | Deposition of Albert Vickery (7/7/1997) | 7/7/1997 |
| 66 | Deposition of William Akright (4/29/1992) | 4/29/1992 |

| Final Ex. # | Doc Description | Doc Date |
|---|---|---|
| 67 | Deposition of George Brooks (6/13/1997) | 6/13/1997 |
| 82 | Deposition of Daniel McIntosh (4/7/2009) | 4/7/2009 |
| 83 | Deposition of Daniel McIntosh (6/12/2007) | 6/12/2007 |
| 84 | Deposition of John Stutz (5/24/2007) | 5/24/2007 |
| 85 | Deposition of John Stutz (6/18/2009) | 6/18/2009 |
| 87 | Deposition of J.E. Gordon Taylor (5/13/2009) | 5/13/2009 |
| 88 | Deposition of Ernest Klimczak (1/12/1993) | 1/12/1993 |
| 89 | Deposition of William Slater (1/11/2012) | 1/11/2012 |
| 90 | Deposition of George Brooks (2/12/1992) | 2/12/1992 |
| 148 | International Paper Company's Responses to Plaintiffs' First Set of Requests for Admission (served on 2/3/12) | 2/3/2012 |

| Final Ex. # | Doc Description | Doc Date |
|---|---|---|
| 1001 | Attachment 04 to Expert Report of Kenneth Jenkins (GP Expert): Site Location Map | 5/9/2012 |
| 1005 | Administrative Settlement Agreement and Order on Consent for Removal Action entered into by Millennium Holdings, LLC and Georgia-Pacific, LLC in the Matter of Allied Paper/Portage Creek/ Kalamazoo River Superfund Site, with attachments. | 2/15/2007 |
| 1006 | EPA Administrative Settlement Agreement and Order on Consent for Removal Action | 6/8/2009 |
| 1007 | Letter from K. Robb to MDEQ w/ Attached Checks and Invoices | 11/23/1999 |
| 1008 | Invoice to GP for Response Costs | 6/12/2009 |
| 1009 | Invoice to GP for Response Costs | 10/26/2009 |
| 1010 | Invoice to GP for Response Costs | 2/8/2012 |
| 1013 | Michigan Water Resources Commission study, "Polychlorinated Biphenyl Survey of the Kalamazoo River and Portage Creek in the Vicinity of the City of Kalamazoo 1972" | Jan-73 |
| 1016 | Blasland & Bouck report, Description of the Current Situation, Vol. 3 of 7 | May-92 |
| 1021 | Michigan Department of Environmental Quality, Stage I Assessment Report, Volume 1 - Injury Assessment: Kalamazoo River Environment | 3/15/2005 |
| 1022 | Excerpts from Michigan Department of Environmental Quality's Allied Paper Inc. Operable Unit Remedial Investigation Report | Mar-08 |
| 1025 | Aerial Photo of Bryant Mill (Cropped) | 7/12/1955 |
| 1026 | Aerial Photo of Bryant Mill (USGS Original) | 7/12/1955 |
| 1029 | Aerial Photo of Bryant Mill (Cropped) | 8/10/1956 |
| 1030 | Aerial Photo of Bryant Mill (USGS Original) | 8/10/1956 |
| 1031 | Aerial Photo of Bryant Mill (Cropped) | 5/10/1961 |
| 1032 | Aerial Photo of Bryant Mill (USGS Original) | 5/10/1961 |
| 1034 | Aerial photographs of Bryant Mill (cropped copies from exhibit 1035 - page one prepared from USGS aerial 1-162 and page two prepared from USGS aerial 2-162) | Nov-65 |
| 1035 | Aerial photographs 1-162 & 2-162 of Bryant Mill - USGS Originals (related to exhibit 1034) | Nov-65 |
| 1039 | Appendix C to Expert Report of James Farrand (GP Expert): Chart Illustrating Typical Deinking Process | 5/9/2012 |
| 1045 | Interview of Jack E. Wilber | 7/18/1977 |
| 1046 | Waste Paper Utilization Council - "To All Members," with Minutes, Annual Report and Brochure | 12/28/1956 |
| 1057 | NCR Report: Chemical Research Department Progress Report, Impact Printing | 3/28/1947 |
| 1109 | 1954 Objectives Report | 1954 |
| 1110 | NCR Cost Projections | 4/28/1954 |
| 1112 | NCR Process Specification No. 730.26 - "Application of Modified NCR Emulsion Color for the Manufacture of NCR Paper CB and NCR Paper CFB - Tunnel Drier" | 10/27/1954 |
| 1117 | Letter from NCR's H.V.. Lauer to A.G. Cooley (Timers Facsimile Corporation) re letters to and from Mr. Chollar | 6/17/1958 |
| 1121 | NCR Research and Development Division Bulletin discussing milk truck hauling | Dec-61 |
| 1123 | Visit to Chicago, Illinois & Appleton, Wisconsin | 9/28/1953 |
| 1126 | A.T. Kearney Company's 1964 Review Report of ACPC's Company Operations | 12/2/1964 |
| 1151 | NCR Special Products Division Newsletter | May-70 |
| 1155 | Letter from J.E. Gordon Taylor to H.V.. Lauer and G.J. Wilson regarding "Growing Public Knowledge of Aroclor in NCR Paper" | 7/23/1970 |
| 1156 | Letter from NCR's W.H. Talmage to DOJ's R.S. Zuckerman | 8/11/1970 |
| 1157 | Letter from NCR's W.H. Talmage to DOJ's R.S. Zuckerman re: NCR's Proposed Acquisition of ACPC | 9/14/1970 |

| Final Ex. # | Doc Description | Doc Date |
|---|---|---|
| 1161 | ACPC Memo re: XP-585: Non-Aroclor Self-Contained | 6/7/1971 |
| 1162 | Excerpt from Letter re: NCR Sales History and Performance at Appleton, 1953-1973 | 1973 |
| 1164 | Letter from Walter Spearin to James Haney re PCB monitoring program | 1/19/1976 |
| 1165 | History of Carbonless | 4/5/1984 |
| 1167 | Appleton Papers - The Birth of Carbonless: NCR Paper Brand | Feb-87 |
| 1171 | NCR's Responses to Georgia-Pacific's First Set of Interrogatories | 1/27/2009 |
| 1174 | NCR Report entitled, "US Production NCR Paper Capsules, 1954-1972" | |
| 1177 | Process Specification No. 730.22, Operation: Preparation of Modified NCR Emulsion Color in a Premier Colloid Mill. | |
| 1181 | Handwritten Notes re: Broke Costs (1952) | 1952 |
| 1185 | Wiggins Teape Report: Visit to Maloid Co., Xerox Processing Laboratories, Chicago | 12/14/1956 |
| 1193 | NCR Letter to Wiggins-Teape Group | 1/7/1958 |
| 1199 | Excerpt from Wiggins-Teape Memorandum on Visit to PapierFabrik | 1/5/1959 |
| 1214 | IPC memorandum by J Swanson re NCR research project | 6/12/1963 |
| 1215 | Excerpts from Report on Visit to Mead Paper Company | 11/29/1963 |
| 1233 | Wiggins-Teape Report on Visit to NCR (April 1965) | Apr-65 |
| 1240 | Letter from Bud Heinritz of Appleton Coated Paper Company to Burroughs of Wiggins-Teape | 5/19/1965 |
| 1253 | Handwritten Notes from NCR Chemical Development Notebook | 10/18/1965 |
| 1290 | Handwritten Notes re: Re-Pulping of KP-CFB Broke | 9/4/1968 |
| 1295 | Handwritten Notes re: Re-Pulping Procedure (September 1970) | Sep-70 |
| 1296 | Memo from Clark, W. to File CC Darby, J.; Farrar, M.; Johnson, N.; Olson, D.; Touchette, N. et al re Plasticizer Sales Call Report | 9/28/1970 |
| 1302 | Letter from P. Servidea, NCR, to P. Albert, National Fiber Supply re: Discussion Paper re: Superfund Rycler Liability | 6/10/1998 |
| 1330 | Chemical Research Department, Semi-Annual Report (1951) | 1951 |
| 1339 | Heinritz letter to Kalamazoo Paper | 10/23/1952 |
| 1357 | NCR Letter to H.L. Hibbert | 7/29/1954 |
| 1401 | Proceedings of the First Waste Paper Symposium Conrad Hilton Hotel, Chicago, June 7-8, 1960 sponsored by the Waste paper utilization Council | Jun-60 |
| 1421 | Communications between Combined Locks Personnel (John Whalen - Technical Director and Reinhold A. Vogt - President) and Wisconsin Water Pollution Authorities (1954-1969) Combined Locks Personnel (John Whalen) | 3/25/1964 |
| 1424 | Wiggins-Teape Research and Development Establishment Memorandum | 11/5/1964 |
| 1450 | Memorandum from Wiggins-Teape Research & Development Division re: The Re-Use of N.C.R. Broke (1966) | 2/14/1966 |
| 1458 | Publication - New Scientist | Dec-66 |
| 1466 | Letter from Dr. R. Emmet Kelly to Dr. M.J. Thomas of NCR attaching a Photostat (photocopy) of the paper by Dr. Jensen of Sweden on PCBs | 2/27/1967 |
| 1487 | Laboratory Notebook by Janet Plantikow re Replacement of Floc with Repulped C Bin Compounded Emulsion Book No. 98 (excerpts) | 7/3/1968 |
| 1503 | Monsanto Memo re: Aroclor - Wildlife: Incineration of NCR Paper | 3/4/1969 |

| Final Ex. # | Doc Description | Doc Date |
|---|---|---|
| 1509 | Monsanto Plasticizer Sales Call Report | 4/18/1969 |
| 1511 | Phone Memorandum involving C. Paton and G. Taylor | 4/29/1969 |
| 1524 | Monsanto Memo re: Aroclor - Wildlife Monthly Summary, October-November, 1969 | 11/20/1969 |
| 1526 | Handwritten Notes | 12/16/1969 |
| 1537 | Wiggins Teape Letter to NCR | 1/5/1970 |
| 1539 | Minutes from Meeting among Monsanto, NCR, and Wiggins Teape | 1/26/1970 |
| 1543 | Summary of Meeting Held at Monsanto re: Aroclor - DDT Ban | 1/30/1970 |
| 1545 | Wiggins Teape Letter to NCR | 2/3/1970 |
| 1547 | Memo from G. Coddington to C. Capps re: Contamination of Coastal Waters | 2/9/1970 |
| 1551 | Research Memo re: NCR Paper and Aroclor | 2/13/1970 |
| 1554 | Report of Meeting with NCR & Wiggins Teape in London | 2/19/1970 |
| 1560 | Wiggins Teape Letter re: Aroclor - Monsanto/Ministry meeting on 10th March 1970 | 3/12/1970 |
| 1566 | Wiggins Teape Letter re: Aroclor | 4/16/1970 |
| 1567 | Minutes from Meeting between Mr. D.S. Cameron of Monsanto and Dr. J.E. Portman and Mr. P.C. Wood of the Ministry of Agriculture, Fisheries and Food Fisheries Laboratory | 4/17/1970 |
| 1585 | Letter from D.S. Cameron to A. Cove re PCB Letter "Chemistry and Industry" | 6/11/1970 |
| 1621 | Report entitled "Status of Polychlorinated Biphenyl Uses at NCR" by T.E. Hoover | 11/10/1972 |
| 1626 | NCR Appleton Division Statement Concerning PCBs | Feb-76 |
| 1641 | Response of NCR Corp. to EPA's Request for Information, dated April 8, 2003 | 6/10/2003 |
| 1677 | NCR Paper - "At Home and Abroad" | Dec-58 |
| 1686 | NCR Factory News Article | Mar-67 |
| 1688 | Memorandum from W.S. McClenahan (IPC) to File re NCR Project 2910 and NCR Broke | 1/23/1970 |
| 1689 | Institute of Paper Chemistry Memorandum re: Conversation with Daniel McIntosh of NCR | 1/23/1970 |
| 1690 | NCR World Article dated November-December 1970 | Nov-70 |
| 1692 | Memorandum re: Visit to Paper Board Plants in Connection with PCB Findings in Total Diet Sample | 7/14/1971 |
| 1694 | Exhibits B & C to Affidavit of Gene Edgerton (Kalamazoo) | 8/21/2012 |
| 1712 | Photograph of Interiors at Washington Court House showing Equipment, Machinery, and Employees, obtained from NCR Archives at Dayton, OH | 7/20/1965 |
| 1728 | Negative Folder File: NCR Plants - Washington C.H. Subject: Paper Roll Handling Equipment at Washington CH Plant Washington Court House Date 3/2/71 | 3/2/1971 |
| 1729 | Negative Folder File: NCR Plants - Washington C.H. Subject: Paper Roll Handling Equipment at Washington CH Plant Washington Court House Date 3/2/71 | 3/2/1971 |
| 1731 | News Articles relating to 1971 Strike at Washington Court House | Dec-71 |
| 1735 | News Articles relating to former Washington Court House site | |
| 1755 | Mead Corporation Debit Memos (1955) | 6/21/1955 |
| 1758 | Additional Mead Corp. Debit Memos & Shipping invoices from Mead to Kalamazoo Paper (1965) | 1965 |
| 1772 | Franklin Associates, Use of Waste NCR Papers in the East North Central Region and Fox River Mills, 1969 | 6/6/2000 |
| 1776 | The Institute of Paper Chemistry Memorandum from J.W. Swanson to Mr. Sitterson titled "A Possible Project With The Appleton Coated Paper Co. And Combined Locks Paper Co." | 7/25/1955 |

| Final Ex. # | Doc Description | Doc Date |
|---|---|---|
| 1782 | ACPC Inter Office Memo from Elfner, E.S. regarding Broke Inventory, Shipping and Billing Procedure – Revision | 7/21/1966 |
| 1790 | November and December 1971 Appleton Scene - "Special Environmental Report" by Appleton Papers, Inc. (a subsidiary of NCR) enclosed in R. Suess letter to All Media | Nov-71 |
| 1791 | Chronology | Nov-71 |
| 1792 | Lab Notebook (No #) of Busch, T. | |
| 1799 | ACPC internal manufacturing statistics report from 1950s-1970s | |
| 1802 | Paper Trade Journal Article, "How Combined Locks Paper Handles Deinking Waste" | 2/20/1961 |
| 1809 | Organizational Chart of Appleton Papers, Inc. | 8/1/1978 |
| 1828 | 1965 KPC Car Records | 1965 |
| 1833 | 1968 KPC Car Records | 1968 |
| 1839 | Brown Company Inter-Office Correspondence from B. D. Wagner to J. Eccles, et. al., "Subject: PCB Controversy." | 9/30/1971 |
| 1847 | A.D. Little, "Analysis of Demand and Supply for Secondary Fiber in the U.S. Paper and Paperboard Industry," Vol. 1 (1975) | Mar-75 |
| 1848 | Brown Company Laboratory Report - Comparison of PCBs of Another Set of Samples of Mead Carbonless and Appleton NCR with Various Treatments Including Hooker Two Stage Bleaching | 8/25/1975 |
| 1852 | FTC Letter to NCR Corp. re: The Proposed Acquisition of the Appleton Papers Division of NCR Corporation by British American Tobacco Industries, Ltd., with Exhibit J: Ten Largest Suppliers to the Appleton Division | 5/18/1978 |
| 1860 | Letter from J. Andrew Schlickman to Justice Dept. enclosing Submission to WDNR | 9/29/1998 |
| 1872 | NCR's Responses to Department of Interior's March 22, 1999 Request for Information | 4/12/1999 |
| 1873 | Email from P. Servidea, NCR, to D. Conover, US Senate, re: Additional Info on Recyclers Bil | 4/26/1999 |
| 1876 | National Fiber Supply Company's Section 104(e) Response in Fox River Litigation | 6/4/1999 |
| 1883 | Letter from Appleton and NCR to Messrs. DeLoach and Sarosiek re Fox River PCB Contamination Matter | 8/11/2004 |
| 1884 | 2005 aerial photo, Appleton, Wisconsin | 2005 |
| 1887 | Appendix E to Peterson Report: Chart of Kalamazoo Paper Company 1965 Summary of Pertinent C + NW Shipments (2012) | 5/9/2012 |
| 1888 | Kalamazoo Paper Company Waste Paper Purchases (1954-1971) from Accounts Payable Ledgers (Master Summary Chart, All Brokers) | 5/9/2012 |
| 1896 | Kalamazoo Paper Company Car Records Showing Purchases of Waste Paper (Continental Paper Grading) | 5/9/2012 |
| 1897 | Kalamazoo Paper Company Car Records Showing Purchases of Waste Paper (International Cellulose Inc.) | 5/9/2012 |
| 1899 | Kalamazoo Paper Company Car Records Showing Purchases of Waste Paper (National Fiber Supply Co.) | 5/9/2012 |
| 1900 | Kalamazoo Paper Company Car Records Showing Purchases of Waste Paper (Pioneer Paper Stock) | 5/9/2012 |
| 1901 | Kalamazoo Paper Company Car Records Showing Purchases of Waste Paper (U.S. Paper Supply) | 5/9/2012 |

| Final Ex. # | Doc Description | Doc Date |
|---|---|---|
| 1902 | Hamilton Paper Company Waste Paper Purchases (1957 - 1961) from Record of Checks Drawn Ledgers (Master Summary Chart, All Brokers) | 5/9/2012 |
| 1917 | Appendix D to Peterson Report: Illustrative map of Kalamazoo Rail Service | 5/9/2012 |
| 1937 | Notebook given to witness by previous employee | |
| 1942 | Handwritten Titles of Accounts (1955) | 1955 |
| 1955 | Kalamazoo Letter to Fred T. Heinritz | 9/22/1952 |
| 1960 | Heinritz letter to Kalamazoo Paper Company | 12/19/1952 |
| 1961 | Letter from Kalamazoo Paper Company to Fred Heinritz of Appleton Coated Paper Company | 12/22/1952 |
| 1962 | Kalamazoo Division, Contract, Letter of Agreement and Spot Quote Accounts | 2/9/1956 |
| 1963 | Summary of St. Regis Monthly Waste Paper Purchases for Bryant Mill (1953-1954) | 1953 |
| 1964 | Appendix B to 1954 Report of George A. Armstrong & Co. regarding the Kalamazoo Paper Mil | |
| 1968 | Attachment 13 to Expert Report of Kenneth Jenkins (GP Expert): Map of HRDL Core Sampling Locations | 5/9/2012 |
| 1969 | Attachment 14 to Expert Report of Kenneth Jenkins (GP Expert): PCBs in HRDL Core SB501 | 5/9/2012 |
| 1970 | Attachment 15 to Expert Report of Kenneth Jenkins (GP Expert): PCBs in HRDL Core SB502 | 5/9/2012 |
| 1973 | Attachment 18 to Expert Report of Kenneth Jenkins (GP Expert): PCBs in Core BHDL-22 | 5/9/2012 |
| 1976 | Attachment 23 to Expert Report of Kenneth Jenkins (GP Expert): Total Suspended Solids Discharged from the Bryant Mill Clarifier to Portage Creek | 5/9/2012 |
| 1993 | Notice of Determination by the Michigan Water Resource Commission | 1/24/1951 |
| 1994 | Final Order of Determination by the Michigan Water Resource Commission | 10/24/1951 |
| 1998 | WRC Letter to St. Regis Company re: Report of Waste Surveys for July 20 - July 26, 1955 | 9/20/1955 |
| 1999 | WRC Letter to St. Regis Company re: Report of Waste Surveys for July 20 - July 26, 1955 | 2/17/1956 |
| 2000 | St. Regis Company Letter Responding to WRC Letter of February 17, 1956 | 4/10/1956 |
| 2001 | Staff Report to WRC Meeting | 5/24/1956 |
| 2002 | Report from Wayne Kendrick re: Three Tables Providing Data on Settling Tank Performance at Each of the Three Allied Mills | 11/14/1956 |
| 2004 | WRC Letter to W.A. Kirkpatrick of Allied Paper Corporation | 1/22/1958 |
| 2005 | Allied Paper Corporation interoffice communication | 12/31/1958 |
| 2011 | Dr. W. A. Harrison, "The De-inking Picture in the Fine Paper Field," Proceedings of the Second Wastepaper Symposium | Jun-62 |
| 2012 | Engineering Report on Waste Disposal at Allied Paper Company, Bryant Division | Nov-62 |
| 2015 | Letter from Ward Harrison, Chairman, Allied Paper Corporation, to Loring Oeming, Executive Secretary, Water Resources Commission | 5/24/1966 |
| 2020 | Ernest J. Klimczak, Guest Editorial, "Recycling: Both Sides of the Fence" | Oct-71 |
| 2027 | Schematic E-937: Bryant Sludge Beds Diagram | |
| 2029 | Memorandum of Instructions for the Preparation of Papers | 4/17/1956 |
| 2030 | Meeting Minutes of the St. Regis Board of Directors | 5/16/1956 |
| 2031 | Meeting Minutes of the St. Regis Board of Directors | 6/20/1956 |
| 2032 | Correspondence relating to Lease Agreement between St. Regis and Thor Corporation | 5/12/1965 |
| 2045 | Correspondence relating to Lease Agreement between St. Regis and Thor Corporation | 5/11/1956 |
| 2047 | St. Regis SEC Semi-Annual Report, Form 9-K (1956) | 1956 |
| 2048 | Extract from St. Regis SEC Registration Statement | 8/26/1956 |
| 2049 | Excerpt from Securities and Exchange Commission Amendment No. 1 to Form S-1 Registration Statement for St. Regis | 5/24/1960 |
| 2050 | Excerpt from Securities and Exchange Commission Form S-1 Registration Statement for St. Regis | 11/12/1959 |
| 2051 | St. Regis Paper Company Annual Report, 1948 | 1948 |
| 2054 | St. Regis Paper Company Annual Report, 1951 | 1951 |
| 2056 | St. Regis Paper Company Annual Report, 1953 | 1953 |
| 2057 | St. Regis Paper Company Annual Report, 1954 | 1954 |
| 2059 | St. Regis Paper Company Annual Report, 1956 | 1956 |
| 2060 | Allied Paper Corp. Annual Report, 1956 | 1956 |

| Final Ex. # | Doc Description | Doc Date |
|---|---|---|
| 2061 | Allied Paper Corp. Annual Report, 1958 | 1958 |
| 2062 | Allied Paper Corp. Annual Report, 1960 | 1960 |
| 2071 | St. Regis Cost Data | 6/30/1956 |
| 2074 | St. Regis Summary of Plant, Property and Equipment for Kalamazoo, Location 153 | Dec-61 |
| 2089 | Representative sample of Communications between Counsel for St. Regis and Counsel for Thor re: Negotiations of the 1956 Contract Documents | 5/3/1956 |
| 2090 | Representative sample of Communications between Counsel for St. Regis and Counsel for Thor re: Negotiations of the 1956 Contract Documents | 5/29/1956 |
| 2091 | Representative sample of Communications between Counsel for St. Regis and Counsel for Thor re: Negotiations of the 1956 Contract Documents | 6/8/1956 |
| 2092 | St. Regis General Bulletin No. 778: "Kalamazoo Paper Mill Leased to Thor Corporation" | 6/25/1956 |
| 2098 | Letter from Harold Duhl, St. Regis, to Reliance Panelyte Inc. | 11/27/1968 |
| 2100 | Report on Impact Printing Meeting | 8/31/1953 |
| 2101 | Report on Visit With R.W. Mahony, President of Appleton Coated Paper Company | 9/30/1953 |
| 2107 | Moshman Associates, Inc., "Transportation Rates and Costs for Selected Virgin and Secondary Commodities," 1974, prepared for EPA | 1974 |
| 2116 | Lease between St. Regis and Thor Corporation | 6/29/1956 |
| 2120 | Assignment of Contracts between St. Regis and Thor Corporation | 6/29/1956 |
| 2122 | Facilities Agreement between St. Regis and Thor Corporation | 6/29/1956 |
| 2125 | Sub-Lease between St. Regis and Thor Corporation | 6/29/1956 |
| 2126 | Railroad Spurs and Siding Agreement between St. Regis and Thor Corporation | 6/29/1956 |
| 2132 | John Todd Aerial Photo of Bryant Mill Clarifier, date unknown | |
| 2135 | Schematic A-1991: St. Regis Paper Company, Kalamazoo Mill, Proposed Waste Removal Plant to Eliminate Stream Pollution, Scheme No. 2 | Feb-53 |
| 2169 | Allied Paper Schematic - Bryant Mill A, Stock & Water Flow Diagram | 5/4/1964 |
| 2172 | Map of St. Regis Paper Co. Prior to 1956 Transaction | Feb-13 |
| 2173 | Map of Parcels Deeded in 1956 and Identified in Document Titled "Lease" dated June 29, 1956 | Feb-13 |
| 2174 | Map of Parcels Deeded in 1965 and 1966 | Feb-13 |
| 2176 | EPA Notice, PCB Cleanup Proceeding for Portage Creek | Jan-13 |
| 2177 | Chart: Lake Allegan Arolcor 1242 and Cs-137 Selected Data Results | Feb-13 |
| 2178 | Summary of KPC Car Records - Appleton Manufacturing Co. Shipments | Jun-12 |
| 2179 | Summary of KPC Car Records – Badger Excelsior Shipments | Jun-12 |
| 2193 | "Adding Value to Paper: A 90 Year History of Applying Coatings to Paper at Appleton Papers, Inc." by Tom Busch | 1986 |
| 2197 | Excerpt from Official Board Markets re: Wastepaper Utilization Council | 1/10/1953 |
| 2199 | Bromberg Demonstrative - "June 1, 1956 Lease - Articles" | |
| 3001 | Affidavit of Don Lacey | 6/20/2011 |
| 3070 | Fort James Response to Request Information | 7/1/1997 |
| 3164 | Lockwood's Directory of the Paper, and Allied Trades - Paper Converters | 1970 |
| 3290 | Mead Corporation Debit Memo(s) | 11/25/1955 |
| 3293 | Mead Corporation Debit Memo(s) | 6/21/1955 |
| 3304 | Record of Secondary Suppliers | N/A |
| 3305 | List of Waste Paper Suppliers | N/A |
| 3367 | Mead Corporation Debit Memo | 6/3/1955 |
| 3411 | ACPC 1969 Financial Records | 1969 |
| 3459 | List of Exhibits re: Fort Howard Recycling | N/A |

| Final Ex. # | Doc Description | Doc Date |
|---|---|---|
| 3489 | ACPC Comparative Profit and Loss Statement, 1955, 1964 | 1955, 1964 |
| 3490 | ACPC Profit Loss Statement, 1958 | 1958 |
| 5099 | 1953 Annual Report for The National Cash Register Company. | 3/8/1954 |
| 5102 | Chart regarding production information for various mills from 1950 through 1955. | 1955 |
| 5117 | Paper Trade Journal articles dated April 25, 1955 to January 22, 1962. First article entitled, "How to Screen Waste Paper Stock." | 4/25/1955 |
| 5143 | Letter from John A. Brough to Lester Denonn, Simpson, Thacher & Bartlett, "Re: Lease of Kalamazoo Paper Mill to Thor Corporation." | 5/3/1956 |
| 5149 | Agreement between St. Regis Paper Company and Thor Corporation, with exhibits. | 6/22/1956 |
| 5158 | Memorandum of Lease between St. Regis Paper Company and Thor Corporation, with attachments. | 6/29/1956 |
| 5159 | Agreement between St. Regis Paper Company and Thor Corporation. | 6/29/1956 |
| 5161 | Deed between St. Regis Paper Company and Thor Corporation. | 6/29/1956 |
| 5188 | Letter from C. Cushman, St. Regis Paper Company, to Herb Johnson, Allied Paper Mills, with enclosure. | 4/3/1957 |
| 5199 | Kalamazoo Inter-Office Correspondence, Allied Paper Corporation, from H. L. Field and W. E. Kendrick to H. E. Nelson, "Subject: Sewer Waste Reduction." | 5/1/1958 |
| 5227 | Letter from Loring F. Oeming, Michigan Water Resources Commission, to Dr. Ward Harrison, Allied Paper Corporation, with attachment. | 8/2/1961 |
| 5280 | Letter from St. Regis Paper Company to Herman C. Bernick, Allied Paper Corporation. | 7/7/1966 |
| 5367 | Report entitled, "PCBs Involvement In The Pulp and Paper Industry, Task 4," by Roderick A. Carr, Robert L. Durfee, and Edward G. McKay for the Environmental Protection Agency, with attachments. | 2/25/1977 |
| 5457 | Letter from Paul M. Samson, NCR Corporation, to Janet Smith, U.S. Fish & Wildlife Service, "Re: NCR Corporation's Responses to the U.S. Department of the Interior, Fish and Wildlife Service's Request for Information," with attachments. | 5/6/1996 |
| 5475 | Agreement in In the Matter of Allied Paper/ Portage Creek/ Kalamazoo River with Appendix A through D. | 5/21/1998 |
| 5518 | Response of NCR Corporation to the U.S. Environmental Protection Agency's Request for Information, Dated April 8, 2003. | 2003 |
| 5694 | Woodard Direct Examination Demonstrative: Table 4: CCP Broke and Trim as Percentage of All Waste Paper | |