IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | No: 1:11-cv-00483 |
| v. | ) ) | Judge Robert J. Jonker |
| **NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,** | ) ) ) ) | |
| **Defendants.** | ) | |

## PLAINTIFFS' NOTICE REGARDING FINAL JUDGMENT IN *WHITING*

Plaintiffs respectfully submit this notice that the final judgment in the *Whiting* matter (*Appleton Papers Inc. v. George A. Whiting Paper Co.*, No. 08-cv-16-WCG, Dkt. No. 1502, at 12 (E.D. Wis.)), which is expected to be entered by the Clerk of that Court, will make final that Court's December 2009 Order (*Whiting* Dkt. No. 795).

As Georgia-Pacific has previously noted, the *Whiting* Court's 2009 Order established relevant facts in this matter adverse to NCR.  *See*  Georgia-Pacific's Response Brief Addressing NCR's Liability at 20-22 (May 21, 2013) (Dk. 427) (*citing Appleton Papers Inc. v. George A. Whiting Paper Co.*, No. 08-C-16, 2009 WL 5064049 (E.D. Wis. Dec. 16, 2009)).

Dated:  June 26, 2013

        **GEORGIA-PACIFIC CONSUMER PRODUCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC**

        By:   /s/ Douglas M. Garrou

        Peter A. Smit, Bar No. P 27886
        Varnum LLP
        Bridgewater Place, P.O. Box 352
        Grand Rapids, MI  49501
        (616) 336-6000

        Joseph C. Kearfott
        Douglas M. Garrou
        George P. Sibley, III
        Paul T. Nyffeler
        Hunton & Williams LLP
        951 East Byrd St.
        Richmond, VA  23219
        (804) 788-8200

        Jeffrey N. Martin
        Hunton & Williams LLP
        2200 Pennsylvania Avenue, N.W.
        Washington, D.C.  20037
        (202) 955-1500

        Kathy Robb
        Hunton & Williams LLP
        200 Park Avenue, 52nd Floor
        New York, NY  10166-0005
        (212) 309-1000

        Jan M. Conlin
        Robins, Kaplan, Miller & Ciresi L.L.P.
        800 LaSalle Avenue
        2800 LaSalle Plaza
        Minneapolis, MN  55402
        (612) 349-8500

## CERTIFICATE OF SERVICE

     I hereby certify that on June 26, 2013, I electronically filed the foregoing using the ECF system, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

                             **GEORGIA-PACIFIC CONSUMER PRODUCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC**

                             By:   /s/ Douglas M. Garrou