UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA-PACIFIC CONSUMER
PRODUCTS LP, et al.,

        Plaintiffs,        Case No.  1:11cv483

v.        Hon. Robert J. Jonker

NCR CORPORATION, et al.,

        Defendants.
        _____/

### *ORDER SETTING STATUS CONFERENCE* - *amended

This matter is scheduled for a status conference on **November 18, 2013 at 2:00 p.m.**, at Courtroom 699, Ford Federal Building, 110 Michigan, N.W., Grand Rapids, Michigan 49503.  The purpose of the conference will be to discuss case status and trial preparations in light of the recent *Opinion and Order issued by the Court (docket #432).

In addition, not later than **November 12, 2013**, counsel shall file a Joint Status Report giving their respective positions on the status of case and trial preparation.

**IT IS SO ORDERED**.

        /s/Robert J. Jonker
        ROBERT J. JONKER
        UNITED STATES DISTRICT JUDGE

Dated:  October 1, 2013