# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC, LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NCR CORPORATION, INTERNATIONAL PAPER COMPANY, AND WEYERHAEUSER COMPANY,<br><br>　　　　　Defendants,<br><br>INTERNATIONAL PAPER COMPANY,<br><br>　　　　　Counterclaimant,<br><br>　v.<br><br>GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC, LLC,<br><br>　　　　　Counterdefendants,<br><br>INTERNATIONAL PAPER COMPANY,<br><br>　　　　　Crossclaimant,<br><br>　v.<br><br>NCR CORPORATION and WEYERHAEUSER COMPANY,<br><br>　　　　　Crossdefendants. | Civil Action No. 1:11-cv-483<br><br>Judge Robert J. Jonker |

## **NOTICE AND PROOF OF SERVICE**

　　　　I, J. Christopher Baird, hereby certify that on the 23rd day of December, 2013, I served Defendant and Crossdefendant Weyerhaeuser Company's First Phase Two Interrogatories and Requests for Production of Documents to Plaintiffs Georgia-Pacific Consumer Products, LP, Fort James Corporation, and Georgia-Pacific, LLC upon counsel of record for all parties listed below via electronic mail, pursuant to Rules 26, 33 and 34 of the Federal Rule of Civil Procedure, and the Case Management Order dated November 21, 2013 (Dkt. #437), as agreed by the parties.

01576-0287/LEGAL28818561.1

-2-

| | |
|---|---|
| Douglas M. Garrou | dgarrou@hunton.com |
| George P. Sibley | gsibley@hunton.com |
| John D. Parker | jparker@bakerlaw.com |
| John F. Cermak | jcermak@bakerlaw.com |
| Sonja A. Inglin | singlin@bakerlaw.com |
| Lora M. Reece | lreece@bakerlaw.com |
| David R. Marriott | dmarriott@cravath.com |
| Owen J. M. Roth | oroth@cravath.com |

DATED: December 24, 2013

**WEYERHAEUSER COMPANY**

By: /s/ J. Christopher Baird

**PERKINS COIE LLP**
Mark W. Schneider, WA Bar No. 14105
MWSchneider@perkinscoie.com
Karen M. McGaffey, WA Bar No. 20535
KMcGaffey@perkinscoie.com
J. Christopher Baird, WA Bar No. 38944
JCBaird@perkinscoie.com
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

**WARNER NORCROSS & JUDD LLP**
Douglas A. Dozeman, MI Bar No. P35871
DDozeman@wnj.com
Scott M. Watson, MI Bar. No.
900 Fifth Third Center
111 Lyon St. NW
Grand Rapids, MI 49504-2487
Telephone: 616.752.2000
Facsimile: 616.752.2500

Attorneys for Defendant and Crossdefendant Weyerhaeuser Company