UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC,<br><br>                  Plaintiffs,<br>  vs.<br><br>NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,<br><br>                  Defendants. | Case No. 1:11-cv-00483<br><br>Hon.  Robert J. Jonker |

## NOTICE OF CHANGE OF ADDRESS

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Baker & Hostetler LLP, counsel for Defendant INTERNATIONAL PAPER COMPANY, will be relocating its Los Angeles office effective January 17, 2014 to the following address:

>Baker & Hostetler, LLP
>11601 Wilshire Boulevard, Suite 1400
>Los Angeles, CA 90025

All firm telephone numbers, fax numbers and email addresses for attorneys in the Los Angeles office will remain unchanged.  The undersigned respectfully requests that, beginning January 17, 2014, all future filings, correspondence and discovery in this case directed to counsel for INTERNATIONAL PAPER COMPANY in Baker & Hostetler's Los Angeles office be served using the above address information.

Dated: January 16, 2014 Respectfully submitted,

/s/ Sonja A. Inglin
John F. Cermak, Jr
Sonja A. Inglin
Charles E. Shelton
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: jcermak@bakerlaw.com
 singlin@bakerlaw.com
 cshelton@bakerlaw.com

John D. Parker
Lora M. Reece
Michael Dominic Meuti
BAKER & HOSTETLER LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
Telephone: 216.861.7709
Facsimile: 216.696.0740
Email: jparker@bakerlaw.com
 mmeuti@bakerlaw.com
and by:

David W. Centner
CLARK HILL PLC
200 Ottawa Avenue NW, Suite 500
Grand Rapids, MI 49503
Telephone: 616.608.1106
Email: dcentner@clarkhill.com

Attorneys for Defendant
INTERNATIONAL PAPER CO.

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2014, a true and correct copy of the foregoing was electronically filed with the ECF system, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

                                                  */s/ Sonja A. Inglin*
                                                  Sonja A. Inglin

602948616