UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA–PACIFIC CONSUMER
PRODUCTS LP, et al.,

       Plaintiffs,                      Case No. 1:11–cv–00483–RJJ

    v.

NCR CORPORATION, et al.,

       Defendants.
_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Sonja Inglin

RE:  Motion to Compel – #452

REASON FOR NOTICE:   The signature represented on the document does not match the login name under which it was electronically filed.

RECOMMENDED ACTION:   None. The Clerk's Office will not add attorney John D. Parker to the case. To be added to the case, John D. Parker should enter an appearance, under his own login.

INFORMATION FOR FUTURE REFERENCE:  Local Civil Rule 5.7(e) requires the identity of the registered attorney submitting the electronically filed document be reflected at the end of the document by means of an "s/[attorney's name]" block showing the attorney's name, followed by the attorney's business address, telephone number, and e–mail address.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290–2742 or (616) 456–2206.

                                      TRACEY CORDES
                                      CLERK OF COURT

Dated:  May 28, 2014        By:  /s/ P. Woods_____
                                          Deputy Clerk