IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, ) <br> FORT JAMES CORPORATION, and ) <br> GEORGIA-PACIFIC LLC, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> NCR CORPORATION, ) <br> INTERNATIONAL PAPER CO., and ) <br> WEYERHAEUSER COMPANY, ) <br>  ) <br> Defendants. ) | No. 1:11-cv-00483 <br><br> Judge Robert J. Jonker |

## ORDER

Pursuant to the parties' stipulation dated June 5, 2014, the non-moving parties shall have until June 23, 2014, to file a response to Defendant International Paper Company's Motion to Establish Scope of Phase II Trial (Docket #450).

IT IS SO ORDERED.

Dated: June  6 , 2014

                                                                       /s/ Robert J. Jonker
                                                    Honorable Robert J. Jonker
                                                    United States District Judge