UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC,<br><br>    Plaintiffs,<br><br>  vs.<br><br>NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,<br><br>    Defendants. | Case No. 1:11-cv-00483<br><br>Hon. Robert J. Jonker |

### DEFENDANT INTERNATIONAL PAPER COMPANY'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION FOR ORDER ESTABLISHING THE SCOPE OF THE PHASE II TRIAL

Pursuant to Local Rule 7.3(c), Defendant International Paper Company ("International Paper") respectfully requests leave of Court to file a Reply in support of its Motion for Order Establishing the Scope of the Phase II Trial (Dkt # 450).

The grounds for this motion are set forth in International Paper's proposed Reply, a copy of which is attached as Exhibit "A". In short, International Paper's proposed Reply is necessary to address certain inaccuracies contained in Plaintiff's Brief in Response to Motion to Establish the Scope of Phase II Trial (Dkt # 469), and to address – and in certain respects to concur with – the compromise position advocated in NCR Corporation's Memorandum in Response (Dkt # 470). Pursuant to Local Rule 7.1(d), counsel for International Paper attempted to obtain concurrence from all parties for this motion. Plaintiffs have informed International Paper that

they oppose International Paper's motion for leave to file the Reply.  NCR Corporation and Weyerhaeuser Co. do not oppose the motion.

Dated:  August 5, 2014

                                            */s/ John D. Parker*
John D. Parker
Lora M. Reece
Michael Dominic Meuti
BAKER & HOSTETLER LLP
PNC Center
1900 E. 19th Street, Suite 3200
Cleveland, OH 44114
Telephone:  (216) 621-0200
Facsimile:   (216) 696-0740
Email: jparker@bakerlaw.com
       lreece@bakerlaw.com
       mmeuti@bakerlaw.com

John F. Cermak, Jr.
Sonja A. Inglin
Charles E. Shelton, II
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, 14th Floor
Los Angeles, CA 90025
Telephone: (310) 820-8800
Facsimile:  (310) 820-8859
Email: jcermak@bakerlaw.com
       singlin@bakerlaw.com
       cshelton@bakerlaw.com

And by:

David W. Centner
CLARK HILL PLC
200 Ottawa Ave. NW, Ste. 500
Grand Rapids, MI 49503
Telephone:  (616) 608-1106
Facsimile:   (616) 608-1166
Email: dcentner@clarkhill.com

Attorneys for Defendant/
Counterclaimant/Crossclaimant
International Paper Company

3

## CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2014 I electronically filed the foregoing using the ECF system, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

                                                */s/  John D. Parker*
                                                John D. Parker

603813936.1