IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, <br><br>     Plaintiffs, <br><br>     v. <br><br> NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO., <br><br>     Defendants. | No: 1:11-cv-00483 <br><br> Judge Robert J. Jonker <br><br> **NOTICE OF MOTION** <br> **ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that, upon Defendant NCR Corporation's ("NCR") Memorandum of Law in Support of its Motion to Compel Supplemental Interrogatory Responses and Designation of a Rule 30(b)(6) Deponent from International Paper and accompanying exhibits, filed August 8, 2014, a copy of which is annexed hereto, Defendant NCR hereby moves this Court for an Order granting its Motion to Compel and granting such other and further relief as the Court deems just and proper. Pursuant to Local Rule 7.1(d), counsel for NCR has conferred with counsel for International Paper prior to filing this motion.

Dated: August 8, 2014　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　NCR CORPORATION


　　　　　　　　　　　　　　　　　　　　　/s/ David R. Marriott
　　　　　　　　　　　　　　　　　　　　David R. Marriott
　　　　　　　　　　　　　　　　　　　　*Counsel for NCR Corporation*

　　　　　　　　　　　　　　　　　　　　DICKINSON WRIGHT PLLC
　　　　　　　　　　　　　　　　　　　　Geoffrey A. Fields
　　　　　　　　　　　　　　　　　　　　200 Ottawa Avenue, N.W., Suite 1000
　　　　　　　　　　　　　　　　　　　　Grand Rapids, Michigan 49503
　　　　　　　　　　　　　　　　　　　　Phone: (616) 336-1017
　　　　　　　　　　　　　　　　　　　　Fax: (616) 458-6753
　　　　　　　　　　　　　　　　　　　　gfields@dickinsonwright.com

　　　　　　　　　　　　　　　　　　　　CRAVATH, SWAINE & MOORE LLP
　　　　　　　　　　　　　　　　　　　　Evan R. Chesler
　　　　　　　　　　　　　　　　　　　　David R. Marriott
　　　　　　　　　　　　　　　　　　　　Darin P. McAtee
　　　　　　　　　　　　　　　　　　　　825 Eighth Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　　Phone: (212) 474-1000
　　　　　　　　　　　　　　　　　　　　Fax: (212) 474-3700
　　　　　　　　　　　　　　　　　　　　dmarriott@cravath.com

　　　　　　　　　　　　　　　　　　　　SIDLEY AUSTIN LLP
　　　　　　　　　　　　　　　　　　　　John M. Heyde
　　　　　　　　　　　　　　　　　　　　One South Dearborn Street
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　　　　　Phone: (312) 853-7000
　　　　　　　　　　　　　　　　　　　　Fax: (312) 853-7036
　　　　　　　　　　　　　　　　　　　　jheyde@sidley.com

　　　　　　　　　　　　　　　　　　　　MARTEN LAW PLLC
　　　　　　　　　　　　　　　　　　　　Linda R. Larson
　　　　　　　　　　　　　　　　　　　　Bradley M. Marten
　　　　　　　　　　　　　　　　　　　　1191 Second Avenue, Suite 2200
　　　　　　　　　　　　　　　　　　　　Seattle, Washington 98101
　　　　　　　　　　　　　　　　　　　　Phone: (206) 292-2600
　　　　　　　　　　　　　　　　　　　　Fax: (206) 292-2601
　　　　　　　　　　　　　　　　　　　　llarson@martenlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2014, I electronically filed the foregoing Notice of Motion to Compel Supplemental Interrogatory Responses and Designation of a Rule 30(b)(6) Deponent from International Paper using the Court's ECF system, which will send notification of such filing to counsel for all parties by operation of the Court's electronic system. Parties may access this filing via the Court's electronic system.

/s/ David R. Marriott
*Counsel for NCR Corporation*