## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2014, I caused a copy of NCR Corporation's Notice of Non-Party Discovery, dated September 17, 2014, to be sent to counsel for each party via e-mail.

By: /s/ David F. Lisner

| | |
|---|---|
| Baker Hostetler | IPGPTeamMembers@bakerlaw.com |
| Hunton & Williams LLP | GPvNCR@hunton.com |
| Michael Dunning | mdunning@perkinscoie.com |
| J. Christopher Baird | jcbaird@perkinscoie.com |