IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER ) <br> PRODUCTS LP, ) <br> FORT JAMES CORPORATION, and ) <br> GEORGIA-PACIFIC LLC, ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> NCR CORPORATION, ) <br> INTERNATIONAL PAPER CO., ) <br> and WEYERHAEUSER CO., ) <br>   ) <br>   Defendants. ) | No: 1:11-cv-00483 <br><br> Judge Robert J. Jonker |

### DECLARATION OF DARIN P. MCATEE IN SUPPORT OF NCR CORPORATION'S OPPOSITION TO GEORGIA-PACIFIC'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES FROM DEFENDANT NCR CORPORATION

I, DARIN P. MCATEE, declare as follows:

1. I am a member of the law firm of Cravath, Swaine & Moore LLP, and I am one of the attorneys representing Defendant NCR Corporation ("NCR") in the above-captioned action. I am admitted to practice in the Western District of Michigan.

2. I submit this declaration in support of NCR Corporation's Opposition to Georgia-Pacific's Motion to Compel Protection of Documents and Interrogatory Responses from Defendant NCR Corporation.

3. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of NCR Corporation's Third Supplemental Responses and Objections to Georgia-Pacific's First Phase II Interrogatories, dated October 20, 2014.

4. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of Defendant NCR Corporation's Supplemental Responses and Objections to Georgia-Pacific's First Phase II Requests for Production of Documents, dated October 20, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 20, 2014.

_____
Darin P. McAtee
*Counsel for NCR Corporation*

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
dmcatee@cravath.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2014, I electronically filed Declaration of Darin P. McAtee in Support of Defendant NCR Corporation's Opposition to Georgia-Pacific's Motion to Compel Production of Documents and Interrogatory Responses from Defendant NCR Corporation using the ECF system, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

/s/ Darin P. McAtee
*Counsel for NCR Corporation*