UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC, LLC,<br><br>          Plaintiffs,<br><br>     v.<br><br>NCR CORPORATION, INTERNATIONAL PAPER COMPANY, and WEYERHAEUSER COMPANY,<br><br>          Defendants. | Civil Action No. 1:11-cv-483<br><br>Judge Robert J. Jonker<br><br>NOTICE AND PROOF OF SERVICE |

## NOTICE AND PROOF OF SERVICE

I hereby certify that on November 17, 2014, I served Defendant and Crossdefendant Weyerhaeuser Company's Objections and Answers to Georgia-Pacific's Second Phase II Interrogatories; together with Weyerhaeuser Company's Objections and Responses to Georgia-Pacific's Fourth Phase II Requests for Production of Documents, by electronic mail upon the following counsel of record:

| | |
|---|---|
| Douglas M. Garrou | dgarrou@hunton.com |
| George P. Sibley | gsibley@hunton.com;  and<br><br>gpvncr@hunton.com |
| John D. Parker | jparker@bakerlaw.com;  and<br>ipgpteammembers@bakerlaw.com |
| John F. Cermak | jcermak@bakerlaw.com |
| Sonja A. Inglin | singlin@bakerlaw.com |
| Lora M. Reece | lreece@bakerlaw.com |

01576-0229/LEGAL124176755.1

| | |
|---|---|
| David R. Marriott | dmarriott@cravath.com |
| David Lisner | dlisner@cravath.com |
| Katherine Rocco | krocco@cravath.com |
| Rebecca Rettig | rrettig@cravath.com |
| John M. Heyde | jheyde@sidley.com |

DATED: November 17, 2014          **WEYERHAEUSER COMPANY**

By: /s/ J. Christopher Baird

**PERKINS COIE LLP**
Mark W. Schneider, WA Bar No. 14105
MWSchneider@perkinscoie.com
Karen M. McGaffey, WA Bar No. 20535
KMcGaffey@perkinscoie.com
J. Christopher Baird, WA Bar No. 38944
JCBaird@perkinscoie.com
Michael L. Dunning, WA Bar No. 29452
MDunning@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

**Warner Norcross & Judd, LLP**
Douglas A. Dozeman, MI Bar No. P35781
ddozeman@wnj.com
Scott M. Watson, MI Bar No. P70185
swatson@wnj.com
900 Fifth Third Center
111 Lyon St. N.W.
Grand Rapids, MI 49503-2487
Telephone: 616.752.2000
Facsimile: 616.752.2500

Attorneys for Defendant and Crossdefendant Weyerhaeuser Company