**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **GEORGIA-PACIFIC CONSUMER** | ) | |
| **PRODUCTS LP,** | ) | |
| **FORT JAMES CORPORATION, and** | ) | |
| **GEORGIA-PACIFIC LLC** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No: 1:11-cv-00483** |
| **v.** | ) | |
| | ) | **Judge Robert J. Jonker** |
| **NCR CORPORATION,** | ) | |
| **INTERNATIONAL PAPER CO.,** | ) | |
| **and WEYERHAEUSER CO.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**GEORGIA-PACIFIC'S NOTICE OF REQUEST FOR ORAL ARGUMENT ON**
**MOTION TO COMPEL DEPOSITION OF**
**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

Plaintiffs Georgia-Pacific Consumer Products LP, Fort James Corporation, and Georgia-Pacific LLC ("Georgia-Pacific"), by counsel, respectfully request that the Court permit oral argument on Georgia-Pacific's Motion to Compel Deposition of United States Environmental Protection Agency (ECF No. 653).  Georgia-Pacific files this notice, because it inadvertently omitted its request for oral argument from the caption and title of the motion filed with the Court.

Dated:  November 20, 2014

GEORGIA-PACIFIC CONSUMER PRODUCTS,
LP., FORT JAMES CORPORATION, and
GEORGIA-PACIFIC LLC

By: _____ /s/ George P. Sibley, III _____

Peter A. Smit
Adam J. Brody
Varnum LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI  49501
(616) 336-6000

Michael R. Shebelskie
Douglas M. Garrou
George P. Sibley, III
Paul T. Nyffeler
John E. Beerbower
Hunton & Williams LLP
951 East Byrd St.
Richmond, VA  23219
(804) 788-8200

Jan M. Conlin
Robins, Kaplan, Miller & Ciresi LLP
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402
(612) 349-8500

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2014, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via that Court's electronic system.

I further certify that on November 20, 2014, I caused a copy of the foregoing to be sent by electronic mail to the following counsel for EPA:

    Nicole Wood-Chi
    Associate Regional Counsel
    U.S. Environmental Protection Agency – Region 5
    77 West Jackson Boulevard
    Chicago, IL 60604-3590

    Andrew C. Hanson
    Trial Attorney
    Environmental Enforcement Section
    Environmental and Natural Resources Division
    U.S. Department of Justice
    P.O. Box 7611
    Washington, DC 20044-7611

By:  _____ /s/ George P. Sibley, III  _____