UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NCR CORPORATION,<br>INTERNATIONAL PAPER COMPANY, and WEYERHAEUSER COMPANY,<br><br>　　　　　Defendants. | Civil Action No. 1:11-cv-483<br><br>Judge Robert J. Jonker |

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2014, I served by electronic mail **Defendant Weyerhaeuser Company's Expert Report** to the list of counsel provided below:

| | |
|---|---|
| Douglas M. Garrou | dgarrou@hunton.com |
| George P. Sibley | gsibley@hunton.com |
| John D. Parker | jparker@bakerlaw.com |
| John F. Cermak | jcermak@bakerlaw.com |
| Sonja A. Inglin | singlin@bakerlaw.com |
| Lora M. Reece | lreece@bakerlaw.com |
| David R. Marriott | dmarriott@cravath.com |
| David Lisner | dlisner@cravath.com |
| John M. Heyde | jheyde@sidley.com |
| Katherine Anne Rocco | krocco@cravath.com; mao@cravath.com |
| Darin McAtee | dmcatee@cravath.com |
| Rebecca Rettig | rrettig@cravath.com |

01576-0287/LEGAL124411079.1

- 2 -

| Baker & Hostetler Team | IPGPTeamMembers@bakerlaw.com |
|---|---|
| Hunton & Williams Team | gpvncr@hunton.com |

DATED:  December 5, 2014         **WEYERHAEUSER COMPANY**

By: /s/ Michael L. Dunning

**PERKINS COIE LLP**
Mark W. Schneider, WA Bar No. 14105
MWSchneider@perkinscoie.com
Karen M. McGaffey, WA Bar No. 20535
KMcGaffey@perkinscoie.com
J. Christopher Baird, WA Bar No. 38944
JCBaird@perkinscoie.com
Michael L. Dunning, WA Bar No. 29452
MDunning@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

**Warner Norcross & Judd, LLP**
Douglas A. Dozeman, MI Bar No. P35781
ddozeman@wnj.com
Scott M. Watson, MI Bar No. P70185
swatson@wnj.com
900 Fifth Third Center
111 Lyon St. N.W.
Grand Rapids, MI 49503-2487
Telephone:  616.752.2000
Facsimile:  616.752.2500

Attorneys for Defendant and Crossdefendant Weyerhaeuser Company

01576-0287/LEGAL124411079.1