UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA–PACIFIC CONSUMER
PRODUCTS LP, et al.,

        Plaintiffs,                       Case No. 1:11–cv–00483–RJJ

      v.                                   Hon. Robert J. Jonker

NCR CORPORATION, et al.,

        Defendants.
_____/

## **ORDER**

      The Court GRANTS defendant International Paper Company's Motion for Leave to Receive Documents from Third Parties and to Complete Certain Other Discovery after November 14, 2014 (docket no. 657) as unopposed.

      IT IS SO ORDERED.

Dated:  December 22, 2014                     /s/ Hugh W. Brenneman, Jr
                                                        HUGH W. BRENNEMAN, JR
                                                        U.S. Magistrate Judge