# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No: 1:11-cv-00483 |
| v. | ) ) | Judge Robert J. Jonker |
| NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO., | ) ) ) ) | **NOTICE OF MOTION** **ORAL ARGUMENT REQUESTED** |
| Defendants. | ) | |

PLEASE TAKE NOTICE that, upon Defendant NCR Corporation's ("NCR") Memorandum of Law in Support of its Motion to Strike Certain of the Expert Testimony Served by Georgia-Pacific, filed January 12, 2015, a copy of which is annexed hereto, and the Declaration of Rebecca Rettig in Support of NCR Corporation's Motion to Strike Certain of the Expert Testimony Served by Georgia-Pacific, dated January 12, 2015, and exhibits thereto, Defendant NCR hereby moves this Court for an Order granting its Motion to Strike and granting such other and further relief as the Court deems just and proper. Pursuant to Local Rule 7.1(d), counsel for NCR conferred with counsel for Georgia-Pacific prior to filing this motion.

Dated:  January 12, 2015											Respectfully submitted,

NCR CORPORATION


 /s/ David R. Marriott
David R. Marriott
*Counsel for NCR Corporation*

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>John M. Heyde<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Phone: (312) 853-7000<br>Fax: (312) 853-7036<br>jheyde@sidley.com | DICKINSON WRIGHT PLLC<br>Geoffrey A. Fields<br>200 Ottawa Avenue, N.W., Suite 1000<br>Grand Rapids, Michigan 49503<br>Phone: (616) 336-1017<br>Fax: (616) 458-6753<br>gfields@dickinsonwright.com |
| MARTEN LAW PLLC<br>Linda R. Larson<br>Bradley M. Marten<br>1191 Second Avenue, Suite 2200<br>Seattle, Washington 98101<br>Phone: (206) 292-2600<br>Fax: (206) 292-2601<br>llarson@martenlaw.com | CRAVATH, SWAINE & MOORE LLP<br>Evan R. Chesler<br>David R. Marriott<br>Darin P. McAtee<br>825 Eighth Avenue<br>New York, New York 10019<br>Phone: (212) 474-1000<br>Fax: (212) 474-3700<br>dmarriott@cravath.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2015, I electronically filed the foregoing Notice of Motion Strike Certain of the Expert Testimony Served by Georgia-Pacific using the Court's ECF system, which will send notification of such filing to counsel for all parties by operation of the Court's electronic system. Parties may access this filing via the Court's electronic system.

/s/ David R. Marriott
*Counsel for NCR Corporation*