**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC, LLC,<br><br>             Plaintiffs,<br><br>     v.<br><br>NCR CORPORATION, INTERNATIONAL PAPER COMPANY, and WEYERHAEUSER COMPANY,<br><br>             Defendants. | Civil Action No. 1:11-cv-483<br><br>Judge Robert J. Jonker |

**DECLARATION OF MARGARET C. HUPP IN SUPPORT OF DEFENDANT AND**
**CROSSDEFENDANT WEYERHAEUSER COMPANY'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS**

I, Margaret C. Hupp, declare as follows:

1.      I am an attorney at Perkins Coie LLP, counsel for Weyerhaeuser

Company.

2.      I submit this declaration in support of Weyerhaeuser's Brief in Support of

Motion for Partial Summary Judgment on Statute of Limitations.

3.      Attached hereto are true and accurate copies of the following documents:

| Ex. | Description |
|---|---|
| A | 1990 AOC, Final Order No. DFO-ERD-91-001 |
| B | 7/11/2002 Letter from B. von Gunten to S. Kolack |
| C | MDEQ Order, Reference No. AOC-RRD-2007-002 |
| D | Plainwell Impoundment TCRA ASAOC, No. V-W-07-C-863 |
| E | SRI/FS ASAOC, No. V-W-07-C-864 |

- 2 -

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 13th day of March, 2015.

  /s/ Margaret C. Hupp
**PERKINS COIE LLP**
Margaret C. Hupp, WA Bar No. 43295
MHupp@perkinscoie.com
1201Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Counsel for Weyerhaeuser Company*