# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO., <br><br> Defendants. | No: 1:11-cv-00483 <br><br> Judge Robert J. Jonker <br><br> **NOTICE OF MOTION** <br> **ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of the Joint Motion for Summary Judgment of Defendants NCR Corporation and International Paper Company, filed March 15, 2015, a copy of which is annexed hereto, the Declarations of David F. Lisner and Rebecca Rettig in Support of the Joint Motion for Summary Judgment of Defendants NCR Corporation and International Paper Company, dated March 15, 2015, and exhibits thereto, Defendants NCR Corporation and International Paper Company hereby move this Court for an Order granting their Joint Motion for Summary Judgment and granting such other and further relief as the Court deems just and proper.

Pursuant to Local Rule 7.1(d), counsel for NCR Corporation and International Paper Company conferred with counsel for Plaintiffs on March 13, 2015, prior to filing this motion. Plaintiffs have indicated that they intend to oppose the motion.

Dated: March 15, 2015  Respectfully submitted,

NCR CORPORATION

/s/ David R. Marriott
David R. Marriott
*Counsel for NCR Corporation*

SIDLEY AUSTIN LLP
John M. Heyde
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036
jheyde@sidley.com

MARTEN LAW PLLC
Linda R. Larson
Bradley M. Marten
1191 Second Avenue, Suite 2200
Seattle, Washington 98101
Phone: (206) 292-2600
Fax: (206) 292-2601
llarson@martenlaw.com

DICKINSON WRIGHT PLLC
Geoffrey A. Fields
200 Ottawa Avenue, N.W., Suite 1000
Grand Rapids, Michigan 49503
Phone: (616) 336-1017
Fax: (616) 458-6753
gfields@dickinsonwright.com

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
David R. Marriott
Darin P. McAtee
825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
dmarriott@cravath.com

                        INTERNATIONAL PAPER COMPANY

                        /s/ John D. Parker
                        John D. Parker
                        *Counsel for International Paper Company*

| CLARK HILL PLC | BAKER & HOSTETLER LLP |
|---|---|
| David W. Centner | John D. Parker |
| 200 Ottawa Ave. NW, Suite 500 | Lora M. Reece |
| Grand Rapids, MI 49503 | Michael Dominic Meuti |
| Phone: (616) 608-1106 | PNC Center |
| Fax: (616) 608-1166 | 1900 E. 9th Street, Suite 3200 |
| Email: dcentner@clarkhill.com | Cleveland, OH 44114 |
| | Phone: (216) 621-0200 |
| | Fax: (216) 696-0740 |
| | jparker@bakerlaw.com |
| | lreece@bakerlaw.com |
| | mmeuti@bakerlaw.com |

                        BAKER & HOSTETLER LLP
                        John F. Cermak, Jr.
                        Sonja A. Inglin
                        Ryan D. Fischbach
                        11601 Wilshire Boulevard, 14th Floor
                        Los Angeles, CA 90025
                        Phone: (310) 820-8800
                        Fax: (310) 820-8859
                        jcermak@bakerlaw.com
                        singlin@bakerlaw.com
                        rfischbach@bakerlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 15, 2015, I electronically filed this Notice of Joint Motion for Summary Judgment of Defendants NCR Corporation and International Paper Company using the ECF system, which will send notification of such filing by operation of the Court's electronic systems.  Parties may access this filing via the Court's electronic system.

      /s/ David R. Marriott  
      *Counsel for NCR Corporation*