UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA–PACIFIC CONSUMER
PRODUCTS LP, et al.,

       Plaintiffs,

    v.

NCR CORPORATION, et al.,

       Defendants.

Case No. 1:11–cv–00483–RJJ

Hon. Robert J. Jonker

## JOINT STIPULATION AND ORDER

    WHEREAS Georgia-Pacific Consumer Products LP, Fort James Corporation and Georgia-Pacific LLC (collectively, "GP") filed a Motion for Protective Order on November 7, 2014 (the "Motion") (ECF No. 646) to prevent NCR Corporation ("NCR") from taking a Rule 30(b)(6) deposition of a GP corporate representative pursuant to NCR's October 22, 2014, Notice and November 6, 2014, Amended Notice;

    WHEREAS the Court granted GP's Motion as to NCR's October 22, 2014, Notice and denied GP's Motion as to NCR's November 6, 2014, Amended Notice by Memorandum and Order dated February 23, 2015 (the "Order") (ECF No. 727);

    WHEREAS the Court ordered that the November 6, 2014, Amended Notice may only be re-noticed if there is a minimum of 14 days notice and that the 30(b)(6) deposition shall be completed within 45 days of the date of the Court's Order;

    WHEREAS the current schedule for expert discovery includes depositions of approximately forty experts by May 1, 2015, which has precluded counsel for GP and counsel

for NCR from finding a mutually convenient date for the 30(b)(6) deposition that falls within 45 days of the date of the Court's Order (*i.e.*, April 9, 2015);

It is hereby stipulated and agreed that NCR will take the 30(b)(6) deposition of GP's corporate representative on April 22, 2015.

It is further stipulated and agreed that NCR will serve an amended notice of 30(b)(6) deposition on GP at least 14 days before the April 22, 2015, deposition.

It is further stipulated and agreed that no other deadline in this case shall be affected by entry of this joint stipulation and order.

Dated: March 27, 2015

Respectfully submitted,

NCR CORPORATION

/s/ David R. Marriott
David R. Marriott
*Counsel for NCR Corporation*

SIDLEY AUSTIN LLP
John M. Heyde
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036
jheyde@sidley.com

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
David R. Marriott
Darin P. McAtee
825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
dmarriott@cravath.com

MARTEN LAW PLLC
Linda R. Larson
Bradley M. Marten
1191 Second Avenue, Suite 2200
Seattle, Washington 98101
Phone: (206) 292-2600
Fax: (206) 292-2601
llarson@martenlaw.com

DICKINSON WRIGHT PLLC
Geoffrey A. Fields
200 Ottawa Avenue, N.W., Suite 1000
Grand Rapids, Michigan 49503
Phone: (616) 336-1017
Fax: (616) 458-6753
gfields@dickinsonwright.com

GEORGIA–PACIFIC CONSUMER
PRODUCTS, LP., FORT JAMES
CORPORATION, AND
GEORGIA-PACIFIC LLC


/s/ Michael R. Shebelskie_____
Michael R. Shebelskie
*Counsel for Georgia–Pacific Consumer Products, L.P., Fort James Corporation, and Georgia–Pacific LLC*

HUNTON & WILLIAMS LLP
Michael R. Shebelskie
Douglas M. Garrou
George P. Sibley, III
Paul T. Nyffeler
John E. Beerbower
951 East Byrd St., East Tower
Richmond, VA 23219
(804) 788-8200

VARNUM LLP
Peter A. Smit
Adam J. Brody
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501
(616) 336-6000

CIRESI CONLIN LLP
Jan M. Conlin
225 S. 6th Street
Suite 4600
Minneapolis, MN 55402
(612) 361-8200


IT IS SO ORDERED.


Dated:  March 31, 2015

 /s/ Hugh W. Brenneman, Jr.
Hon. HUGH W. BRENNEMAN, JR.
U.S. Magistrate Judge