IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No: 1:11-cv-00483 |
| v. | ) ) | Judge Robert J. Jonker |
| NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO., | ) ) ) ) | |
| Defendants. | ) | |

**MOTION TO MODIFY HEARING DATE ON PENDING
MOTIONS FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT**

Defendant NCR Corporation ("NCR"), by its counsel, respectfully moves the Court for an order modifying the date for the hearing on the motions for summary judgment and partial summary judgment pending at Docket Nos. 732, 735 and 738, which hearing is currently scheduled for July 27, 2015, at 2:00 p.m. (*See* Dkt. No. 763.)

NCR requests modification of the hearing date because the attorney who will argue on NCR's behalf, including with respect to the Joint Motion for Summary Judgment of Defendants NCR Corporation and International Paper Company (Dkt. No. 738) and NCR's opposition to International Paper Company's Motion for Partial Summary Judgment (Dkt. No. 732), has a previously-scheduled commitment on the date currently set for the hearing.

In conformity with Local Rule 7.1(d), NCR conferred with counsel for all parties regarding modification of the July 27, 2015, hearing date prior to filing this motion. All parties consent to the request to modify the hearing date, and have indicated that they are available on

July 15, 2015, for oral argument on the motions for summary judgment and partial summary judgment.

NCR respectfully requests that this Court modify the date for the hearing on the motions for summary judgment and partial summary judgment.

Dated: June 12, 2015

Respectfully submitted,

NCR CORPORATION

/s/ David R. Marriott
David R. Marriott
*Counsel for NCR Corporation*

SIDLEY AUSTIN LLP
John M. Heyde
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036
jheyde@sidley.com

MARTEN LAW PLLC
Linda R. Larson
Bradley M. Marten
1191 Second Avenue, Suite 2200
Seattle, Washington 98101
Phone: (206) 292-2600
Fax: (206) 292-2601
llarson@martenlaw.com

DICKINSON WRIGHT PLLC
Geoffrey A. Fields
200 Ottawa Avenue, N.W., Suite 1000
Grand Rapids, Michigan 49503
Phone: (616) 336-1017
Fax: (616) 458-6753
gfields@dickinsonwright.com

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
David R. Marriott
Darin P. McAtee
825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
dmarriott@cravath.com

3

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 12, 2015, I electronically filed this Motion To Modify the Hearing Date On Pending Motions for Summary Judgment And Partial Summary Judgment, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

                                                         /s/ David R. Marriott
                                                         *Counsel for NCR Corporation*