UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA–PACIFIC CONSUMER
PRODUCTS LP, et al.,

       Plaintiffs,                            Case No. 1:11–cv–00483–RJJ

v.                                     Hon. Robert J. Jonker

NCR CORPORATION, et al.,

       Defendants.
_____/

# NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been **rescheduled** as set forth below:

| | |
|---|---|
| Motion(s): | Motion for Partial Summary Judgment – #732<br>Motion for Partial Summary Judgment – #735<br>Motion for Summary Judgment – #738 |
| Date/Time: | July 15, 2015   10:00 AM<br>(previously set for 7/27/15 at 2:00 p.m.) |
| Judge: | Robert J. Jonker |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

Briefs in opposition to the motion(s) are due **July 20, 2015**.

                                          ROBERT J. JONKER
                                          United States District Judge

Dated:  June 18, 2015        By:   /s/ Melva I. Ludge_____
                                       Case Manager