UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | |
|---|---|
| **Case No:** 1:11-cv-483-RJJ | |
| **Caption:** Georgia-Pacific Consumer Products LP et al v. NCR Corporation et al | |

| **Date:** August 31, 2015 | **Time:** 4:00-4:07 pm | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Ray Kent |
|---|---|---|---|

### APPEARANCES

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| PLAINTIFF(S): | Michael Shebelski | Georgia-Pacific Consumer Products LP<br>Fort James Corporation<br>Georgia-Pacific LLC |
| DEFENDANT(S): | Mark W. Schneider | Weyerhaeuser Company |

### PROCEEDINGS

**NATURE OF HEARING:**

Follow-up settlement conference held by telephone with counsel for plaintiff and counsel for defendant Weyerhauser Company.  The parties continue to negotiate toward a resolution.

Proceedings Not Digitally Recorded
Deputy Clerk: F. Webb