# Exhibit B



Figure 1-2: Area 1 - Morrow Lake Dam to Plainwell Dam. Area 1 Feasibility Study Report – Morrow Dam to Former Plainwell Dam. Georgia-Pacific LLC, Allied Paper, Inc./Portage Creek/Kalamazoo River Superfund Site.