# Exhibit C





**Exhibit 2619**