# Exhibit A

# Georgia-Pacific, LLC, et al v. NCR Corp, et al
## Summary of Georgia-Pacific's and Ft. James's Past Costs and Credits

| Cost Category | Order | Location | Costs | Credits | Net Total |
|---|---|---|---|---|---|
| **Georgia-Pacific's OU5 Costs** | 1990 AOC | OU5-Central | $293,113.28 | | $293,113.28 |
| | 1990 AOC | OU5-East | $406,860.72 | ($3,542.70) | $403,318.02 |
| | 1990 AOC* | OU5-General | $12,316,472.68 | ($395,165.46) | $11,921,307.22 |
| | 1990 AOC | OU5-Portage Creek | $8,814.81 | | $8,814.81 |
| | 1990 AOC | OU5-West | $2,895,276.57 | ($6,200.54) | $2,889,076.03 |
| | 2007 Plainwell TCRA | OU5-West | $18,850,746.76 | ($1,025,000.00) | $17,825,746.76 |
| | 2007 SRI/FS AOC | OU5-Central | $7,377,526.38 | | $7,377,526.38 |
| | 2007 SRI/FS AOC | OU5-East | $8,524.61 | | $8,524.61 |
| | 2007 SRI/FS AOC | OU5-General | $8,487,789.11 | ($89,357.02) | $8,398,432.09 |
| | 2007 SRI/FS AOC | OU5-Portage Creek | $38,570.03 | | $38,570.03 |
| | 2007 SRI/FS AOC | OU5-West | $5,704,008.43 | | $5,704,008.43 |
| | 2007 Termination AOC | OU5-General | $167,817.10 | ($94,001.36) | $73,815.74 |
| | 2008 Response Cost AOC | OU5-General | $1,845,000.00 | | $1,845,000.00 |
| | 2009 Plainwell No. 2 TCRA | OU5-Central | $8,828,123.79 | ($1,999,496.75) | $6,828,627.04 |
| | N/A (Mead/Rock-Tenn) | OU5-General | | ($1,581,250.00) | ($1,581,250.00) |
| | | | | **SUBTOTAL** | **$62,034,630.44** |

# Exhibit 2617

1

Georgia-Pacific, LLC, et al v. NCR Corp, et al
Summary of Georgia-Pacific's and Ft. James's Past Costs and Credits

| Cost Category | Order | Location | Costs | Credits | Net Total |
|---|---|---|---|---|---|
| Georgia-Pacific's OU2 Costs | 1990 AOC | OU2 | $4,434,433.48 | | $4,434,433.48 |
| | N/A (2007-2009 Costs) | OU2 | $598,857.68 | | $598,857.68 |
| | 2007 Termination AOC | OU2 | $953.93 | | $953.93 |
| | 2009 Consent Decree | OU2 | $15,628,975.64 | | $15,628,975.64 |
| | | | | SUBTOTAL | **$20,663,220.73** |
| Georgia-Pacific's OU3 Costs | 1990 AOC | OU3 | $5,960,703.58 | | $5,960,703.58 |
| | 2000 AOC | OU3 | $5,985,341.70 | | $5,985,341.70 |
| | | | | SUBTOTAL | **$11,946,045.28** |
| Georgia-Pacific's Mill Property (OU6) Costs | 1990 AOC | GP Mill Property | $1,778,538.82 | ($2,259.55) | $1,776,279.27 |
| | 2006 GP Mill Property TCRA | GP Mill Property | $3,611,485.47 | | $3,611,485.47 |
| | 2007 Termination AOC | GP Mill Property | $3,017.18 | | $3,017.18 |
| | N/A (Gould Paper Corp. Settlement) | GP Mill Property | | ($100,000.00) | ($100,000.00) |
| | | | | SUBTOTAL | **$5,290,781.92** |
| Ft. James's Costs | 1990 AOC** | Ft. James Mill Property | $13,369.32 | | $13,369.32 |
| | 1990 AOC** | OU5-Central | $94,349.59 | | $94,349.59 |
| | 1990 AOC** | OU5-East | $103,254.21 | ($1,518.30) | $101,735.91 |
| | 1990 AOC** | OU5-General | $4,309,939.58 | ($9,636.49) | $4,300,303.09 |
| | 1990 AOC** | OU5-Portage Creek | $670.86 | | $670.86 |
| | 1990 AOC** | OU5-West | $1,099,968.95 | ($2,657.37) | $1,097,311.58 |
| | N/A (Rock-Tenn Settlement) | OU5-General | | ($81,250.00) | ($81,250.00) |
| | | | | SUBTOTAL | **$5,526,490.35** |
| | | | **$110,852,504.26** | **($5,391,335.54)** | **$105,461,168.72** |

*Credits include the Eaton Judgment.
**No Ft. James entity signed the 1990 AOC with Michigan.

2