UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

# MINUTE SHEET

Case No.      1:11-cv-483
Date:         December 4, 2015
Time:         8:31 am -10:16 am; 10:38 am -12:35 pm; 12:56 pm - 2:22 pm
Place:        Grand Rapids, Michigan
Judge:        Hon. Robert J. Jonker

***Georgia Pacific et al. v. NCR Corp. et al.***

COUNSEL:   Plaintiff Georgia Pacific:
            Michael R. Shebelskie
            George P. Sibley
            Douglas M. Garrou
            Jan M. Conlin
            Peter A. Smit

          Defendant NCR:    Evan R. Chesler
            David R. Marriott
            Darin McAtee
            Geoffrey A. Fields
            John M. Heyde
            Katherine A. Rocco

          Defendant International Paper:
            John D. Parker
            Lora M. Reece
            Michael D. Meuti
            David W. Centner

          Defendant Weyerhaeuser:
            Mark W. Schneider
            James C. Baird
            Aubri N. Margason
            Scott M. Watson

## WITNESSES

D. Grant Allen called by NCR.
Jeffrey Zelikson called by NCR.
Kenneth S. Abraham called by NCR.
Robert J. Rock called by NCR.

## PROCEEDINGS
**NATURE OF PROCEEDINGS:** Day seventeen of bench trial for Phase II of CERCLA case.

Court Reporter: Glenda Trexler                      Courtroom Clerk: Jacob Byl