UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA–PACIFIC CONSUMER
PRODUCTS LP, et al.,

      Plaintiffs,                                       Case No. 1:11–cv–00483–RJJ

      v.                                              Hon. Robert J. Jonker

NCR CORPORATION, et al.,

      Defendants.
_____/

## **ORDER**

      For good cause shown, IT IS ORDERED that the Motion to Withdraw as Counsel (docket #869) is GRANTED.

      IT IS SO ORDERED.

Dated:   December 16, 2015                                  /s/ Robert J. Jonker
                                                                  ROBERT J. JONKER
                                                                  Chief United States District Judge