UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA-PACIFIC CONSUMER
PRODUCTS LP,
FORT JAMES CORPORATION, and
GEORGIA-PACIFIC LLC,

                      Plaintiffs,

v.

NCR CORPORATION,
INTERNATIONAL PAPER CO.,
and WEYERHAEUSER CO.,

                      Defendants.

Case No. 1:11-cv-00483

Hon. Robert J. Jonker

**NCR CORPORATION AND GEORGIA-PACIFIC LLC
AGREED UPON STIPULATION**

NCR Corporation ("NCR") and Georgia-Pacific Consumer Products LP, Fort James Corporation, and Georgia-Pacific LLC (together "Georgia-Pacific") stipulate to the entry of an Order (i) approving a supersedeas bond in the amount of $25,639,582.30, which is equal to 125% of the total amount of the judgment ($19,826,752.67), prejudgment interest ($683,913.17) and estimated appeal costs ($1,000), and (ii) staying execution of the Court's June 19, 2018 Final Judgment against NCR effective immediately upon entry of said Order. NCR intends to notice an appeal to the United States Court of Appeals of the Sixth Circuit on July 16, 2018, a date within the time period for noticing such an appeal under Federal Rules of Appellate Procedure 3.  Georgia-Pacific reserves the right to seek an increase in the amount

of the bond in the event the appeal is not resolved by July 16, 2020, and NCR reserves all rights with respect to opposing such an increase.

July 2, 2018

/s/ Darin P. McAtee

CRAVATH, SWAINE & MOORE LLP
Darin P. McAtee
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
dmcatee@cravath.com

SIDLEY AUSTIN LLP
John M. Heyde
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036
jheyde@sidley.com

MARTEN LAW PLLC
Bradley M. Marten
1191 Second Avenue
Suite 2200
Seattle, Washington 98101
Phone: (206) 292-2600
Fax: (206) 292-2601
bmarten@martenlaw.com

DICKINSON WRIGHT PLLC
Geoffrey A. Fields
200 Ottawa Avenue, N.W., Suite 1000
Grand Rapids, Michigan 49503
Phone: (616) 336-1017
Fax: (616) 458-6753
gfields@dickinsonwright.com

*Attorneys for Defendant NCR Corporation*

<u>/s/ Michael R. Shebelskie</u>

Peter A. Smit, Bar No. P 27886
VARNUM LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI  49501
(616) 336-6000

Michael R. Shebelskie
Douglas M. Garrou
George P. Sibley, III
HUNTON ANDREWS KURTH LLP
951 East Byrd Street, East Tower
Richmond, VA  23219
(804) 788-8200

Jan M. Conlin
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402
(612) 349-8500

*Attorneys for Plaintiffs Georgia-Pacific Consumer Products LP, Fort James Corporation, and Georgia-Pacific LLC*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:11-cv-00483<br><br>Hon. Robert J. Jonker |

**[PROPOSED] ORDER APPROVING SUPERSEDEAS BOND AND STAYING EXECUTION OF JUDGMENT AGAINST NCR CORPORATION**

Having considered the parties' Stipulation,

**IT IS ORDERED** that NCR Corporation's supersedeas bond in the amount of $25,639,582.30 is approved and execution of judgment against NCR Corporation is stayed pending appeal to the United States Court of Appeals for the Sixth Circuit effective immediately.

**IT IS SO ORDERED.**


Dated: _____, 2018　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ROBERT J. JONKER
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE