UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC,<br><br>                 Plaintiffs,<br><br>v.<br><br>NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,<br><br>                 Defendants. | Case No. 1:11-cv-00483<br><br>Hon. Robert J. Jonker |

**ORDER APPROVING SUPERSEDEAS BOND AND STAYING
EXECUTION OF JUDGMENT AGAINST NCR CORPORATION**

Having considered the parties' Stipulation,

**IT IS ORDERED** that NCR Corporation's supersedeas bond in the amount of $25,639,582.30 is approved and execution of judgment against NCR Corporation is stayed pending appeal to the United States Court of Appeals for the Sixth Circuit effective immediately.

**IT IS SO ORDERED.**

Dated:  July 3 , 2018             /s/ Robert J. Jonker
                                                      ROBERT J. JONKER
                                                       CHIEF UNITED STATES DISTRICT JUDGE