CERTIFICATE OF SERVICE

      I hereby certify that on July 6, 2018, I electronically filed the attached Supersedeas Bond using the ECF system, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic systems.

          /s/ Darin P. McAtee
*Counsel for NCR Corporation*