UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,<br><br>Defendants. | Case No. 1:11-cv-00483<br><br>Hon. Robert J. Jonker |

**NOTICE OF APPEAL**

Notice is hereby given that NCR Corporation, Defendant in the above-captioned action, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the District Court's final judgment finding NCR Corporation liable under the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA") Section 107 and allocating forty percent (40%) of certain cleanup costs to NCR Corporation pursuant to CERCLA Section 113, entered in this action on June 19, 2018 (Dkt. No. 925) and all interlocutory orders, including but not limited to the District Court's Opinion and Order dated September 26, 2013 (Dkt. No. 432).

Dated: July 16, 2018

          Respectfully submitted,

          **NCR CORPORATION**

          <u>/s/ Darin P. McAtee</u>

          CRAVATH, SWAINE & MOORE LLP
          Darin P. McAtee
          Worldwide Plaza, 825 Eighth Avenue
          New York, New York 10019
          Phone: (212) 474-1000
          Fax: (212) 474-3700
          dmcatee@cravath.com

          SIDLEY AUSTIN LLP
          John M. Heyde
          One South Dearborn Street
          Chicago, Illinois 60603 Phone:
          (312) 853-7000
          Fax: (312) 853-7036
          jheyde@sidley.com

          MARTEN LAW PLLC
          Bradley M. Marten
          1191 Second Avenue
          Suite 2200
          Seattle, Washington 98101
          Phone: (206) 292-2600
          Fax: (206) 292-2601
          bmarten@martenlaw.com

          DICKINSON WRIGHT PLLC
          Geoffrey A. Fields
          200 Ottawa Avenue, N.W., Suite 1000
          Grand Rapids, Michigan 49503
          Phone: (616) 336-1017
          Fax: (616) 458-6753
          gfields@dickinsonwright.com

          *Attorneys for Defendant NCR Corporation*