# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:11-cv-00483 |
| NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO., | ) ) ) ) | Hon. Robert J. Jonker |
| Defendants. | ) ) | |

## NOTICE OF APPEAL

International Paper Company ("International Paper"), under Federal Rule of Appellate Procedure 4(a)(1)(A), provides notice that it appeals the Court's Judgment entered June 19, 2018 [Dkt. 925] and all prior orders incorporated into that Judgment.

Dated:  July 16, 2018

**INTERNATIONAL PAPER COMPANY**

/s/John D. Parker
John D. Parker
Michael Dominic Meuti
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
Phone:  (216) 621-0200
Attorneys for International Paper Co.
jparker@bakerlaw.com
mmeuti@bakerlaw.com

Ryan D. Fischbach
Baker & Hostetler, LLP
11601 Wilshire Boulevard, 14th Floor
Los Angeles, CA 90025-0509
Phone: (310) 820-8800
Attorney for International Paper Co.
rfischbach@bakerlaw.com


John F. Cermak, Jr.
Sonja A. Inglin
Cermak & Inglin, LLP
11755 Wilshire Blvd., Suite 1250
Los Angeles, CA  90025
(310) 575-2572
Attorneys for International Paper Co.
jcermak@cermaklegal.com
singlin@cermaklegal.com


David W. Centner
Clark Hill PLC
200 Ottawa Ave. NW, Suite 500
Grand Rapids, MI 49503
Phone: (616) 608-1100
Attorney for International Paper Co.
dcentner@clarkhill.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2018, I electronically filed the foregoing using the ECF system, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

*/s/John D. Parker*

4845-3539-0572