# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 17, 2018

Mr. Adam John Brody
Mr. Mathew R. Korte
Mr. Bradley M. Marten
Mr. Darin P. McAtee
Mr. George Peter Sibley III

Re: Case No. 18-1805, *Georgia-Pacific Consumer Prod, et al v. NCR Corporation, et al*
    Originating Case No. : 1:11-cv-00483

Dear Counsel,

   This appeal has been docketed as case number **18-1805** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **July 31, 2018**. Additionally, the transcript order must be completed by that date.

NOTE: Effective July 18, 2016, all attorneys must order transcript for appeal by using the CM/ECF docket entries. The transcript order form used prior to that date will not be accepted after July 18. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:   Appearance of Counsel
             Civil Appeal Statement of Parties & Issues
             Disclosure of Corporate Affiliations
             Application for Admission to 6th Circuit Bar (if applicable)

    Appellee:  Appearance of Counsel
           Disclosure of Corporate Affiliations
           Application for Admission to 6th Circuit Bar (if applicable)

  More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

           Sincerely yours,

           s/Jennifer Earl
           Case Manager
           Direct Dial No. 513-564-7066

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 18-1805

GEORGIA-PACIFIC CONSUMER PRODUCTS LP; FORT JAMES CORPORATION; GEORGIA-PACIFIC LLC

    Plaintiffs - Appellees

v.

NCR CORPORATION

    Defendant - Appellant

and

INTERNATIONAL PAPER COMPANY; WEYERHAEUSER COMPANY

    Defendants