# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC,** )<br>)<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,** )<br>)<br>)<br>)<br>**Defendants.** ) | No: 1:11-cv-00483<br><br>Judge Robert J. Jonker |

## NOTICE OF APPEAL

Notice is hereby given that Georgia-Pacific Consumer Products, LP, Fort James Corporation, and Georgia-Pacific LLC hereby appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on June 19, 2018, and all other orders incorporated into that judgment.

Dated: July 18, 2018

Respectfully submitted,

**GEORGIA-PACIFIC CONSUMER PRODUCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC**

By: _____/s/ George P. Sibley, III_____

Peter A. Smit
Varnum LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI  49501
(616) 336-6000

Michael R. Shebelskie
Douglas M. Garrou
George P. Sibley, III
Hunton Andrews Kurth LLP
951 East Byrd St., East Tower
Richmond, VA  23219
(804) 788-8200

Jan M. Conlin
Robins, Kaplan, Miller & Ciresi LLP
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402
(612) 349-8500

- 3 -

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on July 18, 2018, I electronically filed the foregoing using the ECF system which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via that Court's electronic system.

                ___/s/ George P. Sibley, III_____