# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 19, 2018

Mr. Adam John Brody
Varnum
P.O. Box 352
Grand Rapids, MI 49501

Mr. David William Centner
Clark Hill
200 Ottawa Avenue, N.W.
Suite 500
Grand Rapids, MI 49503

Mr. Mathew R. Korte
Ciresi Conlin
225 S. Sixth Street
46th Floor
Minneapolis, MN 55402

Mr. Bradley M. Marten
Law Office
1191 Second Avenue
Suite 2200
Seattle, WA 98101

Mr. Darin P. McAtee
Cravath Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Mr. John Daniel Parker Jr.
Baker & Hostetler
127 Public Square
Suite 2000
Cleveland, OH 44114

Mr. Mark William Schneider
Perkins Coie
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099

Mr. George Peter Sibley III
Hunton Andrews Kurth
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

Mr. Scott M. Watson
Warner, Norcross & Judd
111 Lyon Street, N.W.
Suite 900
Grand Rapids, MI 49503

Re:  Case No. 18-1818, *Georgia-Pacific Consumer Prod, et al v. NCR Corporation, et al*
     Originating Case No. : 1:11-cv-00483

Dear Counsel,

This appeal has been docketed as case number **18-1818**, which is a cross-appeal to pending appeal **18-180518-1806**.

The following forms should be downloaded from the web site and filed with the Clerk's office by **August 2, 2018**. Additionally, the transcript order must be completed by that date. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

NOTE: Effective July 18, 2016, all attorneys must order transcript for appeal by using the CM/ECF docket entries. The transcript order form used prior to that date will not be accepted after July 18. For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| Cross-Appellant: | Appearance of Counsel |
| | Civil Appeal Statement of Parties & Issues |
| Cross-Appellee: | Appearance of Counsel |

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the cross-appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Jennifer Earl
Case Manager
Direct Dial No. 513-564-7066

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 18-1818

GEORGIA-PACIFIC CONSUMER PRODUCTS LP; FORT JAMES CORPORATION; GEORGIA-PACIFIC LLC

    Plaintiffs - Appellees Cross-Appellants

v.

NCR CORPORATION; INTERNATIONAL PAPER COMPANY

    Defendants - Appellants Cross-Appellees

WEYERHAEUSER COMPANY

    Defendant - Cross-Appellee