IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO., <br><br> Defendants. | No. 1:11-cv-00483 <br><br> Hon. Robert J. Jonker |

**INTERNATIONAL PAPER AND GEORGIA-PACIFIC LLC'S
AGREED-UPON STIPULATION**

International Paper Company and Georgia-Pacific Consumer Products LP, Fort James Corporation, and Georgia-Pacific LLC (together "Georgia-Pacific") stipulate to the entry of an Order (i) approving a supersedeas bond in the amount of $9,294,790.31, which is equal to 125% of the total amount of the judgment ($7,435,032.25) and estimated appeal costs ($1,000), and (ii) staying execution of the Court's June 19, 2018 Final Judgment against International Paper effective immediately upon entry of said Order. International Paper has appealed to the United States Court of Appeals of the Sixth Circuit within the time period for noticing such an appeal under Federal Rules of Appellate Procedure 3. Georgia-Pacific reserves the right to seek an increase in the bond amount if the appeal is not resolved by July 16, 2020, and International Paper reserves all rights with respect to opposing such an increase.

Dated:  July 24, 2018         */s/ John D. Parker*
                              John D. Parker

jparker@bakerlaw.com
Michael D. Meuti
mmeuti@bakerlaw.com
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, OH  44114
(216) 621-0200

Ryan D. Fischbach
rfischbach@bakerlaw.com
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard Suite 1400
Los Angeles, CA 90025
(310) 820-8800

John F. Cermak, Jr.
Sonja A. Inglin
CERMAK & INGLIN, LLP
11755 Wilshire Blvd., Suite 1250
Los Angeles, CA  90025
(310) 575-2572
jcermak@cermaklegal.com
singlin@cermaklegal.com

And by:

David W. Centner
dcentner@clarkhill.com
CLARK HILL PLC
200 Ottawa Ave. NW, Ste. 500
Grand Rapids, MI 49503
(616) 608-1106

*Attorneys for Defendant*
*International Paper Company*

/s/ Douglas M. Garrou

Peter A. Smit, Bar No. P 27886
VARNUM LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501
(616) 336-6000

Michael R. Shebelskie
Douglas M. Garrou
George P. Sibley, III
HUNTON ANDREWS KURTH LLP
951 East Byrd Street, East Tower
Richmond, VA 23219
(804) 788-8200

Jan M. Conlin
CIRESI CONLIN L.L.P.
225 S. 6th St.
Suite 4600
Minneapolis, MN 55402
 (612) 361-8200

*Attorneys for Plaintiffs Georgia-Pacific Consumer Products LP, Fort James Corporation, and Georgia-Pacific LLC*

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO., <br><br> Defendants. | No. 1:11-cv-00483 <br><br> Hon. Robert J. Jonker |

## [PROPOSED] ORDER APPROVING SUPERSEDEAS BOND AND STAYING EXECUTION OF JUDGMENT AGAINST INTERNATIONAL PAPER COMPANY

Having considered the parties' Stipulation,

**IT IS ORDERED** that International Paper Company's supersedeas bond in the amount of $9,294,790.31 is approved and execution of judgment against International Paper Company is stayed pending appeal to the United States Court of Appeals for the Sixth Circuit effective immediately.

**IT IS SO ORDERED.**

Dated: _____, 2018     _____
                                    HON. ROBERT J. JONKER
                                    CHIEF UNITED STATES DISTRICT JUDGE

5

## CERTIFICATE OF SERVICE

      I hereby certify that on July 24, 2018, I electronically filed the foregoing using the ECF system, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

                                              */s/John D. Parker*