# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO., <br><br> Defendants. | No. 1:11-cv-00483 <br><br> Hon. Robert J. Jonker |

## ORDER APPROVING SUPERSEDEAS BOND AND STAYING EXECUTION OF JUDGMENT AGAINST INTERNATIONAL PAPER COMPANY

Having considered the parties' Stipulation,

**IT IS ORDERED** that International Paper Company's supersedeas bond in the amount of $9,294,790.31 is approved and execution of judgment against International Paper Company is stayed pending appeal to the United States Court of Appeals for the Sixth Circuit effective immediately.

**IT IS SO ORDERED.**

Dated: July 30, 2018

/s/ Robert J. Jonker
HON. ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE

4