# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br> NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO., <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No: 1:11-cv-00483 <br><br> Judge Robert J. Jonker <br><br> **MOTION FOR ORDER TO DISALLOW PLAINTIFFS' BILL OF COSTS** |

Defendant NCR Corporation ("NCR"), by and through its undersigned counsel, respectfully submits this Motion pursuant to Local Civil Rule 54.1 for an order disallowing Plaintiffs' Bill of Costs, filed July 11, 2018. (Dkt. 932). In support, NCR relies on the accompanying brief, and appendices thereto.

Dated:  July 31, 2018 Respectfully submitted,

NCR CORPORATION

/s/ Darin P. McAtee
Darin P. McAtee
*Counsel for NCR Corporation*

DICKINSON WRIGHT PLLC
Geoffrey A. Fields
200 Ottawa Avenue, N.W., Suite 1000
Grand Rapids, Michigan 49503
Phone: (616) 336-1017
Fax: (616) 458-6753
gfields@dickinsonwright.com

CRAVATH, SWAINE & MOORE LLP
Darin P. McAtee
825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
dmcatee@cravath.com

SIDLEY AUSTIN LLP
John M. Heyde
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036
jheyde@sidley.com

MARTEN LAW PLLC
Bradley M. Marten
1191 Second Avenue, Suite 2200
Seattle, Washington 98101
Phone: (206) 292-2600
Fax: (206) 292-2601
bmarten@martenlaw.com

## CERTIFICATE OF SERVICE

I, Darin P. McAtee, hereby certify that on July 31, 2018, I electronically filed the foregoing Motion for Order to Disallow Plaintiffs' Bill of Costs using the Court's ECF system, which will send notification of such filing to counsel for all parties by operation of the Court's electronic system. Parties may access this filing via the Court's electronic system.

/s/  Darin P. McAtee
*Counsel for NCR Corporation*