# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 25, 2018

| | |
|---|---|
| Mr. James Christopher Baird | Mr. Mathew R. Korte |
| Mr. Adam John Brody | Mr. Bradley M. Marten |
| Mr. David William Centner | Mr. Darin P. McAtee |
| Mr. John F. Cermak Jr. | Mr. John Daniel Parker Jr. |
| Mr. Kevin Elliker | Mr. Mark William Schneider |
| Mr. Ryan David Fischbach | Mr. Michael R. Shebelskie |
| Mr. Douglas M Garrou | Mr. George Peter Sibley III |
| Mr. John M. Heyde | Mr. Peter A. Smit |
| Ms. Margaret C Hupp | Mr. Thomas D. Warren |
| Ms. Sonja Ann Inglin | Mr. Scott M. Watson |

Re: Case No. 18-1805/18-1806/18-1818/18-1858, *Georgia-Pacific Consumer Prod, et al v. NCR Corporation, et al*
Originating Case No. : 1:11-cv-00483

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Jennifer Earl
Case Manager
Direct Dial No. 513-564-7066

cc: Mr. Thomas Dorwin

Enclosure

Nos. 18-1805/1806/1818/1858

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP; FORT JAMES CORPORATION; GEORGIA-PACIFIC LLC,<br><br>    Plaintiffs-Appellees/Cross-Appellants,<br><br>v.<br><br>NCR CORPORATION; INTERNATIONAL PAPER COMPANY; WEYERHAEUSER COMPANY,<br><br>    Defendants-Appellants/Cross-Appellees. | **FILED**<br>Oct 25, 2018<br>DEBORAH S. HUNT, Clerk<br><br>O R D E R |

In these related appeals and cross-appeals, the plaintiffs and defendants jointly move to hold the appellate proceedings in abeyance pending continued mediation.

The motion is GRANTED. The parties are directed status reports, with the first report due on or before 60 days from the entry of this order.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_____
Deborah S. Hunt, Clerk