**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 04, 2021

Mr. Douglas M Garrou
Hunton Andrews Kurth
951 E. Byrd Street
Richmond, VA 23219

John M. Heyde
Sidley Austin
One S. Dearborn Street
Chicago, IL 60603

Mr. Darin P. McAtee
Cravath, Swaine & Moore
825 Eighth Avenue
New York, NY 10019

Mr. Michael R. Shebelskie
Hunton Andrews Kurth
951 E. Byrd Street
Richmond, VA 23219

Mr. George Peter Sibley III
Hunton Andrews Kurth
951 E. Byrd Street
Richmond, VA 23219

Mr. Peter A. Smit
Varnum
P.O. Box 352
Grand Rapids, MI 49501-0352

     Re: Case No. 18-1805, *Georgia-Pacific Consumer Prod, et al v. NCR Corporation, et al*
       Originating Case No.: 1:11-cv-00483

Dear Sir or Madam,

    The Court issued the enclosed (Order/Opinion) today in this case.

                                         Sincerely yours,

                                         s/Connie A. Weiskittel
                                         Mediation Administrator

cc:  Mr. Thomas Dorwin

Enclosure

No mandate to issue

Case No. 18-1805

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

GEORGIA-PACIFIC CONSUMER PRODUCTS LP; FORT JAMES CORPORATION; GEORGIA-PACIFIC LLC

    Plaintiffs - Appellees Cross-Appellants

v.

NCR CORPORATION

    Defendant - Appellant Cross-Appellee

 and

INTERNATIONAL PAPER COMPANY; WEYERHAEUSER COMPANY

    Defendants - Cross-Appellees

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: January 04, 2021