Approved, SCAO

Original - Court
1st copy - Plaintiff
2nd copy - Defendant

| UNITED STATES DISTRICT COURT WESTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION | **CERTIFICATE OF SATISFIED JUDGMENT** | **CASE NO.** No. 1:11-CV-483 Hon. Robert J. Jonker |
|---|---|---|

**Court address**
110 Michigan St NW, Grand Rapids, MI 49503

**Court telephone no.**
(616) 456-2551

**Plaintiff name(s), address(es), and telephone no(s).**
Georgia-Pacific Consumer Products LP
Fort James Corporation
Georgia-Pacific LLC

(See Addendum A for contact information)

**Plaintiff attorney, bar no., address, and telephone no.**
(See Addendum A)

v

**Defendant name(s), address(es), and telephone no(s).**
NCR Corporation
International Paper Co.
Weyerhaeuser Co.

(See Addendum A for contact information)

A judgment was entered by this court on  June 19, 2018 .
                                                               Date

☑ **Satisfaction by Party**

The judgment has been satisfied in full as to    ☐ all defendants    ☑ defendant  NCR Corporation .
                                                                                                                              Name

February 3, 2021                                                            s/Michael R. Shebelskie
Date                                                                                  Plaintiff/Attorney signature

☐ **Satisfaction by Clerk of the Court**

The judgment has been paid in full to the court on _____ .
                                                                                     Date

_____                                                                    _____
Date                                                                                  Court clerk/Deputy court clerk

☐ **Satisfaction by Judge**

After hearing, it has been determined that the judgment has been satisfied in full.

_____                                                                    _____
Date                                                                                  Judge

### CERTIFICATE OF SERVICE

I certify that on this date copies of this satisfaction were electronically served upon the parties and their attorneys using the CM/ECF system.

February 3, 2021                                                            s/Michael R. Shebelskie
Date                                                                                  Signature

MC 17  (6/04)    CERTIFICATE OF SATISFIED JUDGMENT                                                    MCR 2.620

**Addendum A:  Party Contact Information**

Michael R. Shebelskie
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
(804) 788-8716
mshebelskie@huntonak.com
Bar No. 27459
*Counsel for Plaintiffs*

Darin P. McAtee
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1480
dmcatee@cravath.com
*Counsel for Defendant*
*NCR Corporation*

John D. Parker
BAKER & HOSTETLER LLP
Key Tower
127 Public Square | Suite 2000
Cleveland, OH 44114
(216) 861-7610
jparker@bakerlaw.com
*Counsel for Defendant*
*International Paper Co.*

Mark W. Schneider
PERKINS COIE LLP
1201 Third Avenue | Suite 4900
Seattle, WA 98101
(206) 359-8627
mwschneider@perkinscoie.com
*Counsel for Defendant*
*Weyerhaeuser Co.*