**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 22, 2022

Mr. Thomas Dorwin
U.S. District Court
for the Western District of Michigan at Grand Rapids
110 Michigan Street, N.W.
Suite 399 Federal Building
Grand Rapids, MI 49503-0000

Re: Case No. 18-1806, *Georgia-Pacific Consumer Prod, et al v. NCR Corporation, et al*
Originating Case No. 1:11-cv-00483

Dear Mr. Dorwin:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
for Roy Ford, Case Manager

cc: Mr. David William Centner
Mr. John F. Cermak Jr.
Mr. Ryan David Fischbach
Mr. Douglas M. Garrou
Ms. Margaret C Hupp
Ms. Sonja Ann Inglin
Mr. Jeffrey Pierce Lamberson
Ms. Kathleen M. O'Sullivan
Mr. John Daniel Parker Jr.
Mr. Mark William Schneider
Mr. Michael R. Shebelskie
Mr. George Peter Sibley III
Mr. Peter A. Smit
Mr. Thomas D. Warren
Mr. Scott M. Watson

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 18-1806

_____

Filed: July 22, 2022

GEORGIA-PACIFIC CONSUMER PRODUCTS LP; FORT JAMES CORPORATION; GEORGIA-PACIFIC LLC

    Plaintiffs - Appellees

v.

NCR CORPORATION; WEYERHAEUSER COMPANY

    Defendants - Appellees

and

INTERNATIONAL PAPER COMPANY

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 04/25/2022 the mandate for this case hereby issues today.

COSTS:  None