# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No: 1:11-cv-00483 |
| v. | ) ) | Judge Robert J. Jonker |
| NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER STAYING ACTIVITY PENDING APPEAL

Having considered the Joint Motion filed by Plaintiffs Georgia-Pacific Consumer Products LP, Fort James Corporation, and Georgia-Pacific LLC, and Defendants International Paper Company and Weyerhaeuser Company,

**IT IS ORDERED** that, effective immediately, all deadlines in the above-captioned proceeding are stayed pending final adjudication in the Supreme Court of the United States.

**IT IS SO ORDERED.**

Dated: August 10, 2022

/s/ Robert J. Jonker
Robert J. Jonker
United States District Judge