# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

November 16, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Nov 17, 2022
DEBORAH S. HUNT, Clerk

Re:  Georgia-Pacific Consumer Products LP, et al.
     v. International Paper Company, et al.
     No. 22-465
     (Your No. 18-1806)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 14, 2022 and placed on the docket November 16, 2022 as No. 22-465.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst