# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,<br><br>        Defendants. | No. 1:11-CV-483 (RJJ)<br><br>**STIPULATION AND [PROPOSED] ORDER DISCHARGING SUPERSEDEAS BOND** |

WHEREAS on July 3, 2018, this Court entered an order (ECF No. 927) that approved NCR Corporation's supersedeas bond in the amount of $25,639,582.30 (ECF No. 928) and stayed execution of judgment against NCR Corporation (ECF No. 925) pending NCR Corporation's appeal to the United States Court of Appeals for the Sixth Circuit;

WHEREAS on December 15, 2020, NCR Corporation and Plaintiffs stipulated to dismiss NCR Corporation's appeal to the United States Court of Appeals for the Sixth Circuit;

WHEREAS on February 3, 2021, Plaintiffs filed a Certificate of Satisfied Judgment certifying that the judgment against NCR Corporation has been satisfied in full (ECF No. 970);

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to the approval by the Court, that Supersedeas Bond No. 285057815, issued by Liberty Mutual Insurance Company on June 26, 2018, and approved by the Court and filed on July 3, 2018, is hereby fully and unconditionally discharged, released and exonerated, and

NCR Corporation is released from all past, present and future liability in connection with the issuance of the Bond.

RESPECTFULLY SUBMITTED:

Dated: November 18, 2022

by: /s/ *Omid H. Nasab*
Omid H. Nasab
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza, 825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
onasab@cravath.com

by: /s/ *Michael R. Shebelskie*
Michael R. Shebelskie
HUNTON ANDREWS KURTH LLP
951 East Byrd St., East Tower
Richmond, VA 23219
Tel: (804) 788-8200
mshebelskie@HuntonAK.com

*Attorney for NCR Corporation*

*Attorney for Plaintiffs*

IT IS SO ORDERED.

Dated: _____, 2022

                                              Robert J. Jonker
                                UNITED STATES DISTRICT JUDGE