# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,<br><br>        Defendants. | No. 1:11-CV-483 (RJJ)<br><br>**STIPULATION AND ORDER DISCHARGING SUPERSEDEAS BOND** |

  WHEREAS on July 3, 2018, this Court entered an order (ECF No. 927) that approved NCR Corporation's supersedeas bond in the amount of $25,639,582.30 (ECF No. 928) and stayed execution of judgment against NCR Corporation (ECF No. 925) pending NCR Corporation's appeal to the United States Court of Appeals for the Sixth Circuit;

  WHEREAS on December 15, 2020, NCR Corporation and Plaintiffs stipulated to dismiss NCR Corporation's appeal to the United States Court of Appeals for the Sixth Circuit;

  WHEREAS on February 3, 2021, Plaintiffs filed a Certificate of Satisfied Judgment certifying that the judgment against NCR Corporation has been satisfied in full (ECF No. 970);

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to the approval by the Court, that Supersedeas Bond No. 285057815, issued by Liberty Mutual Insurance Company on June 26, 2018, and approved by the Court and filed on July 3, 2018, is hereby fully and unconditionally discharged, released and exonerated, and

NCR Corporation is released from all past, present and future liability in connection with the issuance of the Bond.

RESPECTFULLY SUBMITTED:

Dated: November 18, 2022

by: /s/ *Omid H. Nasab*  
Omid H. Nasab  
CRAVATH, SWAINE & MOORE LLP  
Worldwide Plaza, 825 Eighth Avenue  
New York, NY 10019  
Tel: (212) 474-1000  
onasab@cravath.com

*Attorney for NCR Corporation*

by: /s/ *Michael R. Shebelskie*  
Michael R. Shebelskie  
HUNTON ANDREWS KURTH LLP  
951 East Byrd St., East Tower  
Richmond, VA 23219  
Tel: (804) 788-8200  
mshebelskie@HuntonAK.com

*Attorney for Plaintiffs*

IT IS SO ORDERED.

Dated: __November 18__, 2022

/s/ Robert J. Jonker  
Robert J. Jonker  
UNITED STATES DISTRICT JUDGE