# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

October 2, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Oct 02, 2023
DEBORAH S. HUNT, Clerk

Re:  Georgia-Pacific Consumer Products LP, et al.
     v. International Paper Company, et al.
     No. 22-465
     (Your No. 18-1806)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk