IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC** | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No: 1:11-cv-00483 |
| v. | ) ) | Judge Robert J. Jonker |
| **NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO.,** | ) ) ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

The parties present this Joint Status Report pursuant to the Court's Order of October 6, 2023 (Doc. No. 983).

Counsel for the parties have conferred regarding the effect of the Sixth Circuit's mandate on this Court's prior judgment and interlocutory orders. The parties generally agree that no further trial or discovery proceedings are necessary in the case, and that the Court should enter a final judgment consistent with the Sixth Circuit mandate. But some of the parties disagree as to the scope of that judgment.

In light of the Consent Decree NCR entered into with the U.S. Environmental Protection Agency, the parties expect to reach agreement on the form of the final judgment as to NCR.

As to the other parties, counsel respectfully request that the Court accept briefing regarding the scope and form of the final judgment on the following proposed schedule:

1. Parties to submit opening briefs on any disputed issues on December 1, 2023.

2. Parties to submit responsive briefing on January 12, 2024.

Weyerhaeuser will seek reimbursement of the prior judgment it paid to Georgia-Pacific and hopes to reach agreement with Georgia-Pacific regarding the amount owed, with interest. If the parties are unable to reach agreement, counsel respectfully request that the Court accept briefing on the issue on the same schedule as proposed above.

The parties respectfully submit that because the Court's final judgment in this case will almost certainly affect the currently stayed case pending before this Court styled as *International Paper Company v. Georgia-Pacific Consumer Products LP. et al.*, Case No. 1:18-cv-1229, the Stay Order (ECF Doc. No. 24) should continue until the final judgment is entered in this case, Case No. 1:11-cv-00483.

Respectfully submitted this 30th day of October, 2023.

**GEORGIA-PACIFIC CONSUMER PRODUCTS, LP., FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC**

By:   /s/ Michael R. Shebelskie

Peter A. Smit, Bar No. P 27886
VARNUM LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI  49501
(616) 336-6000

Michael R. Shebelskie
Douglas M. Garrou
George P. Sibley, III
HUNTON ANDREWS KURTH LLP
951 East Byrd St.
Richmond, VA  23219
(804) 788-8200

**INTERNATIONAL PAPER COMPANY**

By:    /s/ John D. Parker

John D. Parker
Scott C. Holbrook
BAKER & HOSTETLER LLP
1900 East 9th Street, Suite 3200
Cleveland, OH  44114-3482
Phone: (216) 861-7610
Fax: (216) 696- 0740

Ryan D. Fischbach
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Phone:  310.820.8800
rfischbach@bakerlaw.com

John F. Cermak, Jr.
Sonja A. Inglin
CERMAK & INGLIN LLP
12121 Wilshire Blvd., Suite 322
Los Angeles, CA 90025
Telephone: (424) 465-1531

David W. Centner
CLARK HILL PLC
200 Ottawa NW, Suite 500
Grand Rapids, MI  49503


**WEYERHAEUSER COMPANY**

By:    /s/  Mark W. Schneider
Mark W. Schneider
Margaret C. (Marcy) Hupp
Katherine E. Page
PERKINS COIE
1201 Third Avenue
Suite 4800
Seattle, WA  98101-3099

Gaëtan Gerville-Réache
WARNER NORCROSS + JUDD
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, Michigan 49503-2832

**NCR CORPORATION**

By:    /s/ Vanessa A. Lavely

DICKINSON WRIGHT PLLC
Geoffrey A. Fields
200 Ottawa Avenue, N.W., Suite 1000
Grand Rapids, Michigan 49503
Phone: (616) 336-1017
Fax: (616) 458-6753
gfields@dickinsonwright.com

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Vanessa A. Lavely
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com
dmarriott@cravath.com

SIDLEY AUSTIN LLP
John M. Heyde
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036
jheyde@sidley.com

- 5 -

## CERTIFICATE OF SERVICE

      I hereby certify that on October 30, 2023, I electronically filed a true and correct copy of the foregoing using the Court's ECF System, which will send notification of such filing by operation of the Court's electronic systems to all parties. I further certify that I caused a courtesy copy of the foregoing to be sent to defense counsel via e-mail.

                                    /s/ Douglas M. Garrou