UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA-PACIFIC CONSUMER
PRODUCTS LP,
FORT JAMES CORPORATION, and
GEORGIA-PACIFIC LLC,

      Plaintiffs,

v.

NCR CORPORATION,
INTERNATIONAL PAPER CO., and
WEYERHAEUSER CO.,

      Defendants.

CASE No. 1:11-CV-483

HON. ROBERT J. JONKER

_____/

INTERNATIONAL PAPER COMPANY,

      Plaintiff,

v.

GEORGIA-PACIFIC CONSUMER
PRODUCTS LP, FOR JAMES
CORPORATION, GEORGIA PACIFIC LLC,
NCR CORPORATION, and
WEYERHAEUSER COMPANY,

      Defendants.

CASE No. 1:18-CV-1229

HON. ROBERT J. JONKER

_____/

## **ORDER FOR PREPARATION OF JOINT STATUS REPORT**

      These are two CERCLA actions related to cleanup costs at a Superfund Site along the Kalamazoo River in southwest Michigan. In *Georgia-Pacific Consumer Prods. LP v. NCR Corp.*, Case No. 1:11-cv-483 (W.D. Mich.) the Sixth Circuit Court of Appeals vacated this Court's Judgment declaring liability. The Sixth Circuit closed by reiterating that its "decision . . . does not

affect GP's § 107(a) claims that fall outside of the 1998 KRSG judgment's broad scope." *Id.* at 697 (citing *Georgia-Pacific Consumer Prods. LP v. NCR Corp.*, 32 F.4th 534 (6th Cir. 2022). The Court of Appeals remanded for proceedings consistent with its decision.

While proceedings in the 2011 case were pending, International Paper filed the second lawsuit under § 107 in the 2018 case. The lawsuit was a protective filing to avoid having the statute of limitations run on possible new claims. Georgia-Pacific and Weyerhauser filed counterclaims in that action. Beyond the initial pleadings, that matter has been stayed pending further proceedings in Case No. 1:11-cv-483.

The matter is now before the Court in the 2011 case on remand from the Court of Appeals following the issuance of the mandate, and on further proceedings in the 2018 case. The Court directs the parties to prepare a Joint Status Report in which the parties should explain their positions on how the Court should proceed in each case. Depending on the parties' positions, the Court will either schedule a status conference or simply implement agreed closure orders. The Joint Status Reports are due not later than June 27, 2025.

**IT IS SO ORDERED.**


Dated:  June 4, 2025              /s/ Robert J. Jonker
                                  ROBERT J. JONKER
                                  UNITED STATES DISTRICT JUDGE