# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES LLC, and GEORGIA-PACIFIC LLC | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No: 1:11-cv-00483 |
| v. | ) ) | Judge Robert J. Jonker |
| NCR CORPORATION, INTERNATIONAL PAPER CO., and WEYERHAEUSER CO., | ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION AND ORDER FOR
## WITHDRAWAL OF COUNSEL

IT IS HEREBY agreed between the parties that Jan M. Conlin, Esq. and Mathew R. Korte, Esq., of Ciresi Conlin LLP hereby withdraw as counsel of record for Georgia-Pacific Consumer Products LP, Fort James LLC, and Georgia-Pacific LLC in the above-entitled case. Georgia-Pacific Consumer Products LP, Fort James LLC, and Georgia-Pacific LLC will continue to be represented by its other counsel of record, including Hunton Andrews Kurth LLP. It is SO ORDERED.

Dated: June 30, 2025

/s/ Robert J. Jonker
Robert J. Jonker
United States District Judge

- 2 -

STIPULATED AND AGREED TO
AS TO FORM AND CONTENT:

| | |
|---|---|
| HUNTON ANDREWS KURTH LLP | CIRESI CONLIN LLP |
| | |
| By: /s/ *Douglas M. Garrou* | By: /s/ *Mathew R. Korte* |
| Michael R. Shebelskie | Jan M. Conlin |
| Douglas M. Garrou | Mathew R. Korte |
| George P. Sibley, III | 225 S. 6th Street, Suite 4000 |
| J. Pierce Lamberson | Minneapolis, MN 55402 |
| 951 East Byrd St. | (612) 361-8200 |
| Richmond, VA 23219 | |
| (804) 788-8200 | WITHDRAWING ATTORNEYS FOR PLAINTIFFS GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES LLC, AND GEORGIA-PACIFIC LLC |
| ATTORNEYS FOR PLAINTIFFS GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES LLC, AND GEORGIA-PACIFIC LLC | |
| | |
| BAKER & HOSTETLER LLP | PERKINS COIE, LLP |
| | |
| By:   /s/ *John D. Parker* | By: /s/ *Katherine E. Page* |
| John D. Parker | Katherine E. Page |
| Scott C. Holbrook | Sara Cloon |
| Key Tower | 1301 Second Ave., Suite 4200 |
| 127 Public Square, Suite 2000 | Seattle, WA 98101 |
| Cleveland, OH 44114 | (206) 359-8000 |
| (216) 621-0200 | |
| | ATTORNEYS FOR DEFENDANT WEYERHAEUSER CO. |
| ATTORNEYS FOR DEFENDANT INTERNATIONAL PAPER CO. | |