UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA-PACIFIC CONSUMER
PRODUCTS LP,
FORT JAMES CORPORATION, and
GEORGIA-PACIFIC LLC,

    Plaintiffs,

v.

NCR CORPORATION,
INTERNATIONAL PAPER CO., and
WEYERHAEUSER CO.,

    Defendants.

_____/

CASE No. 1:11-CV-483

HON. ROBERT J. JONKER

INTERNATIONAL PAPER COMPANY,

    Plaintiff,

v.

GEORGIA-PACIFIC CONSUMER
PRODUCTS LP, FOR JAMES
CORPORATION, GEORGIA PACIFIC LLC,
NCR CORPORATION, and
WEYERHAEUSER COMPANY,

    Defendants.

_____/

CASE No. 1:18-CV-1229

HON. ROBERT J. JONKER

## ORDER TO STAY

    For the reasons stated on the record on August 1, 2025, and with the agreement of the parties, these two matters are hereby **STAYED**. Georgia-Pacific anticipates filing a petition for a writ of certiorari from the United States Supreme Court in response to the May 12, 2025, Opinion of the United States Court of Appeals for the Sixth Circuit in Case Nos. 24-1403/1404. The parties

shall file a Joint Status Report with this Court updating any material developments in the status of proceedings as needed.  Even in the absence of any such developments, the parties shall file a Joint Status Report no later than **Wednesday, February 4, 2026**.  The Court will schedule hearings as needed.

    **IT IS SO ORDERED.**


Dated:   August 4, 2025            /s/ Robert J. Jonker
                                                 ROBERT J. JONKER
                                                 UNITED STATES DISTRICT JUDGE